# Exhibit A

US008811184B2

## (12) United States Patent
Ong

(10) Patent No.: **US 8,811,184 B2**
(45) Date of Patent: **Aug. 19, 2014**

(54) **AUTOMATICALLY ADJUSTING BANDWITH ALLOCATED BETWEEN DIFFERENT ZONES IN PROPORTION TO THE NUMBER OF USERS IN EACH OF THE ZONES WHERE A FIRST-LEVEL ZONE INCLUDES SECOND-LEVEL ZONES NOT ENTITLED TO ANY GUARANTEED BANDWITH RATE**

(75) Inventor: **David Ong**, Calgary (CA)

(73) Assignee: **Guest Tek Interactive Entertainment Ltd.**, Calgary (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 164 days.

(21) Appl. No.: **13/308,908**

(22) Filed: **Dec. 1, 2011**

(65) **Prior Publication Data**
US 2013/0051237 A1    Feb. 28, 2013

(30) **Foreign Application Priority Data**
Aug. 24, 2011   (CA) ..................................... 2750345

(51) **Int. Cl.**
| H04L 12/26 | (2006.01) |
| H04L 12/56 | (2006.01) |
| H04L 12/24 | (2006.01) |
| H04L 29/06 | (2006.01) |

(52) **U.S. Cl.**
CPC ............. *H04L 41/0896* (2013.01); *H04L 63/08* (2013.01); *H04L 47/6255* (2013.01); *H04L 47/2441* (2013.01)
USPC .......................................... **370/237**; 370/229

(58) **Field of Classification Search**
USPC ........... 370/412, 413, 415, 417, 229; 709/235
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,231,633 | A | * | 7/1993 | Hluchyj et al. ............... 370/429 |
| 5,889,956 | A | * | 3/1999 | Hauser et al. .................. 709/226 |
| 7,215,675 | B2 | * | 5/2007 | Kramer et al. ............. 370/395.4 |
| 7,324,473 | B2 | * | 1/2008 | Corneille et al. ............. 370/328 |
| 2002/0003806 | A1 | * | 1/2002 | McKinnon et al. ........... 370/437 |
| 2003/0005112 | A1 | * | 1/2003 | Krautkremer .................. 709/224 |
| 2005/0091539 | A1 | | 4/2005 | Wang et al. |
| 2005/0094643 | A1 | * | 5/2005 | Wang et al. .............. 370/395.4 |
| 2006/0221823 | A1 | * | 10/2006 | Shoham et al. ............... 370/229 |

(Continued)

FOREIGN PATENT DOCUMENTS

| CA | 2750345 | 12/2011 |
| WO | WO-01/031861 A9 | 11/2002 |
| WO | WO-2011005710 | 1/2011 |

OTHER PUBLICATIONS

Martin Devera and Don Cohen, "HTB Linux queuing discipline manual—a user guide", last updated May 5, 2002; http://luxik.cdi.cz/~devik/qos/htb/manual/userg.htm.

*Primary Examiner* — Andrew Lai
*Assistant Examiner* — Sumitra Ganguly
(74) *Attorney, Agent, or Firm* — Andrew T. MacMillan

(57) **ABSTRACT**

A bandwidth management system includes a plurality of queues respectively corresponding to a plurality of zones. An enqueuing module receives network traffic from one or more incoming network interfaces, determines a belonging zone to which the network traffic belongs, and enqueues the network traffic on a queue corresponding to the belonging zone. A dequeuing module selectively dequeues data from the queues and passes the data to one or more outgoing network interfaces. When dequeuing data from the queues the dequeuing module dequeues an amount of data from a selected queue, and the amount of data dequeued from the selected queue is determined according to user load of a zone to which the selected queue corresponds.

**20 Claims, 9 Drawing Sheets**



**US 8,811,184 B2**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

2008/0098062 A1\*   4/2008   Balia ............................ 709/203

2010/0189129 A1    7/2010   Hinosugi et al.
2012/0185586 A1    7/2012   Olshansky
2013/0107872 A1\*  5/2013   Lovett et al.  .................. 370/352

\* cited by examiner



FIG. 1

Case 1:18-cv-01394-RGA   Document 1-1   Filed 09/07/18   Page 5 of 476 PageID #: 48



FIG. 2



FIG. 3



FIG. 4

Quantum calculation table

| Zone/Queue | User load (# of current users) 502 | Scale factor (maximum to 60000) 504 | Calculated scaled quantum 506 | Divided by MTU(1500), rounded up 508 | Rounded quantum (bytes) 510 |
|---|---|---|---|---|---|
| Meeting room #1 | 65 | 312.5 | 20312.5 | 14 | 21000 |
| Meeting room #2 | 24 | 312.5 | 7500 | 5 | 7500 |
| Penthouse Suite | 3 | 312.5 | 937.5 | 1 | 1500 |
| Upgraded room | 2 | 312.5 | 625 | 1 | 1500 |
| Remaining bandwidth | 192 | 312.5 | 60000 | 40 | 60000 |
| Guest room A | 2 | 312.5 | 625 | 1 | 1500 |
| Guest room B | 1 | 312.5 | 312.5 | 1 | 1500 |
| ... | ... | ... | ... | ... | ... |

500

FIG. 5

Quantum calculation table

| Zone/Queue 600 | User load (# of current users) 602 | Scale factor (minimum to 1500) 604 | Quantum (bytes) 606 |
|---|---|---|---|
| Meeting room #1 | 0 (assume 1) | 1500 | 1500 |
| Meeting room #2 | 3 | 1500 | 4500 |
| Penthouse Suite | 2 | 1500 | 3000 |
| Upgraded room | 1 | 1500 | 1500 |
| Remaining bandwidth | 7 | 1500 | 10500 |
| Guest room A | 2 | 1500 | 3000 |
| Guest room B | 1 | 1500 | 1500 |
| ... | ... | ... | ... |

FIG. 6



FIG. 7

Quantum calculation table

| Zone/Queue | # of users at 256kbits | # of users at 1024kbits | User load (sum of current user caps in kbits) | Scale factor (minimum to 1500) | Calculated scaled quantum | Rounded quantum (bytes, to nearest multiple of MTU) |
|---|---|---|---|---|---|---|
| | 802 | 804 | 806 | 808 | 810 | 812 |
| 800 | | | | | | |
| Room #1 | 40 | 0 | 10240 | 0.146484375 | 1500 | 1500 |
| Room #2 | 0 | 40 | 40960 | 0.146484375 | 6000 | 6000 |
| Room #3 | 27 | 13 | 20224 | 0.146484375 | 2962.5 | 3000 |
| Room #4 | 13 | 27 | 30976 | 0.146484375 | 4537.5 | 4500 |

FIG. 8



FIG. 9

US 8,811,184 B2

**1**

# AUTOMATICALLY ADJUSTING BANDWITH ALLOCATED BETWEEN DIFFERENT ZONES IN PROPORTION TO THE NUMBER OF USERS IN EACH OF THE ZONES WHERE A FIRST-LEVEL ZONE INCLUDES SECOND-LEVEL ZONES NOT ENTITLED TO ANY GUARANTEED BANDWITH RATE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of Canadian Patent Application No. 2,750,345 filed Aug. 24, 2011 which is incorporated herein by reference.

## BACKGROUND OF THE INVENTION

(1) Field of the Invention

The invention pertains generally to bandwidth management. More specifically, the invention relates to allocating available bandwidth shared by a plurality of users.

(2) Description of the Related Art

Travellers increasingly view in-room high speed Internet access (HSIA) as a requirement when choosing at which hotel to stay. Business travellers may need to access company networks while on the road and tourists may wish to upload photos and send email to family friends while travelling. To provide in-room HSIA, hotels typically purchase a connection to the Internet from a local Internet service provider (ISP). The ISP provides the hotel with a fixed amount of bandwidth determined according to the ISP's pricing structure or other constraints. The hotel shares the available bandwidth between the hotel guests, users in meeting and conference rooms, and the hotel's networked computer systems.

A large hotel may have hundreds or even thousands of guests staying in guest rooms and utilizing meeting rooms—each competing for Internet bandwidth. One or more computer systems in the hotel may additionally need to transfer data via the Internet such as to receive reservations from external travel agencies or to download content for playback by guests using the hotel's in-room media and entertainment system. Because user satisfaction will be lowered if access to the Internet is slow, unresponsive, or unreliable, the available Internet bandwidth provided by the ISP needs to be effectively allocated between the various users within the hotel.

Typically, when a user connects a network device to the hotel's LAN, the user is required by the hotel's HSIA system to authenticate and gain access to the network, for example, by providing a password or other information such as room number and registered guest's name. Once authorized, traffic shaping is performed on a per-user basis in order to cap each user's maximum usage at a certain level while still sharing the total available bandwidth between all guests and other applications within the hotel. For example, a basic user bandwidth cap may limit each user to at most receive 256 kbit/sec of the hotel's available bandwidth to the Internet. The actual amount received by the user may be less than the cap during peak usage times.

Some hotels allow users to purchase "upgraded" bandwidth, which typically involves raising the user's individual bandwidth cap while still sharing the available bandwidth with other users. For example, the user's cap may be raised to 1024 kbit/sec after a payment of $9.99 is received. Again, when bandwidth is upgraded in this way, the maximum throughput is limited to the cap but the minimum throughput is not limited and instead depends on how much bandwidth other users are currently using.

**2**

A hotel may also allow a user to purchase an amount of guaranteed bandwidth that is not shared with other users. Guaranteed bandwidth is often also provided by the hotel to meeting and conference rooms, and the users of these rooms share the room's allocation. The amount of guaranteed bandwidth allocated to hotel guests is generally set according to an amount purchased by the user during a sign-in process, and the amount of guaranteed bandwidth allocated to conference and meeting rooms is typically determined when the room is booked and may be a function of the booking price to allow the conference organizer to pay according to the level of bandwidth required for the conference.

When bandwidth is guaranteed, ideally the minimum bandwidth that a user (or room, etc) benefiting from the guarantee will ever experience will be the guaranteed rate. In some cases, the bandwidth may also be capped at a higher rate so when there is bandwidth in the hotel available over and above the guaranteed rate, the user may experience even higher rates. When the hotel is provided with a fixed total ISP bandwidth, care must be taken by the hotel to not oversell guaranteed bandwidth or it may be impossible for the hotel to actually deliver the guaranteed rates when usage is high.

Traffic shaping and prioritization may also be performed by monitoring and detecting traffic types and giving preferential treatment for certain time-sensitive applications such as teleconferencing voice and video traffic. Compression, caching, and blocking technologies (i.e., blocking malware and other unwanted web traffic) may also be utilized by the hotel's HSIA system to reduce unnecessary bandwidth utilization and thereby increase the bandwidth available to share between users.

Although the above-described methods of managing bandwidth within a hotel are useful, they also tend to be restricted to certain users. For example, in some circumstances a user who has not upgraded to an amount of guaranteed bandwidth may be starved for bandwidth when sharing a small amount of available bandwidth with other users. Due to a variety of reasons it may not be possible for this user to purchase guaranteed bandwidth, for example, because the total ISP connection bandwidth is limited and other users (i.e., meeting rooms and/or VIP guests) may already have reserved the hotel's limit on guaranteed bandwidth. Although, the user may be able to upgrade to a higher individual bandwidth cap, during peak usage times when bandwidth is in high demand, the actual portion of bandwidth received by the user may not even reach the lower cap so having a higher cap will provide no benefit. Further techniques to optimize bandwidth allocation between multiple users to help prevent bandwidth starvation in these situations would be beneficial.

## BRIEF SUMMARY OF THE INVENTION

According to an exemplary configuration of the invention there is provided a bandwidth management system including a plurality of queues respectively corresponding to a plurality of zones. An enqueuing module receives network traffic from one or more incoming network interfaces, determines a belonging zone to which the network traffic belongs, and enqueues the network traffic on a queue corresponding to the belonging zone. A dequeuing module selectively dequeues data from the queues and passes the data to one or more outgoing network interfaces. When dequeuing data from the queues the dequeuing module dequeues an amount of data from a selected queue, and the amount of data dequeued from the selected queue is determined according to user load of a zone to which the selected queue corresponds.

US 8,811,184 B2

**3**

According to another exemplary configuration of the invention there is provided a bandwidth management system including a plurality of queues respectively corresponding to a plurality of zones. One or more processors are configured to receive network traffic from one or more incoming network interfaces, determine a belonging zone to which the network traffic belongs, enqueue the network traffic on a queue corresponding to the belonging zone, selectively dequeue data from the queues, and pass the data to one or more outgoing network interfaces. When selectively dequeuing data from the queues the one or more processors are configured to dequeue an amount of data from a selected queue, and the amount of data dequeued from the selected queue is determined according to user load of a zone to which the selected queue corresponds.

According to another exemplary configuration of the invention there is provided a bandwidth management apparatus including a plurality of queues respectively corresponding to a plurality of zones. Included is means for receiving network traffic, means for determining a belonging zone to which the network traffic belongs and enqueuing the network traffic on a queue corresponding to the belonging zone, and means for selectively dequeuing data from the queues and passing the data to one or more destinations. Selectively dequeuing data from the queues involves dequeuing an amount of data from a selected queue, the amount of data being determined according to user load of a zone to which the selected queue corresponds.

According to another exemplary configuration of the invention there is provided a method of allocating bandwidth between a plurality of queues. The method includes providing a plurality of queues respectively corresponding to the plurality of zones. The method further includes receiving network traffic from one or more incoming network interfaces and determining a belonging zone to which the network traffic belongs. The method further includes enqueuing the network traffic on a queue corresponding to the belonging zone, and selectively dequeuing data from the queues and passing the data to one or more outgoing network interfaces. Selectively dequeuing data from the queues involves dequeuing an amount of data from a selected queue, the amount of data being determined according to user load of a zone to which the selected queue corresponds.

These and other embodiments and advantages of the invention will become apparent from the following detailed description, taken in conjunction with the accompanying drawings, illustrating by way of example the principles of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be described in greater detail with reference to the accompanying drawings which represent preferred embodiments thereof.

FIG. **1** illustrates a generalized bandwidth zone tree-structure according to an exemplary configuration of the invention.

FIG. **2** illustrates how each zone of FIG. **1** may include one or more user devices or may include other zones at a lower level of the tree-structure.

FIG. **3** illustrates a beneficial organization of bandwidth zones in a hotel according to an exemplary configuration of the invention.

FIG. **4** illustrates a bandwidth management system having a plurality of queues respectively corresponding to the zones of FIG. **3** according to an exemplary configuration of the invention.

**4**

FIG. **5** illustrates a quantum calculation table describing a calculation process that the quantum manager of FIG. **4** may utilize to calculate a quantum for each queue according to the user load example shown in FIG. **3**.

FIG. **6** illustrates a quantum calculation table describing a calculation process that the quantum manager of FIG. **4** may utilize to calculate the quantum for each queue according to another user load example for the zones shown in FIG. **3**.

FIG. **7** illustrates a beneficial organization of meeting room bandwidth zones in a conference center according to an exemplary configuration of the invention.

FIG. **8** illustrates a quantum calculation table describing a calculation process that a quantum manager may utilize to calculate a quantum for a queue of each zone of FIG. **8** when the user load of each zone corresponds to a summation of bandwidth caps of the current users in the zone.

FIG. **9** illustrates a flowchart describing a method of allocating bandwidth between zones according to user load in an exemplary configuration of the invention.

DETAILED DESCRIPTION

FIG. **1** illustrates a generalized bandwidth zone tree-structure according to an exemplary configuration of the invention. The definition of a "zone" according to the invention is flexible and depends upon application-specific design requirements. Generally speaking, zones represent manageable divisions of users, user devices, and/or other lower-level zones. Zones may be logically and/or physically separated from other zones. For example, different zones may be isolated on separate local area networks (LANs) or virtual LANs (VLANs) corresponding to separate rooms or areas of a hotel, or different zones may share a same LAN but correspond to different service levels of users within a hotel. The zones and tree-structure may be dynamic and change at any time as users associated with certain zones upgrade their Internet access or when meeting reservations begin and end, for example.

In the example zone organization of FIG. **1**, an Internet pipe **102** providing a total bandwidth (BT) is shared between a set of reserved bandwidth zones **104** and a set of unreserved bandwidth zones **106**. The set of reserved bandwidth zones **104** are arranged on a first-level of the tree and include a first guaranteed zone **108** having a guaranteed bandwidth rate of R1 and a maximum bandwidth usage cap of C1, and a second guaranteed zone **110** having a guaranteed bandwidth rate of R2 and a cap of C2. Bandwidth rates R1, R2 are guaranteed to the zone; when there is unused bandwidth in the hotel, each zone may also obtain extra bandwidth up to its cap C1, C2. Each zone's cap C1, C2 may be equal to or higher than the zone's reserved rate R1, R2. Additionally, the reserved rate R1, R2 and cap C1, C2 of each zone may be changed at any time.

In the set of unreserved bandwidth zones **106**, there is a single first-level remaining bandwidth zone **112** that may obtain up to a cap amount of bandwidth that still leaves at least the reserved bandwidth available for each of the reserved bandwidth zones **104**. For example, using the zones illustrated in FIG. **1**, CRESERVE=BT−(R1+R2). The CRESERVE cap may be automatically set in this way to ensure that users who have purchased guaranteed bandwidth can utilize their full guaranteed allotment capacity at any time and will not be affected by overuse by the unreserved bandwidth zones **106**. Although capping the remaining bandwidth zone **112** at CRESERVE means there may be some wasted bandwidth capacity when the reserved bandwidth zones **104** are not utilizing their full rates R1, R2, the CRESERVE cap

US 8,811,184 B2

5
6

advantageously preserves interactivity for each of the reserved bandwidth zones **104** and allows immediate bandwidth usage by the reserved bandwidth zones **104** such as is needed during bandwidth speed tests or intermittent traffic bursts, for example.

In some configurations, the caps C1, C2 of the guaranteed zones **108**, **110** may similarly each be automatically set to prevent overuse of one of the reserved bandwidth zones **104** from affecting another of the reserved bandwidth zones **104**. For example, using the zones illustrated in FIG. **1**, C1 may be automatically set to BT−R2, and C2 may be automatically set to BT−R1. In other configurations, the caps C1, C2 may be set to lower values to preserve bandwidth for use by the unreserved bandwidth zones **106** or be set to higher values when it is not a concern if one of the reserved bandwidth zones **104** interferes with another of the reserved bandwidth zones **104** such as when there is a only a single guaranteed zone **108**, **110**.

Under the first-level remaining bandwidth zone **112** are a number of second-level best effort zones **114**, **116** each having its own cap. For example, best effort zone **114** has cap C4 and best effort zone **116** has cap C5. Caps C4, C5 are usually lower than CRESERVE and may be adjusted at any time such as when a user of a particular guest room upgrades to a higher bandwidth cap, for example.

A second-level best effort zone **114**, **116** may be automatically moved to become one of the first-level reserved bandwidth zones **104** and given a guaranteed bandwidth rate such as when a user upgrades a room to a guaranteed bandwidth rate, for example. Likewise, a guaranteed zone **108**, **110** may have its reserved rate R1, R2 set to zero (or otherwise deleted) and be automatically moved to become a second-level best effort zone under the remaining bandwidth zone **112**. This may occur, for example, when a guaranteed bandwidth rate upgrade expires or when a VIP user entitled to guaranteed bandwidth in a room checks outs and the room automatically becomes a best effort zone **114**, **116**.

FIG. **2** illustrates how each zone **202** may include one or more user devices **204** and/or may include other lower-level zones **206**. Such parent zones **202** include all the user devices **204** and/or additional zones from their lower-level child zones **206**. Although the examples illustrated in FIG. **1** and FIG. **2** have first-level zones and second-level zones, the invention is not limited to a two-level bandwidth zone tree-structure. For example, a single level tree-structure is illustrated later in FIG. **7**. Additionally, three or greater-level tree-structures are also possible and may be beneficial when there are many sub categories of a higher level zone, for example.

FIG. **3** illustrates a beneficial organization of bandwidth zones in a hotel **300** according to an exemplary configuration of the invention. In this example, the hotel's ISP pipe **302** provides a total bandwidth of 10 Mbit/sec shared between a number of reserved bandwidth zones **304** and a number of unreserved bandwidth zones **306**. Following the tree-structure organization introduced in FIG. **1**, the reserved bandwidth zones **304** are each positioned at a first-level of the tree and include a first meeting room zone **308**, a second meeting room zone **310**, a penthouse suite zone **312**, and an upgraded room zone **314**. A single first-level remaining bandwidth zone **316** includes a number of second-level guest room zones **318** including a first guest room zone **318***a* and second guest room zone **318***b*.

In this example, the remaining bandwidth zone **316** is automatically capped at 4 Mbit/sec so that even when at full utilization there is still enough bandwidth left over (e.g., 6 Mbit/sec remaining) within the hotel **300** to accommodate each of the reserved bandwidth zones **304** operating at full utilization according to their guaranteed rates. Additionally, guaranteed zones **308**, **310** are automatically capped at 6 Mbit/sec and guaranteed zones **312**, **314** are automatically capped at 5 Mbit/sec to ensure that when any one operates at full capacity there is enough bandwidth to accommodate each of the other reserved bandwidth zones **304**. As previously mentioned, automatically setting the caps in this way preserves the interactivity of the guaranteed bandwidth zones **308**, **310**, **312**, **314**. When the guaranteed rates of any of the reserved bandwidth zones **304** are changed, the bandwidth caps throughout the zones in the hotel **300** may be automatically adjusted by the hotel's bandwidth management system accordingly.

As shown in FIG. **3**, each zone has an example number of current users to help describe this configuration of the invention. In this configuration, the word "users" refers to the different user devices **204** since the hotel's HSIA system will generally identify each user device **204** with a unique IP address and will provide an individual bandwidth cap on a per user device **204** basis. However, in other configurations, the term "users" may instead refer to different human users as tracked by their user devices **204**. For example, when a particular zone has a single hotel guest utilizing three user devices **204**, the zone may only be determined to include a single user as each of the IP addresses of the three user devices **204** are associated with the same user in a database. In yet other configurations, "users" may also include automated applications, tasks, or servers such as the various components of the hotel's HSIA system or other networked systems in the hotel **300**. In general, the term "users" in each of the various configurations refers to agents that compete for available bandwidth, and any mechanism of identifying and distinguishing current users may be utilized in conjunction with the invention.

Although not illustrated in FIG. **3**, each user under a zone may in fact be included in a user-specific lower-level child zone having a user-specific cap (and/or reserved rate). This configuration is beneficial to prevent each user under a zone from monopolizing all the bandwidth assigned to the zone. For example, a user that tries to bit-torrent under a zone will not unfairly take more than their allotted bandwidth cap from other users sharing the bandwidth under that zone.

Additionally, the number of current users indicated in FIG. **3** is meant only as an example snapshot of one particular time period and it is expected the numbers of current users of each zone **308**, **310**, **312**, **314**, **316**, **318***a*, **318***b* will change over time. For example, after a meeting in the first meeting room zone **308** ends, the number of users of the first meeting room zone **308** will drop from sixty-five to zero. Then, when a next meeting begins, the user count will rapidly climb up to another level dependent upon how many users bring electronic devices **204** that are connected to the network. The number of current users of the other zones **310**, **312**, **314**, **316**, **318***a*, **318***b* may similarly change over time as well.

The number of current users of the remaining bandwidth zone **316** is one-hundred and ninety-two in this example. This number includes all the current users of the various guest room zones **318** that are included as second-level zones under the first-level remaining bandwidth zone **316**. Each guest room zone **318** may only have one or two current users, but the hotel **300** in this example has hundreds of guest rooms and, due to the zone tree-structure, all of the current guest room users add up to form the total number of current users of remaining bandwidth zone **316**.

For illustration purposes, the upload direction (hotel to ISP) will be described and the rates/caps shown for each zone indicate the upload speeds in the following description. How-

US 8,811,184 B2

7

ever, these rates/caps may also apply in the download direction, or the download direction could have different rates/caps for each zone. Regardless, the invention may be used in both the upload and download directions or may be used only in a single direction depending upon the specific bandwidth management requirements of the target application.

In this example, the hotel ISP pipe **302** has a total of 10 Mbit/sec bandwidth provided by the ISP and each of the first-level reserved bandwidth zones **304** is guaranteed some of that bandwidth. Even if each of the reserved bandwidth zones **304** is utilizing its full guaranteed rate, there is still an available 4 Mbit/sec remaining that may be shared among the various first-level zones in the hotel.

According to this configuration of the invention, the available bandwidth is shared between zones at the same level in the zone tree. This means the 4 Mbit/sec in the above example will be shared between the first-level zones including the first meeting room zone **308**, the second meeting room zone **310**, the penthouse suite zone **312**, the upgraded room zone **314**, and the remaining bandwidth zone **316**. Even when sharing available bandwidth, if a zone has a bandwidth cap, that zone may not obtain any bandwidth above the cap level.

Each zone has a quantum (shown as example Q values indicated in FIG. **3**) representing an amount of bytes that can be served at a single time from the zone and passed to a higher-level zone (or to the hotel ISP pipe **302**). According to this configuration of the invention, the quantums are dynamically adjusted according to the user load of each zone, and the user load of each zone corresponds to the number of current users in the zone.

When each zone is implemented as one or more queues enforcing rate and cap limits, the quantum indicates the maximum number of bytes that can be dequeued (i.e., removed from a particular queue) at one time. In some configurations, the cap limit may prevent the full quantum of bytes from being dequeued from a queue corresponding to a particular zone if this would cause the bandwidth provided to the zone to exceed its cap limit. In another configuration, as long as the data in the queue is sufficient, the quantum of bytes is always dequeued at once; however, the frequency of dequeuing the quantum of bytes may be reduced in order to limit the average bandwidth to the zone's cap.

FIG. **4** illustrates a bandwidth management system **400** having a plurality of queues **408** where each individual queue **408** respectively corresponds to one of the zones of FIG. **3** and includes a queue-specific quantum **409** according to an exemplary configuration of the invention. In this example, the bandwidth management system **400** further includes an incoming network interface **404**, an outgoing network interface **406**, a zone enqueuing module **410**, a zone dequeuing module **412**, a user monitor **414**, a network activity log **416**, an authentication server **418**, a user/zone database **419**, and a quantum manager **420**. The quantum manager **420** is preprogrammed with a maximum quantum ratio **422**. The outgoing network interface **406** has a maximum transport unit (MTU) **426**, for example, 1500 bytes when the outgoing network interface **406** is of the Ethernet type.

Again, although the bandwidth management system **400** is shown operating in a single direction from incoming network interface **404** to outgoing network interface **406**, in some configurations, there may be a similar structure in both upload and download directions. The bandwidth management system **400** may be used to manage bandwidth in the upload direction (hotel to ISP) and/or download direction (ISP to hotel) according to different configurations. Additionally, the incoming network interface **404** may in fact be a plurality of incoming network interfaces and the outgoing network inter-

8

face **406** may in fact be a plurality of outgoing network interfaces. Having multiple incoming and outgoing network interfaces **404**, **406** allows for redundant communication links in the event of a fault and also allows for higher overall bandwidth capacity by multiplying the number of interfaces by the maximum capacity of each interface.

In operation, the zone enqueuing module **410** receives network traffic from the incoming network interface **404**, determines a belonging zone to which the network traffic belongs, and enqueues the network traffic on a queue **408** corresponding to the belonging zone. For example, the zone enqueuing module **410** may be implemented as one or more filters for classifying to which zone an Ethernet frame (or IP packet, etc) received from the incoming network interface **404** belongs. In this example, when network traffic belongs to multiple zones, the zone enqueuing module **410** enqueues the received network traffic in the queue **408** corresponding to the lower-level belonging zone. For example, when network traffic belongs to both the first guest room zone **318a** and the remaining bandwidth zone **316**, the zone enqueuing module **410** enqueues the network traffic on the first guest room queue **408a**.

The zone enqueuing module **410** may determine the belonging zone by examining an IP or MAC address included in the network traffic and looking up in the user/zone database **419** to see to which zone that IP or MAC belongs. The mapping between IP or MAC address and the belonging zone may be stored in the user/zone database **419** by the authentication server **418** when the user logs in to the hotel's HSIA system. For example, when a guest staying in "Guest room A" successfully logs in using a laptop computer, the authentication server **418** may store the IP or MAC address utilized by the laptop computer as belonging to the first guest room zone **318a** in user/zone database **419**. Thereafter, the zone enqueuing module **410** enqueues received network traffic having the IP or MAC address of the laptop computer on the first guest room queue **408a**.

Depending on the direction of the network traffic, e.g., upload or download, the IP or MAC address may be either the source or destination address. For example, if incoming network interface **404** is coupled to the hotel ISP pipe **302**, the laptop's IP or MAC address may be the destination address of the network traffic. Alternatively, if the incoming network interface **404** is coupled to the hotel's LAN, the laptop's IP or MAC address may be the source address of the network traffic. A similar process may be used by the zone enqueuing module **410** to enqueue network traffic of other zones on the appropriate queue **408** corresponding to the zone that the network traffic belongs.

In another configuration, the zone enqueuing module **410** performs port detection by accessing various intermediate switches between the zone enqueuing module **410** and a user device in order to thereby track from which switch/port the network traffic originated. Each switch/port combination and belonging zone may be stored in the user/zone database **419**. Other methods of correlating to which zone received network traffic belongs may also be used according to application specific designs.

Each queue **408** has a respective quantum **409** that determines how many bytes can be dequeued at a single time by the dequeuing module **412**. For example, with a round robin dequeuing strategy and assuming all zones have data to send, all guaranteed rates have been met, and no zone has exceeded its designated cap, the dequeuing module **412** cycles one-by-one to each queue **408** at a particular tree-level and dequeues (i.e., removes) the queue's quantum number of bytes.

US 8,811,184 B2

9

Using the exemplary quantum Q values illustrated in FIG. 3 as an example, for the first-level zones, the dequeuing module 412 dequeues 21,000 bytes of data from the first meeting room queue 408c, then dequeues 7500 bytes of data from the second meeting room queue 408d, then dequeues 60,000 bytes of data from the remaining bandwidth queue 408e, then dequeues 1500 bytes of data from the penthouse suite queue 408f, then dequeues 1500 bytes of data from the upgraded room queue 408g, and then returns to again dequeue 21,000 bytes of data from the first meeting room queue 308, and so on. If the bandwidth management system 400 is configured in the upload direction, the dequeued data is passed to the outgoing network interface 406 for transmission to various destinations on the Internet via the hotel ISP pipe 302. If the bandwidth management system 400 is configured in the download direction, the dequeued data is passed to the outgoing network interface 406 for transmission to various destinations on the hotel's LAN.

Although not illustrated in FIG. 4, the zone dequeuing module 412 may also extend between the second-level queues 408a, 408b and the first-level remaining bandwidth queue 408e. Again using the example quantum Q values illustrated in FIG. 3, a similar round robin dequeuing strategy may be employed by the dequeuing module 406 at the second-level to dequeue 1500 bytes of data from the first guest room queue 408a, then dequeue 1500 bytes of data from the second guest room queue 408b, and then return to again dequeue 1500 bytes of data from the first guest room queue 408a, and so on. Each set of dequeued data is thereafter enqueued on the remaining bandwidth queue 408e, i.e., the queue 408e corresponding to the next higher-level parent zone being the remaining bandwidth zone 316 in this example.

The quantum manager 420 dynamically adjusts the quantum values 409 of each queue 408 according to user load of the particular zone to which the queue 408 corresponds. In this example, the user load of each zone corresponds to a summation of how many current users are in the zone. The current users may be the active users that are competing for available bandwidth in the zone, which includes all child-zones under the zone.

To allow the quantum manager 420 to determine how many current users are in a particular zone, in a first example, the authentication server 418 manages logged in users of each zone and stores this information in the user/zone database 419. The quantum manager 420 queries the database 419 to sum how many users are logged in to the particular zone. For example, when a guest connects a laptop computer to the hotel network and logs in to the HSIA system from "Guest room B", the summation of how many users are logged into the second guest room zone 318b will be incremented by one. Additionally, because the remaining bandwidth zone 316 includes the second guest room zone 318b, the summation of how many users are logged into the remaining bandwidth zone 316 will also be incremented by one.

In another example, the zone enqueuing module 410 logs data transmission activity by users in the activity log 416. To determine the number of current users in a particular zone, the quantum manager 420 queries the activity log 416 to sum how many users have received or sent network traffic within the particular zone during a last predetermined time period. For example, the current users may be defined as the number of different users who have sent or received at least one Ethernet frame (or IP packet, etc) in the past ten minutes. Ten minutes after a guest in Guest room B stops browsing the Internet from their laptop, the summation of how many users have sent/received network traffic within the second guest room zone

10

318b will be decremented by one. Additionally, because the remaining bandwidth zone 316 includes the second guest room zone 318b, the summation of how many users have sent/received network traffic within the remaining bandwidth zone 316 will also be decremented by one.

In another example, the user monitor 414 periodically sends a ping to the IP address of network devices for each user. The user devices that have replied to the most recent ping are stored in the user/zone database 419. To determine the number of current users in a particular zone, the quantum manager 420 queries the user/zone database 419 to sum how many user devices in the particular zone have replied to the most recent ping. For example, after a guest in Guest room B shuts off their laptop, the summation of how many user devices have replied to the most recent ping from the second guest room zone 318b will be decremented by one. Additionally, because the remaining bandwidth zone 316 includes the second guest room zone 318b, the summation of how many user devices have replied to the most recent ping from the remaining bandwidth zone 316 will also be decremented by one.

Combinations of the above methods of determining the number of current users in each zone may also be employed. Additionally, as previously mentioned, in other configurations current users may refer to current human users rather than current user devices. As each human user may be associated in a database with one or more user devices (e.g., a single hotel guest may be utilizing both a mobile phone and a tablet computer to access the Internet), the summation indicating how many current users are in a particular zone in these configurations may be less than the above-described examples based on the number of user devices in the particular zone.

The plurality of zone queues 402 shown in the example block diagram of FIG. 4 may be implemented using a hierarchical token bucket (HTB) queuing discipline (qdisc) including an HTB for each queue 408. Using an HTB to implement each queue 408 allows for easy configuration of a rate, ceiling (cap), and quantum for each queue 408 as these parameters are already supported by HTB based queues. Although not illustrated, a stochastic fairness queuing (SFQ) qdisc may also be included for each user at the leaf zones 408a,b,c,d,f,g to ensure fairness between the different connections for the user. Linux based HTB and SFQ qdiscs are well-known in the art and further description of their operation and configuration is omitted herein for brevity.

FIG. 5 illustrates a quantum calculation table describing a calculation process that the quantum manager 420 utilizes in an exemplary configuration to calculate the quantums 409 for each queue 408 according to the number of current users per zone as shown in FIG. 3.

In this configuration, the quantums 409 are dynamically adjusted in proportion to the total number of current users (i.e., user load) under each zone. To beneficially increase efficiency, a minimum possible quantum is the MTU 426 and all quantums 409 are rounded up to their nearest positive integer multiple of the MTU 426. This allows dequeued data to be transmitted by the outgoing network interface 406 using one or more full capacity transport units (e.g., frames, packets, messages, etc). To prevent excessive monopolization of the shared ISP pipe 302, a maximum possible quantum is limited according to the maximum quantum ratio 422 multiplied by the MTU 426. This limits the number of concurrent MTU sized transport units that will be sent in a row from a single queue 408. Additionally, to increase responsiveness, when possible the quantums 409 are minimized while maintaining their relative ratios. This increases the frequency with

US 8,811,184 B2

**11**

which the zone dequeuing module **412** cycles through the queues **408** such as in a round robin order. In other implementations, different quantum optimization rules may be used.

In this example, the maximum quantum ratio **422** is predetermined at 1:40. Taking the above advantageous quantum optimization rules into consideration, the maximum value quantum is therefore forty times the MTU **426**, which corresponds to forty full sized Ethernet frames of data (maximum of 60,000 bytes of data) being sent in a row from the outgoing network interface **406**. The MTU of Ethernet is 1500 bytes and therefore a minimum possible quantum is 1500 bytes and all quantums are rounded to multiples of 1500 bytes.

With reference to FIG. **5**, column **500** indicates the zone/queue name and column **502** indicates the user load of the zone being the number of current users in this example. Column **504** indicates a scale factor that the user load of each zone is multiplied with such that the maximum user load ("192" current users in this example) is scaled to the maximum possible quantum ("60,000" bytes in this example). Column **506** indicates a calculated scaled quantum for each zone being the scale factor of column **504** multiplied by the user load of column **502**. Because the calculated scaled quantums of column **506** are not multiples of the MTU **426**, column **508** indicates how many full MTU **426** sized frames would be required to transmit the calculated scaled quantum of data in column **506**. Column **510** indicates a final rounded quantum value being the value of column **508** multiplied by the MTU **426**. As the number of current users in each zone of FIG. **3** changes over time, the quantum manager **420** correspondingly recalculates the quantums of column **510** according to the above-described process.

Taking the penthouse suite zone **312** as an example, because the penthouse suite zone **312** has a guaranteed rate of 1 Mbit/sec, the zone dequeuing module **412** may more frequently dequeue 1500 bytes from the penthouse suite queue **408**f when the users in the penthouse suite zone **312** have traffic to send (and/or receive depending on the applicable direction of the guaranteed rate) and the guaranteed rate has not yet been met. However, when either the penthouse suite zone **312** does not need to utilize its guaranteed rate or has already exceeded its full guaranteed rate, the zone dequeuing module **406** may place both the remaining bandwidth queue **408**e and penthouse suite queue **408**f at a same priority in a round robin dequeuing order. In this situation, the remaining bandwidth zone **316** benefits by having up to 60,000 bytes dequeued and passed to the outgoing interface **406** each time around whereas the penthouse suite zone **314** will only have up to 1500 bytes dequeued and passed to the outgoing interface **406** each time around.

Assuming a guaranteed bandwidth rates have been met, the more current users in a zone, the more bytes that are dequeued each time from that zone's queue **408** by the zone dequeuing module **412**. This is beneficial to prevent starvation of users who are in zones with a large number of other active users such as the remaining bandwidth zone **316** of FIG. **3**. Zones having a very low number of active users such as the penthouse suite zone **312** and the upgraded room zone **314** receive much lower quantum values. In this way, the quantum **409**e for the remaining bandwidth queue **408**e is forty times the quantum **409**f of the penthouse suite queue **408**f. When the penthouse suite zone **312** is borrowing available bandwidth over and above its guaranteed rate of 1 Mbit/sec, due to the large number of current users under the remaining bandwidth zone **316**, the zone dequeuing module **412** will dequeue and pass to the outgoing network interface **406** forty

**12**

times more data from the remaining bandwidth queue **408**e than from the penthouse suite queue **408**f.

Even though the penthouse suite zone **312** has a guaranteed bandwidth rate and a higher bandwidth cap than the remaining bandwidth zone **316**, the remaining bandwidth zone **316** receives preferential treatment when sharing available bandwidth due to having a larger user load than the penthouse suite zone **312**. As the guest room zones **318** are under the remaining bandwidth zone **316** in the tree-structure of FIG. **3**, the individual users in the various guest room zones **318** benefit because all their network traffic is subsequently enqueued on the remaining bandwidth queue **408**e before being dequeued and passed to the outgoing network interface **406** by the zone dequeuing module **412**. Network traffic to/from these users depending on the configured direction(s) therefore spends less time waiting on the queues **408**a, **408**b, **408**e of the unreserved bandwidth zones **306** because of the higher quantum **409**e allocated to remaining bandwidth queue **408**e.

Available bandwidth shared between the zones may be the leftover ISP pipe **302** bandwidth after all zones utilize up to their reserved rates. The zone dequeuing module **412** first ensures that all the zones having reserved rates get the amount of bandwidth they need up to their reserved rates, then all zones share the remaining available bandwidth up to their caps (i.e., ceilings). The dynamic quantums **409** adjusted according to the user load of zone are particularly useful when sharing bandwidth that exceeds guaranteed rates because zones having higher numbers of current users receive more of the available bandwidth than zones with lower numbers of current users. As previously explained, the current users of each zone may be the active users that have recently sent or received network traffic and are therefore currently competing for bandwidth.

FIG. **6** illustrates a quantum calculation table describing a calculation process that the quantum manager of FIG. **4** utilizes to calculate the quantums **409** for each queue **408** according to another example of numbers of current users of the zones shown in FIG. **3**. Column **600** indicates the zone/queue name and column **602** indicates the number of current users per zone. As shown in this example, the hotel **300** is almost vacant and there are only a few users in each zone. In this configuration, for any zones having "0" users in column **602**, the quantum manager **420** assumes that at least "1" user is present. Although there may initially be no users in the zone, if the quantum is set to 0 bytes, should the zone gain a user before the quantums **409** are next adjusted, the queue **408** corresponding to the zone will not have any data dequeued by the zone dequeue module **412**. Additionally, when there are zero users in the zone, the queue **408** corresponding to the zone will not have network traffic to dequeue in the first place, so it is not necessary to set the quantum to 0 bytes.

Column **604** indicates a scale factor that the user load of each zone is multiplied with such that the minimum user load ("1" current users in this example) is scaled to the minimum possible quantum, which is 1500 bytes in this example (i.e., the MTU **426** of Ethernet). Column **606** indicates a calculated scaled quantum for each zone being the scale factor of column **604** multiplied by the user load of column **702**. Because the calculated scaled quantums of column **606** are already multiples of the MTU **426**, no further calculations are required and column **606** represents the final quantums **409**. Again, in this example the remaining bandwidth zone **316** receives a higher quantum but now it is only 3.5 times that of the penthouse suite zone **312**. The reason is the two zones **316**, **312** now only have a 3.5 times differential in their respective users

US 8,811,184 B2

13

loads and therefore the remaining bandwidth zone **316** receives a corresponding ratio of preferential treatment by the zone dequeuing module **412**.

Concerning the different types of scale factors in columns **504**, **604**, the scale factor illustrated in column **504** of FIG. **5** causes the quantum **409** of the queue **408** corresponding to the zone with the maximum user load to be set at the maximum quantum value (60,000 bytes in this example). This type of scale factor is particularly useful when the ratio between the minimum user load (rounded up to "1" if "0") to the maximum user load is greater than the maximum quantum ratio **422**. For example, in the above examples, the maximum quantum ratio **422** is 1:40. Therefore, because the ratio of the minimum user load of "1" in column **502** of FIG. **5** to the maximum user load of "192" in column **502** of FIG. **5** is greater than 1:40, the scale factor **504** scales the quantums to the maximum range so that the ratio between the minimum quantum and the largest quantum meets the maximum quantum ratio **422** ("1:40" in this example). This gives the greatest amount of preferential treatment to the zone having the greatest user load without allowing that zone to monopolize the hotel's ISP connection by sending more than forty full MTU sized Ethernet packets in a row.

In contrast, the scale factor illustrated in column **604** of FIG. **6** causes the quantum **409** of the queue **408** corresponding to the zone with the minimum user load (rounded up to "1" if "0") to be set at the MTU **422** of the outgoing network interface (e.g., 1500 bytes in this example). This type of scale factor is particularly useful when the ratio between the minimum user load (rounded up to "1" if "0") to the maximum user load is not greater than the maximum quantum ratio **422**. For example, assuming again that the maximum quantum ratio **422** is 1:40, because the ratio of the minimum user load of "1" in column **602** of FIG. **6** to the maximum user load of "7" in column **602** of FIG. **6** is not greater than 1:40, the scale factor **604** scales the quantums to multiples of the MTU **422** while ensuring that the ratio between the minimum quantum and the largest quantum is the same as the ratio between the minimum user load (rounded up to "1" if 0) to the maximum user load. This give the exact ratio of preferential treatment to the zone having the greatest user load while also maximizing the interactivity of all zones by minimizing the quantums **409**.

In an advantageous configuration, the quantum manager **420** automatically checks the ratio between the minimum user load and the maximum user load and utilizes the best type of scaling factor. For example, the quantum manager **420** may be configured to scale the quantums **409** such that a smallest quantum is the MTU **426** of the outgoing network interface **406** when a ratio of the minimum user load to the maximum user load is less than a predetermined threshold ratio **422**, and to scale the quantums **409** such that the largest quantum is a predetermined maximum amount when the ratio of the minimum user load to the maximum user load is greater than the predetermined threshold ratio **422**.

FIG. **7** illustrates a beneficial organization of bandwidth zones in a conference center **700** according to another exemplary configuration of the invention. In this example, the conference center's ISP connection **702** provides a total bandwidth of 50 Mbit/sec shared between a number of room zones **704**, **706**, **708**, **710** such as different meeting rooms or conference rooms. All the zones **704**, **706**, **708**, **710** are at the first-level of the tree-structure and have equal guaranteed bandwidth rates of 2 Mbit/sec and equal bandwidth caps of 45 Mbit/sec. Although not illustrated, a bandwidth management system similar to that illustrated in FIG. **4** may be employed

14

at the conference center **700** in order to allocate available bandwidth between the zones **704**, **706**, **708**, **710** according to the quantum of each zone.

The reason equal rates and caps are used in this example is to illustrate how the quantums Q may be adjusted for each zone **704**, **706**, **708**, **710** according to user load even when all zones are entitled to the same share of the overall conference center bandwidth **702**. However, similar to the previous example, the below-described techniques may also be employed when the rates and caps of the zones **704**, **706**, **708**, **710** are different and dynamically changing as different meetings begin and end, for example.

In the conference center **700**, users are given a basic individual bandwidth cap of 256 kbit/sec and have the option to upgrade to a higher individual bandwidth cap of 1024 kbit/ sec. FIG. **7** indicates an example situation where the first room zone **704** has forty users at the basic bandwidth cap of 256 kbit/sec, the second room zone **706** has forty users at the upgraded bandwidth cap of 1024 kbit/sec, the third room zone **708** has twenty-seven users at the basic bandwidth cap of 256 kbit/sec and thirteen users at the upgraded bandwidth cap of 1024 kbit/sec, and the fourth room zone **710** has thirteen users at the basic bandwidth cap of 256 kbit/sec and twenty-seven users at the upgraded bandwidth cap of 1024 kbit/sec.

FIG. **8** illustrates a quantum calculation table describing a calculation process that a quantum manager may utilize to calculate the quantums for each zone shown in FIG. **8** when user load corresponds to a summation of user caps of the current users in each zone.

Column **800** indicates the zone/queue name, column **802** indicates the number of current users capped at 256 kbit/sec, and column **804** indicates the number of current users capped at 1024 kbit/sec. Column **806** indicates the user load of each zone being the summation of individual user caps (i.e., the number of users in column **802** multiplied by 256 kbit/sec plus the number of users in column **804** multiplied by 1024 kbit/sec).

Because the ratio of the minimum user load ("10240" in this example) to maximum user load ("40960" in this example) is less than the maximum quantum ratio **422** ("1: 40" in this example), column **808** indicates a scale factor that the user load of each zone is multiplied with such that the minimum user load ("10240" in this example) is scaled to the MTU of an outgoing network interface (1500 bytes in this example).

Column **810** indicates a calculated scaled quantum for each zone being the scale factor of column **808** multiplied by the user load of column **806**. Because the calculated scaled quantums of column **810** are not multiples of the MTU, column **812** indicates a final rounded quantum value being the value of column **810** rounded to the nearest multiple of the MTU.

The higher the summation of individual user caps in a zone, the more bytes that are dequeued each time from that zone's queue. This is beneficial to prevent starvation of users who are sharing zones with a large number of other active users. Additionally, rather than only judging user load according to number of users, this configuration also takes into account individual user caps. This helps increase user satisfaction because as users in a zone upgrade to higher individual bandwidth caps, the zone to which they belong has higher user load and may therefore receive a larger quantum value. The higher the total user caps in a zone, the higher each individual user's effective bandwidth will be when the zone shares available bandwidth with other zones.

FIG. **9** illustrates a flowchart describing a method of allocating bandwidth in a system having a plurality of queues respectively corresponding to a plurality of zones according

US 8,811,184 B2

15

to an exemplary configuration of the invention. The steps of the flowchart are not restricted to the exact order shown, and, in other configurations, shown steps may be omitted or other intermediate steps added. In this configuration, a bandwidth management system performs the following operations:

Step **900**: A plurality of queues are provided, where each queue corresponding to a bandwidth zone. The zones may be allocated once upon initial configuration, or may be changed dynamically throughout operation according to different requirements. For example, a meeting room rate/cap may be changed as different meetings begin and end. The zones may be defined and/or identified using different LANs, VLANs, switch port numbers, pass codes, zone codes, usernames, service set identifiers (SSIDs), room numbers, names of physical areas, IP and other addresses, etc.

Step **902**: Network traffic is received, and a belonging zone to which the network traffic belongs is determined. For example, the belonging zone may be the source zone from which the network traffic originated or the destination zone for which the network traffic is destined. The belonging zone may be determined by examining zone identification information included in each received packet/frame such as IP addresses, MAC addresses, cookie information, VLAN tag, or other information. This zone identification information may be correlated to the correct belonging zone in a database. Due to a zone tree-structure, network traffic may in fact belong to several zones at different levels of the tree-structure, for example, to both remaining bandwidth zone **316** and one of guest room zones **318** illustrated in FIG. **3**. In this example, the database associates zone identification information with a single belonging zone being the lowest belonging zone according to the tree-structure. For instance, depending on the configured direction, network traffic to/from guest room A is determined by the zone enqueuing module **410** to belong to the guest room A zone **318***a* (i.e., the lowest-level belonging zone).

In another configuration, the belonging zone may be determined by querying intermediate devices such as intermediate switches, routers, gateways, etc for zone identification information such as source/destination port numbers or interface identifiers in order to determine the belonging zone. For example, an intermediate switch may be queried using simple network management protocol (SNMP) to determine to which port a device having an IP address included in the network traffic is associated. The belonging zone is then determined according to the associated switch port (i.e., each switch port may correspond to a particular zone).

Step **904**: The network traffic is enqueued on the queue corresponding to the belonging zone. For example, a zone enqueuing module **410** such as that illustrated in FIG. **4** may enqueue network traffic received at step **902** on the queue **408** corresponding to the belonging zone determined at that step.

Step **906**: A user load of each zone is tracked. In one example, the user load of a zone corresponds to a summation indicating how many current users are in the zone. Current users per zone may defined and tracked in a number of ways including active ports per zone, number of logged in users per zone, number of outgoing or incoming connections per zone, number of traffic packets/frames per zone, active users who have sent/received network traffic, users who have replied to a recent ping request, or any combination of any of the above. Additionally, a time window may be utilized such as the past

16

10 minutes and/or the number of current users may be periodically determined once per time window. In another example, the user load of a zone may further take into account individual attributes of users in the zone. For example, user load of a zone may correspond to a summation of individual user caps of the current users in the zone. In another example, user load of a zone may correspond to a summation of how much data current users in the zone have recently sent or received (e.g., in the past 10 minutes). In another example, user load of a zone may correspond to the amount of user network traffic currently enqueued on one or more queues corresponding to the zone. When the zones are organized in a multi-level zone tree-structure, the user load of a particular zone may include the user load of all lower-level zones under the particular zone.

Step **908**: For each queue, a quantum of data that can be dequeued together is dynamically adjusted according to the user load of the zone to which the queue corresponds. For example, a quantum manager may dynamically adjust how many bytes will be dequeued from each zone according to the user load per zone as tracked at step **906**. In general, zones having higher user loads will have the capability to transfer larger numbers of bytes when dequeuing traffic. This is beneficial to prevent zones having low user loads but high guaranteed rates and/or bandwidth caps from getting a disproportionate amount of available bandwidth that is being shared with other zones having high current user loads. As the user loads of the zones change over time, the quantums may be automatically adjusted to give preferential treatment to the zones according to their new user loads.

Step **910**: Data is selectively dequeued from the queues and passed to one or more outgoing network interfaces. When selectively dequeuing data from the queues, an amount of data is dequeued from a selected queue according to the quantum of the queue determined at step **908**. As explained above, the quantum of the selected queue is determined according to user load of the zone to which the selected queue corresponds. In one usage example, the queues are selected one by one (e.g., in a round robin order), and up to the selected queue's quantum of data is dequeued from each queue while also ensuring any bandwidth reservations and/or caps of the zones are complied with. By still ensuring that bandwidth reservations and/or caps of the zones are complied with, the invention may be beneficially used in combination with and to enhance existing bandwidth management systems employing rates and caps.

An advantage of the invention is that it allows a hotel to limit bandwidth utilization on a zone-by-zone basis such as by defining each guest room to be a zone with its own reserved bandwidth rate/cap. The zone tree-structure also allows a first-level zone to include a number of second-level zones, which advantageously allows second-level zones that may individually have low user loads to accumulate their user loads together in a single first-level zone and gain preferential treatment. According to the zone tree-structure, zones dequeue an amount of data to pass to destinations being either a next higher-level zone or one or more destination network interface(s) in proportion to their user loads. By enqueuing network traffic from a plurality of second-level zones into a single queue of their corresponding first-level zone, users of the second-level zones receive increased bandwidth when data of the first-level queue is dequeued in larger amounts. Zones having higher user loads may advantageously receive more of the available bandwidth, which prevents individual

**17**

users under these zones from being starved. Another advantage of the invention is that because rates and caps of zones and individual users continue to be enforced, the invention is compatible with many existing bandwidth management techniques. Yet another advantage is that when a zone having a reserved bandwidth rate and/or cap does not need to use up to its reserved bandwidth rate/cap (e.g., when the users in the zone are not using the Internet), the unneeded bandwidth may be shared among other zones according to the relative user loads of the other zones. More of the available bandwidth is thereby beneficially allocated to zones having higher current user loads. As user loads of the zones change over time, the amount of data to be dequeued from their respective queues is dynamically updated.

Adjusting the quantum **409** of each queue **408** in proportion to the user load of its corresponding zone helps prevent bandwidth starvation of users without guaranteed rates. For instance, users under a zone with a relatively lower user load have less competition for bandwidth allocated to that zone. In contrast, users under a zone having a relatively higher user load will have more competition for bandwidth allocated to that zone and the data in its queue **408** (and in any higher level parent queue(s) **408**) will therefore tend to build up more quickly. To help prevent bandwidth starvation of these users and increase the fairness of bandwidth allocation between zones, the quantum manager **420** dynamically allocates quantums **409** to the queues **408** such that queues **408** corresponding to zones having lower user loads receive smaller quantums **409**, and queues **408** corresponding to zones having higher user loads receive larger quantums **409**. In this way, a single user who is trying to utilize large amounts of bandwidth over and above his guaranteed rate in a first zone (e.g., meeting room) will not negatively impact multiple users who don't have any reserved bandwidth under other zones (e.g., guest rooms zones).

In an exemplary configuration, a bandwidth management system includes a plurality of queues respectively corresponding to a plurality of zones. An enqueuing module receives network traffic from one or more incoming network interfaces, determines a belonging zone to which the network traffic belongs, and enqueues the network traffic on a queue corresponding to the belonging zone. A dequeuing module selectively dequeues data from the queues and passes the data to one or more outgoing network interfaces. When dequeuing data from the queues the dequeuing module dequeues an amount of data from a selected queue, and the amount of data dequeued from the selected queue is determined according to user load of a zone to which the selected queue corresponds.

Although the invention has been described in connection with a preferred embodiment, it should be understood that various modifications, additions and alterations may be made to the invention by one skilled in the art without departing from the spirit and scope of the invention as defined in the appended claims. For example, although the invention has been described as being utilized at a hotel, the invention is equally applicable to any hospitality related location or service wishing to allocate available bandwidth between multiple users including but not limited to hotels, motels, resorts, hospitals, apartment/townhouse complexes, restaurants, retirement centers, cruise ships, busses, airlines, shopping centers, passenger trains, etc. The exemplary user of "guest" is utilized in the above description because customers of hospitality establishments are generally referred to as guests; however, the exemplary user of "guest" in conjunction with the invention further includes all types of users whether or not they are customers. The invention may also be beneficially employed in other applications outside the hospitality indus-

**18**

try such as by conference centers, corporations, or any other entity wishing to allocate available bandwidth shared between a plurality of users.

The various separate elements, features, and modules of the invention described above may be integrated or combined into single units. Similarly, functions of single modules may be separated into multiple units. The modules may be implemented as dedicated hardware modules, and the modules may also be implemented as one or more software programs executed by a general or specific purpose processor to cause the processor to operate pursuant to the software program to perform the above-described module functions. For example, the bandwidth management system **400** of FIG. **4** may be implemented by a computer server having one or more processors **430** executing a computer program loaded from a storage media (not shown) to perform the above-described functions of the zone enqueuing module **410**, quantum manager **420**, and zone dequeuing module **412**. Likewise, the flowchart of FIG. **9** may be implemented as one or more processes executed by dedicated hardware, and may also be implemented as one or more software programs executed by a general or specific purpose processor to cause the processor to operate pursuant to the software program to perform the flowchart steps. A computer-readable medium may store computer executable instructions that when executed by a computer cause the computer to perform above-described method steps of FIG. **9**. Examples of the computer-readable medium include optical media (e.g., CD-ROM, DVD discs), magnetic media (e.g., hard drives, diskettes), and other electronically readable media such as flash storage devices and memory devices (e.g., RAM, ROM). The computer-readable medium may be local to the computer executing the instructions, or may be remote to this computer such as when coupled to the computer via a computer network. In one configuration, the computer is a computer server connected to a network such as the Internet and the computer program stored on a hard drive of the computer may be dynamically updated by a remote server via the Internet. In addition to a dedicated physical computing device, the word "server" may also mean a service daemon on a single computer, virtual computer, or shared physical computer, for example. Unless otherwise specified, features described may be implemented in hardware or software according to different design requirements. Additionally, all combinations and permutations of the above described features and configurations may be utilized in conjunction with the invention.

What is claimed is:

**1**. A bandwidth management system for allocating bandwidth between a plurality of bandwidth zones at an establishment serving a plurality of users, each zone having a number of users competing for bandwidth allocated to the zone, wherein the number of users in each zone changes over time; the bandwidth management system comprising:

   a plurality of queues, wherein each of the zones has a corresponding queue;

   an enqueuing module for receiving network traffic from one or more incoming network interfaces, determining a belonging zone to which the network traffic belongs, and enqueuing the network traffic on a queue corresponding to the belonging zone;

   a dequeuing module for selectively dequeuing data from the queues and passing the data to one or more outgoing network interfaces; and

   a quantum manager for dynamically adjusting values of a plurality of quantums, each of the queues having a respective quantum associated therewith;

US 8,811,184 B2

19

20

wherein, when a selected queue has no guaranteed bandwidth rate or has already reached its guaranteed bandwidth rate, the dequeuing module dequeues at most an amount of data from the selected queue up to the quantum of the selected queue before dequeuing data from another of the queues;

the quantum manager dynamically adjusts the values of the quantums in proportion to the number of users in each of the zones as the number of users change over time; the values of the quantums being automatically adjusted such that the quantum of a first queue is a higher value than the quantum of a second queue while the zone to which the first queue corresponds has a higher number of users than the zone to which the second queue corresponds, and such that the quantum of the first queue is a lower value than the quantum of the second queue while the zone to which the first queue corresponds has a lower number of users than the zone to which the second queue corresponds;

at least one of the zones is a first-level zone that includes a plurality of second-level zones not entitled to any guaranteed bandwidth rate;

network traffic enqueued on one or more queues corresponding to the second-level zones is dequeued and then enqueued on the queue corresponding to the first-level zone; and

the quantum manager determines the number of users of the first-level zone by accumulating the number of users under each of the second-level zones.

**2**. The bandwidth management system of claim **1**, further comprising:

an authentication server for managing logged in users of each of the zones;

wherein the number of users in each zone at a particular time corresponds to the number of logged in users of each zone at the particular time.

**3**. The bandwidth management system of claim **1**, further comprising:

a log for logging network traffic activity;

wherein the number of users in each zone at a particular time corresponds to users who have received or sent network traffic within each zone during a last predetermined time period according to the log.

**4**. The bandwidth management system of claim **1**, further comprising:

a user monitor for periodically sending a ping to each user in each of the zones;

wherein the number of users in each zone at a particular time corresponds to users in each zone who replied to a most recent ping.

**5**. The bandwidth management system of claim **1**, wherein, when all zones have data to send, all guaranteed bandwidth rates have been met, and no zone has exceeded its designated cap, the dequeuing module cycles through the queues in a round robin dequeuing strategy and dequeues the quantum of data associated with each queue.

**6**. The bandwidth management system of claim **1**, wherein the quantum manager is configured to scale the values of the quantums such that a smallest quantum value represents a maximum transmission unit (MTU) of the one or more outgoing network interfaces.

**7**. The bandwidth management system of claim **1**, wherein the quantum manager is configured to scale the values of the quantums such that a largest quantum value represents a predetermined maximum amount being a multiple of a maximum transmission unit (MTU) of the one or more outgoing network interfaces.

**8**. The bandwidth management system of claim **1**, wherein the quantum manager is configured to round the values of each of the quantums to a multiple of a maximum transmission unit (MTU) of the one or more outgoing network interfaces.

**9**. The bandwidth management system of claim **1**, wherein each zone corresponds to one or more rooms of a hotel.

**10**. The bandwidth management system of claim **1**, wherein each user corresponds to a different user device.

**11**. The bandwidth management system of claim **1**, wherein, besides the first-level zone and the second-level zones under the first-level zone, all the other zones are entitled to one or more guaranteed bandwidth rates.

**12**. A method of allocating bandwidth between a plurality of bandwidth zones at an establishment serving a plurality of users, each zone having a number of users competing for bandwidth allocated to the zone, wherein the number of users in each zone changes over time, the method comprising:

providing a plurality of queues, wherein each of the zones has a corresponding queue;

receiving network traffic from one or more incoming network interfaces;

determining a belonging zone to which the network traffic belongs;

enqueuing the network traffic on a queue corresponding to the belonging zone;

selectively dequeuing data from the queues and passing the data to one or more outgoing network interfaces; and

dynamically adjusting values of a plurality of quantums, each of the queues having a respective quantum associated therewith;

wherein, when a selected queue has no guaranteed bandwidth rate or has already reached its guaranteed bandwidth rate, selectively dequeuing data from the queues comprises dequeuing at most an amount of data from the selected queue up to the quantum of the selected queue before dequeuing data from another of the queues;

dynamically adjusting values of the quantums comprises dynamically adjusting the values of the quantums in proportion to the number of users in each of the zones as the number of users change over time; the values of the quantums being automatically adjusted such that the quantum of a first queue is a higher value than the quantum of a second queue while the zone to which the first queue corresponds has a higher number of users than the zone to which the second queue corresponds, and such that the quantum of the first queue is a lower value than the quantum of the second queue while the zone to which the first queue corresponds has a lower number of users than the zone to which the second queue corresponds;

at least one of the zones is a first-level zone that includes a plurality of second-level zones not entitled to any guaranteed bandwidth rate, and the method further comprises:

dequeuing network traffic enqueued on one or more queues corresponding to the second-level zones and then enqueuing it on the queue corresponding to the first-level zone; and

determining the number of users of the first-level zone by accumulating the number of users under each of the second-level zones.

**13**. The method of claim **12**, further comprising:

managing logged in users of each of the zones;

wherein the number of users in each zone at a particular time corresponds to the number of logged in users of each zone at the particular time.

US 8,811,184 B2

**21**

**14**. The method of claim **12**, further comprising:

scaling the values of the quantums such that a smallest quantum value is a maximum transmission unit (MTU) of the one or more outgoing network interfaces when a ratio of a minimum number of users to a maximum number of users is less than a predetermined threshold ratio; and

scaling the values of the quantums such that a largest quantum value is a predetermined maximum amount when the ratio of the minimum number of users to the maximum number of users is greater than the predetermined threshold ratio.

**15**. The method of claim **12**, further comprising:

ensuring a maximum bandwidth cap of the selected zone is not exceeded; and

ensuring the selected zone receives at least a guaranteed bandwidth allotment.

**16**. A non-transitory computer-readable medium comprising computer executable instructions that when executed by a computer cause the computer to perform the method of claim **12**.

**17**. The method of claim **12**, wherein each zone corresponds to one or more physically separate areas at the establishment.

**18**. The method of claim **12**, wherein, wherein, besides the first-level zone and the second-level zones under the first-level zone, all the other zones are entitled to one or more guaranteed bandwidth rates.

**19**. A bandwidth management system for allocating bandwidth between a plurality of bandwidth zones at an establishment serving a plurality of users, each zone having a number of users competing for bandwidth allocated to the zone, wherein the number of users in each zone changes over time, the system comprising:

a plurality of queues, wherein each of the zones has a corresponding queue; and

one or more processors configured to:

receive network traffic from one or more incoming network interfaces;

determine a belonging zone to which the network traffic belongs;

enqueue the network traffic on a queue corresponding to the belonging zone;

**22**

selectively dequeue data from the queues;

pass the data to one or more outgoing network interfaces; and

dynamically adjust values of a plurality of quantums, each of the queues having a respective quantum associated therewith;

wherein, when a selected queue has no guaranteed bandwidth rate or has already reached its guaranteed bandwidth rate, the one or more processors are configured to dequeue at most an amount of data from the selected queue up to the quantum of the selected queue before dequeuing data from another of the queues;

the one or more processors are configured to dynamically adjust the values of the quantums in proportion to the number of users in each of the zones as the number of users change over time; the values of the quantums being automatically adjusted such that the quantum of a first queue is a higher value than the quantum of a second queue while the zone to which the first queue corresponds has a higher number of users than the zone to which the second queue corresponds, and such that the quantum of the first queue is a lower value than the quantum of the second queue while the zone to which the first queue corresponds has a lower number of users than the zone to which the second queue corresponds;

at least one of the zones is a first-level zone that includes a plurality of second-level zones not entitled to any guaranteed bandwidth rate, and the one or more processors are further configured to:

dequeue network traffic enqueued on one or more queues corresponding to the second-level zones and then enqueue it on the queue corresponding to the first-level zone; and

determine the number of users of the first-level zone by accumulating the number of users under each of the second-level zones.

**20**. The bandwidth management system of claim **19**, wherein, besides the first-level zone and the second-level zones under the first-level zone, all the other zones are entitled to one or more guaranteed bandwidth rates.

\*    \*    \*    \*    \*

# Exhibit B

US009154435B2

(12) **United States Patent**　　(10) **Patent No.:**　　**US 9,154,435 B2**

Ong　　(45) **Date of Patent:**　　*****Oct. 6, 2015**

(54) **AUTOMATICALLY ADJUSTING BANDWIDTH ALLOCATED BETWEEN DIFFERENT ZONES IN PROPORTION TO SUMMATION OF INDIVIDUAL BANDWIDTH CAPS OF USERS IN EACH OF THE ZONES WHERE A FIRST-LEVEL ZONE INCLUDES SECOND-LEVEL ZONES NOT ENTITLED TO ANY GUARANTEED BANDWIDTH RATE**

(71) Applicant: **Guest Tek Interactive Entertainment Ltd.,** Calgary (CA)

(72) Inventor: **David T. Ong,** Calgary (CA)

(73) Assignee: **Guest Tek Interactive Entertainment Ltd.,** Calgary (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/456,035**

(22) Filed: **Aug. 11, 2014**

(65) **Prior Publication Data**

US 2014/0347999 A1　Nov. 27, 2014

**Related U.S. Application Data**

(63) Continuation of application No. 13/308,908, filed on Dec. 1, 2011, now Pat. No. 8,811,184.

(30) **Foreign Application Priority Data**

Aug. 24, 2011　(CA) ...................................... 2750345

(51) **Int. Cl.**
　　*H04L 12/873*　　(2013.01)
　　*H04L 12/24*　　(2006.01)
　　(Continued)

(52) **U.S. Cl.**
　　CPC .......... *H04L 47/527* (2013.01); *H04L 41/0896* (2013.01); *H04L 47/2441* (2013.01); *H04L 47/6255* (2013.01); *H04L 47/781* (2013.01); *H04L 47/808* (2013.01); *H04L 63/08* (2013.01)

(58) **Field of Classification Search**
　　CPC ................................. H04L 47/00; H04L 41/00
　　See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,231,633 A *　7/1993　Hluchyj et al. ............... 370/429
5,889,956 A *　3/1999　Hauser et al. ................. 709/226

(Continued)

FOREIGN PATENT DOCUMENTS

CA　　2750345　　12/2011
WO　01/031861 A9　11/2002
WO　2011005710 A2　1/2011

OTHER PUBLICATIONS

Martin Devera and Don Cohen, "HTB Linux queuing discipline manual—user guide", last updated May 5, 2002, downloaded from http://luxik.cdi.cz/~devik/qos/htb/manual/userg.htm.

*Primary Examiner* — Andrew Lai
*Assistant Examiner* — Sumitra Ganguly
(74) *Attorney, Agent, or Firm* — ATMAC Patent Services Ltd.; Andrew T. MacMillan

(57)　　**ABSTRACT**

A bandwidth management system includes a plurality of queues respectively corresponding to a plurality of zones. An enqueuing module receives network traffic from one or more incoming network interfaces, determines a belonging zone to which the network traffic belongs, and enqueues the network traffic on a queue corresponding to the belonging zone. A dequeuing module selectively dequeues data from the queues and passes the data to one or more outgoing network interfaces. When dequeuing data from the queues the dequeuing module dequeues an amount of data from a selected queue, and the amount of data dequeued from the selected queue is determined according to user load of a zone to which the selected queue corresponds.

**20 Claims, 9 Drawing Sheets**



**US 9,154,435 B2**

Page 2

(51) **Int. Cl.**
  **H04L 12/851**    (2013.01)
  **H04L 12/863**    (2013.01)
  **H04L 12/911**    (2013.01)
  **H04L 12/927**    (2013.01)
  *H04L 29/06*    (2006.01)

(56)        **References Cited**

        U.S. PATENT DOCUMENTS

  7,215,675  B2 *   5/2007  Kramer et al.  ............. 370/395.4
  7,324,473  B2 *   1/2008  Corneille et al.  ............. 370/328

|  |  |  |
|---|---|---|
| 8,811,184  B2 * | 8/2014 | Ong  .............................. 370/237 |
| 2002/0003806  A1 | 1/2002 | McKinnon, III et al. |
| 2003/0005112  A1 | 1/2003 | Krautkremer |
| 2005/0091539  A1 | 4/2005 | Wang et al. |
| 2005/0094643  A1 | 5/2005 | Wang et al. |
| 2006/0221823  A1 | 10/2006 | Shoham et al. |
| 2008/0098062  A1 | 4/2008 | Balia |
| 2010/0189129  A1 | 7/2010 | Hinosugi et al. |
| 2012/0185586  A1 | 7/2012 | Olshansky |
| 2013/0051237  A1 | 2/2013 | Ong |
| 2013/0107872  A1 | 5/2013 | Lovett et al. |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

Quantum calculation table

| Zone/Queue | User load (# of current users) | Scale factor (maximum to 60000) | Calculated scaled quantum | Divided by MTU(1500), rounded up | Rounded quantum (bytes) |
|---|---|---|---|---|---|
| | 502 | 504 | 506 | 508 | 510 |
| Meeting room #1 | 65 | 312.5 | 20312.5 | 14 | 21000 |
| Meeting room #2 | 24 | 312.5 | 7500 | 5 | 7500 |
| Penthouse Suite | 3 | 312.5 | 937.5 | 1 | 1500 |
| Upgraded room | 2 | 312.5 | 625 | 1 | 1500 |
| Remaining bandwidth | 192 | 312.5 | 60000 | 40 | 60000 |
| Guest room A | 2 | 312.5 | 625 | 1 | 1500 |
| Guest room B | 1 | 312.5 | 312.5 | 1 | 1500 |
| ... | ... | ... | ... | ... | ... |

500

FIG. 5

**Quantum calculation table**

| Zone/Queue | User load (# of current users) | Scale factor (minimum to 1500) | Quantum (bytes) |
|---|---|---|---|
| Meeting room #1 | 0 (assume 1) | 1500 | 1500 |
| Meeting room #2 | 3 | 1500 | 4500 |
| Penthouse Suite | 2 | 1500 | 3000 |
| Upgraded room | 1 | 1500 | 1500 |
| Remaining bandwidth | 7 | 1500 | 10500 |
| Guest room A | 2 | 1500 | 3000 |
| Guest room B | 1 | 1500 | 1500 |
| ... | ... | ... | ... |

600 — 602 — 604 — 606

FIG. 6



FIG. 7

Quantum calculation table

| Zone/Queue | # of users at 256kbits | # of users at 1024kbits | User load (sum of current user caps in kbits) | Scale factor (minimum to 1500) | Calculated scaled quantum | Rounded quantum (bytes, to nearest multiple of MTU) |
|---|---|---|---|---|---|---|
| | 802 | 804 | 806 | 808 | 810 | 812 |
| Room #1 | 40 | 0 | 10240 | 0.146484375 | 1500 | 1500 |
| Room #2 | 0 | 40 | 40960 | 0.146484375 | 6000 | 6000 |
| Room #3 | 27 | 13 | 20224 | 0.146484375 | 2962.5 | 3000 |
| Room #4 | 13 | 27 | 30976 | 0.146484375 | 4537.5 | 4500 |

800

FIG. 8



900

Provide a plurality of queues, each queue corresponding to a bandwidth zone

902

Receive network traffic and determine a belonging zone

904

Enqueue the network traffic on the queue corresponding to the belonging zone

906

Track user load of each zone

908

For each queue, dynamically adjust a quantum of data that can be dequeued according to the current user load of the zone to which the queue corresponds

910

Cycle through the queues and dequeue up to the quantum of data from each queue while also ensuring any bandwidth reservations and/or caps of the zones are complied with

FIG. 9

US 9,154,435 B2

**1**

## AUTOMATICALLY ADJUSTING BANDWIDTH ALLOCATED BETWEEN DIFFERENT ZONES IN PROPORTION TO SUMMATION OF INDIVIDUAL BANDWIDTH CAPS OF USERS IN EACH OF THE ZONES WHERE A FIRST-LEVEL ZONE INCLUDES SECOND-LEVEL ZONES NOT ENTITLED TO ANY GUARANTEED BANDWIDTH RATE

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 13/308,908 filed Dec. 1, 2011, which claims the benefit of Canadian Patent Application No. 2,750,345 filed Aug. 24, 2011. Both of these applications are incorporated herein by reference.

### BACKGROUND OF THE INVENTION

(1) Field of the Invention

The invention pertains generally to bandwidth management. More specifically, the invention relates to allocating available bandwidth shared by a plurality of users.

(2) Description of the Related Art

Travellers increasingly view in-room high speed Internet access (HSIA) as a requirement when choosing at which hotel to stay. Business travellers may need to access company networks while on the road and tourists may wish to upload photos and send email to family friends while travelling. To provide in-room HSIA, hotels typically purchase a connection to the Internet from a local Internet service provider (ISP). The ISP provides the hotel with a fixed amount of bandwidth determined according to the ISP's pricing structure or other constraints. The hotel shares the available bandwidth between the hotel guests, users in meeting and conference rooms, and the hotel's networked computer systems.

A large hotel may have hundreds or even thousands of guests staying in guest rooms and utilizing meeting rooms— each competing for Internet bandwidth. One or more computer systems in the hotel may additionally need to transfer data via the Internet such as to receive reservations from external travel agencies or to download content for playback by guests using the hotel's in-room media and entertainment system. Because user satisfaction will be lowered if access to the Internet is slow, unresponsive, or unreliable, the available Internet bandwidth provided by the ISP needs to be effectively allocated between the various users within the hotel.

Typically, when a user connects a network device to the hotel's LAN, the user is required by the hotel's HSIA system to authenticate and gain access to the network, for example, by providing a password or other information such as room number and registered guest's name. Once authorized, traffic shaping is performed on a per-user basis in order to cap each user's maximum usage at a certain level while still sharing the total available bandwidth between all guests and other applications within the hotel. For example, a basic user bandwidth cap may limit each user to at most receive 256 kbit/sec of the hotel's available bandwidth to the Internet. The actual amount received by the user may be less than the cap during peak usage times.

Some hotels allow users to purchase "upgraded" bandwidth, which typically involves raising the user's individual bandwidth cap while still sharing the available bandwidth with other users. For example, the user's cap may be raised to 1024 kbit/sec after a payment of $9.99 is received. Again, when bandwidth is upgraded in this way, the maximum

**2**

throughput is limited to the cap but the minimum throughput is not limited and instead depends on how much bandwidth other users are currently using.

A hotel may also allow a user to purchase an amount of guaranteed bandwidth that is not shared with other users. Guaranteed bandwidth is often also provided by the hotel to meeting and conference rooms, and the users of these rooms share the room's allocation. The amount of guaranteed bandwidth allocated to hotel guests is generally set according to an amount purchased by the user during a sign-in process, and the amount of guaranteed bandwidth allocated to conference and meeting rooms is typically determined when the room is booked and may be a function of the booking price to allow the conference organizer to pay according to the level of bandwidth required for the conference.

When bandwidth is guaranteed, ideally the minimum bandwidth that a user (or room, etc) benefiting from the guarantee will ever experience will be the guaranteed rate. In some cases, the bandwidth may also be capped at a higher rate so when there is bandwidth in the hotel available over and above the guaranteed rate, the user may experience even higher rates. When the hotel is provided with a fixed total ISP bandwidth, care must be taken by the hotel to not oversell guaranteed bandwidth or it may be impossible for the hotel to actually deliver the guaranteed rates when usage is high.

Traffic shaping and prioritization may also be performed by monitoring and detecting traffic types and giving preferential treatment for certain time-sensitive applications such as teleconferencing voice and video traffic. Compression, caching, and blocking technologies (i.e., blocking malware and other unwanted web traffic) may also be utilized by the hotel's HSIA system to reduce unnecessary bandwidth utilization and thereby increase the bandwidth available to share between users.

Although the above-described methods of managing bandwidth within a hotel are useful, they also tend to be unfair to certain users. For example, in some circumstances a user who has not upgraded to an amount of guaranteed bandwidth may be starved for bandwidth when sharing a small amount of available bandwidth with other users. Due to a variety of reasons it may not be possible for this user to purchase guaranteed bandwidth, for example, because the total ISP connection bandwidth is limited and other users (i.e., meeting rooms and/or VIP guests) may already have reserved the hotel's limit on guaranteed bandwidth. Although, the user may be able to upgrade to a higher individual bandwidth cap, during peak usage times when bandwidth is in high demand, the actual portion of bandwidth received by the user may not even reach the lower cap so having a higher cap will provide no benefit. Further techniques to optimize bandwidth allocation between multiple users to help prevent bandwidth starvation in these situations would be beneficial.

### BRIEF SUMMARY OF THE INVENTION

According to an exemplary configuration of the invention there is provided a bandwidth management system including a plurality of queues respectively corresponding to a plurality of zones. An enqueuing module receives network traffic from one or more incoming network interfaces, determines a belonging zone to which the network traffic belongs, and enqueues the network traffic on a queue corresponding to the belonging zone. A dequeuing module selectively dequeues data from the queues and passes the data to one or more outgoing network interfaces. When dequeuing data from the queues the dequeuing module dequeues an amount of data from a selected queue, and the amount of data dequeued from

US 9,154,435 B2

3

the selected queue is determined according to user load of a zone to which the selected queue corresponds.

According to another exemplary configuration of the invention there is provided a bandwidth management system including a plurality of queues respectively corresponding to a plurality of zones. One or more processors are configured to receive network traffic from one or more incoming network interfaces, determine a belonging zone to which the network traffic belongs, enqueue the network traffic on a queue corresponding to the belonging zone, selectively dequeue data from the queues, and pass the data to one or more outgoing network interfaces. When selectively dequeuing data from the queues the one or more processors are configured to dequeue an amount of data from a selected queue, and the amount of data dequeued from the selected queue is determined according to user load of a zone to which the selected queue corresponds.

According to another exemplary configuration of the invention there is provided a bandwidth management apparatus including a plurality of queues respectively corresponding to a plurality of zones. Included is means for receiving network traffic, means for determining a belonging zone to which the network traffic belongs and enqueuing the network traffic on a queue corresponding to the belonging zone, and means for selectively dequeuing data from the queues and passing the data to one or more destinations. Selectively dequeuing data from the queues involves dequeuing an amount of data from a selected queue, the amount of data being determined according to user load of a zone to which the selected queue corresponds.

According to another exemplary configuration of the invention there is provided a method of allocating bandwidth between a plurality of zones. The method includes providing a plurality of queues respectively corresponding to the plurality of zones. The method further includes receiving network traffic from one or more incoming network interfaces and determining a belonging zone to which the network traffic belongs. The method further includes enqueuing the network traffic on a queue corresponding to the belonging zone, and selectively dequeuing data from the queues and passing the data to one or more outgoing network interfaces. Selectively dequeuing data from the queues involves dequeuing an amount of data from a selected queue, the amount of data being determined according to user load of a zone to which the selected queue corresponds.

These and other embodiments and advantages of the invention will become apparent from the following detailed description, taken in conjunction with the accompanying drawings, illustrating by way of example the principles of the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be described in greater detail with reference to the accompanying drawings which represent preferred embodiments thereof.

FIG. 1 illustrates a generalized bandwidth zone tree-structure according to an exemplary configuration of the invention.

FIG. 2 illustrates how each zone of FIG. 1 may include one or more user devices and/or may include other zones at a lower level of the tree-structure.

FIG. 3 illustrates a beneficial organization of bandwidth zones in a hotel according to an exemplary configuration of the invention.

4

FIG. 4 illustrates a bandwidth management system having a plurality of queues respectively corresponding to the zones of FIG. 3 according to an exemplary configuration of the invention.

FIG. 5 illustrates a quantum calculation table describing a calculation process that the quantum manager of FIG. 4 may utilize to calculate a quantum for each queue according to the user load example shown in FIG. 3.

FIG. 6 illustrates a quantum calculation table describing a calculation process that the quantum manager of FIG. 4 may utilize to calculate the quantum for each queue according to another user load example for the zones shown in FIG. 3.

FIG. 7 illustrates a beneficial organization of meeting room bandwidth zones in a conference center according to an exemplary configuration of the invention.

FIG. 8 illustrates a quantum calculation table describing a calculation process that a quantum manager may utilize to calculate a quantum for a queue of each zone of FIG. 8 when the user load of each zone corresponds to a summation of bandwidth caps of the current users in the zone.

FIG. 9 illustrates a flowchart describing a method of allocating bandwidth between zones according to user load in an exemplary configuration of the invention.

## DETAILED DESCRIPTION

FIG. 1 illustrates a generalized bandwidth zone tree-structure according to an exemplary configuration of the invention. The definition of a "zone" according to the invention is flexible and depends upon application-specific design requirements. Generally speaking, zones represent manageable divisions of users, user devices, and/or other lower-level zones. Zones may be logically and/or physically separated from other zones. For example, different zones may be isolated on separate local area networks (LANs) or virtual LANs (VLANs) corresponding to separate rooms or areas of a hotel, or different zones may share a same LAN but correspond to different service levels of users within a hotel. The zones and tree-structure may be dynamic and change at any time as users associated with certain zones upgrade their Internet access or when meeting reservations begin and end, for example.

In the example zone organization of FIG. 1, an Internet pipe 102 providing a total bandwidth (BT) is shared between a set of reserved bandwidth zones 104 and a set of unreserved bandwidth zones 106. The set of reserved bandwidth zones 104 are arranged on a first-level of the tree and include a first guaranteed zone 108 having a guaranteed bandwidth rate of R1 and a maximum bandwidth usage cap of C1, and a second guaranteed zone 110 having a guaranteed bandwidth rate of R2 and a cap of C2. Bandwidth rates R1, R2 are guaranteed to the zone; when there is unused bandwidth in the hotel, each zone may also obtain extra bandwidth up to its cap C1, C2. Each zone's cap C1, C2 may be equal to or higher than the zone's reserved rate R1, R2. Additionally, the reserved rate R1, R2 and cap C1, C2 of each zone may be changed at any time.

In the set of unreserved bandwidth zones 106, there is a single first-level remaining bandwidth zone 112 that may obtain up to a cap amount of bandwidth that still leaves at least the reserved bandwidth available for each of the reserved bandwidth zones 104. For example, using the zones illustrated in FIG. 1, CRESERVE=BT−(R1+R2). The CRE-SERVE cap may be automatically set in this way to ensure that users who have purchased guaranteed bandwidth can utilize their full guaranteed allotment capacity at any time and will not be affected by overuse by the unreserved bandwidth

US 9,154,435 B2

5

zones **106**. Although capping the remaining bandwidth zone **112** at CRESERVE means there may be some wasted bandwidth capacity when the reserved bandwidth zones **104** are not utilizing their full rates R1, R2, the CRESERVE cap advantageously preserves interactivity for each of the reserved bandwidth zones **104** and allows immediate bandwidth usage by the reserved bandwidth zones **104** such as is needed during bandwidth speed tests or intermittent traffic bursts, for example.

In some configurations, the caps C1, C2 of the guaranteed zones **108**, **110** may similarly each be automatically set to prevent overuse of one of the reserved bandwidth zones **104** from affecting another of the reserved bandwidth zones **104**. For example, using the zones illustrated in FIG. 1, C1 may be automatically set to BT–R2, and C2 may be automatically set to BT–R1. In other configurations, the caps C1, C2 may be set to lower values to preserve bandwidth for use by the unreserved bandwidth zones **106** or be set to higher values when it is not a concern if one of the reserved bandwidth zones **104** interferes with another of the reserved bandwidth zones **104** such as when there is a only a single guaranteed zone **108**, **110**.

Under the first-level remaining bandwidth zone **112** are a number of second-level best effort zones **114**, **116** each having its own cap. For example, best effort zone **114** has cap C4 and best effort zone **116** has cap C5. Caps C4, C5 are usually lower than CRESERVE and may be adjusted at any time such as when a user of a particular guest room upgrades to a higher bandwidth cap, for example.

A second-level best effort zone **114**, **116** may be automatically moved to become one of the first-level reserved bandwidth zones **104** and given a guaranteed bandwidth rate such as when a user upgrades a room to a guaranteed bandwidth rate, for example. Likewise, a guaranteed zone **108**, **110** may have its reserved rate R1, R2 set to zero (or otherwise deleted) and be automatically moved to become a second-level best effort zone under the remaining bandwidth zone **112**. This may occur, for example, when a guaranteed bandwidth rate upgrade expires or when a VIP user entitled to guaranteed bandwidth in a room checks outs and the room automatically becomes a best effort zone **114**, **116**.

FIG. 2 illustrates how each zone **202** may include one or more user devices **204** and/or may include other lower-level zones **206**. Such parent zones **202** include all the user devices **204** and/or additional zones from their lower-level child zones **206**. Although the examples illustrated in FIG. 1 and FIG. 2 have first-level zones and second-level zones, the invention is not limited to a two-level bandwidth zone tree-structure. For example, a single level tree-structure is illustrated later in FIG. 7. Additionally, three or greater-level tree-structures are also possible and may be beneficial when there are many sub categories of a higher level zone, for example.

FIG. 3 illustrates a beneficial organization of bandwidth zones in a hotel **300** according to an exemplary configuration of the invention. In this example, the hotel's ISP pipe **302** provides a total bandwidth of 10 Mbit/sec shared between a number of reserved bandwidth zones **304** and a number of unreserved bandwidth zones **306**. Following the tree-structure organization introduced in FIG. **1**, the reserved bandwidth zones **304** are each positioned at a first-level of the tree and include a first meeting room zone **308**, a second meeting room zone **310**, a penthouse suite zone **312**, and an upgraded room zone **314**. A single first-level remaining bandwidth zone **316** includes a number of second-level guest room zones **318** including a first guest room zone **318a** and second guest room zone **318b**.

6

In this example, the remaining bandwidth zone **316** is automatically capped at 4 Mbit/sec so that even when at full utilization there is still enough bandwidth left over (e.g., 6 Mbit/sec remaining) within the hotel **300** to accommodate each of the reserved bandwidth zones **304** operating at full utilization according to their guaranteed rates. Additionally, guaranteed zones **308**, **310** are automatically capped at 6 Mbit/sec and guaranteed zones **312**, **314** are automatically capped at 5 Mbit/sec to ensure that when any one operates at full capacity there is enough bandwidth to accommodate each of the other reserved bandwidth zones **304**. As previously mentioned, automatically setting the caps in this way preserves the interactivity of the guaranteed bandwidth zones **308**, **310**, **312**, **314**. When the guaranteed rates of any of the reserved bandwidth zones **304** are changed, the bandwidth caps throughout the zones in the hotel **300** may be automatically adjusted by the hotel's bandwidth management system accordingly.

As shown in FIG. **3**, each zone has an example number of current users to help describe this configuration of the invention. In this configuration, the word "users" refers to the different user devices **204** since the hotel's HSIA system will generally identify each user device **204** with a unique IP address and will provide an individual bandwidth cap on a per user device **204** basis. However, in other configurations, the term "users" may instead refer to different human users as tracked by their user devices **204**. For example, when a particular zone has a single hotel guest utilizing three user devices **204**, the zone may only be determined to include a single user as each of the IP addresses of the three user devices **204** are associated with the same user in a database. In yet other configurations, "users" may also include automated applications, tasks, or servers such as the various components of the hotel's HSIA system or other networked systems in the hotel **300**. In general, the term "users" in each of the various configurations refers to agents that compete for available bandwidth, and any mechanism of identifying and distinguishing current users may be utilized in conjunction with the invention.

Although not illustrated in FIG. **3**, each user under a zone may in fact be included in a user-specific lower-level child zone having a user-specific cap (and/or reserved rate). This configuration is beneficial to prevent each user under a zone from monopolizing all the bandwidth assigned to the zone. For example, a user that tries to bit-torrent under a zone will not unfairly take more than their allotted bandwidth cap from other users sharing the bandwidth under that zone.

Additionally, the number of current users indicated in FIG. **3** is meant only as an example snapshot of one particular time period and it is expected the numbers of current users of each zone **308**, **310**, **312**, **314**, **316**, **318a**, **318b** will change over time. For example, after a meeting in the first meeting room zone **308** ends, the number of users of the first meeting room zone **308** will drop from ninety-five to zero. Then, when a next meeting begins, the user count will rapidly climb up to another level dependent upon how many users bring electronic devices **204** that are connected to the network. The number of current users of the other zones **310**, **312**, **314**, **316**, **318a**, **318b** may similarly change over time as well.

The number of current users of the remaining bandwidth zone **316** is one-hundred and ninety-two in this example. This number includes all the current users of the various guest room zones **318** that are included as second-level zones under the first-level remaining bandwidth zone **316**. Each guest room zone **318** may only have one or two current users, but the hotel **300** in this example has hundreds of guest rooms and, due to the zone tree-structure, all of the current guest

US 9,154,435 B2

7

room users add up to form the total number of current users of remaining bandwidth zone **316**.

For illustration purposes, the upload direction (hotel to ISP) will be described and the rates/caps shown for each zone indicate the upload speeds in the following description. However, these rates/caps may also apply in the download direction, or the download direction could have different rates/caps for each zone. Regardless, the invention may be used in both the upload and download directions or may be used only in a single direction depending upon the specific bandwidth management requirements of the target application.

In this example, the hotel ISP pipe **302** has a total of 10 Mbit/sec bandwidth provided by the ISP and each of the first-level reserved bandwidth zones **304** is guaranteed some of that bandwidth. Even if each of the reserved bandwidth zones **304** is utilizing its full guaranteed rate, there is still an available 4 Mbit/sec remaining that may be shared among the various first-level zones in the hotel.

According to this configuration of the invention, the available bandwidth is shared between zones at the same level in the zone tree. This means the 4 Mbit/sec in the above example will be shared between the first-level zones including the first meeting room zone **308**, the second meeting room zone **310**, the penthouse suite zone **312**, the upgraded room zone **314**, and the remaining bandwidth zone **316**. Even when sharing available bandwidth, if a zone has a bandwidth cap, that zone may not obtain any bandwidth above the cap level.

Each zone has a quantum (shown as example Q values indicated in FIG. **3**) representing an amount of bytes that can be served at a single time from the zone and passed to a higher-level zone (or to the hotel ISP pipe **302**). According to this configuration of the invention, the quantums are dynamically adjusted according to the user load of each zone, and the user load of each zone corresponds to the number of current users in the zone.

When each zone is implemented as one or more queues enforcing rate and cap limits, the quantum indicates the maximum number of bytes that can be dequeued (i.e., removed from a particular queue) at one time. In some configurations, the cap limit may prevent the full quantum of bytes from being dequeued from a queue corresponding to a particular zone if this would cause the bandwidth provided to the zone to exceed its cap limit. In another configuration, as long as the data in the queue is sufficient, the quantum of bytes is always dequeued at once; however, the frequency of dequeuing the quantum of bytes may be reduced in order to limit the average bandwidth to the zone's cap.

FIG. **4** illustrates a bandwidth management system **400** having a plurality of queues **408** where each individual queue **408** respectively corresponds to one of the zones of FIG. **3** and includes a queue-specific quantum **409** according to an exemplary configuration of the invention. In this example, the bandwidth management system **400** further includes an incoming network interface **404**, an outgoing network interface **406**, a zone enqueuing module **410**, a zone dequeuing module **412**, a user monitor **414**, a network activity log **416**, an authentication server **418**, a user/zone database **419**, and a quantum manager **420**. The quantum manager **420** is preprogramed with a maximum quantum ratio **422**. The outgoing network interface **406** has a maximum transport unit (MTU) **426**, for example, 1500 bytes when the outgoing network interface **406** is of the Ethernet type.

Again, although the bandwidth management system **400** is shown operating in a single direction from incoming network interface **404** to outgoing network interface **406**, in some configurations, there may be a similar structure in both upload and download directions. The bandwidth management sys-

8

tem **400** may be used to manage bandwidth in the upload direction (hotel to ISP) and/or download direction (ISP to hotel) according to different configurations. Additionally, the incoming network interface **404** may in fact be a plurality of incoming network interfaces and the outgoing network interface **406** may in fact be a plurality of outgoing network interfaces. Having multiple incoming and outgoing network interfaces **404**, **406** allows for redundant communication links in the event of a fault and also allows for higher overall bandwidth capacity by multiplying the number of interfaces by the maximum capacity of each interface.

In operation, the zone enqueuing module **410** receives network traffic from the incoming network interface **404**, determines a belonging zone to which the network traffic belongs, and enqueues the network traffic on a queue **408** corresponding to the belonging zone. For example, the zone enqueuing module **410** may be implemented as one or more filters for classifying to which zone an Ethernet frame (or IP packet, etc) received from the incoming network interface **404** belongs. In this example, when network traffic belongs to multiple zones, the zone enqueuing module **410** enqueues the received network traffic in the queue **408** corresponding to the lower-level belonging zone. For example, when network traffic belongs to both the first guest room zone **318**a and the remaining bandwidth zone **316**, the zone enqueuing module **410** enqueues the network traffic on the first guest room queue **408**a.

The zone enqueuing module **410** may determine the belonging zone by examining an IP or MAC address included in the network traffic and looking up in the user/zone database **419** to see to which zone that IP or MAC belongs. The mapping between IP or MAC address and the belonging zone may be stored in the user/zone database **419** by the authentication server **418** when the user logs in to the hotel's HSIA system. For example, when a guest staying in "Guest room A" successfully logs in using a laptop computer, the authentication server **418** may store the IP or MAC address utilized by the laptop computer as belonging to the first guest room zone **318**a in user/zone database **419**. Thereafter, the zone enqueuing module **410** enqueues received network traffic having the IP or MAC address of the laptop computer on the first guest room queue **408**a.

Depending on the direction of the network traffic, e.g., upload or download, the IP or MAC address may be either the source or destination address. For example, if incoming network interface **404** is coupled to the hotel ISP pipe **302**, the laptop's IP or MAC address may be the destination address of the network traffic. Alternatively, if the incoming network interface **404** is coupled to the hotel's LAN, the laptop's IP or MAC address may be the source address of the network traffic. A similar process may be used by the zone enqueuing module **410** to enqueue network traffic of other zones on the appropriate queue **408** corresponding to the zone that the network traffic belongs.

In another configuration, the zone enqueuing module **410** performs port detection by accessing various intermediate switches between the zone enqueuing module **410** and a user device in order to thereby track from which switch/port the network traffic originated. Each switch/port combination and belonging zone may be stored in the user/zone database **419**. Other methods of correlating to which zone received network traffic belongs may also be used according to application specific designs.

Each queue **408** has a respective quantum **409** that determines how many bytes can be dequeued at a single time by the dequeuing module **412**. For example, with a round robin dequeuing strategy and assuming all zones have data to send,

9

all guaranteed rates have been met, and no zone has exceeded its designated cap, the dequeuing module **412** cycles one-by-one to each queue **408** at a particular tree-level and dequeues (i.e., removes) the queue's quantum number of bytes.

Using the exemplary quantum Q values illustrated in FIG. **3** as an example, for the first-level zones, the dequeuing module **412** dequeues 21,000 bytes of data from the first meeting room queue **408***c*, then dequeues 7500 bytes of data from the second meeting room queue **408***d*, then dequeues 60,000 bytes of data from the remaining bandwidth queue **408***e*, then dequeues 1500 bytes of data from the penthouse suite queue **408***f*, then dequeues 1500 bytes of data from the upgraded room queue **408***g*, and then returns to again dequeue 21,000 bytes of data from the first meeting room queue **308**, and so on. If the bandwidth management system **400** is configured in the upload direction, the dequeued data is passed to the outgoing network interface **406** for transmission to various destinations on the Internet via the hotel ISP pipe **302**. If the bandwidth management system **400** is configured in the download direction, the dequeued data is passed to the outgoing network interface **406** for transmission to various destinations on the hotel's LAN.

Although not illustrated in FIG. **4**, the zone dequeuing module **412** may also extend between the second-level queues **408***a*, **408***b* and the first-level remaining bandwidth queue **408***e*. Again using the example quantum Q values illustrated in FIG. **3**, a similar round robin dequeuing strategy may be employed by the dequeuing module **406** at the second-level to dequeue 1500 bytes of data from the first guest room queue **408***a*, then dequeue 1500 bytes of data from the second guest room queue **408***b*, and then return to again dequeue 1500 bytes of data from the first guest room queue **408***a*, and so on. Each set of dequeued data is thereafter enqueued on the remaining bandwidth queue **408***e*, i.e., the queue **408***e* corresponding to the next higher-level parent zone being the remaining bandwidth zone **316** in this example.

The quantum manager **420** dynamically adjusts the quantum values **409** of each queue **408** according to user load of the particular zone to which the queue **408** corresponds. In this example, the user load of each zone corresponds to a summation of how many current users are in the zone. The current users are the active users that are competing for available bandwidth in the zone, which includes all child-zones under the zone.

To allow the quantum manager **420** to determine how many current users are in a particular zone, in a first example, the authentication server **418** manages logged in users of each zone and stores this information in the user/zone database **419**. The quantum manager **420** queries the database **419** to sum how many users are logged in to the particular zone. For example, when a guest connects a laptop computer to the hotel network and logs in to the HSIA system from "Guest room B", the summation of how many users are logged into the second guest room zone **318***b* will be incremented by one. Additionally, because the remaining bandwidth zone **316** includes the second guest room zone **318***b*, the summation of how many users are logged into the remaining bandwidth zone **316** will also be incremented by one.

In another example, the zone enqueuing module **410** logs data transmission activity by users in the activity log **416**. To determine the number of current users in a particular zone, the quantum manager **420** queries the activity log **416** to sum how many users have received or sent network traffic within the particular zone during a last predetermined time period. For example, the current users may be defined as the number of different users who have sent or received at least one Ethernet

10

frame (or IP packet, etc) in the past ten minutes. Ten minutes after a guest in Guest room B stops browsing the Internet from their laptop, the summation of how many users sent/received network traffic within the second guest room zone **318***b* will be decremented by one. Additionally, because the remaining bandwidth zone **316** includes the second guest room zone **318***b*, the summation of how many users have sent/received network traffic within the remaining bandwidth zone **316** will also be decremented by one.

In another example, the user monitor **414** periodically sends a ping to the IP address of network devices for each user. The user devices that have replied to the most recent ping are stored in the user/zone database **419**. To determine the number of current users in a particular zone, the quantum manager **420** queries the user/zone database **419** to sum how many user devices in the particular zone have replied to the most recent ping. For example, after a guest in Guest room B shuts off their laptop, the summation of how many user devices have replied to the most recent ping from the second guest room zone **318***b* will be decremented by one. Additionally, because the remaining bandwidth zone **316** includes the second guest room zone **318***b*, the summation of how many user devices have replied to the most recent ping from the remaining bandwidth zone **316** will also be decremented by one.

Combinations of the above methods of determining the number of current users in each zone may also be employed. Additionally, as previously mentioned, in other configurations current users may refer to current human users rather than current user devices. As each human user may be associated in a database with one or more user devices (e.g., a single hotel guest may be utilizing both a mobile phone and a tablet computer to access the Internet), the summation indicating how many current users are in a particular zone in these configurations may be less than the above-described examples based on the number of user devices in the particular zone.

The plurality of zone queues **402** shown in the example block diagram of FIG. **4** may be implemented using a hierarchical token bucket (HTB) queuing discipline (qdisc) including an HTB for each queue **408**. Using an HTB to implement each queue **408** allows for easy configuration of a rate, ceiling (cap), and quantum for each queue **408** as these parameters are already supported by HTB based queues. Although not illustrated, a stochastic fairness queuing (SFQ) qdisc may also be included for each user at the leaf zones **408***a,b,c,d,f,g* to ensure fairness between the different connections for the user. Linux based HTB and SFQ qdiscs are well-known in the art and further description of their operation and configuration is omitted herein for brevity.

FIG. **5** illustrates a quantum calculation table describing a calculation process that the quantum manager **420** utilizes in an exemplary configuration to calculate the quantums **409** for each queue **408** according to the number of current users per zone as shown in FIG. **3**.

In this configuration, the quantums **409** are dynamically adjusted in proportion to the total number of current users (i.e., user load) under each zone. To beneficially increase efficiency, a minimum possible quantum is the MTU **426** and all quantums **409** are rounded up to their nearest positive integer multiple of the MTU **426**. This allows dequeued data to be transmitted by the outgoing network interface **406** using one or more full capacity transport units (e.g., frames, packets, messages, etc). To prevent excessive monopolization of the shared ISP pipe **302**, a maximum possible quantum is limited according to the maximum quantum ratio **422** multiplied by the MTU **426**. This limits the number of concurrent

US 9,154,435 B2

**11**

MTU sized transport units that will be sent in a row from a single queue **408**. Additionally, to increase responsiveness, when possible the quantums **409** are minimized while maintaining their relative ratios. This increases the frequency with which the zone dequeuing module **412** cycles through the queues **408** such as in a round robin order. In other implementations, different quantum optimization rules may be used.

In this example, the maximum quantum ratio **422** is predetermined at 1:40. Taking the above advantageous quantum optimization rules into consideration, the maximum value quantum is therefore forty times the MTU **426**, which corresponds to forty full sized Ethernet frames of data (maximum of 60,000 bytes of data) being sent in a row from the outgoing network interface **406**. The MTU of Ethernet is 1500 bytes and therefore a minimum possible quantum is 1500 bytes and all quantums are rounded to multiples of 1500 bytes.

With reference to FIG. **5**, column **500** indicates the zone/queue name and column **502** indicates the user load of the zone being the number of current users in this example. Column **504** indicates a scale factor that the user load of each zone is multiplied with such that the maximum user load ("192" current users in this example) is scaled to the maximum possible quantum ("60,000" bytes in this example). Column **506** indicates a calculated scaled quantum for each zone being the scale factor of column **504** multiplied by the user load of column **502**. Because the calculated scaled quantums of column **506** are not multiples of the MTU **426**, column **508** indicates how many full MTU **426** sized frames would be required to transmit the calculated scaled quantum of data in column **506**. Column **510** indicates a final rounded quantum value being the value of column **508** multiplied by the MTU **426**. As the number of current users in each zone of FIG. **3** changes over time, the quantum manager **420** correspondingly recalculates the quantums of column **510** according to the above-described process.

Taking the penthouse suite zone **312** as an example, because the penthouse suite zone **312** has a guaranteed rate of 1 Mbit/sec, the zone dequeuing module **412** may more frequently dequeue 1500 bytes from the penthouse suite queue **408***f* when the users in the penthouse suite zone **312** have traffic to send (and/or receive depending on the applicable direction of the guaranteed rate) and the guaranteed rate has not yet been met. However, when either the penthouse suite zone **312** does not need to utilize its guaranteed rate or has already exceeded its full guaranteed rate, the zone dequeuing module **406** may place both the remaining bandwidth queue **408***e* and penthouse suite queue **408***f* at a same priority in a round robin dequeuing order. In this situation, the remaining bandwidth zone **316** benefits by having up to 60,000 bytes dequeued and passed to the outgoing interface **406** each time around whereas the penthouse suite zone **314** will only have up to 1500 bytes dequeued and passed to the outgoing interface **406** each time around.

Assuming all guaranteed bandwidth rates have been met, the more current users in a zone, the more bytes that are dequeued each time from that zone's queue **408** by the zone dequeuing module **412**. This is beneficial to prevent starvation of users who are in zones with a large number of other active users such as the remaining bandwidth zone **316** of FIG. **3**. Zones having a very low number of active users such as the penthouse suite zone **312** and the upgraded room zone **314** receive much lower quantum values. In this way, the quantum **409***e* for the remaining bandwidth queue **408***e* is forty times the quantum **409***f* of the penthouse suite queue **408***f*. When the penthouse suite zone **312** is borrowing available bandwidth over and above its guaranteed rate of 1 Mbit/

**12**

sec, due to the large number of current users under the remaining bandwidth zone **316**, the zone dequeuing module **412** will dequeue and pass to the outgoing network interface **406** forty times more data from the remaining bandwidth queue **408***e* than from the penthouse suite queue **408***f*.

Even though the penthouse suite zone **312** has a guaranteed bandwidth rate and a higher bandwidth cap than the remaining bandwidth zone **316**, the remaining bandwidth zone **316** receives preferential treatment when sharing available bandwidth due to having a larger user load than the penthouse suite zone **312**. As the guest room zones **318** are under the remaining bandwidth zone **316** in the tree-structure of FIG. **3**, the individual users in the various guest room zones **318** benefit because all their network traffic is subsequently enqueued on the remaining bandwidth queue **408***e* before being dequeued and passed to the outgoing network interface **406** by the zone dequeuing module **412**. Network traffic to/from these users depending on the configured direction(s) therefore spends less time waiting on the queues **408***a*, **408***b*, **408***e* of the unreserved bandwidth zones **306** because of the higher quantum **409***e* allocated to remaining bandwidth queue **408***e*.

Available bandwidth shared between the zones may be the leftover ISP pipe **302** bandwidth after all zones utilize up to their reserved rates. The zone dequeuing module **412** first ensures that all the zones having reserved rates get the amount of bandwidth they need up to their reserved rates, then all zones share the remaining available bandwidth up to their caps (i.e., ceilings). The dynamic quantums **409** adjusted according to the user load of zone are particularly useful when sharing bandwidth that exceeds guaranteed rates because zones having higher numbers of current users receive more of the available bandwidth than zones with lower numbers of current users. As previously explained, the current users of each zone may be the active users that have recently sent or received network traffic and are therefore currently competing for bandwidth.

FIG. **6** illustrates a quantum calculation table describing a calculation process that the quantum manager of FIG. **4** utilizes to calculate the quantums **409** for each queue **408** according to another example of numbers of current users of the zones shown in FIG. **3**. Column **600** indicates the zone/queue name and column **602** indicates the number of current users per zone. As shown in this example, the hotel **300** is almost vacant and there are only a few users in each zone. In this configuration, for any zones having "0" users in column **602**, the quantum manager **420** assumes that at least "1" user is present. Although there may initially be no users in the zone, if the quantum is set to 0 bytes, should the zone gain a user before the quantums **409** are next adjusted, the queue **408** corresponding to the zone will not have any data dequeued by the zone dequeue module **412**. Additionally, when there are zero users in the zone, the queue **408** corresponding to the zone will not have network traffic to dequeue in the first place, so it is not necessary to set the quantum to 0 bytes.

Column **604** indicates a scale factor that the user load of each zone is multiplied with such that the minimum user load ("1" current users in this example) is scaled to the minimum possible quantum, which is 1500 bytes in this example (i.e., the MTU **426** of Ethernet). Column **606** indicates a calculated scaled quantum for each zone being the scale factor of column **604** multiplied by the user load of column **702**. Because the calculated scaled quantums of column **606** are already multiples of the MTU **426**, no further calculations are required and column **606** represents the final quantums **409**. Again, in this example the remaining bandwidth zone **316** receives a higher quantum but now it is only 3.5 times that of the penthouse suite zone **312**. The reason is the two zones **316**, **312**

US 9,154,435 B2

13

now only have a 3.5 times differential in their respective users loads and therefore the remaining bandwidth zone **316** receives a corresponding ratio of preferential treatment by the zone dequeuing module **412**.

Concerning the different types of scale factors in columns **504**, **604**, the scale factor illustrated in column **504** of FIG. **5** causes the quantum **409** of the queue **408** corresponding to the zone with the maximum user load to be set at the maximum quantum value (60,000 bytes in this example). This type of scale factor is particularly useful when the ratio between the minimum user load (rounded up to "1" if "0") to the maximum user load is greater than the maximum quantum ratio **422**. For example, in the above examples, the maximum quantum ratio **422** is 1:40. Therefore, because the ratio of the minimum user load of "1" in column **502** of FIG. **5** to the maximum user load of "192" in column **502** of FIG. **5** is greater than 1:40, the scale factor **504** scales the quantums to the maximum range so that the ratio between the minimum quantum and the largest quantum meets the maximum quantum ratio **422** ("1:40" in this example). This gives the greatest amount of preferential treatment to the zone having the greatest user load without allowing that zone to monopolize the hotel's ISP connection by sending more than forty full MTU sized Ethernet packets in a row.

In contrast, the scale factor illustrated in column **604** of FIG. **6** causes the quantum **409** of the queue **408** corresponding to the zone with the minimum user load (rounded up to "1" if "0") to be set at the MTU **422** of the outgoing network interface (e.g., 1500 bytes in this example). This type of scale factor is particularly useful when the ratio between the minimum user load (rounded up to "1" if "0") to the maximum user load is not greater than the maximum quantum ratio **422**. For example, assuming again that the maximum quantum ratio **422** is 1:40, because the ratio of the minimum user load of "1" in column **602** of FIG. **6** to the maximum user load of "7" in column **602** of FIG. **6** is not greater than 1:40, the scale factor **604** scales the quantums to multiples of the MTU **422** while ensuring that the ratio between the minimum quantum and the largest quantum is the same as the ratio between the minimum user load (rounded up to "1" if 0) to the maximum user load. This give the exact ratio of preferential treatment to the zone having the greatest user load while also maximizing the interactivity of all zones by minimizing the quantums **409**.

In an advantageous configuration, the quantum manager **420** automatically checks the ratio between the minimum user load and the maximum user load and utilizes the best type of scaling factor. For example, the quantum manager **420** may be configured to scale the quantums **409** such that a smallest quantum is the MTU **426** of the outgoing network interface **406** when a ratio of the minimum user load to the maximum user load is less than a predetermined threshold ratio **422**, and to scale the quantums **409** such that the largest quantum is a predetermined maximum amount when the ratio of the minimum user load to the maximum user load is greater than the predetermined threshold ratio **422**.

FIG. **7** illustrates a beneficial organization of bandwidth zones in a conference center **700** according to another exemplary configuration of the invention. In this example, the conference center's ISP connection **702** provides a total bandwidth of 50 Mbit/sec shared between a number of room zones **704**, **706**, **708**, **710** such as different meeting rooms or conference rooms. All the zones **704**, **706**, **708**, **710** are at the first-level of the tree-structure and have equal guaranteed bandwidth rates of 2 Mbit/sec and equal bandwidth caps of 4.5 Mbit/sec. Although not illustrated, a bandwidth management system similar to that illustrated in FIG. **4** may be employed

14

at the conference center **700** in order to allocate available bandwidth between the zones **704**, **706**, **708**, **710** according to the quantum of each zone.

The reason equal rates and caps are used in this example is to illustrate how the quantums Q may be adjusted for each zone **704**, **706**, **708**, **710** according to user load even when all zones are entitled to the same share of the overall conference center bandwidth **702**. However, similar to the previous example, the below-described techniques may also be employed when the rates and caps of the zones **704**, **706**, **708**, **710** are different and dynamically changing as different meetings begin and end, for example.

In the conference center **700**, users are given a basic individual bandwidth cap of 256 kbit/sec and have the option to upgrade to a higher individual bandwidth cap of 1024 kbit/ sec. FIG. **7** indicates an example situation where the first room zone **704** has forty users at the basic bandwidth cap of 256 kbit/sec, the second room zone **706** has forty users at the upgraded bandwidth cap of 1024 kbit/sec, the third room zone **708** has twenty-seven users at the basic bandwidth cap of 256 kbit/sec and thirteen users at the upgraded bandwidth cap of 1024 kbit/sec, and the fourth room zone **710** has thirteen users at the basic bandwidth cap of 256 kbit/sec and twenty-seven users at the upgraded bandwidth cap of 1024 kbit/sec.

FIG. **8** illustrates a quantum calculation table describing a calculation process that a quantum manager may utilize to calculate the quantums for each zone shown in FIG. **8** when user load corresponds to a summation of user caps of the current users in each zone.

Column **800** indicates the zone/queue name, column **802** indicates the number of current users capped at 256 kbit/sec, and column **804** indicates the number of current users capped at 1024 kbit/sec. Column **806** indicates the user load of each zone being the summation of user caps (i.e., the number of users in column **802** multiplied by 256 kbit/sec plus the number of users in column **804** multiplied by 1024 kbit/sec).

Because the ratio of the minimum user load ("10240" in this example) to maximum user load ("40960" in this example) is less than the maximum quantum ratio **422** ("1: 40" in this example), column **808** indicates a scale factor that the user load of each zone is multiplied with such that the minimum user load ("10240" in this example) is scaled to the MTU of an outgoing network interface (1500 bytes in this example).

Column **810** indicates a calculated scaled quantum for each zone being the scale factor of column **808** multiplied by the user load of column **806**. Because the calculated scaled quantums of column **810** are not multiples of the MTU, column **812** indicates a final rounded quantum value being the value of column **810** rounded to the nearest multiple of the MTU.

The higher the summation of individual user caps in a zone, the more bytes that are dequeued each time from that zone's queue. This is beneficial to prevent starvation of users who are sharing zones with a large number of other active users. Additionally, rather than only judging user load according to number of users, this configuration also takes into account individual user caps. This helps increase user satisfaction because as users in a zone upgrade to higher individual bandwidth caps, the zone to which they belong has higher user load and may therefore receive a larger quantum value. The higher the total user caps in a zone, the higher each individual user's effective bandwidth will be when the zone shares available bandwidth with other zones.

FIG. **9** illustrates a flowchart describing a method of allocating bandwidth in a system having a plurality of queues respectively corresponding to a plurality of zones according

US 9,154,435 B2

15

to an exemplary configuration of the invention. The steps of the flowchart are not restricted to the exact order shown, and, in other configurations, shown steps may be omitted or other intermediate steps added. In this configuration, a bandwidth management system performs the following operations:

Step **900**: A plurality of queues are provided, where each queue corresponding to a bandwidth zone. The zones may be allocated once upon initial configuration, or may be changed dynamically throughout operation according to different requirements. For example, a meeting room rate/cap may be changed as different meetings begin and end. The zones may be defined and/or identified using different LANs, VLANs, switch port numbers, pass codes, zone codes, usernames, service set identifiers (SSIDs), room numbers, names of physical areas, IP and other addresses, etc.

Step **902**: Network traffic is received, and a belonging zone to which the network traffic belongs is determined. For example, the belonging zone may be the source zone from which the network traffic originated or the destination zone for which the network traffic is destined. The belonging zone may be determined by examining zone identification information included in each received packet/frame such as IP addresses, MAC addresses, cookie information, VLAN tag, or other information. This zone identification information may be correlated to the correct belonging zone in a database. Due to a zone tree-structure, network traffic may in fact belong to several zones at different levels of the tree-structure, for example, to both remaining bandwidth zone **316** and one of guest room zones **318** illustrated in FIG. **3**. In this example, the database associates zone identification information with a single belonging zone being the lowest belonging zone according to the tree-structure. For instance, depending on the configured direction, network traffic to/from guest room A is determined by the zone enqueuing module **410** to belong to the guest room A zone **318a** (i.e., the lowest-level belonging zone).

In another configuration, the belonging zone may be determined by querying intermediate devices such as intermediate switches, routers, gateways, etc for zone identification information such as source/destination port numbers or interface identifiers in order to determine the belonging zone. For example, an intermediate switch may be queried using simple network management protocol (SNMP) to determine to which port a device having an IP address included in the network traffic is associated. The belonging zone is then determined according to the associated switch port (i.e., each switch port may correspond to a particular zone).

Step **904**: The network traffic is enqueued on the queue corresponding to the belonging zone. For example, a zone enqueuing module **410** such as that illustrated in FIG. **4** may enqueue network traffic received at step **902** on the queue **408** corresponding to the belonging zone determined at that step.

Step **906**: A user load of each zone is tracked. In one example, the user load of a zone corresponds to a summation indicating how many current users are in the zone. Current users per zone may defined and tracked in a number of ways including active ports per zone, number of logged in users per zone, number of outgoing or incoming connections per zone, number of traffic packets/frames per zone, active users who have sent/received network traffic, users who have replied to a recent ping request, or any combination of any of the above. Additionally, a time window may be utilized such as the past

16

10 minutes and/or the number of current users may be periodically determined once per time window. In another example, the user load of a zone may further take into account individual attributes of users in the zone. For example, user load of a zone may correspond to a summation of individual user caps of the current users in the zone. In another example, user load of a zone may correspond to a summation of how much data current users in the zone have recently sent or received (e.g., in the past 10 minutes). In another example, user load of a zone may correspond to the amount of user network traffic currently enqueued on one or more queues corresponding to the zone. When the zones are organized in a multi-level zone tree-structure, the user load of a particular zone may include the user load of all lower-level zones under the particular zone.

Step **908**: For each queue, a quantum of data that can be dequeued together is dynamically adjusted according to the user load of the zone to which the queue corresponds. For example, a quantum manager may dynamically adjust how many bytes will be dequeued from each zone according to the user load per zone as tracked at step **906**. In general, zones having higher user loads will have the capability to transfer larger numbers of bytes when dequeuing traffic. This is beneficial to prevent zones having low user loads but high guaranteed rates and/or bandwidth caps from getting a disproportionate amount of available bandwidth that is being shared with other zones having high current user loads. As the user loads of the zones change over time, the quantums may be automatically adjusted to give preferential treatment to the zones according to their new user loads.

Step **910**: Data is selectively dequeued from the queues and passed to one or more outgoing network interfaces. When selectively dequeuing data from the queues, an amount of data is dequeued from a selected queue according to the quantum of the queue determined at step **908**. As explained above, the quantum of the selected queue is determined according to user load of the zone to which the selected queue corresponds. In one usage example, the queues are selected one by one (e.g., in a round robin order), and up to the selected queue's quantum of data is dequeued from each queue while also ensuring any bandwidth reservations and/or caps of the zones are complied with. By still ensuring that bandwidth reservations and/or caps of the zones are complied with, the invention may be beneficially used in combination with and to enhance existing bandwidth management systems employing rates and caps.

An advantage of the invention is that it allows a hotel to limit bandwidth utilization on a zone-by-zone basis such as by defining each guest room to be a zone with its own reserved bandwidth rate/cap. The zone tree-structure also allows a first-level zone to include a number of second-level zones, which advantageously allows second-level zones that may individually have low user loads to accumulate their user loads together in a single first-level zone and gain preferential treatment. According to the zone tree-structure, zones dequeue an amount of data to pass to destinations being either a next higher-level zone or one or more destination network interface(s) in proportion to their user loads. By enqueuing network traffic from a plurality of second-level zones into a single queue of their corresponding first-level zone, users of the second-level zones receive increased bandwidth when data of the first-level queue is dequeued in larger amounts. Zones having higher user loads may advantageously receive more of the available bandwidth, which prevents individual

US 9,154,435 B2

17

users under these zones from being starved. Another advantage of the invention is that because rates and caps of zones and individual users continue to be enforced, the invention is compatible with many existing bandwidth management techniques. Yet another advantage is that when a zone having a reserved bandwidth rate and/or cap does not need to use up to its reserved bandwidth rate/cap (e.g., when the users in the zone are not using the Internet), the unneeded bandwidth may be shared among other zones according to the relative user loads of the other zones. More of the available bandwidth is thereby beneficially allocated to zones having higher current user loads. As user loads of the zones change over time, the amount of data to be dequeued from their respective queues is dynamically updated.

Adjusting the quantum 409 of each queue 408 in proportion to the user load of its corresponding zone helps prevent bandwidth starvation of users without guaranteed rates. For instance, users under a zone with a relatively lower user load have less competition for bandwidth allocated to that zone. In contrast, users under a zone having a relatively higher user load will have more competition for bandwidth allocated to that zone and the data in its queue 408 (and in any higher level parent queue(s) 408) will therefore tend to build up more quickly. To help prevent bandwidth starvation of these users and increase the fairness of bandwidth allocation between zones, the quantum manager 420 dynamically allocates quantums 409 to the queues 408 such that queues 408 corresponding to zones having lower user loads receive smaller quantums 409, and queues 408 corresponding to zones having higher user loads receive larger quantums 409. In this way, a single user who is trying to utilize large amounts of bandwidth over and above his guaranteed rate in a first zone (e.g., meeting room) will not negatively impact multiple users who don't have any reserved bandwidth under other zones (e.g., guest rooms zones).

In an exemplary configuration, a bandwidth management system includes a plurality of queues respectively corresponding to a plurality of zones. An enqueuing module receives network traffic from one or more incoming network interfaces, determines a belonging zone to which the network traffic belongs, and enqueues the network traffic on a queue corresponding to the belonging zone. A dequeuing module selectively dequeues data from the queues and passes the data to one or more outgoing network interfaces. When dequeuing data from the queues the dequeuing module dequeues an amount of data from a selected queue, and the amount of data dequeued from the selected queue is determined according to user load of a zone to which the selected queue corresponds.

Although the invention has been described in connection with a preferred embodiment, it should be understood that various modifications, additions and alterations may be made to the invention by one skilled in the art without departing from the spirit and scope of the invention as defined in the appended claims. For example, although the invention has been described as being utilized at a hotel, the invention is equally applicable to any hospitality related location or service wishing to allocate available bandwidth between multiple users including but not limited to hotels, motels, resorts, hospitals, apartment/townhouse complexes, restaurants, retirement centers, cruise ships, busses, airlines, shopping centers, passenger trains, etc. The exemplary user of "guest" is utilized in the above description because customers of hospitality establishments are generally referred to as guests; however, the exemplary user of "guest" in conjunction with the invention further includes all types of users whether or not they are customers. The invention may also be beneficially employed in other applications outside the hospitality indus-

18

try such as by conference centers, corporations, or any other entity wishing to allocate available bandwidth shared between a plurality of users.

The various separate elements, features, and modules of the invention described above may be integrated or combined into single units. Similarly, functions of single modules may be separated into multiple units. The modules may be implemented as dedicated hardware modules, and the modules may also be implemented as one or more software programs executed by a general or specific purpose processor to cause the processor to operate pursuant to the software program to perform the above-described module functions. For example, the bandwidth management system 400 of FIG. 4 may be implemented by a computer server having one or more processors 430 executing a computer program loaded from a storage media (not shown) to perform the above-described functions of the zone enqueuing module 410, quantum manager 420, and zone dequeuing module 412. Likewise, the flowchart of FIG. 9 may be implemented as one or more processes executed by dedicated hardware, and may also be implemented as one or more software programs executed by a general or specific purpose processor to cause the processor to operate pursuant to the software program to perform the flowchart steps. A computer-readable medium may store computer executable instructions that when executed by a computer cause the computer to perform above-described method steps of FIG. 9. Examples of the computer-readable medium include optical media (e.g., CD-ROM, DVD discs), magnetic media (e.g., hard drives, diskettes), and other electronically readable media such as flash storage devices and memory devices (e.g., RAM, ROM). The computer-readable medium may be local to the computer executing the instructions, or may be remote to this computer such as when coupled to the computer via a computer network. In one configuration, the computer is a computer server connected to a network such as the Internet and the computer program stored on a hard drive of the computer may be dynamically updated by a remote server via the Internet. In addition to a dedicated physical computing device, the word "server" may also mean a service daemon on a single computer, virtual computer, or shared physical computer, for example. Unless otherwise specified, features described may be implemented in hardware or software according to different design requirements. Additionally, all combinations and permutations of the above described features and configurations may be utilized in conjunction with the invention.

What is claimed is:

1. A bandwidth management system for allocating bandwidth between a plurality of bandwidth zones at an establishment serving a plurality of users, each zone having a number of users competing for bandwidth allocated to the zone, wherein each of the users has an individual bandwidth cap, and at least one of the individual bandwidth caps changes over time; the bandwidth management system comprising:

a computer server providing a plurality of queues, wherein each of the zones has a corresponding queue; and

a computer readable medium storing a plurality of software modules for execution by the computer server;

wherein the software modules include an enqueuing module that when executed by the computer server causes the computer server to receive network traffic from one or more incoming network interfaces of the computer server, determine a belonging zone to which the network traffic belongs, and enqueue the network traffic on a queue corresponding to the belonging zone;

the software modules further include a dequeuing module that when executed by the computer server causes the

US 9,154,435 B2

19                                                          20

computer server to selectively dequeue data from the queues and pass the data to one or more outgoing network interfaces of the computer server;

the software modules further include a quantum manager that when executed by the computer server causes the computer server to dynamically adjust values of a plurality of quantums, each of the queues having a respective quantum associated therewith;

wherein, when a selected queue has no guaranteed bandwidth rate or has already reached its guaranteed bandwidth rate, the dequeuing module causes the computer server to dequeue at most an amount of data from the selected queue up to the quantum of the selected queue before dequeuing data from another of the queues;

the quantum manager causes the computer server to dynamically adjust the values of the quantums in proportion to a summation value of the individual bandwidth caps of the users in each zone as the individual bandwidth caps change over time; the values of the quantums being automatically adjusted such that the quantum of a first queue is a higher value than the quantum of a second queue while the zone to which the first queue corresponds has a higher summation value of the individual bandwidth caps of the users than the zone to which the second queue corresponds, and such that the quantum of the first queue is a lower value than the quantum of the second queue while the zone to which the first queue corresponds has a lower summation value of the individual bandwidth caps of the users than the zone to which the second queue corresponds;

at least one of the zones is a first-level zone that includes a plurality of second-level zones not entitled to any guaranteed bandwidth rate;

network traffic enqueued on one or more queues corresponding to the second-level zones is dequeued and then enqueued on the queue corresponding to the first-level zone; and

the quantum manager causes the computer server to determine the summation value of the individual bandwidth caps of the users of the first-level zone by accumulating the individual bandwidth caps of the users under each of the second-level zones.

**2**. The bandwidth management system of claim **1**, further comprising:

an authentication server for managing logged in users of each of the zones;

wherein the users in each zone at a particular time corresponds to the logged in users of each zone at the particular time.

**3**. The bandwidth management system of claim **1**, further comprising:

a log for logging network traffic activity;

wherein the users in each zone at a particular time corresponds to users who have received or sent network traffic within each zone during a last predetermined time period according to the log.

**4**. The bandwidth management system of claim **1**, further comprising:

a user monitor for periodically sending a ping to each user in each of the zones;

wherein the users in each zone at a particular time corresponds to users in each zone who replied to a most recent ping.

**5**. The bandwidth management system of claim **1**, wherein, when all zones have data to send, all guaranteed bandwidth rates have been met, and no zone has exceeded its designated cap, the dequeuing module cycles through the queues in a round robin dequeuing strategy and dequeues the quantum of data associated with each queue.

**6**. The bandwidth management system of claim **1**, wherein the quantum manager is configured to scale the values of the quantums such that a smallest quantum value represents a maximum transmission unit (MTU) of the one or more outgoing network interfaces.

**7**. The bandwidth management system of claim **1**, wherein the quantum manager is configured to scale the values of the quantums such that a largest quantum value represents a predetermined maximum amount being a multiple of a maximum transmission unit (MTU) of the one or more outgoing network interfaces.

**8**. The bandwidth management system of claim **1**, wherein the quantum manager is configured to round the values of each of the quantums to a multiple of a maximum transmission unit (MTU) of the one or more outgoing network interfaces.

**9**. The bandwidth management system of claim **1**, wherein each zone corresponds to one or more rooms of a hotel.

**10**. The bandwidth management system of claim **1**, wherein each user corresponds to a different user device.

**11**. The bandwidth management system of claim **1**, wherein, besides the first-level zone and the second-level zones under the first-level zone, all the other zones are entitled to one or more guaranteed bandwidth rates.

**12**. A method of allocating bandwidth between a plurality of bandwidth zones at an establishment serving a plurality of users, each zone having a number of users competing for bandwidth allocated to the zone, wherein each of the users has an individual bandwidth cap, and at least one of the individual bandwidth caps changes over time, the method comprising:

providing a plurality of queues, wherein each of the zones has a corresponding queue;

receiving network traffic from one or more incoming network interfaces;

determining a belonging zone to which the network traffic belongs;

enqueuing the network traffic on a queue corresponding to the belonging zone;

selectively dequeuing data from the queues and passing the data to one or more outgoing network interfaces; and

dynamically adjusting values of a plurality of quantums, each of the queues having a respective quantum associated therewith;

wherein, when a selected queue has no guaranteed bandwidth rate or has already reached its guaranteed bandwidth rate, selectively dequeuing data from the queues comprises dequeuing at most an amount of data from the selected queue up to the quantum of the selected queue before dequeuing data from another of the queues;

dynamically adjusting the values of the quantums comprises dynamically adjusting the values of the quantums in proportion to a summation value of the individual bandwidth caps of the users in each zone as the individual bandwidth caps change over time; the values of the quantums being automatically adjusted such that the quantum of a first queue is a higher value than the quantum of a second queue while the zone to which the first queue corresponds has a higher summation value of the individual bandwidth caps of the users than the zone to which the second queue corresponds, and such that the quantum of the first queue is a lower value than the quantum of the second queue while the zone to which the first queue corresponds has a lower summation value of the individual bandwidth caps of the users than the zone to which the second queue corresponds;

US 9,154,435 B2

21

at least one of the zones is a first-level zone that includes a plurality of second-level zones not entitled to any guaranteed bandwidth rate, and the method further comprises:

dequeuing network traffic enqueued on one or more queues corresponding to the second-level zones and then enqueuing it on the queue corresponding to the first-level zone; and

determining the summation value of the individual bandwidth caps of the users of the first-level zone by accumulating the individual bandwidth caps of the users under each of the second-level zones.

**13**. The method of claim **12**, further comprising:

managing logged in users of each of the zones;

wherein the users in each zone at a particular time corresponds to the logged in users of each zone at the particular time.

**14**. The method of claim **12**, further comprising:

scaling the values of the quantums such that a smallest quantum value is a maximum transmission unit (MTU) of the one or more outgoing network interfaces when a ratio of a minimum number of users to a maximum number of users is less than a predetermined threshold ratio; and

scaling the values of the quantums such that a largest quantum value is a predetermined maximum amount when the ratio of the minimum number of users to the maximum number of users is greater than the predetermined threshold ratio.

**15**. The method of claim **12**, further comprising:

ensuring a maximum bandwidth cap of the selected zone is not exceeded; and

ensuring the selected zone receives at least a guaranteed bandwidth allotment.

**16**. A non-transitory computer-readable medium comprising computer executable instructions that when executed by a computer cause the computer to perform the method of claim **12**.

**17**. The method of claim **12**, wherein each zone corresponds to one or more physically separate areas at the establishment.

**18**. The method of claim **12**, wherein, wherein, besides the first-level zone and the second-level zones under the first-level zone, all the other zones are entitled to one or more guaranteed bandwidth rates.

**19**. A bandwidth management system for allocating bandwidth between a plurality of bandwidth zones at an establishment serving a plurality of users, each zone having a number of users competing for bandwidth allocated to the zone, wherein each of the users has an individual bandwidth cap, and at least one of the individual bandwidth caps changes over time, the system comprising:

a plurality of queues, wherein each of the zones has a corresponding queue; and

22

one or more processors configured to:

receive network traffic from one or more incoming network interfaces;

determine a belonging zone to which the network traffic belongs;

enqueue the network traffic on a queue corresponding to the belonging zone;

selectively dequeue data from the queues;

pass the data to one or more outgoing network interfaces; and

dynamically adjust values of a plurality of quantums, each of the queues having a respective quantum associated therewith;

wherein, when a selected queue has no guaranteed bandwidth rate or has already reached its guaranteed bandwidth rate, the one or more processors are configured to dequeue at most an amount of data from the selected queue up to the quantum of the selected queue before dequeuing data from another of the queues;

the one or more processors are configured to dynamically adjust the values of the quantums in proportion to a summation value of the individual bandwidth caps of the users in each zone as the individual bandwidth caps change over time; the values of the quantums being automatically adjusted such that the quantum of a first queue is a higher value than the quantum of a second queue while the zone to which the first queue corresponds has a higher summation value of the individual bandwidth caps of the users than the zone to which the second queue corresponds, and such that the quantum of the first queue is a lower value than the quantum of the second queue while the zone to which the first queue corresponds has a lower summation value of the individual bandwidth caps of the users than the zone to which the second queue corresponds;

at least one of the zones is a first-level zone that includes a plurality of second-level zones not entitled to any guaranteed bandwidth rate, and the one or more processors are further configured to:

dequeue network traffic enqueued on one or more queues corresponding to the second-level zones and then enqueue it on the queue corresponding to the first-level zone; and

determine the summation value of the individual bandwidth caps of the users of the first-level zone by accumulating the individual bandwidth caps of the users under each of the second-level zones.

**20**. The bandwidth management system of claim **19**, wherein, besides the first-level zone and the second-level zones under the first-level zone, all the other zones are entitled to one or more guaranteed bandwidth rates.

* * * * *

# Exhibit C

US009531640B2

(12) **United States Patent**   (10) **Patent No.:**     **US 9,531,640 B2**
Ong                              (45) **Date of Patent:**       **Dec. 27, 2016**

(54) **SHARING BANDWIDTH BETWEEN PLURALITY OF GUARANTEED BANDWIDTH ZONES AND A REMAINING NON-GUARANTEED BANDWIDTH ZONE**

(71) Applicant: **Guest Tek Interactive Entertainment Ltd.**, Calgary (CA)

(72) Inventor: **David T. Ong**, Calgary (CA)

(73) Assignee: **Guest Tek Interactive Entertainment Ltd.**, Calgary (CA)

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/867,237**

(22) Filed:     **Sep. 28, 2015**

(65)           **Prior Publication Data**

US 2016/0021027 A1     Jan. 21, 2016

**Related U.S. Application Data**

(63) Continuation of application No. 14/456,035, filed on Aug. 11, 2014, now Pat. No. 9,154,435, which is a
(Continued)

(30)       **Foreign Application Priority Data**

Aug. 24, 2011   (CA) ...................................... 2750345

(51) **Int. Cl.**
    **H04L 12/911**       (2013.01)
    **H04L 12/24**        (2006.01)
    (Continued)

(52) **U.S. Cl.**
    CPC ......... **H04L 47/828** (2013.01); **H04L 41/0896** (2013.01); **H04L 47/2441** (2013.01); **H04L 47/522** (2013.01); **H04L 47/527** (2013.01); **H04L 47/6235** (2013.01); **H04L 47/6255** (2013.01); **H04L 47/781** (2013.01); **H04L 47/808** (2013.01); **H04L 63/08** (2013.01)

(58) **Field of Classification Search**
    CPC ........... H04L 47/00; H04L 41/00; H04L 63/00
    See application file for complete search history.

(56)           **References Cited**

U.S. PATENT DOCUMENTS

5,231,633 A *   7/1993   Hluchyj .................. H04J 3/247
                                                        370/355
5,889,956 A    3/1999   Hauser et al.
                (Continued)

FOREIGN PATENT DOCUMENTS

CA       2750345        12/2011
WO       01/31861 A9   11/2002
WO    2011005710 A2     1/2011

OTHER PUBLICATIONS

Martin Devera and Don Cohen, "HTB Linux queuing discipline manual—user guide", last updated May 5, 2002, downloaded from http://luxik.cdi.cz/~devik/qos/htb/manual/userg.htm.

*Primary Examiner* — Andrew Lai
*Assistant Examiner* — Sumitra Ganguly
(74) *Attorney, Agent, or Firm* — ATMAC Patent Services Ltd.; Andrew T. MacMillan

(57)           **ABSTRACT**

A bandwidth management system includes a plurality of queues respectively corresponding to a plurality of zones. An enqueuing module receives network traffic from one or more incoming network interfaces, determines a belonging zone to which the network traffic belongs, and enqueues the network traffic on a queue corresponding to the belonging zone. A dequeuing module selectively dequeues data from the queues and passes the data to one or more outgoing network interfaces. When dequeuing data from the queues the dequeuing module dequeues an amount of data from a selected queue, and the amount of data dequeued from the selected queue is determined according to user load of a zone to which the selected queue corresponds.

**20 Claims, 9 Drawing Sheets**



**US 9,531,640 B2**

Page 2

### Related U.S. Application Data

continuation of application No. 13/308,908, filed on Dec. 1, 2011, now Pat. No. 8,811,184.

(51) **Int. Cl.**

| | |
|---|---|
| *H04L 12/851* | (2013.01) |
| *H04L 12/863* | (2013.01) |
| *H04L 12/873* | (2013.01) |
| *H04L 12/927* | (2013.01) |
| H04L 29/06 | (2006.01) |

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,215,675 B2 * | 5/2007 | Kramer | H04L 12/5693 370/395.4 |
| 7,324,473 B2 | 1/2008 | Corneille et al. | |
| 8,811,184 B2 | 8/2014 | Ong | |
| 9,154,435 B2 | 10/2015 | Ong | |
| 2002/0003806 A1 | 1/2002 | McKinnon, III et al. | |
| 2003/0005112 A1 | 1/2003 | Krautkremer | |
| 2005/0091539 A1 | 4/2005 | Wang et al. | |
| 2005/0094643 A1 * | 5/2005 | Wang | H04L 12/5693 370/395.4 |
| 2006/0221823 A1 | 10/2006 | Shoham et al. | |
| 2007/0008884 A1 * | 1/2007 | Tang | H04L 29/06 370/230 |
| 2008/0098062 A1 | 4/2008 | Balia | |
| 2010/0189129 A1 | 7/2010 | Hinosugi et al. | |
| 2011/0030037 A1 * | 2/2011 | Olshansky | H04L 12/4641 726/4 |
| 2012/0185586 A1 | 7/2012 | Olshansky | |
| 2013/0051237 A1 | 2/2013 | Ong | |
| 2013/0107872 A1 | 5/2013 | Lovett et al. | |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

Quantum calculation table

| Zone/Queue | User load (# of current users) 502 | Scale factor (maximum to 60000) 504 | Calculated scaled quantum 506 | Divided by MTU(1500), rounded up 508 | Rounded quantum (bytes) 510 |
|---|---|---|---|---|---|
| Meeting room #1 | 65 | 312.5 | 20312.5 | 14 | 21000 |
| Meeting room #2 | 24 | 312.5 | 7500 | 5 | 7500 |
| Penthouse Suite | 3 | 312.5 | 937.5 | 1 | 1500 |
| Upgraded room | 2 | 312.5 | 625 | 1 | 1500 |
| Remaining bandwidth | 192 | 312.5 | 60000 | 40 | 60000 |
| Guest room A | 2 | 312.5 | 625 | 1 | 1500 |
| Guest room B | 1 | 312.5 | 312.5 | 1 | 1500 |
| ... | ... | ... | ... | ... | ... |

500

FIG. 5

Quantum calculation table

| Zone/Queue | User load (# of current users) | Scale factor (minimum to 1500) | Quantum (bytes) |
|---|---|---|---|
| | 602 | 604 | 606 |
| 600 | | | |
| Meeting room #1 | 0 (assume 1) | 1500 | 1500 |
| Meeting room #2 | 3 | 1500 | 4500 |
| Penthouse Suite | 2 | 1500 | 3000 |
| Upgraded room | 1 | 1500 | 1500 |
| Remaining bandwidth | 7 | 1500 | 10500 |
| Guest room A | 2 | 1500 | 3000 |
| Guest room B | 1 | 1500 | 1500 |
| ... | ... | ... | ... |

FIG. 6

Case 1:18-cv-01394-RGA   Document 1-1   Filed 09/07/18   Page 56 of 476 PageID #: 99



FIG. 7

Quantum calculation table

| Zone/Queue | # of users at 256kbits | # of users at 1024kbits | User load (sum of current user caps in kbits) | Scale factor (minimum to 1500) | Calculated scaled quantum | Rounded quantum (bytes, to nearest multiple of MTU) |
|---|---|---|---|---|---|---|
| | 802 | 804 | 806 | 808 | 810 | 812 |
| Room #1 | 40 | 0 | 10240 | 0.146484375 | 1500 | 1500 |
| Room #2 | 0 | 40 | 40960 | 0.146484375 | 6000 | 6000 |
| Room #3 | 27 | 13 | 20224 | 0.146484375 | 2962.5 | 3000 |
| Room #4 | 13 | 27 | 30976 | 0.146484375 | 4537.5 | 4500 |

800

FIG. 8



FIG. 9

US 9,531,640 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

## SHARING BANDWIDTH BETWEEN PLURALITY OF GUARANTEED BANDWIDTH ZONES AND A REMAINING NON-GUARANTEED BANDWIDTH ZONE

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 14/456,035 filed Aug. 11, 2014, which is a continuation of U.S. patent application Ser. No. 13/308,908 filed Dec. 1, 2011, which claims the benefit of Canadian Patent Application No. 2,750,345 filed Aug. 24, 2011. All of these applications are incorporated herein by reference.

### BACKGROUND OF THE INVENTION

(1) Field of the Invention

The invention pertains generally to bandwidth management. More specifically, the invention relates to allocating available bandwidth shared by a plurality of users.

(2) Description of the Related Art

Travelers increasingly view in-room high speed Internet access (HSIA) as a requirement when choosing at which hotel to stay. Business travelers may need to access company networks while on the road and tourists may wish to upload photos and send email to family friends while travelling. To provide in-room HSIA, hotels typically purchase a connection to the Internet from a local Internet service provider (ISP). The ISP provides the hotel with a fixed amount of bandwidth determined according to the ISP's pricing structure or other constraints. The hotel shares the available bandwidth between the hotel guests, users in meeting and conference rooms, and the hotel's networked computer systems.

A large hotel may have hundreds or even thousands of guests staying in guest rooms and utilizing meeting rooms—each competing for Internet bandwidth. One or more computer systems in the hotel may additionally need to transfer data via the Internet such as to receive reservations from external travel agencies or to download content for playback by guests using the hotel's in-room media and entertainment system. Because user satisfaction will be lowered if access to the Internet is slow, unresponsive, or unreliable, the available Internet bandwidth provided by the ISP needs to be effectively allocated between the various users within the hotel.

Typically, when a user connects a network device to the hotel's LAN, the user is required by the hotel's HSIA system to authenticate and gain access to the network, for example, by providing a password or other information such as room number and registered guest's name. Once authorized, traffic shaping is performed on a per-user basis in order to cap each user's maximum usage at a certain level while still limiting the total available bandwidth between all guests and other applications within the hotel. For example, a basic user bandwidth cap may limit each user to at most receive 256 kbit/sec of the hotel's available bandwidth to the Internet. The actual amount received by the user may be less than the cap during peak usage times.

Some hotels allow users to purchase "upgraded" bandwidth, which typically involves raising the user's individual bandwidth cap while still sharing the available bandwidth with other users. For example, the user's cap may be raised to 1024 kbit/sec after a payment of $9.99 is received. Again, when bandwidth is upgraded in this way, the maximum throughput is limited to the cap but the minimum throughput is not limited and instead depends on how much bandwidth other users are currently using.

A hotel may also allow a user to purchase an amount of guaranteed bandwidth that is not shared with other users. Guaranteed bandwidth is often also provided by the hotel to meeting and conference rooms, and the users of these rooms share the room's allocation. The amount of guaranteed bandwidth allocated to hotel guests is generally set according to an amount purchased by the user during a sign-in process, and the amount of guaranteed bandwidth allocated to conference and meeting rooms is typically determined when the room is booked and may be a function of the booking price to allow the conference organizer to pay according to the level of bandwidth required for the conference.

When bandwidth is guaranteed, ideally the minimum bandwidth that a user (or room, etc) benefiting from the guarantee will ever experience will be the guaranteed rate. In some cases, the bandwidth may also be capped at a higher rate so when there is bandwidth in the hotel available over and above the guaranteed rate, the user may experience even higher rates. When the hotel is provided with a fixed total ISP bandwidth, care must be taken by the hotel to not oversell guaranteed bandwidth or it may be impossible for the hotel to actually deliver the guaranteed rates when usage is high.

Traffic shaping and prioritization may also be performed by monitoring and detecting traffic types and giving preferential treatment for certain time-sensitive applications such as teleconferencing voice and video traffic. Compression, caching, and blocking technologies (i.e., blocking malware and other unwanted web traffic) may also be utilized by the hotel's HSIA system to reduce unnecessary bandwidth utilization and thereby increase the bandwidth available to share between users.

Although the above-described methods of managing bandwidth within a hotel are useful, they also tend to be unfair to certain users. For example, in some circumstances a user who has not upgraded to an amount of guaranteed bandwidth may be starved for bandwidth when sharing a small amount of available bandwidth with other users. Due to a variety of reasons it may not be possible for this user to purchase guaranteed bandwidth, for example, because the total ISP connection bandwidth is limited and other users (i.e., meeting rooms and/or VIP guests) may already have reserved the hotel's limit on guaranteed bandwidth. Although, the user may be able to upgrade to a higher individual bandwidth cap, during peak usage times when bandwidth is in high demand, the actual portion of bandwidth received by the user may not even reach the lower cap so having a higher cap will provide no benefit. Further techniques to optimize bandwidth allocation between multiple users to help prevent bandwidth starvation in these situations would be beneficial.

### BRIEF SUMMARY OF THE INVENTION

According to an exemplary configuration of the invention there is provided a bandwidth management system including a plurality of queues respectively corresponding to a plurality of zones. An enqueuing module receives network traffic from one or more incoming network interfaces, determines a belonging zone to which the network traffic belongs, and enqueues the network traffic on a queue corresponding to the belonging zone. A dequeuing module selectively dequeues data from the queues and passes the data to one or more outgoing network interfaces. When dequeuing data

US 9,531,640 B2

**3**

from the queues the dequeuing module dequeues an amount of data from a selected queue, and the amount of data dequeued from the selected queue is determined according to user load of a zone to which the selected queue corresponds.

According to another exemplary configuration of the invention there is provided a bandwidth management system including a plurality of queues respectively corresponding to a plurality of zones. One or more processors are configured to receive network traffic from one or more incoming network interfaces, determine a belonging zone to which the network traffic belongs, enqueue the network traffic on a queue corresponding to the belonging zone, selectively dequeue data from the queues, and pass the data to one or more outgoing network interfaces. When selectively dequeuing data from the queues the one or more processors are configured to dequeue an amount of data from a selected queue, and the amount of data dequeued from the selected queue is determined according to user load of a zone to which the selected queue corresponds.

According to another exemplary configuration of the invention there is provided a bandwidth management apparatus including a plurality of queues respectively corresponding to a plurality of zones. Included is means for receiving network traffic, means for determining a belonging zone to which the network traffic belongs and enqueuing the network traffic on a queue corresponding to the belonging zone, and means for selectively dequeuing data from the queues and passing the data to one or more destinations. Selectively dequeuing data from the queues involves dequeuing an amount of data from a selected queue, the amount of data being determined according to user load of a zone to which the selected queue corresponds.

According to another exemplary configuration of the invention there is provided a method of allocating bandwidth between a plurality of zones. The method includes providing a plurality of queues respectively corresponding to the plurality of zones. The method further includes receiving network traffic from one or more incoming network interfaces and determining a belonging zone to which the network traffic belongs. The method further includes enqueuing the network traffic on a queue corresponding to the belonging zone, and selectively dequeuing data from the queues and passing the data to one or more outgoing network interfaces. Selectively dequeuing data from the queues involves dequeuing an amount of data from a selected queue, the amount of data being determined according to user load of a zone to which the selected queue corresponds.

According to another exemplary configuration of the invention there is provided a system including one or more first network interfaces coupled to a first network with which a fixed total amount of bandwidth per unit time can be transferred. The system further includes one or more second network interfaces coupled to a second network. The system further includes a plurality of queues. Each of the queues corresponds to a respective one of a plurality of bandwidth zones. The bandwidth zones include a plurality of first level guaranteed bandwidth zones and only one first level remaining bandwidth zone not entitled to any guaranteed bandwidth. The system further includes one or more processors operable to determine a belonging zone to which network traffic received from either of the first or second network interfaces belongs. The one or more processors are further operable to enqueue the network traffic on a queue corresponding to the belonging zone. The one or more processors are further operable to cycle though the queues, dequeue

**4**

data, and thereafter pass the dequeued data to one of the first or second network interfaces for transmission to a destination network address. When dequeing data from a particular queue, the one or more processors are operable to automatically determine an amount of data to dequeue from the particular queue according to a bandwidth limit for the particular queue. The bandwidth limit for each of the queues corresponding to the first level guaranteed bandwidth zones includes a guaranteed bandwidth rate. The bandwidth limit for the first level remaining bandwidth zone has no guaranteed bandwidth rate but includes a bandwidth cap equal to the fixed total amount of bandwidth of the first network interface minus each guaranteed bandwidth rate for the plurality of the first level guaranteed bandwidth zones.

According to another exemplary configuration of the invention there is provided a method of bandwidth control in a system having one or more first network interfaces coupled to a first network with which a fixed total amount of bandwidth per unit time can be transferred, and one or more second network interfaces coupled to a second network. The method includes providing a plurality of queues, each of the queues corresponding to a respective one of a plurality of bandwidth zones, the bandwidth zones including a plurality of first level guaranteed bandwidth zones and only one first level remaining bandwidth zone not entitled to any guaranteed bandwidth. The method further includes determining a belonging zone to which network traffic received from either of the first or second network interfaces belongs. The method further includes enqueuing the network traffic on a queue corresponding to the belonging zone. The method further includes cycling though the queues, dequeuing data, and thereafter passing the dequeued data to one of the first or second network interfaces for transmission to a destination network address. The method further includes, when dequeuing data from a particular queue, automatically determining an amount of data to dequeuer from the particular queue according to a bandwidth limit for the particular queue. The bandwidth limit for each of the queues corresponding to the first level guaranteed bandwidth zones includes a guaranteed bandwidth rate. The bandwidth limit for the first level remaining bandwidth zone has no guaranteed bandwidth rate but includes a bandwidth cap equal to the fixed total amount of bandwidth of the first network interface minus each guaranteed bandwidth rate for the plurality of first level guaranteed bandwidth zones.

These and other embodiments and advantages of the invention will become apparent from the following detailed description, taken in conjunction with the accompanying drawings, illustrating by way of example the principles of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be described in greater detail with reference to the accompanying drawings which represent preferred embodiments thereof.

FIG. 1 illustrates a generalized bandwidth zone tree-structure according to an exemplary configuration of the invention.

FIG. 2 illustrates how each zone of FIG. 1 may include one or more user devices and/or may include other zones at a lower level of the tree-structure.

FIG. 3 illustrates a beneficial organization of bandwidth zones in a hotel according to an exemplary configuration of the invention.

US 9,531,640 B2

**5**

FIG. **4** illustrates a bandwidth management system having a plurality of queues respectively corresponding to the zones of FIG. **3** according to an exemplary configuration of the invention.

FIG. **5** illustrates a quantum calculation table describing a calculation process that the quantum manager of FIG. **4** may utilize to calculate a quantum for each queue according to the user load example shown in FIG. **3**.

FIG. **6** illustrates a quantum calculation table describing a calculation process that the quantum manager of FIG. **4** may utilize to calculate the quantum for each queue according to another user load example for the zones shown in FIG. **3**.

FIG. **7** illustrates a beneficial organization of meeting room bandwidth zones in a conference center according to an exemplary configuration of the invention.

FIG. **8** illustrates a quantum calculation table describing a calculation process that a quantum manager may utilize to calculate a quantum for a queue of each zone of FIG. **8** when the user load of each zone corresponds to a summation of bandwidth caps of the current users in the zone.

FIG. **9** illustrates a flowchart describing a method of allocating bandwidth between zones according to user load in an exemplary configuration of the invention.

DETAILED DESCRIPTION

FIG. **1** illustrates a generalized bandwidth zone tree-structure according to an exemplary configuration of the invention. The definition of a "zone" according to the invention is flexible and depends upon application-specific design requirements. Generally speaking, zones represent manageable divisions of users, user devices, and/or other lower-level zones. Zones may be logically and/or physically separated from other zones. For example, different zones may be isolated on separate local area networks (LANs) or virtual LANs (VLANs) corresponding to separate rooms or areas of a hotel, or different zones may share a same LAN but correspond to different service levels of users within a hotel. The zones and tree-structure may be dynamic and change at any time as users associated with certain zones upgrade their Internet access or when meeting reservations begin and end, for example.

In the example zone organization of FIG. **1**, an Internet pipe **102** providing a total bandwidth (BT) is shared between a set of reserved bandwidth zones **104** and a set of unreserved bandwidth zones **106**. The set of reserved bandwidth zones **104** are arranged on a first-level of the tree and include a first guaranteed zone **108** having a guaranteed bandwidth rate of R**1** and a maximum bandwidth usage cap of C**1**, and a second guaranteed zone **110** having a guaranteed bandwidth rate of R**2** and a cap of C**2**. Bandwidth rates R**1**, R**2** are guaranteed to the zone; when there is unused bandwidth in the hotel, each zone may also obtain extra bandwidth up to its cap C**1**, C**2**. Each zone's cap C**1**, C**2** may be equal to or higher than the zone's reserved rate R**1**, R**2**. Additionally, the reserved rate R**1**, R**2** and cap C**1**, C**2** of each zone may be changed at any time.

In the set of unreserved bandwidth zones **106**, there is a single first-level remaining bandwidth zone **112** that may obtain up to a cap amount of bandwidth that still leaves at least the reserved bandwidth available for each of the reserved bandwidth zones **104**. For example, using the zones illustrated in FIG. **1**, CRESERVE=BT−(R**1**+R**2**). The CRESERVE cap may be automatically set in this way to ensure that users who have purchased guaranteed bandwidth can utilize their full guaranteed allotment capacity at any time

**6**

and will not be affected by overuse by the unreserved bandwidth zones **106**. Although capping the remaining bandwidth zone **112** at CRESERVE means there may be some wasted bandwidth capacity when the reserved bandwidth zones **104** are not utilizing their full rates R**1**, R**2**, the CRESERVE cap advantageously preserves interactivity for each of the reserved bandwidth zones **104** and allows immediate bandwidth usage by the reserved bandwidth zones **104** such as is needed during bandwidth speed tests or intermittent traffic bursts, for example.

In some configurations, the caps C**1**, C**2** of the guaranteed zones **108**, **110** may similarly each be automatically set to prevent overuse of one of the reserved bandwidth zones **104** from affecting another of the reserved bandwidth zones **104**. For example, using the zones illustrated in FIG. **1**, C**1** may be automatically set to BT-R**2**, and C**2** may be automatically set to BT-R**1**. In other configurations, the caps C**1**, C**2** may be set to lower values to preserve bandwidth for use by the unreserved bandwidth zones **106** or be set to higher values when it is not a concern if one of the reserved bandwidth zones **104** interferes with another of the reserved bandwidth zones **104** such as when there is a only a single guaranteed zone **108**, **110**.

Under the first-level remaining bandwidth zone **112** are a number of second-level best effort zones **114**, **116** each having its own cap. For example, best effort zone **114** has cap C**4** and best effort zone **116** has cap C**5**. Caps C**4**, C**5** are usually lower than CRESERVE and may be adjusted at any time such as when a user of a particular guest room upgrades to a higher bandwidth cap, for example.

A second-level best effort zone **114**, **116** may be automatically moved to become one of the first-level reserved bandwidth zones **104** and given a guaranteed bandwidth rate such as when a user upgrades a room to a guaranteed bandwidth rate, for example. Likewise, a guaranteed zone **108**, **110** may have its reserved rate R**1**, R**2** set to zero (or otherwise deleted) and be automatically moved to become a second-level best effort zone under the remaining bandwidth zone **112**. This may occur, for example, when a guaranteed bandwidth rate upgrade expires or when a VIP user entitled to guaranteed bandwidth in a room checks outs and the room automatically becomes a best effort zone **114**, **116**.

FIG. **2** illustrates how each zone **202** may include one or more user devices **204** and/or may include other lower-level zones **206**. Such parent zones **202** include all the user devices and/or additional zones from their lower-level child zones **206**. Although the examples illustrated in FIG. **1** and FIG. **2** have first-level zones and second-level zones, the invention is not limited to a two-level bandwidth zone tree-structure. For example, a single level tree-structure is illustrated later in FIG. **7**. Additionally, three or greater-level tree-structures are also possible and may be beneficial when there are many sub categories of a higher level zone, for example.

FIG. **3** illustrates a beneficial organization of bandwidth zones in a hotel **300** according to an exemplary configuration of the invention. In this example, the hotel's ISP pipe **302** provides a total bandwidth of 10 Mbit/sec shared between a number of reserved bandwidth zones **304** and a number of unreserved bandwidth zones **306**. Following the tree-structure organization introduced in FIG. **1**, the reserved bandwidth zones **304** are each positioned at a first-level of the tree and include a first meeting room zone **308**, a second meeting room zone **310**, a penthouse suite zone **312**, and an upgraded room zone **314**. A single first-level remaining bandwidth zone **316** includes a number of second-level

US 9,531,640 B2

7

guest room zones **318** including a first guest room zone **318***a* and second guest room zone **318***b*.

In this example, the remaining bandwidth zone **316** is automatically capped at 4 Mbit/sec so that even when at full utilization there is still enough bandwidth left over (e.g., 6 Mbit/sec remaining) within the hotel **300** to accommodate each of the reserved bandwidth zones **304** operating at full utilization according to their guaranteed rates. Additionally, guaranteed zones **308**, **310** are automatically capped at 6 Mbit/sec and guaranteed zones **312**, **314** are automatically capped at 5 Mbit/sec to ensure that when any one operates at full capacity there is enough bandwidth to accommodate each of the other reserved bandwidth zones **304**. As previously mentioned, automatically setting the caps in this way preserves the interactivity of the guaranteed bandwidth zones **308**, **310**, **312**, **314**. When the guaranteed rates of any of the reserved bandwidth zones **304** are changed, the bandwidth caps throughout the zones in the hotel **300** may be automatically adjusted by the hotel's bandwidth management system accordingly.

As shown in FIG. **3**, each zone has an example number of current users to help describe this configuration of the invention. In this configuration, the word "users" refers to the different user devices **204** since the hotel's HSIA system will generally identify each user device **304** operating at full utilization according to their guaranteed rates. Additionally, address and will provide an individual bandwidth cap on a per user device **204** basis. However, in other configurations, the term "users" may instead refer to different human users as tracked by their user devices **204**. For example, when a particular zone has a single hotel guest utilizing three user devices **204**, the zone may only be determined to include a single user as each of the IP addresses of the three user devices **204** are associated with the same user in a database. In yet other configurations, "users" may also include automated applications, tasks, or servers such as the various components of the hotel's HSIA system or other networked systems in the hotel **300**. In general, the term "users" in each of the various configurations refers to agents that compete for available bandwidth, and any mechanism of identifying and distinguishing current users may be utilized in conjunction with the invention.

Although not illustrated in FIG. **3**, each user under a zone may in fact be included in a user-specific lower-level child zone having a user-specific cap (and/or reserved rate). This configuration is beneficial to prevent each user under a zone from monopolizing all the bandwidth assigned to the zone. For example, a user that tries to bit-torrent under a zone will not unfairly take more than their allotted bandwidth cap from other users sharing the bandwidth under that zone.

Additionally, the number of current users indicated in FIG. **3** is meant only as an example snapshot of one particular time period and it is expected the numbers of current users of each zone **308**, **310**, **312**, **314**, **316**, **318***a*, **318***b* will change over time. For example, after a meeting in the first meeting room zone **308** ends, the number of users of the first meeting room zone **308** will drop from sixty-five to zero. Then, when a next meeting begins, the user count will rapidly climb up to another level dependent upon how many users bring electronic devices **204** that are connected to the network. The number of current users of the other zones **310**, **312**, **314**, **316**, **318***a*, **318***b* may similarly change over time as well.

The number of current users of the remaining bandwidth zone **316** is one-hundred and ninety-two in this example. This number includes all the current users of the various guest room zones **318** that are included as second-level zones under the first-level remaining bandwidth zone **316**.

8

Each guest room zone **318** may only have one or two current users, but the hotel **300** in this example has hundreds of guest rooms and, due to the zone tree-structure, all of the current guest room users add up to form the total number of current users of remaining bandwidth zone **316**.

For illustration purposes, the upload direction (hotel to ISP) will be described and the rates/caps shown for each zone indicate the upload speeds in the following description. However, these rates/caps may also apply in the download direction, or the download direction could have different rates/caps for each zone. Regardless, the invention may be used in both the upload and download directions or may be used only in a single direction depending upon the specific bandwidth management requirements of the target application.

In this example, the hotel ISP pipe **302** has a total of 10 Mbit/sec bandwidth provided by the ISP and each of the first-level reserved bandwidth zones **304** is guaranteed some of that bandwidth. Even if each of the reserved bandwidth zones **304** is utilizing its full guaranteed rate, there is still an available 4 Mbit/sec remaining that may be shared among the various first-level zones in the hotel.

According to this configuration of the invention, the available bandwidth is shared between zones at the same level in the zone tree. This means the 4 Mbit/sec in the above example will be shared between the first-level zones including the first meeting room zone **308**, the second meeting room zone **310**, the penthouse suite zone **312**, the upgraded room zone **314**, and the remaining bandwidth zone **316**. Even when sharing available bandwidth, if a zone has a bandwidth cap, that zone may not obtain any bandwidth above the cap level.

Each zone has a quantum (shown as example Q values indicated in FIG. **3**) representing an amount of bytes that can be served at a single time from the zone and passed to a higher-level zone (or to the hotel ISP pipe **302**). According to this configuration of the invention, the quantums are dynamically adjusted according to the user load of each zone, and the user load of each zone corresponds to the number of current users in the zone.

When each zone is implemented as one or more queues enforcing rate and cap limits, the quantum indicates the maximum number of bytes that can be dequeued (i.e., removed from a particular queue) at one time. In some configurations, the cap limit may prevent the full quantum of bytes from being dequeued from a queue corresponding to a particular zone if this would cause the bandwidth provided to the zone to exceed its cap limit. In another configuration, as long as the data in the queue is sufficient, the quantum of bytes is always dequeued at once; however, the frequency of dequeuing the quantum of bytes may be reduced in order to limit the average bandwidth to the zone's cap.

FIG. **4** illustrates a bandwidth management system **400** having a plurality of queues **408** where each individual queue **408** respectively corresponds to one of the zones of FIG. **3** and includes a queue-specific quantum **409** according to an exemplary configuration of the invention. In this example, the bandwidth management system **400** further includes an incoming network interface **404**, an outgoing network interface **406**, a zone enqueuing module **410**, a zone dequeuing module **412**, a user monitor **414**, a network activity log **416**, an authentication server **418**, a user/zone database **419**, and a quantum manager **420**. The quantum manager **420** is preprogrammed with a maximum quantum ratio **422**. The outgoing network interface **406** has a maxi-

**9**

mum transport unit (MTU) **426**, for example, 1500 bytes when the outgoing network interface **406** is of the Ethernet type.

Again, although the bandwidth management system **400** is shown operating in a single direction from incoming network interface **404** to outgoing network interface **406**, in some configurations, there may be a similar structure in both upload and download directions. The bandwidth management system **400** may be used to manage bandwidth in the upload direction (hotel to ISP) and/or download direction (ISP to hotel) according to different configurations. Additionally, the incoming network interface **404** may in fact be a plurality of incoming network interfaces and the outgoing network interface **406** may in fact be a plurality of outgoing network interfaces. Having multiple incoming and outgoing network interfaces **404**, **406** allows for redundant communication links in the event of a fault and also allows for higher overall bandwidth capacity by multiplying the number of interfaces by the maximum capacity of each interface.

In operation, the zone enqueuing module **410** receives network traffic from the incoming network interface **404**, determines a belonging zone to which the network traffic belongs, and enqueues the network traffic on a queue **408** corresponding to the belonging zone. For example, the zone enqueuing module **410** may be implemented as one or more filters for classifying to which zone an Ethernet frame (or IP packet, etc) received from the incoming network interface **404** belongs. In this example, when network traffic belongs to multiple zones, the zone enqueuing module **410** enqueues the received network traffic in the queue **408** corresponding to the lower-level belonging zone. For example, when network traffic belongs to both the first guest room zone **318a** and the remaining bandwidth zone **316**, the zone enqueuing module **410** enqueues the network traffic on the first guest room queue **408a**.

The zone enqueuing module **410** may determine the belonging zone by examining an IP or MAC address included in the network traffic and looking up in the user/zone database **419** to see to which zone that IP or MAC belongs. The mapping between IP or MAC address and the belonging zone may be stored in the user/zone database **419** by the authentication server **418** when the user logs in to the hotel's HSIA system. For example, when a guest staying in "Guest room A" successfully logs in using a laptop computer, the authentication server **418** may store the IP or MAC address utilized by the laptop computer as belonging to the first guest room zone **318a** in user/zone database **419**. Thereafter, the zone enqueuing module **410** enqueues received network traffic having the IP or MAC address of the laptop computer on the first guest room queue **408a**.

Depending on the direction of the network traffic, e.g., upload or download, the IP or MAC address may be either the source or destination address. For example, if incoming network interface **404** is coupled to the hotel ISP pipe **302**, the laptop's IP or MAC address may be the destination address of the network traffic. Alternatively, if the incoming network interface **404** is coupled to the hotel's LAN, the laptop's IP or MAC address may be the source address of the network traffic. A similar process may be used by the zone enqueuing module **410** to enqueue network traffic of other zones on the appropriate queue **408** corresponding to the zone that the network traffic belongs.

In another configuration, the zone enqueuing module **410** performs port detection by accessing various intermediate switches between the zone enqueuing module **410** and a user device in order to thereby track from which switch/port the network traffic originated. Each switch/port combination

**10**

and belonging zone may be stored in the user/zone database **419**. Other methods of correlating to which zone received network traffic belongs may also be used according to application specific designs.

Each queue **408** has a respective quantum **409** that determines how many bytes can be dequeued at a single time by the dequeuing module **412**. For example, with a round robin dequeuing strategy and assuming all zones have data to send, all guaranteed rates have been met, and no zone has exceeded its designated cap, the dequeuing module **412** cycles one-by-one to each queue **408** at a particular tree-level and dequeues (i.e., removes) the queue's quantum number of bytes.

Using the exemplary quantum Q values illustrated in FIG. **3** as an example, for the first-level zones, the dequeuing module **412** dequeues 21,000 bytes of data from the first meeting room queue **408c**, then dequeues 7500 bytes of data from the second meeting room queue **408d**, then dequeues 60,000 bytes of data from the remaining bandwidth queue **408e**, then dequeues 1500 bytes of data from the penthouse suite queue **408f**, then dequeues 1500 bytes of data from the upgraded room queue **408g**, and then returns to again dequeue 21,000 bytes of data from the first meeting room queue **308**, and so on. If the bandwidth management system **400** is configured in the upload direction, the dequeued data is passed to the outgoing network interface **406** for transmission to various destinations on the Internet via the hotel ISP pipe **302**. If the bandwidth management system **400** is configured in the download direction, the dequeued data is passed to the outgoing network interface **406** for transmission to various destinations on the hotel's LAN.

Although not illustrated in FIG. **4**, the zone dequeuing module **412** may also extend between the second-level queues **408a**, **408b** and the first-level remaining bandwidth queue **408e**. Again using the example quantum Q values illustrated in FIG. **3**, a similar round robin dequeuing strategy may be employed by the dequeuing module **406** at the second-level to dequeue 1500 bytes of data from the first guest room queue **408a**, then dequeue 1500 bytes of data from the second guest room queue **408b**, and then return to again dequeue 1500 bytes of data from the first guest room queue **408a**, and so on. Each set of dequeued data is thereafter enqueued on the remaining bandwidth queue **408e**, i.e., the queue **408e** corresponding to the next higher-level parent zone being the remaining bandwidth zone **316** in this example.

The quantum manager **420** dynamically adjusts the quantum values **409** of each queue **408** according to user load of the particular zone to which the queue **408** corresponds. In this example, the user load of each zone corresponds to a summation of how many current users are in the zone. The current users may be the active users that are competing for available bandwidth in the zone, which includes all child-zones under the zone.

To allow the quantum manager **420** to determine how many current users are in a particular zone, in a first example, the authentication server **418** manages logged in users of each zone and stores this information in the user/zone database **419**. The quantum manager **420** queries the database **419** to sum how many users are logged in to the particular zone. For example, when a guest connects a laptop computer to the hotel network and logs in to the HSIA system from "Guest room B", the summation of how many users are logged into the second guest room zone **318b** will be incremented by one. Additionally, because the remaining bandwidth zone **316** includes the second guest room zone

**11**

318*b*, the summation of how many users are logged into the remaining bandwidth zone **316** will also be incremented by one.

In another example, the zone enqueuing module **410** logs data transmission activity by users in the activity log **416**. To determine the number of current users in a particular zone, the quantum manager **420** queries the activity log **416** to sum how many users have received or sent network traffic within the particular zone during a last predetermined time period. For example, the current users may be defined as the number of different users who have sent or received at least one Ethernet frame (or IP packet, etc) in the past ten minutes. Ten minutes after a guest in Guest room B stops browsing the Internet from their laptop, the summation of how many users have sent/received network traffic within the second guest room zone **318***b* will be decremented by one. Additionally, because the remaining bandwidth zone **316** includes the second guest room zone **318***b*, the summation of how many users have sent/received network traffic within the remaining bandwidth zone **316** will also be decremented by one.

In another example, the user monitor **414** periodically sends a ping to the IP address of network devices for each user. The user devices that have replied to the most recent ping are stored in the user/zone database **419**. To determine the number of current users in a particular zone, the quantum manager **420** queries the user/zone database **419** to sum how many user devices in the particular zone have replied to the most recent ping. For example, after a guest in Guest room B shuts off their laptop, the summation of how many user devices have replied to the most recent ping from the second guest room zone **318***b* will be decremented by one. Additionally, because the remaining bandwidth zone **316** includes the second guest room zone **318***b*, the summation of how many user devices have replied to the most recent ping from the remaining bandwidth zone **316** will also be decremented by one.

Combinations of the above methods of determining the number of current users in each zone may also be employed. Additionally, as previously mentioned, in other configurations current users may refer to current human users rather than current user devices. As each human user may be associated in a database with one or more user devices (e.g., a single hotel guest may be utilizing both a mobile phone and a tablet computer to access the Internet), the summation indicating how many current users are in a particular zone in these configurations may be less than the above-described examples based on the number of user devices in the particular zone.

The plurality of zone queues **402** shown in the example block diagram of FIG. **4** may be implemented using a hierarchical token bucket (HTB) queuing discipline (qdisc) including an HTB for each queue **408**. Using an HTB to implement each queue **408** allows for easy configuration of a rate, ceiling (cap), and quantum for each queue **408** as these parameters are already supported by HTB based queues. Although not illustrated, a stochastic fairness queuing (SFQ) qdisc may also be included for each user at the leaf zones **408***a,b,c,d,f,g* to ensure fairness between the different connections for the user. Linux based HTB and SFQ qdiscs are well-known in the art and further description of their operation and configuration is omitted herein for brevity.

FIG. **5** illustrates a quantum calculation table describing a calculation process that the quantum manager **420** utilizes

**12**

in an exemplary configuration to calculate the quantums **409** for each queue **408** according to the number of current users per zone as shown in FIG. **3**.

In this configuration, the quantums **409** are dynamically adjusted in proportion to the total number of current users (i.e., user load) under each zone. To beneficially increase efficiency, a minimum possible quantum is the MTU **426** and all quantums **409** are rounded up to their nearest positive integer multiple of the MTU **426**. This allows dequeued data to be transmitted by the outgoing network interface **406** using one or more full capacity transport units (e.g., frames, packets, messages, etc). To prevent excessive monopolization of the shared ISP pipe **302**, a maximum possible quantum is limited according to the maximum quantum ratio **422** multiplied by the MTU **426**. This limits the number of concurrent MTU sized transport units that will be sent in a row from a single queue **408**. Additionally, to increase responsiveness, when possible the quantums **409** are minimized while maintaining their relative ratios. This increases the frequency with which the zone dequeuing module **412** cycles through the queues **408** such as in a round robin order. In other implementations, different quantum optimization rules may be used.

In this example, the maximum quantum ratio **422** is predetermined at 1:40. Taking the above advantageous quantum optimization rules into consideration, the maximum value quantum is therefore forty times the MTU **426**, which corresponds to forty full sized Ethernet frames of data (maximum of 60,000 bytes of data) being sent in a row from the outgoing network interface **406**. The MTU of Ethernet is 1500 bytes and therefore a minimum possible quantum is 1500 bytes and all quantums are rounded to multiples of 1500 bytes.

With reference to FIG. **5**, column **500** indicates the zone/queue name and column **502** indicates the user load of the zone being the number of current users in this example. Column **504** indicates a scale factor that the user load of each zone is multiplied with such that the maximum user load ("192" current users in this example) is scaled to the maximum possible quantum ("60,000" bytes in this example). Column **506** indicates a calculated scaled quantum for each zone being the scale factor of column **504** multiplied by the user load of column **502**. Because the calculated scaled quantums of column **506** are not multiples of the MTU **426**, column **508** indicates how many full MTU **426** sized frames would be required to transmit the calculated scaled quantum of data in column **506**. Column **510** indicates a final rounded quantum value being the value of column **508** multiplied by the MTU **426**. As the number of current users in each zone of FIG. **3** changes over time, the quantum manager **420** correspondingly recalculates the quantums of column **510** according to the above-described process.

Taking the penthouse suite zone **312** as an example, because the penthouse suite zone **312** has a guaranteed rate of 1 Mbit/sec, the zone dequeuing module **412** may more frequently dequeue 1500 bytes from the penthouse suite queue **408***f* when the users in the penthouse suite zone **312** have traffic to send (and/or receive depending on the applicable direction of the guaranteed rate) and the guaranteed rate has not yet been met. However, when either the penthouse suite zone **312** does not need to utilize its guaranteed rate or has already exceeded its full guaranteed rate, the zone dequeuing module **406** may place both the remaining bandwidth queue **408***e* and penthouse suite queue **408***f* at a same priority in a round robin dequeuing order. In this situation, the remaining bandwidth zone **316** benefits by having up to

US 9,531,640 B2

13

60,000 bytes dequeued and passed to the outgoing interface **406** each time around whereas the penthouse suite zone **314** will only have up to 1500 bytes dequeued and passed to the outgoing interface **406** each time around.

Assuming all guaranteed bandwidth rates have been met, the more current users in a zone, the more bytes that are dequeued each time from that zone's queue **408** by the zone dequeuing module **412**. This is beneficial to prevent starvation of users who are in zones with a large number of other active users such as the remaining bandwidth zone **316** of FIG. **3**. Zones having a very low number of active users such as the penthouse suite zone **312** and the upgraded room zone **314** receive much lower quantum values. In this way, the quantum **409e** for the remaining bandwidth queue **408e** is forty times the quantum **409f** of the penthouse suite queue **408f**. When the penthouse suite zone **312** is borrowing available bandwidth over and above its guaranteed rate of 1 Mbit/sec, due to the large number of current users under the remaining bandwidth zone **316**, the zone dequeuing module **412** will dequeue and pass to the outgoing network interface **406** forty times more data from the remaining bandwidth queue **408e** than from the penthouse suite queue **408f**.

Even though the penthouse suite zone **312** has a guaranteed bandwidth rate and a higher bandwidth cap than the remaining bandwidth zone **316**, the remaining bandwidth zone **316** receives preferential treatment when sharing available bandwidth due to having a larger user load than the penthouse suite zone **312**. As the guest room zones **318** are under the remaining bandwidth zone **316** in the tree-structure of FIG. **3**, the individual users in the various guest room zones **318** benefit because all their network traffic is subsequently enqueued on the remaining bandwidth queue **408e** before being dequeued and passed to the outgoing network interface **406** by the zone dequeuing module **412**. Network traffic to/from these users depending on the configured direction(s) therefore spends less time waiting on the queues **408a**, **408b**, **408e** of the unreserved bandwidth zones **306** because of the higher quantum **409e** allocated to remaining bandwidth queue **408e**.

Available bandwidth shared between the zones may be the leftover ISP pipe **302** bandwidth after all zones utilize up to their reserved rates. The zone dequeuing module **412** first ensures that all the zones having reserved rates get the amount of bandwidth they need up to their reserved rates, then all zones share the remaining available bandwidth up to their caps (i.e., ceilings). The dynamic quantums **409** adjusted according to the user load of zone are particularly useful when sharing bandwidth that exceeds guaranteed rates because zones having higher numbers of current users receive more of the available bandwidth than zones with lower numbers of current users. As previously explained, the current users of each zone may be the active users that have recently sent or received network traffic and are therefore currently competing for bandwidth.

FIG. **6** illustrates a quantum calculation table describing a calculation process that the quantum manager of FIG. **4** utilizes to calculate the quantums **409** for each queue **408** according to another example of numbers of current users of the zones shown in FIG. **3**. Column **600** indicates the zone/queue name and column **602** indicates the number of current users per zone. As shown in this example, the hotel **300** is almost vacant and there are only a few users in each zone. In this configuration, for any zones having "0" users in column **602**, the quantum manager **420** assumes that at least "1" user is present. Although there may initially be no users in the zone, if the quantum is set to 0 bytes, should the zone gain a user before the quantums **409** are next adjusted,

14

the queue **408** corresponding to the zone will not have any data dequeued by the zone dequeue module **412**. Additionally, when there are zero users in the zone, the queue **408** corresponding to the zone will not have network traffic to dequeue in the first place, so it is not necessary to set the quantum to 0 bytes.

Column **604** indicates a scale factor that the user load of each zone is multiplied with such that the minimum user load ("1" current users in this example) is scaled to the minimum possible quantum, which is 1500 bytes in this example (i.e., the MTU **426** of Ethernet). Column **606** indicates a calculated scaled quantum for each zone being the scale factor of column **604** multiplied by the user load of column **702**. Because the calculated scaled quantums of column **606** are already multiples of the MTU **426**, no further calculations are required and column **606** represents the final quantums **409**. Again, in this example the remaining bandwidth zone **316** receives a higher quantum but now it is only 3.5 times that of the penthouse suite zone **312**. The reason is the two zones **316**, **312** now only have a 3.5 times differential in their respective users loads and therefore the remaining bandwidth zone **316** receives a corresponding ratio of preferential treatment by the zone dequeuing module **412**.

Concerning the different types of scale factors in columns **504**, **604**, the scale factor illustrated in column **504** of FIG. **5** causes the quantum **409** of the queue **408** corresponding to the zone with the maximum user load to be set at the maximum quantum value (60,000 bytes in this example). This type of scale factor is particularly useful when the ratio between the minimum user load (rounded up to "1" if "0") to the maximum user load is greater than the maximum quantum ratio **422**. For example, in the above examples, the maximum quantum ratio **422** is 1:40. Therefore, because the ratio of the minimum user load of "1" in column **502** of FIG. **5** to the maximum user load of "192" in column **502** of FIG. **5** is greater than 1:40, the scale factor **504** scales the quantums to the maximum range so that the ratio between the minimum quantum and the largest quantum meets the maximum quantum ratio **422** ("1:40" in this example). This gives the greatest amount of preferential treatment to the zone having the greatest user load without allowing that zone to monopolize the hotel's ISP connection by sending more than forty full MTU sized Ethernet packets in a row.

In contrast, the scale factor illustrated in column **604** of FIG. **6** causes the quantum **409** of the queue **408** corresponding to the zone with the minimum user load (rounded up to "1" if "0") to be set at the MTU **422** of the outgoing network interface (e.g., 1500 bytes in this example). This type of scale factor is particularly useful when the ratio between the minimum user load (rounded up to "1" if "0") to the maximum user load is not greater than the maximum quantum ratio **422**. For example, assuming again that the maximum quantum ratio **422** is 1:40, because the ratio of the minimum user load of "1" in column **602** of FIG. **6** to the maximum user load of "7" in column **602** of FIG. **6** is not greater than 1:40, the scale factor **604** scales the quantums to multiples of the MTU **422** while ensuring that the ratio between the minimum quantum and the largest quantum is the same as the ratio between the minimum user load (rounded up to "1" if 0) to the maximum user load. This give the exact ratio of preferential treatment to the zone having the greatest user load while also maximizing the interactivity of all zones by minimizing the quantums **409**.

In an advantageous configuration, the quantum manager **420** automatically checks the ratio between the minimum user load and the maximum user load and utilizes the best

US 9,531,640 B2

15                                                                16

type of scaling factor. For example, the quantum manager **420** may be configured to scale the quantums **409** such that a smallest quantum is the MTU **426** of the outgoing network interface **406** when a ratio of the minimum user load to the maximum user load is less than a predetermined threshold ratio **422**, and to scale the quantums **409** such that the largest quantum is a predetermined maximum amount when the ratio of the minimum user load to the maximum user load is greater than the predetermined threshold ratio **422**.

FIG. **7** illustrates a beneficial organization of bandwidth zones in a conference center **700** according to another exemplary configuration of the invention. In this example, the conference center's ISP connection **702** provides a total bandwidth of 50 Mbit/sec shared between a number of room zones **704, 706, 708, 710** such as different meeting rooms or conference rooms. All the zones **704, 706, 708, 710** are at the first-level of the tree-structure and have equal guaranteed bandwidth rates of 2 Mbit/sec and equal bandwidth caps of 44 Mbit/sec. Although not illustrated, a bandwidth management system similar to that illustrated in FIG. **4** may be employed at the conference center **700** in order to allocate available bandwidth between the zones **704, 706, 708, 710** according to the quantum of each zone.

The reason equal rates and caps are used in this example is to illustrate how the quantums Q may be adjusted for each zone **704, 706, 708, 710** according to user load even when all zones are entitled to the same share of the overall conference center bandwidth **702**. However, similar to the previous example, the below-described techniques may also be employed when the rates and caps of the zones **704, 706, 708, 710** are different and dynamically changing as different meetings begin and end, for example.

In the conference center **700**, users are given a basic individual bandwidth cap of 256 kbit/sec and have the option to upgrade to a higher individual bandwidth cap of 1024 kbit/sec. FIG. **7** indicates an example situation where the first room zone **704** has forty users at the basic bandwidth cap of 256 kbit/sec, the second room zone **706** has forty users at the upgraded bandwidth cap of 1024 kbit/sec, the third room zone **708** has twenty-seven users at the basic bandwidth cap of 256 kbit/sec and thirteen users at the upgraded bandwidth cap of 1024 kbit/sec, and the fourth room zone **710** has thirteen users at the basic bandwidth cap of 256 kbit/sec and twenty-seven users at the upgraded bandwidth cap of 1024 kbit/sec.

FIG. **8** illustrates a quantum calculation table describing a calculation process that a quantum manager may utilize to calculate the quantums for each zone shown in FIG. **8** when user load corresponds to a summation of user caps of the current users in each zone.

Column **800** indicates the zone/queue name, column **802** indicates the number of current users capped at 256 kbit/sec, and column **804** indicates the number of current users capped at 1024 kbit/sec. Column **806** indicates the user load of each zone being the summation of individual user caps (i.e., the number of users in column **802** multiplied by 256 kbit/sec plus the number of users in column **804** multiplied by 1024 kbit/sec).

Because the ratio of the minimum user load ("10240" in this example) to maximum user load ("40960" in this example) is less than the maximum quantum ratio **422** ("1:40" in this example), column **808** indicates a scale factor that the user load of each zone is multiplied with such that the minimum user load ("10240" in this example) is scaled to the MTU of an outgoing network interface (1500 bytes in this example).

Column **810** indicates a calculated scaled quantum for each zone being the scale factor of column **808** multiplied by the user load of column **806**. Because the calculated scaled quantums of column **810** are not multiples of the MTU, column **812** indicates a final rounded quantum value being the value of column **810** rounded to the nearest multiple of the MTU.

The higher the summation of individual user caps in a zone, the more bytes that are dequeued each time from that zone's queue. This is beneficial to prevent starvation of users who are sharing zones with a large number of other active users. Additionally, rather than only judging user load according to number of users, this configuration also takes into account individual user caps. This helps increase user satisfaction because as users in a zone upgrade to higher individual bandwidth caps, the zone to which they belong has higher user load and may therefore receive a larger quantum value. The higher the total user caps in a zone, the higher each individual user's effective bandwidth will be when the zone shares available bandwidth with other zones.

FIG. **9** illustrates a flowchart describing a method of allocating bandwidth in a system having a plurality of queues respectively corresponding to a plurality of zones according to an exemplary configuration of the invention. The steps of the flowchart are not restricted to the exact order shown, and, in other configurations, shown steps may be omitted or other intermediate steps added. In this configuration, a bandwidth management system performs the following operations:

Step **900**: A plurality of queues are provided, where each queue corresponding to a bandwidth zone. The zones may be allocated once upon initial configuration, or may be changed dynamically throughout operation according to different requirements. For example, a meeting room rate/cap may be changed as different meetings begin and end. The zones may be defined and/or identified using different LANs, VLANs, switch port numbers, pass codes, zone codes, usernames, service set identifiers (SSIDs), room numbers, names of physical areas, IP and other addresses, etc.

Step **902**: Network traffic is received, and a belonging zone to which the network traffic belongs is determined. For example, the belonging zone may be the source zone from which the network traffic originated or the destination zone for which the network traffic is destined. The belonging zone may be determined by examining zone identification information included in each received packet/frame such as IP addresses, MAC addresses, cookie information, VLAN tag, or other information. This zone identification information may be correlated to the correct belonging zone in a database. Due to a zone tree-structure, network traffic may in fact belong to several zones at different levels of the tree-structure, for example, to both remaining bandwidth zone **316** and one of guest room zones **318** illustrated in FIG. **3**. In this example, the database associates zone identification information with a single belonging zone being the lowest belonging zone according to the tree-structure. For instance, depending on the configured direction, network traffic to/from guest room A is determined by the zone enqueuing module **410** to belong to the guest room A zone **318a** (i.e., the lowest-level belonging zone).

In another configuration, the belonging zone may be determined by querying intermediate devices such as intermediate switches, routers, gateways, etc for zone identification information such as source/des-

US 9,531,640 B2

**17**

tination port numbers or interface identifiers in order to determine the belonging zone. For example, an intermediate switch may be queried using simple network management protocol (SNMP) to determine to which port a device having an IP address included in the network traffic is associated. The belonging zone is then determined according to the associated switch port (i.e., each switch port may correspond to a particular zone).

Step **904**: The network traffic is enqueued on the queue corresponding to the belonging zone. For example, a zone enqueuing module **410** such as that illustrated in FIG. **4** may enqueue network traffic received at step **902** on the queue **408** corresponding to the belonging zone determined at that step.

Step **906**: A user load of each zone is tracked. In one example, the user load of a zone corresponds to a summation indicating how many current users are in the zone. Current users per zone may defined and tracked in a number of ways including active ports per zone, number of logged in users per zone, number of outgoing or incoming connections per zone, number of traffic packets/frames per zone, active users who have sent/received network traffic, users who have replied to a recent ping request, or any combination of any of the above. Additionally, a time window may be utilized such as the past 10 minutes and/or the number of current users may be periodically determined once per time window. In another example, the user load of a zone may further take into account individual attributes of users in the zone. For example, user load of a zone may correspond to a summation of individual user caps of the current users in the zone. In another example, user load of a zone may correspond to a summation of how much data current users in the zone have recently sent or received (e.g., in the past 10 minutes). In another example, user load of a zone may correspond to the amount of user network traffic currently enqueued on one or more queues corresponding to the zone. When the zones are organized in a multi-level zone tree-structure, the user load of a particular zone may include the user load of all lower-level zones under the particular zone.

Step **908**: For each queue, a quantum of data that can be dequeued together is dynamically adjusted according to the user load of the zone to which the queue corresponds. For example, a quantum manager may dynamically adjust how many bytes will be dequeued from each zone according to the user load per zone as tracked at step **906**. In general, zones having higher user loads will have the capability to transfer larger numbers of bytes when dequeuing traffic. This is beneficial to prevent zones having low user loads but high guaranteed rates and/or bandwidth caps from getting a disproportionate amount of available bandwidth that is being shared with other zones having high current user loads. As the user loads of the zones change over time, the quantums may be automatically adjusted to give preferential treatment to the zones according to their new user loads.

Step **910**: Data is selectively dequeued from the queues and passed to one or more outgoing network interfaces. When selectively dequeuing data from the queues, an amount of data is dequeued from a selected queue according to the quantum of the queue determined at step **908**. As explained above, the quantum of the selected queue is determined according to user load of

**18**

the zone to which the selected queue corresponds. In one usage example, the queues are selected one by one (e.g., in a round robin order), and up to the selected queue's quantum of data is dequeued from each queue while also ensuring any bandwidth reservations and/or caps of the zones are complied with. By still ensuring that bandwidth reservations and/or caps of the zones are complied with, the invention may be beneficially used in combination with and to enhance existing bandwidth management systems employing rates and caps.

An advantage of the invention is that it allows a hotel to limit bandwidth utilization on a zone-by-zone basis such as by defining each guest room to be a zone with its own reserved bandwidth rate/cap. The zone tree-structure also allows a first-level zone to include a number of second-level zones, which advantageously allows second-level zones that may individually have low user loads to accumulate their user loads together in a single first-level zone and gain preferential treatment. According to the zone tree-structure, zones dequeue an amount of data to pass to destinations being either a next higher-level zone or one or more destination network interface(s) in proportion to their user loads. By enqueuing network traffic from a plurality of second-level zones into a single queue of their corresponding first-level zone, users of the second-level zones receive increased bandwidth when data of the first-level queue is dequeued in larger amounts. Zones having higher user loads may advantageously receive more of the available bandwidth, which prevents individual users under these zones from being starved. Another advantage of the invention is that because rates and caps of zones and individual users continue to be enforced, the invention is compatible with many existing bandwidth management techniques. Yet another advantage is that when a zone having a reserved bandwidth rate and/or cap does not need to use up to its reserved bandwidth rate/cap (e.g., when the users in the zone are not using the Internet), the unneeded bandwidth may be shared among other zones according to the relative user loads of the other zones. More of the available bandwidth is thereby beneficially allocated to zones having higher current user loads. As user loads of the zones change over time, the amount of data to be dequeued from their respective queues is dynamically updated.

Adjusting the quantum **409** of each queue **408** in proportion to the user load of its corresponding zone helps prevent bandwidth starvation of users without guaranteed rates. For instance, users under a zone with a relatively lower user load have less competition for bandwidth allocated to that zone. In contrast, users under a zone having a relatively higher user load will have more competition for bandwidth allocated to that zone and the data in its queue **408** (and in any higher level parent queue(s) **408**) will therefore tend to build up more quickly. To help prevent bandwidth starvation of these users and increase the fairness of bandwidth allocation between zones, the quantum manager **420** dynamically allocates quantums **409** to the queues **408** such that queues **408** corresponding to zones having lower user loads receive smaller quantums **409**, and queues **408** corresponding to zones having higher user loads receive larger quantums **409**. In this way, a single user who is trying to utilize large amounts of bandwidth over and above his guaranteed rate in a first zone (e.g., meeting room) will not negatively impact multiple users who don't have any reserved bandwidth under other zones (e.g., guest rooms zones).

In an exemplary configuration, a bandwidth management system includes a plurality of queues respectively corre-

US 9,531,640 B2

19

sponding to a plurality of zones. An enqueuing module receives network traffic from one or more incoming network interfaces, determines a belonging zone to which the network traffic belongs, and enqueues the network traffic on a queue corresponding to the belonging zone. A dequeuing module selectively dequeues data from the queues and passes the data to one or more outgoing network interfaces. When dequeuing data from the queues the dequeuing module dequeues an amount of data from a selected queue, and the amount of data dequeued from the selected queue is determined according to user load of a zone to which the selected queue corresponds.

Although the invention has been described in connection with a preferred embodiment, it should be understood that various modifications, additions and alterations may be made to the invention by one skilled in the art without departing from the spirit and scope of the invention as defined in the appended claims. For example, although the invention has been described as being utilized at a hotel, the invention is equally applicable to any hospitality related location or service wishing to allocate available bandwidth between multiple users including but not limited to hotels, motels, resorts, hospitals, apartment/townhouse complexes, restaurants, retirement centers, cruise ships, busses, airlines, shopping centers, passenger trains, etc. The exemplary user of "guest" is utilized in the above description because customers of hospitality establishments are generally referred to as guests; however, the exemplary user of "guest" in conjunction with the invention further includes all types of users whether or not they are customers. The invention may also be beneficially employed in other applications outside the hospitality industry such as by conference centers, corporations, or any other entity wishing to allocate available bandwidth shared between a plurality of users.

The various separate elements, features, and modules of the invention described above may be integrated or combined into single units. Similarly, functions of single modules may be separated into multiple units. The modules may be implemented as dedicated hardware modules, and the modules may also be implemented as one or more software programs executed by a general or specific purpose processor to cause the processor to operate pursuant to the software program to perform the above-described module functions. For example, the bandwidth management system **400** of FIG. **4** may be implemented by a computer server having one or more processors **430** executing a computer program loaded from a storage media (not shown) to perform the above-described functions of the zone enqueuing module **410**, quantum manager **420**, and zone dequeuing module **412**. Likewise, the flowchart of FIG. **9** may be implemented as one or more processes executed by dedicated hardware, and may also be implemented as one or more software programs executed by a general or specific purpose processor to cause the processor to operate pursuant to the software program to perform the flowchart steps. A computer-readable medium may store computer executable instructions that when executed by a computer cause the computer to perform above-described method steps of FIG. **9**. Examples of the computer-readable medium include optical media (e.g., CD-ROM, DVD discs), magnetic media (e.g., hard drives, diskettes), and other electronically readable media such as flash storage devices and memory devices (e.g., RAM, ROM). The computer-readable medium may be local to the computer executing the instructions, or may be remote to the computer such as when coupled to the computer via a computer network. In one configuration, the computer is a computer server connected to a network such as the Internet

20

and the computer program stored on a hard drive of the computer may be dynamically updated by a remote server via the Internet. In addition to a dedicated physical computing device, the word "server" may also mean a service daemon on a single computer, virtual computer, or shared physical computer, for example. Unless otherwise specified, features described may be implemented in hardware or software according to different design requirements. Additionally, all combinations and permutations of the above described features and configurations may be utilized in conjunction with the invention.

What is claimed is:

1. A system comprising:
   one or more first network interfaces coupled to a first network with which a fixed total amount of bandwidth is available to transfer data;
   one or more second network interfaces coupled to a second network;
   a plurality of queues, each of the plurality of the queues corresponding to a respective one of a plurality of bandwidth zones, the plurality of the bandwidth zones including a plurality of first level guaranteed bandwidth zones and only one first level remaining bandwidth zone not entitled to any guaranteed bandwidth; and
   one or more processors operable to:
   determine a belonging bandwidth zone to which network traffic received from either of the first or the second network interfaces belongs;
   enqueue the network traffic received from either of the first or the second network interfaces on a queue corresponding to the belonging bandwidth zone; and
   cycle though the plurality of the queues, dequeue the network traffic from the plurality of the queues, and thereafter pass the network traffic dequeued from the plurality of the queues to one of the first or the second network interfaces for transmission to a destination network address;
   wherein, when dequeing the network traffic from a particular queue, the one or more processors are operable to automatically determine an amount of the network traffic to dequeue from the particular queue according to a bandwidth limit for the particular queue;
   the bandwidth limit for each of the plurality of the queues corresponding to the plurality of the first level guaranteed bandwidth zones includes a guaranteed bandwidth rate; and
   the bandwidth limit for the first level remaining bandwidth zone has no guaranteed bandwidth rate but includes a bandwidth cap equal to the fixed total amount of bandwidth of the one or more first network interfaces minus the guaranteed bandwidth rate for each of the plurality of the first level guaranteed bandwidth zones.

2. The system of claim **1**, wherein:
   the bandwidth limit for each of the plurality of the queues corresponding to the plurality of the first level guaranteed bandwidth zones further includes a bandwidth cap; and
   the bandwidth cap for the particular queue is equal to the fixed total amount of bandwidth of the one or more first network interfaces minus the guaranteed bandwidth rate for each of the plurality of the first level guaranteed bandwidth zones other than any guaranteed bandwidth zone corresponding to the particular queue.

US 9,531,640 B2

21

**3**. The system of claim **1**, wherein a sum of the guaranteed bandwidth rates of each of the plurality of the queues is less than the fixed total amount of bandwidth of the one or more first network interfaces.

**4**. The system of claim **1**, wherein each of the plurality of the bandwidth zones corresponds to one or more physically separate areas.

**5**. The system of claim **1**, wherein, when all of the plurality of the bandwidth zones have queued data to send, all guaranteed bandwidth rates have been met, and none of the plurality of the bandwidth zones has exceeded its bandwidth cap, the one or more processors cycle through the plurality of the queues in a round robin dequeuing strategy.

**6**. The system of claim **1**, wherein one or more users in a particular one of the plurality of the bandwidth zones share bandwidth made available under the particular one of the plurality of the bandwidth zones.

**7**. The system of claim **6**, wherein each user corresponds to a different user device.

**8**. The system of claim **1**, wherein:

the plurality of the bandwidth zones are organized in a tree structure of at least two levels; and

the plurality of the queues further include a plurality of second level queues corresponding to best effort bandwidth zones that share bandwidth available under the first level remaining bandwidth zone.

**9**. The system of claim **8**, wherein each of the best effort bandwidth zones corresponds to a guest room of a hospitality establishment.

**10**. The system of claim **8**, wherein the one or more processors are operable to upgrade one of the best effort bandwidth zones to become a new guaranteed bandwidth zone in response to receiving an upgrade message.

**11**. A method of bandwidth control in a system having one or more first network interfaces coupled to a first network with which a fixed total amount of bandwidth is available to transfer data, and one or more second network interfaces coupled to a second network, the method comprising:

providing a plurality of queues, each of the plurality of the queues corresponding to a respective one of a plurality of bandwidth zones, the plurality of the bandwidth zones including a plurality of first level guaranteed bandwidth zones and only one first level remaining bandwidth zone not entitled to any guaranteed bandwidth;

determining a belonging bandwidth zone to which network traffic received from either of the first or the second network interfaces belongs;

enqueuing the network traffic received from either of the first or the second network interfaces on a queue corresponding to the belonging bandwidth zone;

cycling though the plurality of the queues, dequeuing the network traffic from the plurality of the queues, and thereafter passing the network traffic dequeued from the plurality of the queues to one of the first or the second network interfaces for transmission to a destination network address; and

when dequeuing the network traffic from a particular queue, automatically determining an amount of the

22

network traffic to dequeue from the particular queue according to a bandwidth limit for the particular queue;

wherein the bandwidth limit for each of the plurality of the queues corresponding to the plurality of the first level guaranteed bandwidth zones includes a guaranteed bandwidth rate; and

the bandwidth limit for the first level remaining bandwidth zone has no guaranteed bandwidth rate but includes a bandwidth cap equal to the fixed total amount of bandwidth of the one or more first network interfaces minus the guaranteed bandwidth rate for each of the plurality of the first level guaranteed bandwidth zones.

**12**. The method of claim **11**, wherein:

the bandwidth limit for each of the plurality of the queues corresponding to the plurality of the first level guaranteed bandwidth zones further includes a bandwidth cap; and

the bandwidth cap for the particular queue is equal to the fixed total amount of bandwidth of the one or more first network interfaces minus the guaranteed bandwidth rate for each of the plurality of the first level guaranteed bandwidth zones other than any guaranteed bandwidth zone corresponding to the particular queue.

**13**. The method of claim **11**, wherein a sum of the guaranteed bandwidth rates of each of the plurality of the queues is less than the fixed total amount of bandwidth of the one or more first network interfaces.

**14**. The method of claim **11**, wherein each of the plurality of the bandwidth zones corresponds to one or more physically separate areas.

**15**. The method of claim **11**, further comprising cycling through the plurality of the queues in a round robin dequeuing strategy when all of the plurality of the bandwidth zones have queued data to send, all guaranteed bandwidth rates have been met, and no zone has exceeded its bandwidth cap.

**16**. The method of claim **11**, wherein one or more users in a particular one of the plurality of the bandwidth zones share bandwidth made available under the particular one of the plurality of the bandwidth zones.

**17**. The method of claim **11**, wherein:

the plurality of the bandwidth zones are organized in a tree structure of a least two levels; and

the plurality of the queues further include a plurality of second level queues corresponding to best effort bandwidth zones that share bandwidth available under the first level remaining bandwidth zone.

**18**. The method of claim **17**, wherein each of the best effort bandwidth zones corresponds to a guest room of a hospitality establishment.

**19**. The method of claim **17**, further comprising upgrading one of the best effort bandwidth zones to become a new guaranteed bandwidth zone in response to receiving an upgrade message.

**20**. A non-transitory computer-readable medium comprising computer executable instructions that when executed by a computer cause the computer to perform the method of claim **11**.

* * * * *

# Exhibit D



US009871738B2

(12) **United States Patent**  (10) **Patent No.:**     **US 9,871,738 B2**
Ong  (45) **Date of Patent:**        *****Jan. 16, 2018**

(54) **ALLOCATING BANDWIDTH BETWEEN BANDWIDTH ZONES ACCORDING TO USER LOAD**

(71) Applicant: **Guest Tek Interactive Entertainment Ltd.,** Calgary (CA)

(72) Inventor: **David T. Ong,** Calgary (CA)

(73) Assignee: **Guest Tek Interactive Entertainment Ltd.,** Calgary (CA)

( * ) Notice:  Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/356,965**

(22) Filed:  **Nov. 21, 2016**

(65)  **Prior Publication Data**

US 2017/0070443 A1     Mar. 9, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 14/867,237, filed on Sep. 28, 2015, now Pat. No. 9,531,640, which is a continuation of application No. 14/456,035, filed on Aug. 11, 2014, now Pat. No. 9,154,435, which is a continuation of application No. 13/308,908, filed on Dec. 1, 2011, now Pat. No. 8,811,184.

(30)  **Foreign Application Priority Data**

Aug. 24, 2011   (CA) ..................................... 2750345

(51) **Int. Cl.**
*H04L 12/873*      (2013.01)
*H04L 12/24*       (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ........ *H04L 47/522* (2013.01); *H04L 41/0896* (2013.01); *H04L 47/2441* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .......... H04L 47/00; H04L 41/00; H04L 63/00
See application file for complete search history.

(56)  **References Cited**

U.S. PATENT DOCUMENTS

5,231,633 A * 7/1993 Hluchyj .................. H04J 3/247
                                                      370/355
5,889,956 A    3/1999 Hauser et al.
           (Continued)

FOREIGN PATENT DOCUMENTS

CA        2750345      12/2011
WO     01/031861 A9   11/2002
WO    2011005710 A2    1/2011

OTHER PUBLICATIONS

Martin Devera and Don Cohen, "HTB Linux queuing discipline manual—user guide", last updated May 5, 2002, downloaded from http://luxik.cdi.cz/~devik/qos/htb/manual/userg.htm.

*Primary Examiner* — Andrew Lai
*Assistant Examiner* — Sumitra Ganguly
(74) *Attorney, Agent, or Firm* — ATMAC Patent Services Ltd.; Andrew T. MacMillan

(57)  **ABSTRACT**

A bandwidth management system includes a plurality of queues respectively corresponding to a plurality of zones. An enqueuing module receives network traffic from one or more incoming network interfaces, determines a belonging zone to which the network traffic belongs, and enqueues the network traffic on a queue corresponding to the belonging zone. A dequeuing module selectively dequeues data from the queues and passes the data to one or more outgoing network interfaces. When dequeuing data from the queues the dequeuing module dequeues an amount of data from a selected queue, and the amount of data dequeued from the selected queue is determined according to user load of a zone to which the selected queue corresponds.

**20 Claims, 9 Drawing Sheets**



**US 9,871,738 B2**

Page 2

(51) **Int. Cl.**

| | |
|---|---|
| *H04L 12/851* | (2013.01) |
| *H04L 12/863* | (2013.01) |
| *H04L 12/911* | (2013.01) |
| *H04L 12/927* | (2013.01) |
| *H04L 29/06* | (2006.01) |

(52) **U.S. Cl.**

CPC ........ *H04L 47/527* (2013.01); *H04L 47/6235* (2013.01); *H04L 47/6255* (2013.01); *H04L 47/781* (2013.01); *H04L 47/808* (2013.01); *H04L 47/828* (2013.01); *H04L 63/08* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,215,675 B2 * | 5/2007 | Kramer ................... | H04L 47/24 370/395.4 |
| 7,324,473 B2 | 1/2008 | Corneille et al. | |
| 8,811,184 B2 * | 8/2014 | Ong ................... | H04L 41/0896 370/229 |
| 9,154,435 B2 * | 10/2015 | Ong ................... | H04L 41/0896 |
| 9,531,640 B2 * | 12/2016 | Ong ................... | H04L 41/0896 |
| 2002/0003806 A1 * | 1/2002 | McKinnon, III ... | H04L 12/2801 370/437 |
| 2003/0005112 A1 * | 1/2003 | Krautkremer ....... | H04L 41/0213 709/224 |
| 2005/0091539 A1 | 4/2005 | Wang et al. | |
| 2005/0094643 A1 * | 5/2005 | Wang ................... | H04L 47/2408 370/395.4 |
| 2006/0221823 A1 * | 10/2006 | Shoham ................... | H04L 49/90 370/229 |
| 2007/0008884 A1 * | 1/2007 | Tang ....................... | H04L 29/06 370/230 |
| 2008/0098062 A1 | 4/2008 | Balia | |
| 2010/0189129 A1 | 7/2010 | Hinosugi et al. | |
| 2011/0030037 A1 * | 2/2011 | Olshansky .......... | H04L 12/4641 726/4 |
| 2012/0185586 A1 | 7/2012 | Olshansky | |
| 2013/0051237 A1 | 2/2013 | Ong | |
| 2013/0107872 A1 | 5/2013 | Lovett et al. | |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

Quantum calculation table

| Zone/Queue | User load (# of current users) | Scale factor (maximum to 60000) | Calculated scaled quantum | Divided by MTU(1500), rounded up | Rounded quantum (bytes) |
|---|---|---|---|---|---|
| | 502 | 504 | 506 | 508 | 510 |
| Meeting room #1 | 65 | 312.5 | 20312.5 | 14 | 21000 |
| Meeting room #2 | 24 | 312.5 | 7500 | 5 | 7500 |
| Penthouse Suite | 3 | 312.5 | 937.5 | 1 | 1500 |
| Upgraded room | 2 | 312.5 | 625 | 1 | 1500 |
| Remaining bandwidth | 192 | 312.5 | 60000 | 40 | 60000 |
| Guest room A | 2 | 312.5 | 625 | 1 | 1500 |
| Guest room B | 1 | 312.5 | 312.5 | 1 | 1500 |
| ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ |

500

FIG. 5

Quantum calculation table

| Zone/Queue | User load (# of current users) | Scale factor (minimum to 1500) | Quantum (bytes) |
|---|---|---|---|
| | 602 | 604 | 606 |
| Meeting room #1 | 0 (assume 1) | 1500 | 1500 |
| Meeting room #2 | 3 | 1500 | 4500 |
| Penthouse Suite | 2 | 1500 | 3000 |
| Upgraded room | 1 | 1500 | 1500 |
| Remaining bandwidth | 7 | 1500 | 10500 |
| Guest room A | 2 | 1500 | 3000 |
| Guest room B | 1 | 1500 | 1500 |
| . . . | . . . | . . . | . . . |

600

FIG. 6



FIG. 7

Quantum calculation table

| Zone/Queue | # of users at 256kbits | # of users at 1024kbits | User load (sum of current user caps in kbits) | Scale factor (minimum to 1500) | Calculated scaled quantum | Rounded quantum (bytes, to nearest multiple of MTU) |
|---|---|---|---|---|---|---|
| Room #1 | 40 | 0 | 10240 | 0.146484375 | 1500 | 1500 |
| Room #2 | 0 | 40 | 40960 | 0.146484375 | 6000 | 6000 |
| Room #3 | 27 | 13 | 20224 | 0.146484375 | 2962.5 | 3000 |
| Room #4 | 13 | 27 | 30976 | 0.146484375 | 4537.5 | 4500 |

800   802   804   806   808   810   812

FIG. 8



FIG. 9

900

Provide a plurality of queues, each queue corresponding to a bandwidth zone

902

Receive network traffic and determine a belonging zone

904

Enqueue the network traffic on the queue corresponding to the belonging zone

906

Track user load of each zone

908

For each queue, dynamically adjust a quantum of data that can be dequeued according to the current user load of the zone to which the queue corresponds

910

Cycle through the queues and dequeue up to the quantum of data from each queue while also ensuring any bandwidth reservations and/or caps of the zones are complied with

US 9,871,738 B2

**1**

**ALLOCATING BANDWIDTH BETWEEN BANDWIDTH ZONES ACCORDING TO USER LOAD**

CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 14/867,237 filed Sep. 28, 2015, which is a continuation of U.S. patent application Ser. No. 14/456,035 filed Aug. 11, 2014, which is a continuation of U.S. patent application Ser. No. 13/308,908 filed Dec. 1, 2011, which claims the benefit of Canadian Patent Application No. 2,750, 345 filed Aug. 24, 2011. All of these applications are incorporated herein by reference.

BACKGROUND OF THE INVENTION

(1) Field of the Invention

The invention pertains generally to bandwidth management. More specifically, the invention relates to allocating available bandwidth shared by a plurality of users.

(2) Description of the Related Art

Travelers increasingly view in-room high speed Internet access (HSIA) as a requirement when choosing at which hotel to stay. Business travelers may need to access company networks while on the road and tourists may wish to upload photos and send email to family friends while travelling. To provide in-room HSIA, hotels typically purchase a connection to the Internet from a local Internet service provider (ISP). The ISP provides the hotel with a fixed amount of bandwidth determined according to the ISP's pricing structure or other constraints. The hotel shares the available bandwidth between the hotel guests, users in meeting and conference rooms, and the hotel's networked computer systems.

A large hotel may have hundreds or even thousands of guests staying in guest rooms and utilizing meeting rooms—each competing for Internet bandwidth. One or more computer systems in the hotel may additionally need to transfer data via the Internet such as to receive reservations from external travel agencies or to download content for playback by guests using the hotel's in-room media and entertainment system. Because user satisfaction will be lowered if access to the Internet is slow, unresponsive, or unreliable, the available Internet bandwidth provided by the ISP needs to be effectively allocated between the various users within the hotel.

Typically, when a user connects a network device to the hotel's LAN, the user is required by the hotel's HSIA system to authenticate and gain access to the network, for example, by providing a password or other information such as room number and registered guest's name. Once authorized, traffic shaping is performed on a per-user basis in order to cap each user's maximum usage at a certain level while still sharing the total available bandwidth between all guests and other applications within the hotel. For example, a basic user bandwidth cap may limit each user to at most receive 256 kbit/sec of the hotel's available bandwidth to the Internet. The actual amount received by the user may be less than the cap during peak usage times.

Some hotels allow users to purchase "upgraded" bandwidth, which typically involves raising the user's individual bandwidth cap while still sharing the available bandwidth with other users. For example, the user's cap may be raised to 1024 kbit/sec after a payment of $9.99 is received. Again, when bandwidth is upgraded in this way, the maximum

**2**

throughput is limited to the cap but the minimum throughput is not limited and instead depends on how much bandwidth other users are currently using.

A hotel may also allow a user to purchase an amount of guaranteed bandwidth that is not shared with other users. Guaranteed bandwidth is often also provided by the hotel to meeting and conference rooms, and the users of these rooms share the room's allocation. The amount of guaranteed bandwidth allocated to hotel guests is generally set according to an amount purchased by the user during a sign-in process, and the amount of guaranteed bandwidth allocated to conference and meeting rooms is typically determined when the room is booked and may be a function of the booking price to allow the conference organizer to pay according to the level of bandwidth required for the conference.

When bandwidth is guaranteed, ideally the minimum bandwidth that a user (or room, etc) benefiting from the guarantee will ever experience will be the guaranteed rate. In some cases, the bandwidth may also be capped at a higher rate so when there is bandwidth in the hotel available over and above the guaranteed rate, the user may experience even higher rates. When the hotel is provided with a fixed total ISP bandwidth, care must be taken by the hotel to not oversell guaranteed bandwidth or it may be impossible for the hotel to actually deliver the guaranteed rates when usage is high.

Traffic shaping and prioritization may also be performed by monitoring and detecting traffic types and giving preferential treatment for certain time-sensitive applications such as teleconferencing voice and video traffic. Compression, caching, and blocking technologies (i.e., blocking malware and other unwanted web traffic) may also be utilized by the hotel's HSIA system to reduce unnecessary bandwidth utilization and thereby increase the bandwidth available to share between users.

Although the above-described methods of managing bandwidth within a hotel are useful, they also tend to be unfair to certain users. For example, in some circumstances a user who has not upgraded to an amount of guaranteed bandwidth may be starved for bandwidth when sharing a small amount of available bandwidth with other users. Due to a variety of reasons it may not be possible for this user to purchase guaranteed bandwidth, for example, because the total ISP connection bandwidth is limited and other users (i.e., meeting rooms and/or VIP guests) may already have reserved the hotel's limit on guaranteed bandwidth. Although, the user may be able to upgrade to a higher individual bandwidth cap, during peak usage times when bandwidth is in high demand, the actual portion of bandwidth received by the user may not even reach the lower cap so having a higher cap will provide no benefit. Further techniques to optimize bandwidth allocation between multiple users to help prevent bandwidth starvation in these situations would be beneficial.

BRIEF SUMMARY OF THE INVENTION

According to an exemplary configuration of the invention there is provided a bandwidth management system including a plurality of queues respectively corresponding to a plurality of zones. An enqueuing module receives network traffic from one or more incoming network interfaces, determines a belonging zone to which the network traffic belongs, and enqueues the network traffic on a queue corresponding to the belonging zone. A dequeuing module selectively dequeues data from the queues and passes the data to one or

3

more outgoing network interfaces. When dequeuing data from the queues the dequeuing module dequeues an amount of data from a selected queue, and the amount of data dequeued from the selected queue is determined according to user load of a zone to which the selected queue corresponds.

According to another exemplary configuration of the invention there is provided a bandwidth management system including a plurality of queues respectively corresponding to a plurality of zones. One or more processors are configured to receive network traffic from one or more incoming network interfaces, determine a belonging zone to which the network traffic belongs, enqueue the network traffic on a queue corresponding to the belonging zone, selectively dequeue data from the queues, and pass the data to one or more outgoing network interfaces. When selectively dequeuing data from the queues the one or more processors are configured to dequeue an amount of data from a selected queue, and the amount of data dequeued from the selected queue is determined according to user load of a zone to which the selected queue corresponds.

According to another exemplary configuration of the invention there is provided a bandwidth management apparatus including a plurality of queues respectively corresponding to a plurality of zones. Included is means for receiving network traffic, means for determining a belonging zone to which the network traffic belongs and enqueuing the network traffic on a queue corresponding to the belonging zone, and means for selectively dequeuing data from the queues and passing the data to one or more destinations. Selectively dequeuing data from the queues involves dequeuing an amount of data from a selected queue, the amount of data being determined according to user load of a zone to which the selected queue corresponds.

According to another exemplary configuration of the invention there is provided a method of allocating bandwidth between a plurality of zones. The method includes providing a plurality of queues respectively corresponding to the plurality of zones. The method further includes receiving network traffic from one or more incoming network interfaces and determining a belonging zone to which the network traffic belongs. The method further includes enqueuing the network traffic on a queue corresponding to the belonging zone, and selectively dequeuing data from the queues and passing the data to one or more outgoing network interfaces. Selectively dequeuing data from the queues involves dequeuing an amount of data from a selected queue, the amount of data being determined according to user load of a zone to which the selected queue corresponds.

According to another exemplary configuration of the invention there is provided a system including one or more first network interfaces coupled to a first network with which a fixed total amount of bandwidth per unit time can be transferred. The system further includes one or more second network interfaces coupled to a second network. The system further includes a plurality of queues. Each of the queues corresponds to a respective one of a plurality of bandwidth zones. The bandwidth zones include a plurality of first level guaranteed bandwidth zones and only one first level remaining bandwidth zone not entitled to any guaranteed bandwidth. The system further includes one or more processors operable to determine a belonging zone to which network traffic received from either of the first or second network interfaces belongs. The one or more processors are further operable to enqueue the network traffic on a queue corresponding to the belonging zone. The one or more processors

4

are further operable to cycle though the queues, dequeue data, and thereafter pass the dequeued data to one of the first or second network interfaces for transmission to a destination network address. When dequeing data from a particular queue, the one or more processors are operable to automatically determine an amount of data to dequeue from the particular queue according to a bandwidth limit for the particular queue. The bandwidth limit for each of the queues corresponding to the first level guaranteed bandwidth zones includes a guaranteed bandwidth rate. The bandwidth limit for the first level remaining bandwidth zone has no guaranteed bandwidth rate but includes a bandwidth cap equal to the fixed total amount of bandwidth of the first network interface minus each guaranteed bandwidth rate for the plurality of the first level guaranteed bandwidth zones.

According to another exemplary configuration of the invention there is provided a method of bandwidth control in a system having one or more first network interfaces coupled to a first network with which a fixed total amount of bandwidth per unit time can be transferred, and one or more second network interfaces coupled to a second network. The method includes providing a plurality of queues, each of the queues corresponding to a respective one of a plurality of bandwidth zones, the bandwidth zones including a plurality of first level guaranteed bandwidth zones and only one first level remaining bandwidth zone not entitled to any guaranteed bandwidth. The method further includes determining a belonging zone to which network traffic received from either of the first or second network interfaces belongs. The method further includes enqueuing the network traffic on a queue corresponding to the belonging zone. The method further includes cycling though the queues, dequeuing data, and thereafter passing the dequeued data to one of the first or second network interfaces for transmission to a destination network address. The method further includes, when dequeuing data from a particular queue, automatically determining an amount of data to dequeuer from the particular queue according to a bandwidth limit for the particular queue. The bandwidth limit for each of the queues corresponding to the first level guaranteed bandwidth zones includes a guaranteed bandwidth rate. The bandwidth limit for the first level remaining bandwidth zone has no guaranteed bandwidth rate but includes a bandwidth cap equal to the fixed total amount of bandwidth of the first network interface minus each guaranteed bandwidth rate for the plurality of the first level guaranteed bandwidth zones.

According to another exemplary configuration of the invention there is provided a bandwidth management system for allocating bandwidth between a plurality of bandwidth zones at an establishment serving a plurality of users. Each of the bandwidth zones has a number of users competing for bandwidth allocated thereto. The bandwidth management system includes a computer server providing a first queue and a second queue. The first queue queues first data associated with a first bandwidth zone of the plurality of bandwidth zones, and the second queue queues second data associated with a second bandwidth zone of the plurality of bandwidth zones. The system further includes a computer readable medium storing a plurality of software instructions for execution by the computer server. By the computer server executing the software instructions loaded from the computer readable medium, the computer server is operable to repeatedly dequeue a first amount of the first data from the first queue and a second amount of the second data from the second queue, and pass the first amount of the first data and the second amount of the second data to one or more outgoing network interfaces. The computer server is further

US 9,871,738 B2

5

operable to automatically adjust the first amount and the second amount over time such that the first amount is larger than the second amount while the first bandwidth zone has a higher user load than the second bandwidth zone, and such that the first amount is smaller than the second amount while the first bandwidth zone has a lower user load than the second bandwidth zone.

According to another exemplary configuration of the invention there is provided a method of allocating bandwidth between a plurality of bandwidth zones at an establishment serving a plurality of users. Each of the bandwidth zones has a number of users competing for bandwidth allocated thereto. The method includes providing a first queue and a second queue, wherein the first queue queues first data associated with a first bandwidth zone of the plurality of bandwidth zones, and the second queue queues second data associated with a second bandwidth zone of the plurality of bandwidth zones. The method further includes repeatedly dequeuing a first amount of the first data from the first queue and a second amount of the second data from the second queue, and passing the first amount of the first data and the second amount of the second data to one or more outgoing network interfaces. The method further includes automatically adjusting the first amount and the second amount over time such that the first amount is larger than the second amount while the first bandwidth zone has a higher user load than the second bandwidth zone, and such that the first amount is smaller than the second amount while the first bandwidth zone has a lower user load than the second bandwidth zone.

According to another exemplary configuration of the invention there is provided an apparatus for allocating bandwidth between a plurality of bandwidth zones at an establishment serving a plurality of users. Each of the bandwidth zones having a number of users competing for bandwidth allocated thereto. The apparatus a storage device; a network interfaces; and a processor coupled to the storage device and the network interface. By the processor executing software instructions loaded from the storage device, the processor is operable to provide a first queue and a second queue, wherein the first queue queues first data associated with a first bandwidth zone of the plurality of bandwidth zones, and the second queue queues second data associated with a second bandwidth zone of the plurality of bandwidth zones. The processor is further operable to repeatedly dequeue a first amount of the first data from the first queue and a second amount of the second data from the second queue, and pass the first amount of the first data and the second amount of the second data to the network interface. The processor is further operable to automatically adjust the first amount and the second amount over time such that the first amount is larger than the second amount while the first bandwidth zone has a higher user load than the second bandwidth zone, and such that the first amount is smaller than the second amount while the first bandwidth zone has a lower user load than the second bandwidth zone.

These and other embodiments and advantages of the invention will become apparent from the following detailed description, taken in conjunction with the accompanying drawings, illustrating by way of example the principles of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be described in greater detail with reference to the accompanying drawings which represent preferred embodiments thereof.

6

FIG. **1** illustrates a generalized bandwidth zone tree-structure according to an exemplary configuration of the invention.

FIG. **2** illustrates how each zone of FIG. **1** may include one or more user devices and/or may include other zones at a lower level of the tree-structure.

FIG. **3** illustrates a beneficial organization of bandwidth zones in a hotel according to an exemplary configuration of the invention.

FIG. **4** illustrates a bandwidth management system having a plurality of queues respectively corresponding to the zones of FIG. **3** according to an exemplary configuration of the invention.

FIG. **5** illustrates a quantum calculation table describing a calculation process that the quantum manager of FIG. **4** may utilize to calculate a quantum for each queue according to the user load example shown in FIG. **3**.

FIG. **6** illustrates a quantum calculation table describing a calculation process that the quantum manager of FIG. **4** may utilize to calculate the quantum for each queue according to another user load example for the zones shown in FIG. **3**.

FIG. **7** illustrates a beneficial organization of meeting room bandwidth zones in a conference center according to an exemplary configuration of the invention.

FIG. **8** illustrates a quantum calculation table describing a calculation process that a quantum manager may utilize to calculate a quantum for a queue of each zone of FIG. **8** when the user load of each zone corresponds to a summation of bandwidth caps of the current users in the zone.

FIG. **9** illustrates a flowchart describing a method of allocating bandwidth between zones according to user load in an exemplary configuration of the invention.

DETAILED DESCRIPTION

FIG. **1** illustrates a generalized bandwidth zone tree-structure according to an exemplary configuration of the invention. The definition of a "zone" according to the invention is flexible and depends upon application-specific design requirements. Generally speaking, zones represent manageable divisions of users, user devices, and/or other lower-level zones. Zones may be logically and/or physically separated from other zones. For example, different zones may be isolated on separate local area networks (LANs) or virtual LANs (VLANs) corresponding to separate rooms or areas of a hotel, or different zones may share a same LAN but correspond to different service levels of users within a hotel. The zones and tree-structure may be dynamic and change at any time as users associated with certain zones upgrade their Internet access or when meeting reservations begin and end, for example.

In the example zone organization of FIG. **1**, an Internet pipe **102** providing a total bandwidth (BT) is shared between a set of reserved bandwidth zones **104** and a set of unreserved bandwidth zones **106**. The set of reserved bandwidth zones **104** are arranged on a first-level of the tree and include a first guaranteed zone **108** having a guaranteed bandwidth rate of R1 and a maximum bandwidth usage cap of C1, and a second guaranteed zone **110** having a guaranteed bandwidth rate of R2 and a cap of C2. Bandwidth rates R1, R2 are guaranteed to the zone; when there is unused bandwidth in the hotel, each zone may also obtain extra bandwidth up to its cap C1, C2. Each zone's cap C1, C2 may be equal to or higher than the zone's reserved rate R1, R2. Additionally, the reserved rate R1, R2 and cap C1, C2 of each zone may be changed at any time.

US 9,871,738 B2

7

In the set of unreserved bandwidth zones **106**, there is a single first-level remaining bandwidth zone **112** that may obtain up to a cap amount of bandwidth that still leaves at least the reserved bandwidth available for each of the reserved bandwidth zones **104**. For example, using the zones illustrated in FIG. **1**, CRESERVE=BT−(R1+R2). The CRESERVE cap may be automatically set in this way to ensure that users who have purchased guaranteed bandwidth can utilize their full guaranteed allotment capacity at any time and will not be affected by overuse by the unreserved bandwidth zones **106**. Although capping the remaining bandwidth zone **112** at CRESERVE means there may be some wasted bandwidth capacity when the reserved bandwidth zones **104** are not utilizing their full rates R1, R2, the CRESERVE cap advantageously preserves interactivity for each of the reserved bandwidth zones **104** and allows immediate bandwidth usage by the reserved bandwidth zones **104** such as is needed during bandwidth speed tests or intermittent traffic bursts, for example.

In some configurations, the caps C1, C2 of the guaranteed zones **108**, **110** may similarly each be automatically set to prevent overuse of one of the reserved bandwidth zones **104** from affecting another of the reserved bandwidth zones **104**. For example, using the zones illustrated in FIG. **1**, C1 may be automatically set to BT-R2, and C2 may be automatically set to BT-R1. In other configurations, the caps C1, C2 may be set to lower values to preserve bandwidth for use by the unreserved bandwidth zones **106** or be set to higher values when it is not a concern if one of the reserved bandwidth zones **104** interferes with another of the reserved bandwidth zones **104** such as when there is a only a single guaranteed zone **108**, **110**.

Under the first-level remaining bandwidth zone **112** are a number of second-level best effort zones **114**, **116** each having its own cap. For example, best effort zone **114** has cap C4 and best effort zone **116** has cap C5. Caps C4, C5 are usually lower than CRESERVE and may be adjusted at any time such as when a user of a particular guest room upgrades to a higher bandwidth cap, for example.

A second-level best effort zone **114**, **116** may be automatically moved to become one of the first-level reserved bandwidth zones **104** and given a guaranteed bandwidth rate such as when a user upgrades a room to a guaranteed bandwidth rate, for example. Likewise, a guaranteed zone **108**, **110** may have its reserved rate R1, R2 set to zero (or otherwise deleted) and be automatically moved to become a second-level best effort zone under the remaining bandwidth zone **112**. This may occur, for example, when a guaranteed bandwidth rate upgrade expires or when a VIP user entitled to guaranteed bandwidth in a room checks outs and the room automatically becomes a best effort zone **114**, **116**.

FIG. **2** illustrates how each zone **202** may include one or more user devices **204** and/or may include other lower-level zones **206**. Such parent zones **202** include all the user devices and/or additional zones from their lower-level child zones **206**. Although the examples illustrated in FIG. **1** and FIG. **2** have first-level zones and second-level zones, the invention is not limited to a two-level bandwidth zone tree-structure. For example, a single level tree-structure is illustrated later in FIG. **7**. Additionally, three or greater-level tree-structures are also possible and may be beneficial when there are many sub categories of a higher level zone, for example.

FIG. **3** illustrates a beneficial organization of bandwidth zones in a hotel **300** according to an exemplary configuration of the invention. In this example, the hotel's ISP pipe **302** provides a total bandwidth of 10 Mbit/sec shared

8

between a number of reserved bandwidth zones **304** and a number of unreserved bandwidth zones **306**. Following the tree-structure organization introduced in FIG. **1**, the reserved bandwidth zones **304** are each positioned at a first-level of the tree and include a first meeting room zone **308**, a second meeting room zone **310**, a penthouse suite zone **312**, and an upgraded room zone **314**. A single first-level remaining bandwidth zone **316** includes a number of second-level guest room zones **318** including a first guest room zone **318a** and second guest room zone **318b**.

In this example, the remaining bandwidth zone **316** is automatically capped at 4 Mbit/sec so that even when at full utilization there is still enough bandwidth left over (e.g., 6 Mbit/sec remaining) within the hotel **300** to accommodate each of the reserved bandwidth zones **304** operating at full utilization according to their guaranteed rates. Additionally, guaranteed zones **308**, **310** are automatically capped at 6 Mbit/sec and guaranteed zones **312**, **314** are automatically capped at 5 Mbit/sec to ensure that when any one operates at full capacity there is enough bandwidth to accommodate each of the other reserved bandwidth zones **304**. As previously mentioned, automatically setting the caps in this way preserves the interactivity of the guaranteed bandwidth zones **308**, **310**, **312**, **314**. When the guaranteed rates of any of the reserved bandwidth zones **304** are changed, the bandwidth caps throughout the zones in the hotel **300** may be automatically adjusted by the hotel's bandwidth management system accordingly.

As shown in FIG. **3**, each zone has an example number of current users to help describe this configuration of the invention. In this configuration, the word "users" refers to the different user devices **204** since the hotel's HSIA system will generally identify each user device **204** with a unique IP address and will provide an individual bandwidth cap on a per user device **204** basis. However, in other configurations, the term "users" may instead refer to different human users as tracked by their user devices **204**. For example, when a particular zone has a single hotel guest utilizing three user devices **204**, the zone may only be determined to include a single user as each of the IP addresses of the three user devices **204** are associated with the same user in a database. In yet other configurations, "users" may also include automated applications, tasks, or servers such as the various components of the hotel's HSIA system or other networked systems in the hotel **300**. In general, the term "users" in each of the various configurations refers to agents that compete for available bandwidth, and any mechanism of identifying and distinguishing current users may be utilized in conjunction with the invention.

Although not illustrated in FIG. **3**, each user under a zone may in fact be included in a user-specific lower-level child zone having a user-specific cap (and/or reserved rate). This configuration is beneficial to prevent each user under a zone from monopolizing all the bandwidth assigned to the zone. For example, a user that tries to bit-torrent under a zone will not unfairly take more than their allotted bandwidth cap from other users sharing the bandwidth under that zone.

Additionally, the number of current users indicated in FIG. **3** is meant only as an example snapshot of one particular time period and it is expected the numbers of current users of each zone **308**, **310**, **312**, **314**, **316**, **318a**, **318b** will change over time. For example, after a meeting in the first meeting room zone **308** ends, the number of users of the first meeting room zone **308** will drop from sixty-five to zero. Then, when a next meeting begins, the user count will rapidly climb up to another level dependent upon how many users bring electronic devices **204** that are connected

US 9,871,738 B2

9

to the network. The number of current users of the other zones 310, 312, 314, 316, 318a, 318b may similarly change over time as well.

The number of current users of the remaining bandwidth zone 316 is one-hundred and ninety-two in this example. This number includes all the current users of the various guest room zones 318 that are included as second-level zones under the first-level remaining bandwidth zone 316. Each guest room zone 318 may only have one or two current users, but the hotel 300 in this example has hundreds of guest rooms and, due to the zone tree-structure, all of the current guest room users add up to form the total number of current users of remaining bandwidth zone 316.

For illustration purposes, the upload direction (hotel to ISP) will be described and the rates/caps shown for each zone indicate the upload speeds in the following description. However, these rates/caps may also apply in the download direction, or the download direction could have different rates/caps for each zone. Regardless, the invention may be used in both the upload and download directions or may be used only in a single direction depending upon the specific bandwidth management requirements of the target application.

In this example, the hotel ISP pipe 302 has a total of 10 Mbit/sec bandwidth provided by the ISP and each of the first-level reserved bandwidth zones 304 is guaranteed some of that bandwidth. Even if each of the reserved bandwidth zones 304 is utilizing its full guaranteed rate, there is still an available 4 Mbit/sec remaining that may be shared among the various first-level zones in the hotel.

According to this configuration of the invention, the available bandwidth is shared between zones at the same level in the zone tree. This means the 4 Mbit/sec in the above example will be shared between the first-level zones including the first meeting room zone 308, the second meeting room zone 310, the penthouse suite zone 312, the upgraded room zone 314, and the remaining bandwidth zone 316. Even when sharing available bandwidth, if a zone has a bandwidth cap, that zone may not obtain any bandwidth above the cap level.

Each zone has a quantum (shown as example Q values indicated in FIG. 3) representing an amount of bytes that can be served at a single time from the zone and passed to a higher-level zone (or to the hotel ISP pipe 302). According to this configuration of the invention, the quantums are dynamically adjusted according to the user load of each zone, and the user load of each zone corresponds to the number of current users in the zone.

When each zone is implemented as one or more queues enforcing rate and cap limits, the quantum indicates the maximum number of bytes that can be dequeued (i.e., removed from a particular queue) at one time. In some configurations, the cap limit may prevent the full quantum of bytes from being dequeued from a queue corresponding to a particular zone if this would cause the bandwidth provided to the zone to exceed its cap limit. In another configuration, as long as the data in the queue is sufficient, the quantum of bytes is always dequeued at once; however, the frequency of dequeuing the quantum of bytes may be reduced in order to limit the average bandwidth to the zone's cap.

FIG. 4 illustrates a bandwidth management system 400 having a plurality of queues 408 where each individual queue 408 respectively corresponds to one of the zones of FIG. 3 and includes a queue-specific quantum 409 according to an exemplary configuration of the invention. In this example, the bandwidth management system 400 further includes an incoming network interface 404, an outgoing

10

network interface 406, a zone enqueuing module 410, a zone dequeuing module 412, a user monitor 414, a network activity log 416, an authentication server 418, a user/zone database 419, and a quantum manager 420. The quantum manager 420 is preprogrammed with a maximum quantum ratio 422. The outgoing network interface 406 has a maximum transport unit (MTU) 426, for example, 1500 bytes when the outgoing network interface 406 is of the Ethernet type.

Again, although the bandwidth management system 400 is shown operating in a single direction from incoming network interface 404 to outgoing network interface 406, in some configurations, there may be a similar structure in both upload and download directions. The bandwidth management system 400 may be used to manage bandwidth in the upload direction (hotel to ISP) and/or download direction (ISP to hotel) according to different configurations. Additionally, the incoming network interface 404 may in fact be a plurality of incoming network interfaces and the outgoing network interface 406 may in fact be a plurality of outgoing network interfaces. Having multiple incoming and outgoing network interfaces 404, 406 allows for redundant communication links in the event of a fault and also allows for higher overall bandwidth capacity by multiplying the number of interfaces by the maximum capacity of each interface.

In operation, the zone enqueuing module 410 receives network traffic from the incoming network interface 404, determines a belonging zone to which the network traffic belongs, and enqueues the network traffic on a queue 408 corresponding to the belonging zone. For example, the zone enqueuing module 410 may be implemented as one or more filters for classifying to which zone an Ethernet frame (or IP packet, etc) received from the incoming network interface 404 belongs. In this example, when network traffic belongs to multiple zones, the zone enqueuing module 410 enqueues the received network traffic in the queue 408 corresponding to the lower-level belonging zone. For example, when network traffic belongs to both the first guest room zone 318a and the remaining bandwidth zone 316, the zone enqueuing module 410 enqueues the network traffic on the first guest room queue 408a.

The zone enqueuing module 410 may determine the belonging zone by examining an IP or MAC address included in the network traffic and looking up in the user/zone database 419 to see to which zone that IP or MAC belongs. The mapping between IP or MAC address and the belonging zone may be stored in the user/zone database 419 by the authentication server 418 when the user logs in to the hotel's HSIA system. For example, when a guest staying in "Guest room A" successfully logs in using a laptop computer, the authentication server 418 may store the IP or MAC address utilized by the laptop computer as belonging to the first guest room zone 318a in user/zone database 419. Thereafter, the zone enqueuing module 410 enqueues received network traffic having the IP or MAC address of the laptop computer on the first guest room queue 408a.

Depending on the direction of the network traffic, e.g., upload or download, the IP or MAC address may be either the source or destination address. For example, if incoming network interface 404 is coupled to the hotel ISP pipe 302, the laptop's IP or MAC address may be the destination address of the network traffic. Alternatively, if the incoming network interface 404 is coupled to the hotel's LAN, the laptop's IP or MAC address may be the source address of the network traffic. A similar process may be used by the zone enqueuing module 410 to enqueue network traffic of other

US 9,871,738 B2

11

zones on the appropriate queue **408** corresponding to the zone that the network traffic belongs.

In another configuration, the zone enqueuing module **410** performs port detection by accessing various intermediate switches between the zone enqueuing module **410** and a user device in order to thereby track from which switch/port the network traffic originated. Each switch/port combination and belonging zone may be stored in the user/zone database **419**. Other methods of correlating to which zone received network traffic belongs may also be used according to application specific designs.

Each queue **408** has a respective quantum **409** that determines how many bytes can be dequeued at a single time by the dequeuing module **412**. For example, with a round robin dequeuing strategy and assuming all zones have data to send, all guaranteed rates have been met, and no zone has exceeded its designated cap, the dequeuing module **412** cycles one-by-one to each queue **408** at a particular time-level and dequeues (i.e., removes) the queue's quantum number of bytes.

Using the exemplary quantum Q values illustrated in FIG. **3** as an example, for the first-level zones, the dequeuing module **412** dequeues 21,000 bytes of data from the first meeting room queue **408**c, then dequeues 7500 bytes of data from the second meeting room queue **408**d, then dequeues 60,000 bytes of data from the remaining bandwidth queue **408**e, then dequeues 1500 bytes of data from the penthouse suite queue **408**f, then dequeues 1500 bytes of data from the upgraded room queue **408**g, and then returns to again dequeue 21,000 bytes of data from the first meeting room queue **308**, and so on. If the bandwidth management system **400** is configured in the upload direction, the dequeued data is passed to the outgoing network interface **406** for transmission to various destinations on the Internet via the hotel ISP pipe **302**. If the bandwidth management system **400** is configured in the download direction, the dequeued data is passed to the outgoing network interface **406** for transmission to various destinations on the hotel's LAN.

Although not illustrated in FIG. **4**, the zone dequeuing module **412** may also extend between the second-level queues **408**a, **408**b and the first-level remaining bandwidth queue **408**e. Again using the example quantum Q values illustrated in FIG. **3**, a similar round robin dequeuing strategy may be employed by the dequeuing module **406** at the second-level to dequeue 1500 bytes of data from the first guest room queue **408**a, then dequeue 1500 bytes of data from the second guest room queue **408**b, and then return to again dequeue 1500 bytes of data from the first guest room queue **408**a, and so on. Each set of dequeued data is thereafter enqueued on the remaining bandwidth queue **408**e, i.e., the queue **408**e corresponding to the next higher-level parent zone being the remaining bandwidth zone **316** in this example.

The quantum manager **420** dynamically adjusts the quantum values **409** of each queue **408** according to user load of the particular zone to which the queue **408** corresponds. In this example, the user load of each zone corresponds to a summation of how many current users are in the zone. The current users may be the active users that are competing for available bandwidth in the zone, which includes all child-zones under the zone.

To allow the quantum manager **420** to determine how many current users are in a particular zone, in a first example, the authentication server **418** manages logged in users of each zone and stores this information in the user/zone database **419**. The quantum manager **420** queries the database **419** to sum how many users are logged in to the

12

particular zone. For example, when a guest connects a laptop computer to the hotel network and logs in to the HSIA system from "Guest room B", the summation of how many users are logged into the second guest room zone **318**b will be incremented by one. Additionally, because the remaining bandwidth zone **316** includes the second guest room zone **318**b, the summation of how many users are logged into the remaining bandwidth zone **316** will also be incremented by one.

In another example, the zone enqueuing module **410** logs data transmission activity by users in the activity log **416**. To determine the number of current users in a particular zone, the quantum manager **420** queries the activity log **416** to sum how many users have received or sent network traffic within the particular zone during a last predetermined time period. For example, the current users may be defined as the number of different users who have sent or received at least one Ethernet frame (or IP packet, etc) in the past ten minutes. Ten minutes after a guest in Guest room B stops browsing the Internet from their laptop, the summation of how many users have sent/received network traffic within the second guest room zone **318**b will be decremented by one. Additionally, because the remaining bandwidth zone **316** includes the second guest room zone **318**b, the summation of how many users have sent/received network traffic within the remaining bandwidth zone **316** will also be decremented by one.

In another example, the user monitor **414** periodically sends a ping to the IP address of network devices for each user. The user devices that have replied to the most recent ping are stored in the user/zone database **419**. To determine the number of current users in a particular zone, the quantum manager **420** queries the user/zone database **419** to sum how many user devices in the particular zone have replied to the most recent ping. For example, after a guest in Guest room B shuts off their laptop, the summation of how many user devices have replied to the most recent ping from the second guest room zone **318**b will be decremented by one. Additionally, because the remaining bandwidth zone **316** includes the second guest room zone **318**b, the summation of how many user devices have replied to the most recent ping from the remaining bandwidth zone **316** will also be decremented by one.

Combinations of the above methods of determining the number of current users in each zone may also be employed. Additionally, as previously mentioned, in other configurations current users may refer to current human users rather than current user devices. As each human user may be associated in a database with one or more user devices (e.g., a single hotel guest may be utilizing both a mobile phone and a tablet computer to access the Internet), the summation indicating how many current users are in a particular zone in these configurations may be less than the above-described examples based on the number of user devices in the particular zone.

The plurality of zone queues **402** shown in the example block diagram of FIG. **4** may be implemented using a hierarchical token bucket (HTB) queuing discipline (qdisc) including an HTB for each queue **408**. Using an HTB to implement each queue **408** allows for easy configuration of a rate, ceiling (cap), and quantum for each queue **408** as these parameters are already supported by HTB based queues. Although not illustrated, a stochastic fairness queuing (SFQ) qdisc may also be included for each user at the leaf zones **408**a,b,c,d,f,g to ensure fairness between the different connections for the user. Linux based HTB and

US 9,871,738 B2

13                                                    14

SFQ qdiscs are well-known in the art and further description of their operation and configuration is omitted herein for brevity.

FIG. **5** illustrates a quantum calculation table describing a calculation process that the quantum manager **420** utilizes in an exemplary configuration to calculate the quantums **409** for each queue **408** according to the number of current users per zone as shown in FIG. **3**.

In this configuration, the quantums **409** are dynamically adjusted in proportion to the total number of current users (i.e., user load) under each zone. To beneficially increase efficiency, a minimum possible quantum is the MTU **426** and all quantums **409** are rounded up to their nearest positive integer multiple of the MTU **426**. This allows dequeued data to be transmitted by the outgoing network interface **406** using one or more full capacity transport units (e.g., frames, packets, messages, etc). To prevent excessive monopolization of the shared ISP pipe **302**, a maximum possible quantum is limited according to the maximum quantum ratio **422** multiplied by the MTU **426**. This limits the number of concurrent MTU sized transport units that will be sent in a row from a single queue **408**. Additionally, to increase responsiveness, when possible the quantums **409** are minimized while maintaining their relative ratios. This increases the frequency with which the zone dequeuing module **412** cycles through the queues **408** such as in a round robin order. In other implementations, different quantum optimization rules may be used.

In this example, the maximum quantum ratio **422** is predetermined at 1:40. Taking the above advantageous quantum optimization rules into consideration, the maximum value quantum is therefore forty times the MTU **426**, which corresponds to forty full sized Ethernet frames of data (maximum of 60,000 bytes of data) being sent in a row from the outgoing network interface **406**. The MTU of Ethernet is 1500 bytes and therefore a minimum possible quantum is 1500 bytes and all quantums are rounded to multiples of 1500 bytes.

With reference to FIG. **5**, column **500** indicates the zone/queue name and column **502** indicates the user load of the zone being the number of current users in this example. Column **504** indicates a scale factor that the user load of each zone is multiplied with such that the maximum user load ("192" current users in this example) is scaled to the maximum possible quantum ("60,000" bytes in this example). Column **506** indicates a calculated scaled quantum for each zone being the scale factor of column **504** multiplied by the user load of column **502**. Because the calculated scaled quantums of column **506** are not multiples of the MTU **426**, column **508** indicates how many full MTU **426** sized frames would be required to transmit the calculated scaled quantum of data in column **506**. Column **510** indicates a final rounded quantum value being the value of column **508** multiplied by the MTU **426**. As the number of current users in each zone of FIG. **3** changes over time, the quantum manager **420** correspondingly recalculates the quantums of column **510** according to the above-described process.

Taking the penthouse suite zone **312** as an example, because the penthouse suite zone **312** has a guaranteed rate of 1 Mbit/sec, the zone dequeuing module **412** may more frequently dequeue 1500 bytes from the penthouse suite queue **408**f when the users in the penthouse suite zone **312** have traffic to send (and/or receive depending on the applicable direction of the guaranteed rate) and the guaranteed rate has not yet been met. However, when either the penthouse suite zone **312** does not need to utilize its guaranteed

rate or has already exceeded its full guaranteed rate, the zone dequeuing module **406** may place both the remaining bandwidth queue **408**e and penthouse suite queue **408**f at a same priority in a round robin dequeuing order. In this situation, the remaining bandwidth zone **316** benefits by having up to 60,000 bytes dequeued and passed to the outgoing interface **406** each time around whereas the penthouse suite zone **314** will only have up to 1500 bytes dequeued and passed to the outgoing interface **406** each time around.

Assuming all guaranteed bandwidth rates have been met, the more current users in a zone, the more bytes that are dequeued each time from that zone's queue **408** by the zone dequeuing module **412**. This is beneficial to prevent starvation of users who are in zones with a large number of other active users such as the remaining bandwidth zone **316** of FIG. **3**. Zones having a very low number of active users such as the penthouse suite zone **312** and the upgraded room zone **314** receive much lower quantum values. In this way, the quantum **409**e for the remaining bandwidth queue **408**e is forty times the quantum **409**f of the penthouse suite queue **408**f When the penthouse suite zone **312** is borrowing available bandwidth over and above its guaranteed rate of 1 Mbit/sec, due to the large number of current users under the remaining bandwidth zone **316**, the zone dequeuing module **412** will dequeue and pass to the outgoing network interface **406** forty times more data from the remaining bandwidth queue **408**e than from the penthouse suite queue **408**f.

Even though the penthouse suite zone **312** has a guaranteed bandwidth rate and a higher bandwidth cap than the remaining bandwidth zone **316**, the remaining bandwidth zone **316** receives preferential treatment when sharing available bandwidth due to having a larger user load than the penthouse suite zone **312**. As the guest room zones **318** are under the remaining bandwidth zone **316** in the tree-structure of FIG. **3**, the individual users in the various guest room zones **318** benefit because all their network traffic is subsequently enqueued on the remaining bandwidth queue **408**e before being dequeued and passed to the outgoing network interface **406** by the zone dequeuing module **412**. Network traffic to/from these users depending on the configured direction(s) therefore spends less time waiting on the queues **408**a, **408**b, **408**e of the unreserved bandwidth zones **306** because of the higher quantum **409**e allocated to remaining bandwidth queue **408**e.

Available bandwidth shared between the zones may be the leftover ISP pipe **302** bandwidth after all zones utilize up to their reserved rates. The zone dequeuing module **412** first ensures that all the zones having reserved rates get the amount of bandwidth they need up to their reserved rates, then all zones share the remaining available bandwidth up to their caps (i.e., ceilings). The dynamic quantums **409** adjusted according to the user load of zone are particularly useful when sharing bandwidth that exceeds guaranteed rates because zones having higher numbers of current users receive more of the available bandwidth than zones with lower numbers of current users. As previously explained, the current users of each zone may be the active users that have recently sent or received network traffic and are therefore currently competing for bandwidth.

FIG. **6** illustrates a quantum calculation table describing a calculation process that the quantum manager of FIG. **4** utilizes to calculate the quantums **409** for each queue **408** according to another example of numbers of current users of the zones shown in FIG. **3**. Column **600** indicates the zone/queue name and column **602** indicates the number of current users per zone. As shown in this example, the hotel **300** is almost vacant and there are only a few users in each

US 9,871,738 B2

15

zone. In this configuration, for any zones having "0" users in column **602**, the quantum manager **420** assumes that at least "1" user is present. Although there may initially be no users in the zone, if the quantum is set to 0 bytes, should the zone gain a user before the quantums **409** are next adjusted, the queue **408** corresponding to the zone will not have any data dequeued by the zone dequeue module **412**. Additionally, when there are zero users in the zone, the queue **408** corresponding to the zone will not have network traffic to dequeue in the first place, so it is not necessary to set the quantum to 0 bytes.

Column **604** indicates a scale factor that the user load of each zone is multiplied with such that the minimum user load ("1" current users in this example) is scaled to the minimum possible quantum, which is 1500 bytes in this example (i.e., the MTU **426** of Ethernet). Column **606** indicates a calculated scaled quantum for each zone being the scale factor of column **604** multiplied by the user load of column **702**. Because the calculated scaled quantums of column **606** are already multiples of the MTU **426**, no further calculations are required and column **606** represents the final quantums **409**. Again, in this example the remaining bandwidth zone **316** receives a higher quantum but now it is only 3.5 times that of the penthouse suite zone **312**. The reason is the two zones **316**, **312** now only have a 3.5 times differential in their respective users loads and therefore the remaining bandwidth zone **316** receives a corresponding ratio of preferential treatment by the zone dequeuing module **412**.

Concerning the different types of scale factors in columns **504**, **604**, the scale factor illustrated in column **504** of FIG. **5** causes the quantum **409** of the queue **408** corresponding to the zone with the maximum user load to be set at the maximum quantum value (60,000 bytes in this example). This type of scale factor is particularly useful when the ratio between the minimum user load (rounded up to "1" if "0") to the maximum user load is greater than the maximum quantum ratio **422**. For example, in the above examples, the maximum quantum ratio **422** is 1:40. Therefore, because the ratio of the minimum user load of "1" in column **502** of FIG. **5** to the maximum user load of "192" in column **502** of FIG. **5** is greater than 1:40, the scale factor **504** scales the quantums to the maximum range so that the ratio between the minimum quantum and the largest quantum meets the maximum quantum ratio **422** ("1:40" in this example). This gives the greatest amount of preferential treatment to the zone having the greatest user load without allowing that zone to monopolize the hotel's ISP connection by sending more than forty full MTU sized Ethernet packets in a row.

In contrast, the scale factor illustrated in column **604** of FIG. **6** causes the quantum **409** of the queue **408** corresponding to the zone with the minimum user load (rounded up to "1" if "0") to be set at the MTU **422** of the outgoing network interface (e.g., 1500 bytes in this example). This type of scale factor is particularly useful when the ratio between the minimum user load (rounded up to "1" if "0") to the maximum user load is not greater than the maximum quantum ratio **422**. For example, assuming again that the maximum quantum ratio **422** is 1:40, because the ratio of the minimum user load of "1" in column **602** of FIG. **6** to the maximum user load of "7" in column **602** of FIG. **6** is not greater than 1:40, the scale factor **604** scales the quantums to multiples of the MTU **422** while ensuring that the ratio between the minimum quantum and the largest quantum is the same as the ratio between the minimum user load (rounded up to "1" if 0) to the maximum user load. This give the exact ratio of preferential treatment to the zone having

16

the greatest user load while also maximizing the interactivity of all zones by minimizing the quantums **409**.

In an advantageous configuration, the quantum manager **420** automatically checks the ratio between the minimum user load and the maximum user load and utilizes the best type of scaling factor. For example, the quantum manager **420** may be configured to scale the quantums **409** such that a smallest quantum is the MTU **426** of the outgoing network interface **406** when a ratio of the minimum user load to the maximum user load is less than a predetermined threshold ratio **422**, and to scale the quantums **409** such that the largest quantum is a predetermined maximum amount when the ratio of the minimum user load to the maximum user load is greater than the predetermined threshold ratio **422**.

FIG. **7** illustrates a beneficial organization of bandwidth zones in a conference center **700** according to another exemplary configuration of the invention. In this example, the conference center's ISP connection **702** provides a total bandwidth of 50 Mbit/sec shared between a number of room zones **704**, **706**, **708**, **710** such as different meeting rooms or conference rooms. All the zones **704**, **706**, **708**, **710** are at the first-level of the tree-structure and have equal guaranteed bandwidth rates of 2 Mbit/sec and equal bandwidth caps of 44 Mbit/sec. Although not illustrated, a bandwidth management system similar to that illustrated in FIG. **4** may be employed at the conference center **700** in order to allocate available bandwidth between the zones **704**, **706**, **708**, **710** according to the quantum of each zone.

The reason equal rates and caps are used in this example is to illustrate how the quantums Q may be adjusted for each zone **704**, **706**, **708**, **710** according to user load even when all zones are entitled to the same share of the overall conference center bandwidth **702**. However, similar to the previous example, the below-described techniques may also be employed when the rates and caps of the zones **704**, **706**, **708**, **710** are different and dynamically changing as different meetings begin and end, for example.

In the conference center **700**, users are given a basic individual bandwidth cap of 256 kbit/sec and have the option to upgrade to a higher individual bandwidth cap of 1024 kbit/sec. FIG. **7** indicates an example situation where the first room zone **704** has forty users at the basic bandwidth cap of 256 kbit/sec, the second room zone **706** has forty users at the upgraded bandwidth cap of 1024 kbit/sec, the third room zone **708** has twenty-seven users at the basic bandwidth cap of 256 kbit/sec and thirteen users at the upgraded bandwidth cap of 1024 kbit/sec, and the fourth room zone **710** has thirteen users at the basic bandwidth cap of 256 kbit/sec and twenty-seven users at the upgraded bandwidth cap of 1024 kbit/sec.

FIG. **8** illustrates a quantum calculation table describing a calculation process that a quantum manager may utilize to calculate the quantums for each zone shown in FIG. **8** when user load corresponds to a summation of user caps of the current users in each zone.

Column **800** indicates the zone/queue name, column **802** indicates the number of current users capped at 256 kbit/sec, and column **804** indicates the number of current users capped at 1024 kbit/sec. Column **806** indicates the user load of each zone being the summation of individual user caps (i.e., the number of users in column **802** multiplied by 256 kbit/sec plus the number of users in column **804** multiplied by 1024 kbit/sec).

Because the ratio of the minimum user load ("10240" in this example) to maximum user load ("40960" in this example) is less than the maximum quantum ratio **422** ("1:40" in this example), column **808** indicates a scale factor

US 9,871,738 B2

17

that the user load of each zone is multiplied with such that the minimum user load ("10240" in this example) is scaled to the MTU of an outgoing network interface (1500 bytes in this example).

Column **810** indicates a calculated scaled quantum for each zone being the scale factor of column **808** multiplied by the user load of column **806**. Because the calculated scaled quantums of column **810** are not multiples of the MTU, column **812** indicates a final rounded quantum value being the value of column **810** rounded to the nearest multiple of the MTU.

The higher the summation of individual user caps in a zone, the more bytes that are dequeued each time from that zone's queue. This is beneficial to prevent starvation of users who are sharing zones with a large number of other active users. Additionally, rather than only judging user load according to number of users, this configuration also takes into account individual user caps. This helps increase user satisfaction because as users in a zone upgrade to higher individual bandwidth caps, the zone to which they belong has higher user load and may therefore receive a larger quantum value. The higher the total user caps in a zone, the higher each individual user's effective bandwidth will be when the zone shares available bandwidth with other zones.

FIG. **9** illustrates a flowchart describing a method of allocating bandwidth in a system having a plurality of queues respectively corresponding to a plurality of zones according to an exemplary configuration of the invention. The steps of the flowchart are not restricted to the exact order shown, and, in other configurations, shown steps may be omitted or other intermediate steps added. In this configuration, a bandwidth management system performs the following operations:

Step **900**: A plurality of queues are provided, where each queue corresponding to a bandwidth zone. The zones may be allocated once upon initial configuration, or may be changed dynamically throughout operation according to different requirements. For example, a meeting room rate/cap may be changed as different meetings begin and end. The zones may be defined and/or identified using different LANs, VLANs, switch port numbers, pass codes, zone codes, usernames, service set identifiers (SSIDs), room numbers, names of physical areas, IP and other addresses, etc.

Step **902**: Network traffic is received, and a belonging zone to which the network traffic belongs is determined. For example, the belonging zone may be the source zone from which the network traffic originated or the destination zone for which the network traffic is destined. The belonging zone may be determined by examining zone identification information included in each received packet/frame such as IP addresses, MAC addresses, cookie information, VLAN tag, or other information. This zone identification information may be correlated to the correct belonging zone in a database. Due to a zone tree-structure, network traffic may in fact belong to several zones at different levels of the tree-structure, for example, to both remaining bandwidth zone **316** and one of guest room zones **318** illustrated in FIG. **3**. In this example, the database associates zone identification information with a single belonging zone being the lowest belonging zone according to the tree-structure. For instance, depending on the configured direction, network traffic to/from guest room A is determined by the zone enqueuing module **410** to belong to the guest room A zone **318**a (i.e., the lowest-level belonging zone).

18

In another configuration, the belonging zone may be determined by querying intermediate devices such as intermediate switches, routers, gateways, etc for zone identification information such as source/destination port numbers or interface identifiers in order to determine the belonging zone. For example, an intermediate switch may be queried using simple network management protocol (SNMP) to determine to which port a device having an IP address included in the network traffic is associated. The belonging zone is then determined according to the associated switch port (i.e., each switch port may correspond to a particular zone).

Step **904**: The network traffic is enqueued on the queue corresponding to the belonging zone. For example, a zone enqueuing module **410** such as that illustrated in FIG. **4** may enqueue network traffic received at step **902** on the queue **408** corresponding to the belonging zone determined at that step.

Step **906**: A user load of each zone is tracked. In one example, the user load of a zone corresponds to a summation indicating how many current users are in the zone. Current users per zone may defined and tracked in a number of ways including active ports per zone, number of logged in users per zone, number of outgoing or incoming connections per zone, number of traffic packets/frames per zone, active users who have sent/received network traffic, users who have replied to a recent ping request, or any combination of any of the above. Additionally, a time window may be utilized such as the past 10 minutes and/or the number of current users may be periodically determined once per time window. In another example, the user load of a zone may further take into account individual attributes of users in the zone. For example, user load of a zone may correspond to a summation of individual user caps of the current users in the zone. In another example, user load of a zone may correspond to a summation of how much data current users in the zone have recently sent or received (e.g., in the past 10 minutes). In another example, user load of a zone may correspond to the amount of user network traffic currently enqueued on one or more queues corresponding to the zone. When the zones are organized in a multi-level zone tree-structure, the user load of a particular zone may include the user load of all lower-level zones under the particular zone.

Step **908**: For each queue, a quantum of data that can be dequeued together is dynamically adjusted according to the user load of the zone to which the queue corresponds. For example, a quantum manager may dynamically adjust how many bytes will be dequeued from each zone according to the user load per zone as tracked at step **906**. In general, zones having higher user loads will have the capability to transfer larger numbers of bytes when dequeuing traffic. This is beneficial to prevent zones having low user loads but high guaranteed rates and/or bandwidth caps from getting a disproportionate amount of available bandwidth that is being shared with other zones having high current user loads. As the user loads of the zones change over time, the quantums may be automatically adjusted to give preferential treatment to the zones according to their new user loads.

Step **910**: Data is selectively dequeued from the queues and passed to one or more outgoing network interfaces. When selectively dequeuing data from the queues, an

US 9,871,738 B2

19

amount of data is dequeued from a selected queue according to the quantum of the queue determined at step **908**. As explained above, the quantum of the selected queue is determined according to user load of the zone to which the selected queue corresponds. In one usage example, the queues are selected one by one (e.g., in a round robin order), and up to the selected queue's quantum of data is dequeued from each queue while also ensuring any bandwidth reservations and/or caps of the zones are complied with. By still ensuring that bandwidth reservations and/or caps of the zones are complied with, the invention may be beneficially used in combination with and to enhance existing bandwidth management systems employing rates and caps.

An advantage of the invention is that it allows a hotel to limit bandwidth utilization on a zone-by-zone basis such as by defining each guest room to be a zone with its own reserved bandwidth rate/cap. The zone tree-structure also allows a first-level zone to include a number of second-level zones, which advantageously allows second-level zones that may individually have low user loads to accumulate their user loads together in a single first-level zone and gain preferential treatment. According to the zone tree-structure, zones dequeue an amount of data to pass to destinations being either a next higher-level zone or one or more destination network interface(s) in proportion to their user loads. By enqueuing network traffic from a plurality of second-level zones into a single queue of their corresponding first-level zone, users of the second-level zones receive increased bandwidth when data of the first-level queue is dequeued in larger amounts. Zones having higher user loads may advantageously receive more of the available bandwidth, which prevents individual users under these zones from being starved. Another advantage of the invention is that because rates and caps of zones and individual users continue to be enforced, the invention is compatible with many existing bandwidth management techniques. Yet another advantage is that when a zone having a reserved bandwidth rate and/or cap does not need to use up to its reserved bandwidth rate/cap (e.g., when the users in the zone are not using the Internet), the unneeded bandwidth may be shared among other zones according to the relative user loads of the other zones. More of the available bandwidth is thereby beneficially allocated to zones having higher current user loads. As user loads of the zones change over time, the amount of data to be dequeued from their respective queues is dynamically updated.

Adjusting the quantum **409** of each queue **408** in proportion to the user load of its corresponding zone helps prevent bandwidth starvation of users without guaranteed rates. For instance, users under a zone with a relatively lower user load have less competition for bandwidth allocated to that zone. In contrast, users under a zone having a relatively higher user load will have more competition for bandwidth allocated to that zone and the data in its queue **408** (and in any higher level parent queue(s) **408**) will therefore tend to build up more quickly. To help prevent bandwidth starvation of these users and increase the fairness of bandwidth allocation between zones, the quantum manager **420** dynamically allocates quantums **409** to the queues **408** such that queues **408** corresponding to zones having lower user loads receive smaller quantums **409**, and queues **408** corresponding to zones having higher user loads receive larger quantums **409**. In this way, a single user who is trying to utilize large amounts of bandwidth over and above his guaranteed rate in a first zone (e.g., meeting room) will not negatively impact

20

multiple users who don't have any reserved bandwidth under other zones (e.g., guest rooms zones).

In an exemplary configuration, a bandwidth management system includes a plurality of queues respectively corresponding to a plurality of zones. An enqueuing module receives network traffic from one or more incoming network interfaces, determines a belonging zone to which the network traffic belongs, and enqueues the network traffic on a queue corresponding to the belonging zone. A dequeuing module selectively dequeues data from the queues and passes the data to one or more outgoing network interfaces. When dequeuing data from the queues the dequeuing module dequeues an amount of data from a selected queue, and the amount of data dequeued from the selected queue is determined according to user load of a zone to which the selected queue corresponds.

Although the invention has been described in connection with a preferred embodiment, it should be understood that various modifications, additions and alterations may be made to the invention by one skilled in the art without departing from the spirit and scope of the invention as defined in the appended claims. For example, although the invention has been described as being utilized at a hotel, the invention is equally applicable to any hospitality related location or service wishing to allocate available bandwidth between multiple users including but not limited to hotels, motels, resorts, hospitals, apartment/townhouse complexes, restaurants, retirement centers, cruise ships, busses, airlines, shopping centers, passenger trains, etc. The exemplary user of "guest" is utilized in the above description because customers of hospitality establishments are generally referred to as guests; however, the exemplary user of "guest" in conjunction with the invention further includes all types of users whether or not they are customers. The invention may also be beneficially employed in other applications outside the hospitality industry such as by conference centers, corporations, or any other entity wishing to allocate available bandwidth shared between a plurality of users.

The various separate elements, features, and modules of the invention described above may be integrated or combined into single units. Similarly, functions of single modules may be separated into multiple units. The modules may be implemented as dedicated hardware modules, and the modules may also be implemented as one or more software programs executed by a general or specific purpose processor to cause the processor to operate pursuant to the software program to perform the above-described module functions. For example, the bandwidth management system **400** of FIG. **4** may be implemented by a computer server having one or more processors **430** executing a computer program loaded from a storage media (not shown) to perform the above-described functions of the zone enqueuing module **410**, quantum manager **420**, and zone dequeuing module **412**. Likewise, the flowchart of FIG. **9** may be implemented as one or more processes executed by dedicated hardware, and may also be implemented as one or more software programs executed by a general or specific purpose processor to cause the processor to operate pursuant to the software program to perform the flowchart steps. A computer-readable medium may store computer executable instructions that when executed by a computer cause the computer to perform above-described method steps of FIG. **9**. Examples of the computer-readable medium include optical media (e.g., CD-ROM, DVD discs), magnetic media (e.g., hard drives, diskettes), and other electronically readable media such as flash storage devices and memory devices (e.g., RAM, ROM). The computer-readable medium may be local

US 9,871,738 B2

21      22

to the computer executing the instructions, or may be remote to this computer such as when coupled to the computer via a computer network. In one configuration, the computer is a computer server connected to a network such as the Internet and the computer program stored on a hard drive of the computer may be dynamically updated by a remote server via the Internet. In addition to a dedicated physical computing device, the word "server" may also mean a service daemon on a single computer, virtual computer, or shared physical computer, for example. Unless otherwise specified, features described may be implemented in hardware or software according to different design requirements. Additionally, all combinations and permutations of the above described features and configurations may be utilized in conjunction with the invention.

What is claimed is:

1. A bandwidth management system for allocating bandwidth between a plurality of bandwidth zones at an establishment serving a plurality of users, each of the plurality of bandwidth zones having a number of users competing for bandwidth allocated thereto, the bandwidth management system comprising:

a computer server providing a first queue and a second queue, wherein the first queue queues first data associated with a first bandwidth zone of the plurality of bandwidth zones, and the second queue queues second data associated with a second bandwidth zone of the plurality of bandwidth zones; and

a computer readable medium storing a plurality of software instructions for execution by the computer server;

wherein, by the computer server executing the plurality of software instructions loaded from the computer readable medium, the computer server is operable to repeatedly dequeue a first amount of the first data from the first queue and a second amount of the second data from the second queue, and pass the first amount of the first data and the second amount of the second data to one or more outgoing network interfaces; and

the computer server is further operable to automatically adjust the first amount and the second amount over time such that the first amount is larger than the second amount while the first bandwidth zone has a higher user load than the second bandwidth zone, and such that the first amount is smaller than the second amount while the first bandwidth zone has a lower user load than the second bandwidth zone; wherein user load of the first bandwidth zone is determined according to a number of first users competing for bandwidth in the first bandwidth zone, and user load of the second bandwidth zone is determined according to a number of second users competing for bandwidth in the second zone.

2. The bandwidth management system of claim 1, wherein:

at least one of the first bandwidth zone and the second bandwidth zone is a first-level zone that includes a plurality of second-level zones; and

the computer server is further operable to calculate a user load of the first-level zone by accumulating a plurality of user loads of the plurality of second-level zones.

3. The bandwidth management system of claim 1, wherein a user load of a particular one of the plurality of bandwidth zones comprises a summation of one or more current users in the particular one of the plurality of bandwidth zones.

4. The bandwidth management system of claim 3, further comprising:

an authentication server for managing logged in users;

wherein the one or more current users in the particular one of the plurality of bandwidth zones correspond to the logged in users of the particular one of the plurality of bandwidth zones.

5. The bandwidth management system of claim 3, further comprising:

a log for logging network traffic activity;

wherein the one or more current users in the particular one of the plurality of bandwidth zones are users who have received or sent network traffic during a last predetermined time period according to the log.

6. The bandwidth management system of claim 3, further comprising:

a user monitor for sending a ping to users;

wherein the one or more current users in the particular one of the plurality of bandwidth zones are users who replied to the ping.

7. The bandwidth management system of claim 1, wherein a user load of a particular one of the plurality of bandwidth zones comprises a summation of bandwidth caps of current users in the particular one of the plurality of bandwidth zones.

8. The bandwidth management system of claim 1, wherein the computer server is further operable to scale the first amount and the second amount relative to one another such that a smallest of the first amount and the second amount corresponds to a maximum transmission unit (MTU) of the one or more outgoing network interfaces.

9. The bandwidth management system of claim 1, wherein the computer server is further operable to scale the first amount and the second amount relative to one another such that a largest of the first amount and the second amount corresponds to a multiple of a maximum transmission unit (MTU) of the one or more outgoing network interfaces.

10. The bandwidth management system of claim 1, wherein the computer server is further operable to round each of the first amount and the second amount to a multiple of a maximum transmission unit (MTU) of the one or more outgoing network interfaces.

11. A method of allocating bandwidth between a plurality of bandwidth zones at an establishment serving a plurality of users, each of the plurality of bandwidth zones having a number of users competing for bandwidth allocated thereto, the method comprising:

providing a first queue and a second queue, wherein the first queue queues first data associated with a first bandwidth zone of the plurality of bandwidth zones, and the second queue queues second data associated with a second bandwidth zone of the plurality of bandwidth zones;

repeatedly dequeuing a first amount of the first data from the first queue and a second amount of the second data from the second queue, and passing the first amount of the first data and the second amount of the second data to one or more outgoing network interfaces; and

automatically adjusting the first amount and the second amount over time such that the first amount is larger than the second amount while the first bandwidth zone has a higher user load than the second bandwidth zone, and such that the first amount is smaller than the second amount while the first bandwidth zone has a lower user load than the second bandwidth zone; wherein user load of the first bandwidth zone is determined according to a number of first users competing for bandwidth in the first bandwidth zone, and user load of the second

US 9,871,738 B2

23

bandwidth zone is determined according to a number of second users competing for bandwidth in the second zone.

**12**. The method of claim **11**, wherein:

at least one of the first bandwidth zone and the second bandwidth zone is a first-level zone that includes a plurality of second-level zones; and

the method further comprises calculating a user load of the first-level zone by accumulating a plurality of user loads of the plurality of second-level zones.

**13**. The method of claim **11**, further comprising determining a user load of a particular one of the plurality of bandwidth zones by calculating a summation of one or more current users in the particular one of the plurality of bandwidth zones.

**14**. The method of claim **13**, further comprising:

providing an authentication server for managing logged in users;

wherein the one or more current users in the particular one of the plurality of bandwidth zones corresponds to the logged in users of the particular one of the plurality of bandwidth zones.

**15**. The method of claim **13**, further comprising:

logging network traffic activity in a log;

wherein the one or more current users in the particular one of the plurality of bandwidth zones are users who have received or sent network traffic during a last predetermined time period according to the log.

**16**. The method of claim **11**, wherein a user load of a particular one of the plurality of bandwidth zones comprises a summation of bandwidth caps of current users in the particular one of the plurality of bandwidth zones.

**17**. The method of claim **11**, further comprising scaling the first amount and the second amount relative to one another such that a smallest of the first amount and the second amount corresponds to a maximum transmission unit (MTU) of the one or more outgoing network interfaces.

**18**. The method of claim **11**, further comprising scaling the first amount and the second amount relative to one another such that a largest of the first amount and the second amount corresponds to a multiple of a maximum transmission unit (MTU) of the one or more outgoing network interfaces.

24

**19**. The method of claim **11**, further comprising rounding each of the first amount and the second amount to a multiple of a maximum transmission unit (MTU) of the one or more outgoing network interfaces.

**20**. An apparatus for allocating bandwidth between a plurality of bandwidth zones at an establishment serving a plurality of users, each of the plurality of bandwidth zones having a number of users competing for bandwidth allocated thereto, the apparatus comprising:

a storage device;

a network interface; and

a processor coupled to the storage device and the network interface;

wherein, by the processor executing software instructions loaded from the storage device, the processor is operable to:

provide a first queue and a second queue, wherein the first queue queues first data associated with a first bandwidth zone of the plurality of bandwidth zones, and the second queue queues second data associated with a second bandwidth zone of the plurality of bandwidth zones;

repeatedly dequeue a first amount of the first data from the first queue and a second amount of the second data from the second queue, and pass the first amount of the first data and the second amount of the second data to the network interface; and

automatically adjust the first amount and the second amount over time such that the first amount is larger than the second amount while the first bandwidth zone has a higher user load than the second bandwidth zone, and such that the first amount is smaller than the second amount while the first bandwidth zone has a lower user load than the second bandwidth zone; wherein user load of the first bandwidth zone is determined according to a number of first users competing for bandwidth in the first bandwidth zone, and user load of the second bandwidth zone is determined according to a number of second users competing for bandwidth in the second zone.

* * * * *

# Exhibit E



NOMADIX™

NOMADIX®
ACCESS GATEWAY

User Guide

Version 8.8

©2016 NOMADIX INC. ALL RIGHTS RESERVED



ACCESS GATEWAY



# Access Gateway

Copyright © 2017 Nomadix, Inc. All Rights Reserved.

This product also includes software developed by: The University of California, Berkeley and its contributors; Carnegie Mellon University, Copyright © 1998 by Carnegie Mellon University All Rights Reserved; Go Ahead Software, Inc., Copyright © 1999 Go Ahead Software, Inc. All Rights Reserved; Livingston Enterprises, Inc., Copyright © 1992 Livingston Enterprises, Inc. All Rights Reserved; The Regents of the University of Michigan and Merit Network, Inc., Copyright 1992 – 1995 All Rights Reserved; and includes source code covered by the Mozilla Public License, Version 1.0 and OpenSSL.

This User Guide is protected by U.S. copyright laws. You may not transmit, copy, modify, or translate this manual, or reduce it or any part of it to any machine readable form, without the express permission of the copyright holder.



*Trademarks*

The  symbol, **N O M A D I X**® and Nomadix Service Engine® are registered trademarks of Nomadix, Inc. All other trademarks and brand names are marks of their respective holders.

*Product Information*

Telephone: +1.818.597.1500

Fax: +1.818.597.1502

For technical support information, see the Appendix in this User Guide.

*Write your product serial number in this box:*

> S/N

*Patent Information*

Please see the Nomadix website for a list of US and foreign patents covering this product release.

*Disclaimer*

Nomadix, Inc. makes no warranty, either express or implied, including but not limited to any implied warranties of merchantability and fitness for a particular purpose, regarding the product described herein. In no event shall Nomadix, Inc. be liable to anyone for special, collateral, incidental, or consequential damages in connection with or arising from the use of Nomadix, Inc. products.





**WARNING**

*Risk of electric shock; do not open; no user-serviceable parts inside.*

**AVERTISSEMENT**

*Risque de choc electrique; ne pas ouvrir; ne pas tenter de demontre l'appareil.*

**WARNUNG**

*Nicht öffnen; elektrische Bauteile.*

**AVISO**

*Riesgo de shock eléctrico. No abrir. No hay piezas configurables dentro.*



**CAUTION**

*Read the instruction manual prior to operation.*

**ATTENTION**

*Lire le mode d'emploi avant utilisation.*

**ACHTUNG**

*Lesen Sie das Handbuch bevor Sie das Gerät in Betrieb nehmen.*

**PRECAUCIÓN**

*Leer el manual de instrucciones antes de poner en marcha el equipo.*



30851 Agoura Rd, Suite 102, Agoura Hills, CA 91301 USA (head office)

ACCESS GATEWAY

# *Table of Contents*

**Chapter 1: Introduction** ................................................................................................. 1
About this Guide ....................................................................................................... 1
Organization ............................................................................................................. 2
Welcome to the Access Gateway .............................................................................. 3
    *Product Configuration and Licensing* ............................................................. 3
Key Features and Benefits ........................................................................................ 4
    *Platform Reliability* ......................................................................................... 4
    *Local Content and Services* ............................................................................. 4
    *Transparent Connectivity* ................................................................................ 5
    *Billing Enablement* .......................................................................................... 6
    *Access Control and Authentication* ................................................................. 6
    *Security* ............................................................................................................. 6
    *5-Step Service Branding* ................................................................................. 6
NSE Core Functionality ........................................................................................... 8
    *Access Control* ................................................................................................. 9
    *Bandwidth Management* ................................................................................ 10
    *Billing Records Mirroring* ............................................................................. 10
    *Bridge Mode* .................................................................................................. 11
    *Class-Based Queueing* .................................................................................. 11
    *Command Line Interface* ............................................................................... 15
    *Credit Card* ................................................................................................... 15
    *Daylight Savings Time and IANA Time Zone Support* ................................... 15
    *Dynamic Address Translation™* ................................................................... 15
    *Dynamic Transparent Proxy* ......................................................................... 16
    *End User Licensee Count* ............................................................................... 16
    *External Web Server Mode* ............................................................................ 16
    *Facebook Authentication* ............................................................................... 16
    *Home Page Redirect* ...................................................................................... 18
    *iNAT™* ............................................................................................................ 18
    *Information and Control Console* .................................................................. 19
    *Initial NSE Configuration* ............................................................................. 19
    *Internal Web Server* ...................................................................................... 19
    *International Language Support* ..................................................................... 20
    *IP Upsell* ........................................................................................................ 21
    *Load Balancing* ............................................................................................. 21
    *Logout Pop-Up Window* ................................................................................. 21
    *MAC Filtering* ............................................................................................... 21
    *Multi-Level Administration Support* .............................................................. 21
    *Multi-WAN Interface Management* ................................................................ 22



*NTP Support* .................................................................................................... *22*

*Portal Page Redirect* ........................................................................................ *22*

*RADIUS-driven Auto Configuration* ................................................................ *22*

*RADIUS Client* ................................................................................................. *23*

*RADIUS Proxy* .................................................................................................. *23*

*Realm-Based Routing* ....................................................................................... *24*

*Remember Me and RADIUS Re-Authentication* ............................................... *24*

*Secure Management* .......................................................................................... *24*

*Secure Socket Layer (SSL)* ............................................................................... *25*

*Secure XML API* ............................................................................................... *25*

*Session Rate Limiting (SRL)* ............................................................................ *26*

*Session Termination Redirect* .......................................................................... *26*

*Smart Client Support* ....................................................................................... *26*

*SNMP Nomadix Private MIB* ........................................................................... *26*

*Static Port Mapping* ........................................................................................ *26*

*Tri-Mode Authentication* ................................................................................. *27*

*URL Filtering* ................................................................................................... *27*

*Walled Garden* ................................................................................................. *27*

*Web Management Interface* .............................................................................. *28*

*Weighted Fair Queueing* ................................................................................... *28*

Optional NSE Modules ........................................................................................... 29

*Load Balancing* ................................................................................................ *29*

*Hospitality Module* .......................................................................................... *29*

*High Availability Module* ................................................................................. *30*

Network Architecture (Sample) ............................................................................. 31

Multiple Unit Clustering ........................................................................................ 32

*Identifying the Resident Gateway in a Cluster Environment* ............................ *32*

Load Balancing and Link Failover .......................................................................... 34

*Definitions and Concepts* ................................................................................. *34*

*Load Balancing across Multiple Low Speed Links* ........................................... *37*

*Failover to Standby ISP Link* ........................................................................... *37*

*Separate Guest HSIA and Admin ISP Links, with Failover Between Each ISP Link* ...... *38*

*Guest HSIA Failover Only, to Admin Network* ................................................. *39*

*Sharing Guest HSIA Network and Hotel Admin Network Among Multiple ISP Links* .... *40*

*Load Balancing With Users Connected to a Preferred ISP Link* ....................... *41*

ACCESS GATEWAY

Online Help (WebHelp) ........................................................................... 43
Notes, Cautions, and Warnings ............................................................... 43

**Chapter 2: Installing the Access Gateway** ............................................... **45**
Installation Workflow ............................................................................. 45
Powering Up the System ......................................................................... 47
User Manual and Documentation ........................................................... 47
Start Here ................................................................................................ 48
Configuration .......................................................................................... 49
  *Step 1a: Static WAN IP Configuration* ............................................. *50*
  *Step 1b: DHCP Client Configuration* ................................................ *51*
  *Step 1c: PPPoE Dynamic IP Client Configuration* ........................... *52*
  *Step 1d: PPPoE Static IP Client Configuration* ............................... *53*
  *Step 2: Entering Your Location Information* ..................................... *53*
  *Step 3: Retrieving Your License Key* ................................................ *54*
  *Step 4: Configuring the System* ........................................................ *55*
  *Step 5: Configuring AG DHCP Server Settings* ............................... *55*
The Management Interfaces (CLI and Web) ........................................... 56
  *Making Menu Selections and Inputting Data with the CLI* .............. *57*
  *Menu Organization (Web Management Interface)* ............................ *57*
  *Inputting Data – Maximum Character Lengths* ............................... *58*
  *Online Documentation and Help* ...................................................... *59*
Establishing the Start Up Configuration ................................................ 60
  *Assigning Login User Names and Passwords* .................................... *61*
  *Setting the SNMP Parameters (optional)* ......................................... *62*
  *Configuring the WAN interface* ....................................................... *63*
  *Enabling the Logging Options (recommended)* ................................. *64*
Logging Out and Powering Down the System ........................................ 67
Connecting the Access Gateway to the Customer's Network ................. 67
Establishing the Basic Configuration for Subscribers ........................... 67
  *Setting the DHCP Options* ................................................................ *68*
  *DHCP Options from RFC 2132* ........................................................ *69*
  *DHCP Dynamic Enable and Disable* ................................................ *72*
  *Setting the DNS Options* ................................................................... *73*
Archiving Your Configuration Settings .................................................. 74
Installing the Nomadix Private MIB ...................................................... 74

**Chapter 3: System Administration** ........................................................... **77**
Choosing a Remote Connection .............................................................. 77
  *Using the Web Management Interface (WMI)* ................................... *78*
  *Using an SNMP Manager* .................................................................. *79*
  *Using a Telnet Client* ........................................................................ *79*



Logging In ................................................................................................................ 80
About Your Product License ..................................................................................... 80
Configuration Menu ................................................................................................. 80
   *Defining the AAA Services {AAA}*............................................................................. *80*
   *Establishing Secure Administration {Access Control}* ............................................. *91*
   *Defining Automatic Configuration Settings {Auto Configuration}*.............................. *94*
   *Setting Up Bandwidth Management {Bandwidth Management}* ..................................... *97*
   *Group Bandwidth Limit Policy* ................................................................................. *98*
   *Group Bandwidth Limit Policy – Operation* .............................................................. *98*
   *Group Bandwidth Limit Policy – Current Table*......................................................... *99*
   *Establishing Billing Records "Mirroring" {Bill Record Mirroring}* ........................... *100*
   *Class-Based Queueing* .............................................................................................. *102*
   *Clustering {Clustering}* ........................................................................................... *105*
   *Configuring Destination HTTP Redirection {Destination HTTP Redirection}*............. *106*
   *Managing the DHCP service options {DHCP}* ........................................................... *109*
   *Managing the DNS Options {DNS}*............................................................................ *113*
   *Enabling DNSSEC Support*....................................................................................... *113*
   *Managing the Dynamic DNS Options {Dynamic DNS}*................................................ *114*
   *Ethernet Ports/WAN* ............................................................................................... *115*
   *Enabling Fast Forwarding* ....................................................................................... *117*
   *Setting the Home Page Redirection Options {Home Page Redirect}* ........................... *118*
   *Enabling Intelligent Address Translation (iNAT™)* .................................................. *119*
   *Interface Monitoring* ............................................................................................... *121*
   *Defining IPSec Tunnel Settings {IPSec}* ................................................................... *122*
   *Load Balancing* ....................................................................................................... *129*
   *Establishing Your Location {Location}* .................................................................... *130*
   *Managing the Log Options {Logging}* ....................................................................... *131*
   *Enabling MAC Authentication {MAC Authentication}*................................................ *136*
   *Assigning Passthrough Addresses {Passthrough Addresses}* ...................................... *137*
   *Assigning a PMS Service {PMS}*............................................................................... *138*
   *Setting Up Port Locations {Port-Location}* ............................................................... *145*
   *Setting up Quality of Service {QoS}*.......................................................................... *151*
   *Defining the RADIUS Client Settings {RADIUS Client}*............................................. *154*
   *Defining the RADIUS Proxy Settings {RADIUS Proxy}* ............................................. *158*
   *Defining the Realm-Based Routing Settings {Realm-Based Routing}* ........................... *162*
   *Managing SMTP Redirection {SMTP}*....................................................................... *168*
   *Managing the SNMP Communities {SNMP}* .............................................................. *169*
   *Enabling Dynamic Multiple Subnet Support (Subnets)*................................................ *170*
   *Displaying Your Configuration Settings {Summary}*.................................................. *171*
   *Setting the System Date and Time {Time}*.................................................................. *172*
   *Setting up Traffic Descriptors {Traffic Descriptors}*................................................. *174*
   *Setting Up URL Filtering {URL Filtering}* ................................................................ *176*
   *Selecting User Agent Filtering Settings* ..................................................................... *177*
   *Zone Migration*........................................................................................................ *177*

ACCESS GATEWAY

Network Info Menu......................................................................................... 179
   *Displaying ARP Table Entries {ARP}* ................................................. 179
   *Displaying DAT Sessions {DAT}* ........................................................ 179
   *Displaying the Host Table {Hosts}* .................................................... 180
   *Displaying ICMP Statistics {ICMP}* ................................................... 181
   *Displaying the Network Interfaces {Interfaces}* ............................... 181
   *Displaying the IP Statistics {IP}* ........................................................ 183
   *Viewing IPSec Tunnel Status {IPSec}* ............................................... 183
   *Viewing NAT IP Address Usage {NAT IP Usage}* ........................... 183
   *Displaying the Routing Tables {Routing}* ......................................... 184
   *Displaying the Active IP Connections {Sockets}* ............................. 185
   *Displaying the Static Port Mapping Table {Static Port-Mapping}* ............... 186
   *Displaying TCP Statistics {TCP}* ....................................................... 187
   *Displaying UDP Statistics {UDP}* ...................................................... 188
Port-Location Menu ...................................................................................... 189
   *Adding and Updating Port-Location Assignments {Add}* ................ 190
   *Exporting Port-Location Assignments {Export}* .............................. 193
   *Finding Port-Location Assignments by Description {Find by Description}* ............... 194
   *Finding Port-Location Assignments by Location {Find by Location}* ........... 195
   *Finding Port-Location Assignments by Port {Find by Port}* ........... 196
   *Importing Port-Location Assignments {Import}* ............................... 197
   *Displaying the Port-Location Mappings {List}* ................................ 198
   *Deleting Port-Location Assignments* ................................................ 199
   *Enabling Facebook Login for a Port Location* ................................. 199
   *Subscriber Intra-Port Communication* .............................................. 200
Subscriber Administration Menu ................................................................ 201
   *Adding Subscriber Profiles {Add}* ................................................... 201
   *Displaying Current Subscriber Connections {Current}* ................... 207
   *Deleting Subscriber Profiles by MAC Address {Delete by MAC}* ............... 208
   *Deleting Subscriber Profiles by User Name {Delete by User}* ........ 209
   *Displaying the Currently Allocated DHCP Leases {DHCP Leases}* ........... 210
   *Deleting All Expired Subscriber Profiles {Expired}* ...................... 210
   *Finding Subscriber Profiles by MAC Address {Find by MAC}* ...... 211
   *Finding Subscriber Profiles by User Name {Find by User}* ............ 212
   *Listing Subscriber Profiles {List Profiles}* ...................................... 212
   *Viewing RADIUS Proxy Accounting Logs {RADIUS Session History}* ........ 214
   *Displaying Current Profiles and Connections {Statistics}* .............. 215
Subscriber Interface Menu ........................................................................... 215
   *Defining the Billing Options {Billing Options}* .............................. 215
   *Setting Up the Information and Control Console {ICC Setup}* ....... 222
   *Defining Languages {Language Support}* ....................................... 229
   *Enable Serving of Local Web Pages {Local Web Server}* ............... 231
   *Defining the Subscriber's Login UI {Login UI}* ............................. 233
   *Defining the Post Session User Interface (Post Session UI)* ........... 237



*Defining Subscriber UI Buttons {Subscriber Buttons}* .................................................. 240
*Defining Subscriber UI Labels {Subscriber Labels}* .................................................. 241
*Defining Subscriber Error Messages {Subscriber Errors}* ........................................ 243
*Defining Subscriber Messages {Subscriber Messages}* .......................................... 244
System Menu .................................................................................................................. 246
*Adding and Deleting ARP Table Entries* ................................................................... 246
*Configurable Gateway ARP Refresh Interval* ........................................................... 247
*Enabling the Bridge Mode Option {Bridge Mode}* .................................................. 248
*Exporting Configuration Settings to the Archive File {Export}* .............................. 249
*Importing the Factory Defaults {Factory}* ................................................................. 250
*Defining the Fail Over Options {Fail Over}* ............................................................... 251
*Viewing the History Log {History}* ........................................................................... 252
*Establishing ICMP Blocking Parameters {ICMP}* .................................................... 253
*Importing Configuration Settings from the Archive File {Import}* ......................... 254
*Establishing Login Access Levels {Login}* ............................................................... 255
*Remote RADIUS Testing* ............................................................................................. 257
*Defining the MAC Filtering Options {MAC Filtering}* ............................................. 258
*Utilizing Packet Capturing {Packet Capture}* .......................................................... 259
*Rebooting the System {Reboot}* .................................................................................. 261
*Routing Tables {Routing}* ........................................................................................... 261
*Establishing Session Rate Limiting {Session Limit}* ............................................... 263
*Adding/Deleting Static Ports {Static Port-Mapping}* ............................................. 264
*Updating the Access Gateway Firmware {Upgrade}* ............................................... 267

**Chapter 4: The Subscriber Interface** ......................................................................... **269**
Overview ........................................................................................................................ 269
Authorization and Billing ............................................................................................. 270
*The AAA Structure* ...................................................................................................... 271
*Process Flow (AAA)* ..................................................................................................... 274
*Internal and External Web Servers* ............................................................................ 275
*Language Support* ........................................................................................................ 275
*Home Page Redirection* ............................................................................................... 275
Subscriber Management ................................................................................................. 276
*Subscriber Management Models* ................................................................................. 276
*Configuring the Subscriber Management Models* ..................................................... 277
Information and Control Console (ICC) ....................................................................... 278
*ICC Pop-Up Window* .................................................................................................... 278
*Logout Console* ............................................................................................................ 279

**Chapter 5: Quick Reference Guide** ............................................................................. **281**
Web Management Interface (WMI) Menus .................................................................. 281
*Configuration Menu Items* .......................................................................................... 282
*Network Info Menu Items* ........................................................................................... 285

*Port-Location Menu Items* .................................................. 287
*Subscriber Administration Menu Items* ................................ 287
*Subscriber Interface Menu Items* ........................................ 289
*System Menu Items*........................................................... 290
Alphabetical Listing of Menu Items (WMI) .......................... 292
Default (Factory) Configuration Settings .............................. 294
Product Specifications ......................................................... 296
Sample AAA Log ................................................................ 312
*Message Definitions (AAA Log)* .......................................... 312
Sample SYSLOG Report ..................................................... 313
Sample History Log ............................................................ 314
Keyboard Shortcuts ............................................................ 315
HyperTerminal Settings ...................................................... 315
RADIUS Attributes ............................................................. 316
*Authentication-Request* ...................................................... 317
*Authentication-Reply (Accept)* ............................................ 317
*Accounting-Request* ........................................................... 318
*Selected Detailed Descriptions* ........................................... 319
*Nomadix Vendor-Specific RADIUS Attributes* ...................... 321
Setting Up the SSL Feature ................................................. 324
*Prerequisites* ..................................................................... 324
*Obtain a Private Key File (cakey.pem)* ................................. 324
*Installing Cygwin and OpenSSL on a PC* ............................. 325
*Private Key Generation* ...................................................... 328
*Create a Certificate Signing Request (CSR) File* ................... 331
*Create a Public Key File (server.pem)* ................................. 332
*Setting Up Access Gateway for SSL Secure Login* ................. 335
*Setting Up the Portal Page* ................................................. 336
Mirroring Billing Records.................................................... 337
*Sending Billing Records* ..................................................... 337
*XML Interface* ................................................................... 338

**Chapter 6: Troubleshooting** .......................................... **341**
General Hints and Tips ....................................................... 341
Management Interface Error Messages ................................. 342
Common Problems .............................................................. 344

**Appendix A: Technical Support** ..................................... **347**
Contact Information ............................................................ 347

**Appendix B: Glossary of Terms**...................................... **349**



ACCESS GATEWAY

# 1

# *Introduction*

## About this Guide

This User Guide provides information and procedures that will enable system administrators to install, configure, manage, and use the Access Gateway product successfully and efficiently. Use this guide to take full advantage of the Access Gateway's functionality and features.

Refer to "Product Specifications" on page 296 for a list of Access Gateway Products that this document supports.

The Nomadix Access Gateway hardware is configured and controlled by Nomadix Service Engine (NSE) software. The NSE 7.4 is the last Software Release that supports the AG2300, AG3100, and AG5500.

NSE 8.8 series software releases support the AG2400, AG5600, AG5800 and AG5900.



## Organization

This User Guide is organized into the following sections:

**Chapter 1 – Introduction**. The current chapter; an introduction to the features and benefits of the Nomadix Access Gateway.

**Chapter 2 –** Installing the Access Gateway. Provides instructions for installing the Access Gateway and establishing the start-up configuration.

**Chapter 3–** System Administration. Provides all the instructions and procedures necessary to manage and administer the Access Gateway on the customer's network, following a successful installation.

**Chapter 4–** The Subscriber Interface. Provides an overview and sample scenario for the Access Gateway's subscriber interface. It also includes an outline of the authorization and billing processes utilized by the system, and the Nomadix Information and Control Console.

**Chapter 5 –** Quick Reference Guide. Contains product reference information, organized by topic and functionality. It also contains a full listing of all product configuration elements, sorted alphabetically and by menu.

**Chapter 6 –** Troubleshooting. Provides information to help you resolve common hardware and software problems. It also contains a list of error messages associated with the management interface.

Technical Support. Informs you how to obtain technical support. Refer to Troubleshooting before contacting Nomadix, Inc. directly.

Glossary of Terms. Provides an explanation of terms directly related to Nomadix product technology. Glossary entries are organized alphabetically.



# Welcome to the Access Gateway

The Access Gateway is a freestanding, fully featured network appliance that enables public access service providers to offer broadband Internet connectivity to their customers.

The Access Gateway handles transparent connectivity, advanced security, policy-based traffic shaping, and service placement supporting thousands of users simultaneously in a broadband environment. The Access Gateway also offers a unique set of security and connectivity features for deploying metro wireless 802.11 networks, including Mesh and WiMAX technologies.



The Access Gateway yields a complete solution to a set of complex issues in the Enterprise, Public-LAN, and Residential segments.

## *Product Configuration and Licensing*

All Nomadix Access Gateway products are powered by our patented and patent-pending suite of embedded software, called the Nomadix Service Engine™ (NSE). The Access Gateway employs our NSE core software package and comes pre-packaged with the option to purchase additional modules to expand the product's functionality.

This User Guide covers all features and functionality provided with the NSE core package, as well as additional optional modules. Your product license must support the optional NSE modules if you want to take advantage of the expanded functionality. The following note will preface procedures that directly relate to optional modules.

See also:

- NSE Core Functionality
- Optional NSE Modules



## Key Features and Benefits

The Access Gateway is a 1U high, free-standing or rack-mountable device that provides Ethernet ports to interface with the router and the aggregation equipment within the network. It also provides an RS232 serial port for connecting to a Property Management System (PMS), while maintaining one billing relationship with their chosen provider.

The Access Gateway enables a wide variety of network deployment options for different venue types. For example:

- Allows for flexible WAN Connectivity (T1/E1, Cable, xDSL, and ISDN).

- Supports 802.11a/b/g and hybrid networks utilizing wired Ethernet.

- Supports key requirements needed to be compliant with the Wi-Fi ZONE™ program.

- Allows you to segment your existing network into public and private sections using VLANs, then leverage your existing network investment to create new revenue streams.

- Enables you to provide Wi-Fi access as a billable service or as an amenity to augment the main line of business for your venue.

- Contains an advanced XML interface for accepting and processing XML commands, allowing the implementation of a variety of service plans and offerings.

- Offers three user-friendly ways of remote management—through a Web interface, SNMP MIBs, and Telnet interfaces—allowing for scalable, large public access deployments.

- Provides capabilities for load balancing and fail-over management across multiple ISPs.

### Platform Reliability

The Access Gateway is designed as a network appliance, providing maximum uptime and reliability unlike competitive offerings that use a server-based platform.

### Local Content and Services

The Access Gateway's Portal Page feature intercepts the user's browser settings and directs them to a designated Web site to securely sign up for service or log in if they have a pre-existing account.

- Allows the provider to present their customers with local services or have the user sign up for service at zero expense.



ACCESS GATEWAY

- Offers both pre and post authentication redirects of the user's browser, providing maximum flexibility in service branding.

### *Transparent Connectivity*

Resolving configuration conflicts is difficult and time consuming for network users who are constantly on the move, and costly to the solution provider. In fact, most users are reluctant to make changes to their computer's network settings and won't even bother. This fact alone has prevented the widespread deployment of broadband network services.

Our patented Dynamic Address Translation™ (DAT) functionality offers a true "plug and play" solution by enabling a seamless and transparent experience and the tools to acquire new customers on-site.

DAT greatly reduces provisioning and technical support costs and enables providers to deliver an easy to use, customer-friendly service.





## Billing Enablement

The Access Gateway supports billing plans using credit cards, scratch cards, or monthly subscriptions, or direct billing to a hotel's Property Management System (PMS) and can base the billable event on a number of different parameters such as time, volume, IP address type, or bandwidth.

## Access Control and Authentication

The Access Gateway ensures that all traffic to the Internet is blocked until authentication has been completed, creating an additional level of security in the network. Also, the Access Gateway allows service providers to create their own unique "walled garden," enabling users to access only certain predetermined Web sites before they have been authenticated.

Nomadix simultaneously supports the secure browser-based Universal Access Method (UAM), IEEE 802.1x, and Smart Clients for companies such as Adjungo Networks, Boingo Wireless, GRIC and iPass. MAC-based authentication is also available.

## Security

The patented iNAT™ (Intelligent Network Address Translation) feature creates an intelligent mapping of IP Addresses and their associated VPN tunnels—by far the most reliable multi-session VPN passthrough to be tested against diverse VPN termination servers from companies such as Cisco, Checkpoint, Nortel and Microsoft. Nomadix' iNAT feature allows multiple tunnels to be established to the same VPN server, creating a seamless connection for all users on the network.

The Access Gateway provides fine-grain management of DoS (Denial of Service) attacks through its Session Rate Limiting (SRL) feature, and MAC filtering for improved network reliability.

## 5-Step Service Branding

A network enabled with the Nomadix Access Gateway offers a 5-Step service branding methodology for service providers and their partners, comprising:

1. Initial Flash Page branding.

2. Initial Portal Page Redirect (Pre-Authentication). Typically, this is used to redirect the user to a venue-specific Welcome and Login page.

3. Home Page Redirect (Post-Authentication). This redirect page can be tailored to the individual user (as part of the RADIUS Reply message, the URL is received by the NSE) or set to re-display itself at freely configurable intervals.

Access Gateway

4.   The Information and Control Console (ICC) contains multiple opportunities for an operator to display its branding or the branding of partners during the user's session. As an alternative to the ICC, a simple pop-up window provides the opportunity to display a single logo.

5.   The "Goodbye" page is a post-session page that can be defined either as a RADIUS VSA or be driven by the Internal Web Server (IWS) in the NSE. Using the IWS option means that this functionality is also available for other post-paid billing mechanisms (for example, post-paid PMS).



## NSE Core Functionality

Powering Nomadix' family of Access Gateways, the Nomadix Service Engine (NSE) delivers a full range of features needed to successfully deploy public access networks. These "core" features solve issues of connectivity, security, billing, and roaming in a Wi-Fi public access network.

The NSE's core package of features includes:

- Access Control
- Bandwidth Management
- Billing Records Mirroring
- Bridge Mode
- Class-Based Queueing
- Command Line Interface
- Credit Card
- Dynamic Address Translation™
- Dynamic Transparent Proxy
- End User Licensee Count
- External Web Server Mode
- Facebook Authentication
- Home Page Redirect
- iNAT™
- Information and Control Console
- Internal Web Server
- International Language Support
- IP Upsell
- Logout Pop-Up Window
- MAC Filtering
- Multi-Level Administration Support
- Multi-WAN Interface Management
- NTP Support

ACCESS GATEWAY

- Portal Page Redirect
- RADIUS Client
- RADIUS-driven Auto Configuration
- RADIUS Proxy
- Realm-Based Routing
- Remember Me and RADIUS Re-Authentication
- Secure Management
- Secure Socket Layer (SSL)
- Secure XML API
- Session Rate Limiting (SRL)
- Session Termination Redirect
- Smart Client Support
- SNMP Nomadix Private MIB
- Static Port Mapping
- Tri-Mode Authentication
- URL Filtering
- Walled Garden
- Web Management Interface
- Weighted Fair Queueing

## *Access Control*

For IP-based access control, the NSE incorporates a master access control list that checks the source (IP address) of administrator logins. A login is permitted only if a match is made with the master list contained within the NSE. If a match is not made, the login is denied, even if a correct login name and password are supplied.

The access control list supports up to 50 (fifty) entries in the form of a specific IP address or range of IP addresses.

The NSE also offers access control based on the interface being used. This feature allows administrators to block access from Telnet, Web Management, and FTP sources.



Administration can now be performed after unblocking the interfaces for the Subscriber side of the NSE. The Administrative ports are configurable as well. See "Establishing Secure Administration {Access Control}" on page 91.

### Bandwidth Management

The NSE optimizes bandwidth by limiting bandwidth usage symmetrically or asymmetrically on a per device (MAC address / User) basis, and manages the WAN Link traffic to provide complete bandwidth management over the entire network. You can ensure that every user has a quality experience by placing a bandwidth ceiling on each device accessing the network, so every user gets a fair share of the available bandwidth.

With the Nomadix ICC feature enabled, subscribers can increase or decrease their own bandwidth and pricing plans for their service dynamically.

 You can set default maximum up and down bandwidths for subscribers who do not have a specified bandwidth setting. See "Setting Up Bandwidth Management {Bandwidth Management}" on page 97.



Information and Control Console (ICC)

### Billing Records Mirroring

NSE-powered devices can send copies of credit card billing records (and optionally, PMS) to external servers that have been previously defined by system administrators. The NSE assumes control of billing transmissions and the saving of billing records. By effectively "mirroring" the billing data, the NSE can send copies of billing records to predefined "carbon copy" servers. Additionally, if the primary and secondary servers are not responding, the NSE can store up to 2,000 billing records. The NSE regularly attempts to connect with the primary and



secondary severs. When a connection is re-established (with either server), the NSE sends the cached information to the server. Customers can be confident that their billing information is secure and that no transaction records are lost.

### Bridge Mode

This feature allows complete and unconditional access to devices. When Bridge Mode is enabled, your NSE-powered product is effectively transparent to the network in which it is located.

The NSE forwards any and all packets (except those addressed to the NSE network interface). The packets are unmodified and can be forwarded in both directions. The Bridge Mode function is a very useful feature when troubleshooting your entire network as it allows administrators to effectively "remove" your product from the network without physically disconnecting the unit.

### Class-Based Queueing

The Nomadix Class-Based Queueing feature provides the ability to define multiple groups (classes) of users. You can prioritized groups and guarantee minimum bandwidth on a per-group basis.

Users are added to classes, and rules are applied across the entire class. Each class has three configurable attributes:

- Priority
- Minimum Bandwidth
- Maximum Bandwidth

Class-based queueing does not apply rules to individual users. You may use bandwidth limits to restrict individual users, if desired.

Class-based queueing does not provide application-level (layer 7) throttling or class of service.

**Use Case: Property has 100 Mbps WAN Link**

In this scenario, a property wishes to provide guaranteed minimum bandwidth and prioritize traffic across three groups: Conference, Guest Room, Public Areas. The property can configure class-based queuing according to the following table.

| Class | Priority | Minimum | Maximum | User Bandwidth Limit** |
|-------|----------|---------|---------|------------------------|
| Conference | 1 | 30 Mbps | 100 Mbps | 5 Mbps |



| Class | Priority | Minimum | Maximum | User Bandwidth Limit** |
|-------|----------|---------|---------|------------------------|
| Guest Room | 2 | 50 Mbps | 100 Mbps | 5 Mbps |
| Public | 3 | 20 Mbps | 100 Mbps | 3 Mbps |

 User Bandwidth Limit is not an attribute of Class Based Queueing, but can be applied (if desired) using existing Bandwidth Limit functionality.

The sum of minimums across all classes should not exceed the total available bandwidth.

It is generally recommended to set the Maximum to equal the total available bandwidth across all classes. This allows all classes to take advantage of the full bandwidth when there is no contention.

With the above configuration, each of the three classes may utilize the entire available bandwidth when there is no contention. But whenever contention occurs, bandwidth will be allocated according to priority and minimum guarantee.

For example, if there are no users in the Conference Class, then the Guest Room and Public Classes can use 100% of the bandwidth. If there is contention between the two, then the Guest Room class will be allocated up to 80Mbps (because it has a higher priority), with 20Mbps taken by the Public class (its minimum guarantee). If, however, there were no users in the Public class, then the Guest Room class could take 100% of the bandwidth (100Mbps).

If users are introduced into the Conference class (Priority 1), and this creates contention, then they will take bandwidth away from each of the other two classes until each reaches its minimum.

**Example Illustration of Class-Based Queueing**

The following diagram demonstrates the effect of Class Based Queueing with a saturated link of 200Mbps, and three classes defined with minimum guarantees of 100Mbps (Meeting Room), 60Mpbs (VIP Guests), and 40Mbps (Lobby).

Note the following over time:

- When only Lobby class subscribers are on the network, all available bandwidth is allocated to Lobby class subscribers.

- As VIP Guests join the network, bandwidth is allocated from Lobby class to VIP Guests, until the Lobby bandwidth drops to its minimum guarantee of 40Mbps.

- As Meeting Room subscribers join the network, the Lobby bandwidth is already at its minimum guarantee. Bandwidth is allocated from VIP Guests to Meeting Room



ACCESS GATEWAY

subscribers, until bandwidth for VIP Guests reaches the minimum guarantee of 60Mbps and Meeting Room reaches its minimum guarantee of 100Mbps.



**Example Illustration of Weighted Fair Queueing and Class-Based Queueing**

This example demonstrates the effects of using Weighted Fair Queueing and Class-Based Queueing together. In this example configuration, these parameters apply:

- A single WAN interface with a global upper limit of 900M

- 600 total subscribers; 200 with upper bandwidth of 2M, 200 with upper bandwidth of 4M, 200 with upper bandwidth of 6M

- Two classes:

  - Class1: Priority 1, Minimum = 400M, Maximum = 900M

  - Class2: Priority 2, Minimum = 200M, Maximum = 900M

- 100 subscribers with each limit are assigned to Class1, and 100 to Class2



- Class2 subscribers begin running first, followed by those in Class1 about a minute later.

The subscribers in Class2 initially receive all of the available bandwidth, weighted correctly. As Class1 subscribers connect, the Class2 subscribers are driven to the minimum of 200M, still weighted correctly. At that point the Class1 subscribers receive all remaining bandwidth (about 700M), also weighted correctly.



### Notes and Cautions

Exercise caution in mixing subscribers with and without class membership. Subscribers with no class membership are automatically assigned a priority of eight the lowest priority and have no minimum bandwidth.

If higher priority classes are not assigned a maximum bandwidth cap, it is possible that unassigned subscribers will be completely starved for bandwidth.

In a mixed user environment, care should be taken to ensure top priority classes have sensible maximum thresholds. To take advantage of the class bandwidth queuing one should assign subscribers to a minimum bandwidth and specific class.

When running Class-Based Queueing concurrently with Weighted Fair Queueing, the NSE will maintain the weighting when multiple WAN interfaces with Load Balancing are configured. The upper bandwidth limit is constrained by the the maximum bandwidth that the platform will support.

See also "Class-Based Queueing" on page 102.

## Command Line Interface

The Command Line Interface (CLI) is a character-based user interface that can be accessed remotely or via a direct cable connection. Until your Nomadix product is up and running on the network, the CLI is the Network Administrator's window to the system. Software upgrades can only be performed from the CLI.

See also "The Management Interfaces (CLI and Web)" on page 56.

## Credit Card

The Credit Card provides a secure interface over SSL to enable billing via a credit card for High Speed Internet Access (HSIA).

See also:

- "Secure Socket Layer (SSL)" on page 25.

## Daylight Savings Time and IANA Time Zone Support

Time configuration includes support for configuration by region/city, automatic daylight savings time adjustment, and official IANA (iana.org) time zones.

## Dynamic Address Translation™

Dynamic Address Translation (DAT) enables transparent broadband network connectivity, covering all types of IP configurations (static IP, DHCP, DNS), regardless of the platform or the operating system used—ensuring that everyone gets access to the network without the need for changes to their computer's configuration settings or client-side software. The NSE supports both PPTP and IPSec VPNs in a manner that is transparent to the user and that provides a more secure standard connection. See also, "Transparent Connectivity" on page 5.



### Dynamic Transparent Proxy

The NSE directs all HTTP and HTTPS proxy requests through an internal proxy which is transparent to subscribers (no need for users to perform any reconfiguration tasks). Uniquely, the NSE also supports clients that dynamically change their browser status from non-proxy to proxy, or vice versa. In addition, the NSE supports proxy ports 80, 800-900, 911 and 990 as well as all unassigned ports (for example, ports above 1024), thus ensuring far fewer proxy related support calls than competitive products.

### End User Licensee Count

The NSE supports a range of simultaneous user counts depending on the Nomadix Access Gateway you choose. In addition, depending on your platform, various user count upgrades are available for each of our NSE-powered products that allow you to increase the simultaneous user count.

### External Web Server Mode

The External Web Server (EWS) interface is for customers who want to develop and use their own content. It allows you to create a "richer" environment than is possible with your product's embedded Internal Web Server.

The advantages of using an External Web Server are:

- Manage frequently changing content from one location.

- Serve different pages depending on site, sub-location (for example, VLAN), and user.

- Take advantage of the comprehensive Nomadix XML API to implement more complex billing plans.

- Recycle existing Web page content for the centrally hosted portal page.

If you choose to use the EWS interface, Nomadix Technical Support can provide you with sample scripts. See also, "Contact Information" on page 347.

### Facebook Authentication

You may provide Facebook authentication for facility guests. Login with Facebook is a 2-step process. A user must first click the New User button on the Nomadix splash screen:





Then the user must click the "Log in with Facebook" button:



Several configuration steps are required to support Facebook authentication. See the following sections for specific instructions:

- "Defining the AAA Services {AAA}" on page 80

- "Assigning Passthrough Addresses {Passthrough Addresses}" on page 137

- "Defining the Billing Options {Billing Options}" on page 215

- "Adding and Updating Port-Location Assignments {Add}" on page 190



### Home Page Redirect

The NSE supports a comprehensive HTTP redirect logic that allows network administrators to define multiple instances to intercept the browser's request and replace it with freely configurable URLs.

Portal page redirect enables redirection to a portal page **before** the authentication process. This means that anyone will get redirected to a Web page to establish an account, select a service plan, and pay for access. Home Page redirect enables redirection to a page **after** the authentication process (for example, to welcome a specific user to the service—after the user has been identified by the authentication process. See also, "Portal Page Redirect" on page 22.

### iNAT™

Nomadix invented a new way of intelligently supporting multiple VPN connections to the same termination at the same time (iNAT™), thus solving a key problem of many public access networks.

Nomadix' patented iNAT™ (intelligent Network Address Translation) feature contains an advanced, real-time translation engine that analyzes all data packets being communicated between the private address realm and the public address realm.

The NSE performs a defined mode of network address translation based on packet type and protocol (for example, ISAKMP, etc.). UDP packet fragmentation is supported to provide more seamless translation engine for certificate-based VPN connections.

If address translation is needed to ensure the success of a specific application (for example, multiple users trying to access the same VPN termination server at the same time), the packet engine selects an IP address from a freely definable pool of publicly routable IP addresses. The same public IP address can be used as a source IP to support concurrent tunnels to different termination devices—offering unmatched efficiency in the utilization of costly public IP addresses. If the protocol type can be supported without the use of a public IP (for example, HTTP, FTP), our proven Dynamic Address Translation™ functionality continues to be used.

Some of the benefits of iNAT™ include:

- Improves the success rate of VPN connectivity by misconfigured users, thus reducing customer support costs and boosting customer satisfaction.

- Maintains the security benefits of traditional address translation technologies while enabling secure VPN connections for mobile workers accessing corporate resources from a public access location.

- Dynamically adjusts the mode of address translation during the user's session, depending on the packet type.

- Supports users with static private IP addresses (for example, 192.168.x.x) or public (different subnet) IP addresses without any changes to the client IP settings.

- Dramatically heightens the reusability factor of costly public IP addresses.

### *Information and Control Console*

The Nomadix ICC is a HTML-based pop-up window that is presented to subscribers with their Web browser. The ICC allows subscribers to select their bandwidth and billing options quickly and efficiently from a simple pull-down menu. For credit card accounts, the ICC displays a dynamic "time" field to inform subscribers of the time remaining on their account.



Information and Control Console (ICC)

Additionally, the ICC contains multiple opportunities for an operator to display its branding or the branding of partners during the user's session, as well as display advertising banners and present a choice of redirection options to their subscribers.

See also:

- 5-Step Service Branding
- Logout Pop-Up Window
- Information and Control Console

### *Initial NSE Configuration*

See "Installing the Access Gateway" on page 45 for initial installation and configuration instructions.

### *Internal Web Server*

The NSE offers an embedded Internal Web Server (IWS) to deliver Web pages stored in flash memory. These Web pages are configurable by the system administrator by selecting various parameters to be displayed on the internal pages. When providers or HotSpot owners do not want to develop their own content, the IWS is the answer. A banner at the top of each IWS page is configurable and contains the customer's company logo or any other image file they desire.



To support PDAs and other hand-held devices, the NSE automatically formats the IWS pages to a screen size that is optimal for the particular device being used.

See also:

- 5-Step Service Branding.
- International Language Support.

### International Language Support

The NSE allows you to define the text displayed to your users by the IWS without any HTML or ASP knowledge. The language you select determines the language encoding that the IWS instructs the browser to use.

The available language options are:

- English
- Chinese (Big 5)
- French
- German
- Japanese (Shift_JIS)
- Spanish

For localizing the user-facing text into other languages, the following character sets are supported:

- Western ISO-8859-1
- Chinese (Big5, EUC-CN, EUC-TW, GB2312)
- Japanese (EUC-JP, ISO-2022-JP, Shift_JIS)
- Korean (EUC-KR, ISO-2022-KR, KS_C_5601)
- UTF-8

See "Defining Languages {Language Support}" on page 229 for language configuration information.

You also can change the language of the Web Management Interface text. See "Selecting the language of the Web Management Interface" on page 78. English and Chinese (simplified) interfaces are supported.

Access Gateway

### IP Upsell

System administrators can set two different DHCP pools for the same physical LAN. When DHCP subscribers select a service plan with a public pool address, the NSE associates their MAC address with their public IP address for the duration of the service level agreement. The opposite is true if they select a plan with a private pool address. This feature enables a competitive solution and is an instant revenue generator for ISPs.

The IP Upsell feature solves a number of connectivity problems, especially with regard to certain video conferencing and online gaming applications.

You have additional flexibility for configuring up sell scenarios. Users can be assigned WAN's of different bandwidth capabilities; for example, hotel guests with loyalty memberships can qualify for premium services.

### Load Balancing

Load balancing is available as an optional module. See "Load Balancing and Link Failover" on page 34 for a more complete description and typical use cases.

### Logout Pop-Up Window

As an alternative to the ICC, the NSE delivers a HTML-based pop-up window with the following functions:

- Provides the opportunity to display a single logo.
- Displays the session's elapsed/count-down time.
- Presents an explicit Logout button.

See also, "Information and Control Console" on page 19.

### MAC Filtering

MAC Filtering enhances Nomadix' access control technology by allowing system administrators to block malicious users based on their MAC address. Up to 50 MAC addresses can be blocked at any one time. See also, "Session Rate Limiting (SRL)" on page 26.

### Multi-Level Administration Support

The NSE allows you to define 2 concurrent access levels to differentiate between managers and operators, where managers are permitted read/write access and operators are restricted to read access only.



Once the logins have been assigned, managers have the ability to perform all write commands (Submit, Reset, Reboot, Add, Delete, etc.), but operators cannot change any system settings. When Administration Concurrency is enabled, one manager and three operators can access the Access Gateway platform at any one time.

### Multi-WAN Interface Management

The NSE supports multiple independently configurable WAN interfaces, to optimize ISP resource allocation, and provide load balancing (optional), fail-over and upsell capabilities.

### NTP Support

The NSE supports Network Time Protocol (NTP), an Internet standard protocol that assures accurate synchronization (to the millisecond) of computer clock times in a network of computers. NTP synchronizes the client's clock to the U.S. Naval Observatory master clocks. Running as a continuous background client program on a computer, NTP sends periodic time requests to servers, obtaining server time stamps and using them to adjust the client's clock.

### Portal Page Redirect

The NSE contains a comprehensive HTTP page redirection logic that allows for a page redirect **before** (Portal Page Redirect) and/or **after** the authentication process (Home Page Redirect). As part of the Portal Page Redirect feature, the NSE can send a defined set of parameters to the portal page redirection logic that allows an External Web Server to perform a redirection based on:

- Access Gateway ID and IP Address
- Origin Server
- Port Location
- Subscriber MAC address
- Externally hosted RADIUS login failure page

This means that the network administrator can now perform location-specific service branding (for example, an airport lounge) from a centralized Web server.

See also, "Adding and Updating Port-Location Assignments {Add}" on page 190.

### RADIUS-driven Auto Configuration

Nomadix' unique RADIUS-driven Auto Configuration functionality utilizes the existing infrastructure of a mobile operator to provide an effortless and rapid method for configuring devices for fast network roll-outs. Once configured, this methodology can also be effectively

used to centrally manage configuration profiles for all Nomadix devices in the public access network.

Two subsequent events drive the automatic configuration of Nomadix devices:

1.  A flow of RADIUS Authentication Request and Reply messages between the Nomadix gateway and the centralized RADIUS server that specifies the location of the meta configuration file (containing a listing of the individual configuration files and their download frequency status) are downloaded from an FTP server into the flash of the Nomadix device.

2.  Defines the automated login into the centralized FTP server and the actual download process into the flash.

Optionally, the RADIUS authentication process and FTP download can be secured by sending the traffic through a peer-to-peer IPSec tunnel established by the Nomadix gateway and terminated at the NOC (Network Operations Center). See also, "Secure Management" on page 24.

## RADIUS Client

Nomadix offers an integrated RADIUS (Remote Authentication Dial-In User Service) client with the NSE allowing service providers to track or bill users based on the number of connections, location of the connection, bytes sent and received, connect time, etc. The customer database can exist in a central RADIUS server, along with associated attributes for each user. When a customer connects into the network, the RADIUS client authenticates the customer with the RADIUS server, applies associated attributes stored in that customer's profile, and logs their activity (including bytes transferred, connect time, etc.). The NSE's RADIUS implementation also handles vendor specific attributes (VSAs), required by WISPs that want to enable more advanced services and billing schemes, such as a per device/per month connectivity fee.

## RADIUS Proxy

The RADIUS Proxy feature relays authentication and accounting packets between the parties performing the authentication process. Different realms can be set up to directly channel RADIUS messages to the various RADIUS servers. This functionality can be effectively deployed to:

- Support a wholesale WISP model directly from the edge without the need for any centralized AAA proxy infrastructure.

- Support EAP authenticators (for example, WLAN APs) on the subscriber-side of the NSE to transparently proxy all EAP types (TLS, SIM, etc.) and to allow for the distribution of per-session keys to EAP authenticators and supplicants.

---



### *Realm-Based Routing*

Realm-Based Routing provides advanced NAI (Network Access Identifier) routing capabilities, enabling multiple service providers to share a HotSpot location, further supporting a Wi-Fi wholesale model. This functionality allows users to interact only with their chosen provider in a seamless and transparent manner.

The Access Gateway can route RADIUS messages depending on the Network Access Identifier (NAI). Both prefix-based (for example, *ISP/username@ISP.net*) and suffix-based (*username@ISP.net*) NAI routing mechanisms are supported. Together, the RADIUS Proxy and Realm-Based Routing further support the deployment of the Wholesale Wi-Fi™ model allowing multiple providers to service one location.

### *Remember Me and RADIUS Re-Authentication*

The NSE's Internal Web Server (IWS) stores encrypted login cookies in the browser to remember logins, using usernames and passwords. This "Remember Me" functionality creates a more efficient and better user experience in wireless networks.

RADIUS Re-Authentication allows the Access Gateway to store the RADIUS credentials of specific devices for a configurable period of time. This helps devices to seamlessly leave and then reconnect to the guest network and retain their RADIUS parameters without requiring another manual login. See also "Defining the RADIUS Client Settings {RADIUS Client}" on page 154.

### *Secure Management*

There are many different ways to configure, manage and monitor the performance and up-time of network devices. SNMP, Telnet, HTTP and ICMP are all common protocols to accomplish network management objectives. And within those objectives is the requirement to provide the highest level of security possible.

While several network protocols have evolved that offer some level of security and data encryption, the preferred method for attaining maximum security across all network devices is to establish an IPSec tunnel between the NOC (Network Operations Center) and the edge device (early VPN protocols such as PPTP have been widely discredited as a secure tunneling method).

As part of Nomadix' commitment to provide outstanding carrier-class network management capabilities to its family of public access gateways, we offer secure management through the NSE's standards-driven, peer-to-peer IPSec tunneling with strong data encryption. Establishing the IPSec tunnel not only allows for the secure management of the Nomadix gateway using any preferred management protocol, but also the secure management of third party devices (for example, WLAN Access Points and 802.3 switches) on private subnets on the subscriber side of the Nomadix gateway. See also, "Defining IPSec Tunnel Settings {IPSec}" on page 122.

ACCESS GATEWAY

Two subsequent events drive the secure management function of the Nomadix gateway and the devices behind it:

1. Establishing an IPSec tunnel to a centralized IPSec termination server (for example, Nortel Contivity). As part of the session establishment process, key tunnel parameters are exchanged (for example, Hash Algorithm, Security Association Lifetimes, etc.).

2. The exchange of management traffic, either originating at the NOC or from the edge device through the IPSec tunnel. Alternatively, AAA data such as RADIUS Authentication and Accounting traffic can be sent through the IPSec tunnel. See also, "RADIUS Client" on page 23.

The advantage of using IPSec is that all types of management traffic are supported, including the following typical examples:

- ICMP - PING from NOC to edge devices

- Telnet - Telnet from NOC to edge devices

- Web Management - HTTP access from NOC to edge devices

- SNMP

    - SNMP GET from NOC to subscriber-side device (for example, AP)

    - SNMP SET from NOC to subscriber-side device (for example, AP)

    - SNMP Trap from subscriber-side device (for example, AP) to NOC

### Secure Socket Layer (SSL)

This feature allows for the creation of an end-to-end encrypted link between your NSE-powered product and wireless clients by enabling the Internal Web Server (IWS) to display pages under a secure link—important when transmitting AAA information in a wireless network when using RADIUS.

SSL requires service providers to obtain digital certificates to create HTTPS pages. Instructions for obtaining certificates are provided by Nomadix.

### Secure XML API

XML (Extensible Markup Language) is used by the subscriber management module for user administration. The XML interface allows the NSE to accept and process XML commands from an external source. XML commands are sent over the network to your NSE-powered product which executes the commands, and returns data to the system that initiated the command request. XML enables solution providers to customize and enhance their product installations.



This feature allows the operator to use Nomadix' popular XML API using the built-in SSL certificate functionality in the NSE so that parameters passed between the Gateway and the centralized Web server are secured via SSL.

 *If you plan to implement XML for external billing, please contact technical support for the XML specification of your product. Refer to* "Contact Information" on page 347.

### Session Rate Limiting (SRL)

Session Rate Limiting (SRL) significantly reduces the risk of "Denial of Service" attacks by allowing administrators to limit the number sessions any one user can take over a given time period and, if necessary, then block malicious users.

### Session Termination Redirect

Once connected to the public access network, the NSE will automatically redirect the customer to a Web site for local or personalized services if the customer logs out or the customer's account expires while online and the goodbye page is enabled. In addition, the NSE also provides pre- and post-authentication redirects as well as one at session termination.

### Smart Client Support

The NSE supports authentication mechanisms used by Smart Clients by companies such as Adjungo Networks, Boingo Wireless, GRIC and iPass.

### SNMP Nomadix Private MIB

Nomadix' Access Gateways can be easily managed over the Internet with an SNMP client manager (for example, HP OpenView or Castle Rock). See "Using an SNMP Manager" on page 79.

To take advantage of the functionality provided with Nomadix' private MIB (Management Information Base), to view and manage SNMP objects on your product, see "Installing the Nomadix Private MIB" on page 74.

### Static Port Mapping

This feature allows the network administrator to setup a port mapping scheme that forwards packets received on a specific port to a particular static IP (typically private and misconfigured) and port number on the subscriber side of the NSE. The advantage for the network

ACCESS GATEWAY

administrator is that free private IP addresses can be used to manage devices (such as Access Points) on the subscriber side of the NSE without setting them up with Public IP addresses.

## Tri-Mode Authentication

The NSE enables multiple authentication models providing the maximum amount of flexibility to the end user and to the operator by supporting any type of client entering their network and any type of business relationship on the back end. For example, in addition to supporting the secure browser-based Universal Access Method (UAM) via SSL, Nomadix is the only company to simultaneously support port-based authentication using IEEE 802.1x and authentication mechanisms used by Smart Clients. MAC-based authentication is also available.

See also:

- Access Control and Authentication
- Smart Client Support

## URL Filtering

The NSE can restrict access to specified Web sites based on URLs defined by the system administrator. URL filtering will block access to a list of sites and/or domains entered by the administrator using the following three methods:

- Host IP address (for example, 1.2.3.4).
- Host DNS name (for example, www.yahoo.com).
- DNS domain name (for example, *.yahoo.com, meaning all sites under the yahoo.com hierarchy, such as finance.yahoo.com, sports.yahoo.com, etc.).

The system administrator can dynamically add or remove up to 300 specific IP addresses and domain names to be filtered for each property.

## Walled Garden

The NSE provides up to 300 IP passthrough addresses (and/or DNS entries), allowing you to create a "Walled Garden" within the Internet where unauthenticated users can be granted or denied access to sites of your choosing.

---



### *Web Management Interface*

Nomadix' Access Gateways can be managed remotely via the built-in Web Management Interface where various levels of administration can be established. See also, "Using the Web Management Interface (WMI)" on page 78.

### *Weighted Fair Queueing*

Weighted Fair Queueing allocates bandwidth to individual users or groups in proportion to their individual or group bandwidth limits. Weighted Fair Queueing provides a fall-back in an over-subscribed scenario.

#### *Example Scenario*

Your facility has a 150 Mbps internet connection. You have 100 subscribers with a basic plan with 1M up/down bandwidth limits, and 100 subscribers with a premium plan with 2M up/down speeds

At full capacity, your 200 subscribers will consume 300 Mbps. However, the total available bandwidth is only 150 Mbps.

When WFQ is ON, the premium subscribers will get a total bandwidth of 100 MB. And regular subscribers will get a total bandwidth of 50MB only. The ratio of bandwidth utilization between the premium subscribers and regular subscribers remains 2:1.



ACCESS GATEWAY

## Optional NSE Modules

### *Load Balancing*

 *Load Balancing requires an optional NSE product license*

With the Load Balancing Module, Internet traffic is balanced across multiple WAN/ISP connections to ensure that traffic is distributed based on the capability of each connection. For example, organizations may wish to balance traffic between a low-cost DSL WAN/ISP and one high-performance, high-capacity WAN/ISP. This is of value when multiple links are used to optimize cost for Internet service, such as balancing traffic between one low-cost DSL WAN/ISP and one high-performance, high-capacity WAN/ISP. Hotels may also use this capability to provide tiered services reflecting the capacity of the WAN/ISP connection.

The Link Failover feature of the Load Balancing Module is designed to improve business continuity. In the event that one or more links fail, traffic is seamlessly rerouted to the remaining surviving links without lapse of service. When the failed links recover, the NSE routes new connections toward the now-working links until a normal, balanced configuration is reached.

For details of the Load Balancing capabilities and sample use cases, see "Load Balancing and Link Failover" on page 34.

### *Hospitality Module*

The optional Hospitality Module provides the widest range of Property Management System (PMS) interfaces to enable in-room guest billing for High Speed Internet Access (HSIA) service. This module also includes 2-Way PMS interface capability for in-room billing in a Wi-Fi enabled network. In addition, the Hospitality Module includes the Bill Mirror functionality for posting of billing records to multiple sources. With this module, the NSE also supports billing over a TCP/IP connection to select PMS interfaces.

By integrating with a hotel's PMS, your NSE-powered product can post charges for Internet access directly to a guest's hotel bill. In this case, the guest is billed only once. The NSE outputs a call accounting record to the PMS system whenever a subscriber purchases Internet service and decides to post the charges to their room. Nomadix' Access Gateways are equipped with a serial PMS interface port to facilitate connectivity with a customer's Property Management System.

 *Some Property Management Systems may require you to obtain a license before integrating the PMS with the Access Gateway. Check with the PMS vendor.*



## High Availability Module

 *Your product license may not support this feature.*

The optional High Availability Module offers enhanced network uptime and service availability when delivering high-quality Wi-Fi service by providing Fail-Over functionality. This module allows a secondary Nomadix Access Gateway to be placed in the network that can take over if the primary device fails, ensuring Wi-Fi service remains uninterrupted.

ACCESS GATEWAY                                    

# Network Architecture (Sample)

The Access Gateway can be deployed effectively in a variety of wireless and wired broadband environments where there are many users—usually mobile—who need high speed access to the Internet.

The following example shows a potential Hospitality application:





# Multiple Unit Clustering

In the recent past, it was necessary to segment the network to serve a number of subscribers that exceed the user count on a Nomadix gateway. Now with clustering all subscribers can be on the same segment, as the subscribers are distributed across multiple gateways. A large number of subscribers can be distributed to as many as 256 gateways, thus providing a design capacity of two million subscribers.

One can scale the cluster up and down just by adding gateways or removing gateways. Remember that a subscriber and the subscriber's MAC address are positioned in a specific gateway, so changing the number of gateways will require the gateways to reconfigure, and their current subscriber table updated.   If a prepaid subscriber exists in a radius or authentication file, this prepayment will be lost. It is recommended that prepayment situations should be avoided.

The cluster will distribute the subscribers MAC addresses according to a modulus calculation based on the last three bytes of the MAC address of the subscriber. The result will determine which gateway will support that MAC address while the other gateways ignore the traffic for the MAC.

There is currently no failover in support of clustering. The following other NSE features are not compatible with clustering:

- Proxy ARP for device
- Routed subscribers

### Identifying the Resident Gateway in a Cluster Environment

To diagnose device connection problems in a cluster environment, you must identify the resident gateway. For a given MAC address, you can determine the gateway as follows. You will need the last three bytes of the device MAC address and the total number of gateways.

Convert the hex bytes to decimal:

1. Using the Windows Calculator in programmer mode

2. In hex mode, input the last three bytes of the MAC address

3. Convert to decimal by using that function on the calculator

The resident gateway is the (decimal bytes) modulus (the total number of gateways), plus 1.

ACCESS GATEWAY 

The following graphic illustrates a clustering scenario with 12,000 users and three gateways.





# Load Balancing and Link Failover

The NSE supports individual configuration of multiple WANs on an Access Gateway (supported on AG2400, AG5600, AG5800, and AG5900 hardware). Hotels can use this capability in a number of ways, including load balancing, failure protection, and subscriber allocation.

This section provides use cases and scenarios to help you consider the full advantage of these capabilities.

## *Definitions and Concepts*

### Load Balancing

Load balancing refers to the general process of balancing user traffic across multiple ISP connections. All load-balancing appliances, as well as the Nomadix NSE, support load balancing.

### Link Aggregation

Link aggregation refers to the process of connecting multiple ISP connections to an appliance and having the sum of all of the ISP bandwidth available to be shared across all users. However, one individual connection is limited to the speed of the ISP connection that is currently being used. For example, a hotel may aggregate 5 x 1.5Mbps DSL connections together. This means that a total of 7.5Mbps of bandwidth is available to be shared across all users, but a single user can receive a maximum of 1.5Mbps. All load-balancing appliances, as well as the Nomadix NSE, support link aggregation. In most cases, link aggregation and load balancing is effectively the same thing.

### Link Failover

Link failover (sometimes referred to ISP redundancy) is the process of providing a second (or occasionally a third or more) ISP link as a back up to the primary ISP link. In the event that the primary link fails, all traffic is re-routed to the backup link, until such time as the primary link becomes available.

### Combined Load Balancing and Link Failover

This is the process where both load balancing and link failover are combined together. It represents the best of both worlds. Where multiple ISP links are used in load balancing mode, in the event that one or more links fail, all traffic is automatically rerouted to the remaining surviving links. When the failed links recover, new connections are routed toward these until the normal balanced configuration is reached.

**ISP link selection Criteria**

In a load-balancing scenario, some criteria must be used to decide which ISP is selected for outgoing traffic. There a number of factors that influence this decision, including:

- Identity of the users: Is a random ISP section used or is it desirable to have certain users steered toward a particular ISP?

- For random ISP: Whether subscriber, destination address or session-based link selection is used?

*User-Based ISP Selection versus Random ISP Selection*

User-based ISP selection is the process whereby the ISP link that is selected in a load-balanced environment is based on the identity of the user. For example, all users from guest rooms may be steered toward one ISP link, and all meeting room users steered toward another ISP link that is only used for meetings and conferences.

The alternative is to use random ISP selection, whereby the load balancer or NSE selects the ISP to be used according to the current load conditions. The Nomadix NSE uses random ISP selection by default.

**Link Availability Detection Method and Time**

Load balancing and failover requires some form of monitoring of each ISP link to determine its availability for executing load balancing and failover decisions. Generally, link monitoring is accomplished by two different methods:

1. Periodic probing of predefined hosts using HTTP or ICMP ping requests.

2. Periodic DNS queries to the DNS servers provided by each ISP.

The period between successive link tests is usually configured, and is typically set to between 30 seconds and 60 seconds. This represents the maximum time for which a user will remain connected to a failed ISP connection before being re-routed to a working ISP link in an ISP failure scenario.

*Traffic Balancing and Weighting*

Load balancers have some form of weighting of traffic between links to achieve a desired balance scenario. With the Nomadix NSE, traffic is balanced by individual subscriber numbers, and weighted according to the speed of the ISP connected to each port. For example, if an NSE has 2 x 10M links connected and currently has 100 active subscribers, then 50 users would be connected to each link. If the ISP links were 10 Mbps and 40Mbps, then 20 users would be connected to the 10M link and 80 users to the 40M link, and so on.



**Load Rebalancing upon Link Recovery**

Load balancing and failover with well-configured link availability detection provides fast and effective recovery from ISP link failure occurrences. Additional consideration must be made as to what actions should be taken when a failed ISP link recovers. The Nomadix approach is to rebalance as the ISP links change, thus making sure the maximum level of service is always provided. There is a small yet important waiting time to ensure changing links is kept to a minimum.

**Load Balancing and Failure Considerations**

**1.** Is load balancing or just ISP failover required?

**2.** Is aggregation of multiple low-speed links required?

**3.** How reliable are different local ISP services?

**4.** What are the relative costs of different ISP services?

**5.** Do ISP links need to be shared between guest and back-office users?

**6.** Is there a requirement to have certain users connected to a particular ISP?

1. It may be a requirement to provide just a backup service to the primary ISP service in the case that the main HSIA ISP fails. The backup service may be on a pay-to-use basis through a 3G or 4G wireless modem, or be a low-cost, lower-tier service, such as a cable modem service, that is only used when the main ISP link is down, on the basis that providing a reduced HSIA service is better than no service at all when the main ISP link is down. Alternatively, the organization may have multiple ISP links, and wants to be able to fully utilize all of them under normal conditions. The Nomadix NSE supports both failover only and combined load balancing with failover.

2. In some instances, suitable high-speed internet services required to meet the aggregate needs of the organization may not be available or are simply too expensive. In this case it may be desirable to aggregate multiple lower-cost, lower-speed lines together. The Nomadix AG2400 and AG5600 can aggregate services from up to three ISP links; the AG5800 and AG5900 can handle up to five links.

3. It is important to consider the relative quality of each ISP link. If a second link is much lower quality than the main ISP link, then it should only be used as a back-up link in failover mode, and not in a load-balanced environment. If the quality of the links is much the same, then load balancing with failover should be used.

4. It is important to consider the relative cost of links. If all links have a fixed monthly charge, then ideally they should be used in a load-balanced mode, so that costly links are not sitting unused most of the time. But if an ISP link has a relatively low monthly charge with high per-megabyte data usage charges, then it should only be used in failover mode as a backup to a main ISP link.

ACCESS GATEWAY

5. It may be requirement to share ISP bandwidth between Guest HSIA and Hotel Admin networks, or have each network available as a fall-back network for the other. Both scenarios can be handled with the Nomadix NSE.

6. It may be desirable to have certain users connected to a particular ISP link, and other users connected to a different ISP link. The Nomadix NSE provides a "preferred WAN" radius attribute (VSA). For example, paying users may be connected to an expensive high-quality link, with free users connected to a lower-quality link, with link failover still available if the preferred link fails.

Some examples of typical common deployment scenarios are outlined below: These are just examples and other deployment scenarios can be handled, as well.

### Load Balancing across Multiple Low Speed Links

In this example, an establishment has access to only low-speed, DSL-based ISP circuits and wishes to aggregate five such links together. The Nomadix NSE is configured with load balancing between all links.



### Failover to Standby ISP Link

In this example, the organization has a high-quality 100M Ethernet service. But to guarantee continuous HSIA service, the organization has a back-up ISP service from a low-cost wireless



provider, which charges on a data volume basis. The organization only wishes for this link to be used when the main ISP circuit is not available.

The Nomadix NSE is configured for failover only from the WAN to port Eth2 on the NSE.



### Separate Guest HSIA and Admin ISP Links, with Failover Between Each ISP Link

In this scenario, the hotel has separate HSIA and Hotel Admin ISP circuits. Under normal circumstances, Guests will be connected to the Guest HSIA ISP, and Hotel Admin users will connect to the Admin ISP. If either link fails, then failover to the other link will occur. If the Guest HSIA link fails, the guests will be connected to the Admin ISP link until the Guest HSIA link is restored. If the Admin ISP link fails, the Admin users will be connected to the Guest HSIA link until the Admin ISP is restored

The Nomadix NSE is configured with load balancing and failover. All Guests use ISP 1 as the preferred WAN, the Admin network router uses ISP2 as the preferred WAN.





## Guest HSIA Failover Only, to Admin Network

In this scenario, the hotel has separate ISP circuits for the Guest HSIA network and Hotel Admin network. The hotel wants the Admin network to be available as a back-up link in case the Guest HSIA ISP link fails. There is no back-up for the Admin ISP network.

The Nomadix NSE is configured with link failover between the WAN port and port ETH2, which is connected to the hotel Admin network router.





### Sharing Guest HSIA Network and Hotel Admin Network Among Multiple ISP Links

In this scenario, multiple ISP links are connected to the Nomadix NSE, in a similar method to the first scenario, but both the guest HSIA network and the Hotel Admin network are connected to the NSE and share the aggregate bandwidth of the combined ISP links.

The Nomadix NSE is configured for load balancing, and the back office router's MAC address is registered in as a device in the NSE with an appropriate bandwidth limit.







### *Load Balancing With Users Connected to a Preferred ISP Link*

In this scenario the hotel has purchased 2 x ISP links for guest HSIA. One is a high-quality, high-cost "business grade" ISP circuit, and the other is a low-cost, lower-grade domestic service provided by the local cable TV operator. The hotel has a number of bill plan options including free-to-use and pay-to-use premium plans. Under normal circumstances, the hotel wants guests who have selected a free plan to use the low-cost link, and guests who have selected a premium service to use the higher-cost, business-grade ISP connection. If either link fails, guest should fail over to the other links until the preferred link is restored.





ACCESS GATEWAY

## Online Help (WebHelp)

The Access Gateway incorporates an online Help system called "WebHelp" which is accessible through the Web Management Interface (when a remote Internet connection is established following a successful installation). WebHelp is HTML-based and can be viewed in a browser.

WebHelp is useful when you have an Internet connection to the Access Gateway and you want to access information quickly and efficiently. It contains all the information you will find in this User Guide.

For more information about WebHelp and other online documentation resources, go to "Online Documentation and Help" on page 59.

## Notes, Cautions, and Warnings

The following formats are used throughout this User Guide:

 *General notes and additional information that may be useful are indicated with a Note.*

 *Cautions and warnings are indicated with a Caution. Cautions and warnings provide important information to eliminate the risk of a system malfunction or possible damage.*

---



# 2

ACCESS GATEWAY

# *Installing the Access Gateway*

This section provides installation instructions for the hardware and software components of the Access Gateway. It also includes an overview of the management interface, some helpful hints for system administrators, and procedures. A Quick Reference Guide chapter is also provided in this document.



## Installation Workflow

The following flowchart illustrates the steps that are required to install and configure your Access Gateway successfully. Review the installation workflow before attempting to install the



Access Gateway on the customer's network.



ACCESS GATEWAY 

## Powering Up the System

Use this procedure to establish a direct cable connection between the Access Gateway and your laptop computer, and to power up the system.

1. Place the Access Gateway on a flat and stable work surface.

2. Connect the power cord.

3. Connect the RJ45 console cable between the Access Gateway's Console port and the female DB9 to the serial port or USB to serial adapter of your computer.

4. Turn on your computer and allow it to boot up.

5. Turn on the Access Gateway.



Connect the RJ45
console cable here

## User Manual and Documentation

The Nomadix product user manuals, product documentation and support files including MIB, XML DTD and sample dictionary files are located at the following URL:

http://www.nomadix.com/support

If you have any problems, please contact our technical support team at +1.818.575.2590, or email: support@nomadix.com.

This quick start document provides instructions and reference material for getting started with the Nomadix Access Gateway products, specifically the AG 2400, AG 5800, and AG5900.



## Start Here

1.  Unpack the Nomadix Access Gateway and place the product on a flat and stable work surface.

2.  Register the gateway for support services by completing and returning the Nomadix Gateway Registration Form; hardcopy enclosed or obtain the form online at http://www.nomadix.com/registration.

3.  Connect the power cord.

4.  Connect to the Access Gateway (AG). There are two ways to connect to the Access Gateway (AG):

    ● Serial Connection:

    Connect the RJ45 console cable to the product's console port and the DB9 female to your computer.

    Start a HyperTerminal (or equivalent) session to communicate with the AG via the product's console interface. Use the following configuration settings for your session:

    | Bits per Second | Data Bits | Parity | Stop Bits | Flow Control |
    |-----------------|-----------|--------|-----------|--------------|
    | 9600            | 8         | None   | 1         | None         |

    ● Subscriber-side Ethernet Connection:

    Connect an Ethernet cable between the product's **Eth1** port and your computer's Ethernet port.

5.  Setup a SSH client to establish a SSH session to communicate with the NSE gateway via the administrative IP address after the Access Gateway finishes powering up. The administrative IP address is 172.30.30.172.

    | | |
    |---|---|
    | IP Address | 172.30.30.173 |
    | Netmask | 255.255.0.0 |
    | Gateway | 172.30.30.172 |
    | DNS (If Required) | 4.2.2.1 |

6.  Turn on the product. You can then configure the WAN for a static IP address, DHCP Client or PPPoE client using appropriate configuration guidelines that follow in order to obtain



the license key. Once the key has been obtained, the web management interface (WMI) can be used to continue configuration.

**LCD Messages**

Some Access Gateway hardware models are equipped with an LCD panel, that displays the following system information:

- Platform and Firmware Version Installed
- Primary IP Address of the NSE
- NSE ID
- Active Subscribers.

# Configuration

Note: The WAN port of the AG must be connected to a live network that can access the Internet in order to retrieve the license key from the license key server.

Log in by typing **admin** then password: **admin**.  Type (**y**)es when prompted to configure settings.  The initial minimal WAN port configuration mode will be displayed as shown in Figure 1.

```
Ready.  Press enter to login.
NSE
Login: admin <Enter>
Password: ***** <Enter>


NO LICENSE KEY HAS BEEN ENTERED.  A LICENSE KEY MUST BE ENTERED
IN ORDER TO PROCEED WITH INSTALLATION.
SEE USER'S GUIDE FOR LICENSE KEY INFORMATION.


INSTALLATION WILL NOW TRY TO CONTACT THE NOMADIX LICENSE KEY SERVER.
IN ORDER TO PROCEED, THE NSE MUST BE ABLE TO CONNECT TO THE INTERNET.


DO YOU WANT TO CONFIGURE THE NSE'S IP AND DNS SETTINGS? [yes/no]: y


Configuring minimal WAN interface connectivity parameters:
Configuration Mode         [static]      (static, dhcp, pppoe) :
```
**Figure 1:** Initial minimal WAN port configuration.



Select the desired configuration mode and use the following steps to configure the WAN port for either Static IP, DHCP client or PPPoE.

### Step 1a: Static WAN IP Configuration

Accept **static** as the default configuration mode and enter the following **mandatory** settings shown in Figure 2.

```
Configuring minimal WAN interface connectivity parameters:
Configuration Mode [static ] (static, dhcp, pppoe) :
IP Address [10.0.0.10 ] : Your WAN IP address
Subnet Mask [255.255.255.0 ] : Your subnet mask
Gateway IP [10.0.0.1 ] : Your gateway IP address
WAN 802.1Q tagging [Disabled ] :
VLAN ID [1 ] :
DNS Domain Name [nomadix.com ] :
DNS Server 1 [0.0.0.2 ] : Your primary DNS IP
DNS Server 2 [0.0.0.0 ] :
    DNS Server 3 [0.0.0.0 ] :
```

**Figure 2**: Initial WAN port settings

A WAN port summary page will then be displayed as shown in Figure 3.

```
Port Name : WAN
Port Role : wanIf
Configuration Mode : static
IP Address : Your IP address
Subnet Mask : Your subnet mask
Gateway IP : Your gateway IP addrss
WAN 802.1Q tagging : Disabled
VLAN ID : 1
DNS Domain Name : nomadix.com
DNS Server 1 : Your primary DNS IP address
DNS Server 2 :
DNS Server 3 : 0.0.0.0
Additional NAT IP addresses : Disabled
show all - Show all WAN Interface configuration
show interface <name> - Show a single WAN Interface configuration
modify interface <name> - Modify a single WAN Interface
configuration
```



```
Type b to go back, <esc> to abort, ? for help.
   Ethernet port/WAN interface configuration>
```

**Figure 3:** WAN port static IP configuration summary page.

If everything is correct in the summary, type (**b**)ack to return to the previous menu, and proceed to Step 2 to enter the location information.

Otherwise, select an option from the Ethernet port configuration menu to display or make changes to the WAN port settings.  When finished with the settings, type **b**(ack) to return to the previous menu, and go to Step 2.

### Step 1b: DHCP Client Configuration

Type (**d**)hcp for the configuration mode as shown in Figure 4.

```
Configuring minimal WAN interface connectivity parameters:
Configuration Mode [static ] (static, dhcp, pppoe) : d
WAN 802.1Q tagging [Disabled ] :
VLAN ID [1 ] :
   DNS Server 3 [0.0.0.0 ] :
```

**Figure 4**: Selecting DHCP Client for WAN configuration.

A WAN port summary page will then be displayed as shown in Figure 5.

```
Port Name : WAN
Port Role : wanIf
Configuration Mode : dhcp
IP Address : Your IP address
Subnet Mask : Your subnet mask
Gateway IP : Your gateway IP addrss
WAN 802.1Q tagging : Disabled
VLAN ID : 1
DNS Domain Name : Your domain name
DNS Server 1 : Your primary DNS IP address
DNS Server 2 :
DNS Server 3 : 0.0.0.0
Additional NAT IP addresses : Disabled
show all - Show all WAN Interface configuration
show interface <name> - Show a single WAN Interface configuration
modify interface <name> - Modify a single WAN Interface configuration
Type b to go back, <esc> to abort, ? for help.
   Ethernet port/WAN interface configuration>
```



**Figure 5:** WAN port DHCP client configuration summary page.

If everything is correct in the summary, type (**b**)ack to return to the previous menu, and proceed to step 2 to enter location information.

Otherwise, select an option from the Ethernet port configuration menu to display or make changes to the WAN port settings. When finished with settings, type **b**(ack) to return to the previous menu, and go to step 2.

### Step 1c: PPPoE Dynamic IP Client Configuration

Enter (**p**)ppoe when prompted.  Enter the following **mandatory** settings for a PPPoE connection with dynamic PPP IP configuration shown in Figure 6.

```
Configuring minimal WAN interface connectivity parameters:
Port Role [wanIf ] (outOfService, subscriberIf, w
anIf) :
Configuration Mode [static ] (static, dhcp, pppoe) : p
PPPoE Service Name [ ] : ("none" to clear) : Your Service
LCP Echo-Request Interval [30 ] :
Maximum LCP Non-responses [6 ] :
PPP Authentication User Name [ ] : ("none" to clear) : Your User Name
PPP Authentication Password [ ] : ("none" to clear) : Your Password
PPP IP Configuation Mode [dynamic ] (dynamic, static) :
PPP Static IP Address [0.0.0.0 ] :
PPP Maximum TCP MSS [1452 ] :
WAN 802.1Q tagging [Disabled ] :
VLAN ID [1 ] :
DNS Domain Name [nomadix.com ] :
DNS Server 3 [0.0.0.0 ] :
```
**Figure 6:** Selecting PPPoE with dynamic IP configuration.

A WAN port summary page will then be displayed as shown in Figure 7.

```
Port Name : WAN
Port Role : wanIf
Configuration Mode : pppoe
IP Address : Your IP address
Subnet Mask : Your subnet mask
Gateway IP : Your gateway
PPPoE Service Name : Your Service Name
LCP Echo-Request Interval : 30
Maximum LCP Non-responses : 6
```

```
PPP Authentication User Name : Your user name
PPP Authentication Password : Your password
PPP IP Configuation Mode : dynamic
PPP Static IP Address : 0.0.0.0
PPP Maximum TCP MSS : 1452
WAN 802.1Q tagging : Disabled
VLAN ID : 1
DNS Domain Name : Your domain name
DNS Server 1 : Your dns server IP address
DNS Server 2 : 0.0.0.0
DNS Server 3 : 0.0.0.0
Additional NAT IP addresses : Disabled
show all - Show all WAN Interface configuration
show interface <name> - Show a single WAN Interface configuration
modify interface <name> - Modify a single WAN Interface configuration
Type b to go back, <esc> to abort, ? for help.
    Ethernet port/WAN interface configuration>
```

**Figure 7:** WAN port PPPoE client configuration summary page.

If everything is correct in the summary, type (**b**)ack to return to the previous menu, and proceed to step 2 to enter location information.

Otherwise, select an option from the Ethernet port configuration menu to display or make changes to the WAN port settings. When finished with settings, type **b**(ack) to return to the previous menu, and go to step 2.

### Step 1d: PPPoE Static IP Client Configuration

Use the same steps for configuring dynamic PPPoE shown in Figure 6 above, but select **static** for *PPP IP Configuration Mode,* and enter **your IP address** for *PPP Static IP Address.* A summary page similar to Figure 7 above will be displayed.

If everything is correct in the summary, type (**b**)ack to return to the previous menu, and proceed to step 2 to enter location information.

Otherwise, select an option from the Ethernet port configuration menu to display or make changes to the WAN port settings. When finished with settings, type **b**(ack) to return to the previous menu, and go to step 2.

### Step 2:  Entering Your Location Information

You will be required to enter location information in order to obtain the license key. Enter the following **mandatory** location information details shown in Figure 8.



```
Ethernet port/WAN interface configuration>b
Please enter your Company Name [ ]: Your company name
Please enter your Site Name [ ]: Your site name
Please enter your Address (Line 1) [ ]:
(Line 2) [ ]:
(City) [ ]: Your site city
(State) [ ]: Your site state
(ZIP/Postal Code) [ ]:
(Country) [ ]: Your site country
Please enter your E-Mail Address [ ]: email address
Please select the venue type that most reflects your location
1. Apartment
...
25. Other
    Please enter a number from the above list: Venue Type
```

**Figure 8:** Site location details.

### Step 3:  Retrieving Your License Key

The system will now prompt you to accept or decline the End User License Agreement (EULA). You must accept the terms of the EULA before the AG can retrieve its license key. To retrieve the license key, enter (**y**)es as shown in Figure 9.  The AG retrieves the license key from the Nomadix license key server, then reboots.

```
PLEASE READ THE NOMADIX END USER LICENSE AGREEMENT ('AGREEMENT') INCLUDED
WITH THE NOMADIX PRODUCT.
BY USING THIS SOFTWARE, YOU INDICATE YOUR ACCEPTANCE OF THE AGREEMENT.
I AGREE TO THE TERMS AND CONDITIONS OF THE NOMADIX END USER LICENSE
AGREEMENT.
(Y)ES (N)O
y
The system will now try to contact the Nomadix License Key Server.
Please wait...
Received key from License Key Server.
    If the license key is successfully processed the unit will reboot...
```

**Figure 9**: License key retrieval

NOTE: The date and time Software License Subscription start date.

ACCESS GATEWAY



---

*Step 4:  Configuring the System*

You have now established a basic configuration for the AG that enables internet connectivity.

Before you can log into the AG and use the graphical Web Management Interface (WMI), you must disable subscriber-side HTTP:

1. Log in to the AG

2. Navigate to `Configuration` -> `Access Control` -> `Interface`

3. Press Enter until you reach `Subscriber-side HTTP`

4. Enter `disabled`

You can now use the graphical Web Management Interface (WMI) to configure the product's features.

*Step 5: Configuring AG DHCP Server Settings*

DHCP Server is enabled by default. To configure the DHCP Server, go to DHCP under the Configuration menu. You can either modify the default DHCP pool or delete/add another DHCP pool. The total lease pool size recommendation is 5 times more than the number of licensed subscribers.

| DHCP Parameter | Your Settings | Default Values |
|---|---|---|
| DHCP Services (Disable) | | no |
| DHCP Relay (Yes / No)<br>If No, skip to DHCP Server | | no |
| DHCP Relay Server IP Address | | blank |
| DHCP Relay Agent IP Address | | blank |
| DHCP Server (Yes / No)<br>Only if the DHCP Relay is disabled | | yes |
| DHCP Server IP Address | | 10. 0. 0.4 |
| DHCP Server Subnet Mask | | 255.255.255.0 |
| DHCP Pool Start IP Address | | 10.0.0.12 |

---



| DHCP Parameter | Your Settings | Default Values |
|---|---|---|
| DHCP Pool End IP Address | | 10.0.0.72 |
| DHCP Lease Minutes | | 1440 |

An example of a basic network including an AG is shown below.



## The Management Interfaces (CLI and Web)



*The Access Gateway supports various methods for managing the system remotely. These include, an embedded graphical Web Management Interface (WMI), an SNMP client, or Telnet. However, until the unit is installed and running, system management is performed from the Access Gateway's embedded CLI via a direct serial cable connection. The CLI can also be accessed remotely.*

Until the unit is installed on the customer's network and a remote connection is established, the CLI is the administrator's window to the system. This is where you establish all the Access Gateway start-up configuration parameters, depending on the customer's network architecture.

The *Access Gateway Menu* is your starting point. From here, you access all the system administration items from the 5 (five) primary menus available:

- Configuration

- Network Info

- Port-location

- Subscribers

- System

 *Although the basic functional elements are the same, the CLI and the WMI have some minor content and organizational differences. For example, in the WMI the "subscribers" menu is divided into "Subscriber Administration" and "Subscriber Interface." See also,* "Menu Organization (Web Management Interface)" on page 57.

### Making Menu Selections and Inputting Data with the CLI

The CLI is character-based. It recognizes the fewest unique characters it needs to correctly identify an entry. For example, in the *Access Gateway Menu* you need only enter **c** to access the *Configuration* menu, but you must enter **su** to access the *Subscribers* menu and **sy** to access the *System* menu (because they both start with the letter "s").

You may also do any of the following:

- Enter **b** (back) or press **Esc** (escape) to return to a previous menu.

- Press **Esc** to abort an action at any time.

- Press **Enter** to redisplay the current menu.

- Press **?** at any time to access the CLI's *Help* screen.

When using the CLI, if a procedure asks you to "enter sn," this means you must type **sn** and press the **Enter** key. The system does not accept data or commands until you hit the *Enter* key.

### Menu Organization (Web Management Interface)

When you have successfully installed and configured the Access Gateway from the CLI, you can then access the Access Gateway from its embedded Web Management Interface (WMI). The WMI is easier to use (point and click) and includes some items not found in the CLI. You can use either interface, depending on your preference.

For a complete description of all features available in the WMI, see "Using the Web Management Interface (WMI)" on page 78.



## *Inputting Data – Maximum Character Lengths*

The following table details the maximum allowable character lengths when inputting data:

| Data Field | Max. Characters |
|---|---|
| All Messages (billing options) | 72 |
| All Messages (subscriber error messages) | 72 |
| All Messages (subscriber login UI) | 72 |
| All Messages (subscriber "other" messages) | 72 |
| Description of Service (billing options Plan) | 140 |
| Home Page URL | 237 |
| Host Name and Domain Name (DNS settings) | 64 |
| IP / DNS Name (passthrough addresses) | 237 |
| Label (billing options plan) | 16 |
| Location settings (all fields) | 99 |
| Partner Image File Name | 12 |
| Password (adding subscriber profiles) | 128 |
| Port Description (finding ports by description) | 63 |
| Redirection Frequency (in minutes) | 2,147,483,647 (recommend 3600) |
| Reservation Number | 24 |
| Username (adding subscriber profiles) | 96 |
| Valid SSL Certificate DNS Name | 64 |

ACCESS GATEWAY



## *Online Documentation and Help*

The Web Management Interface (WMI) incorporates an online help system which is accessible from the main window.



Other online documentation resources, available from our corporate Web site (*www.nomadix.com/support*), include a full PDF version of this User Guide (viewable with Acrobat™ Reader), How-To Guides, README files, white papers, technical notes, and business cases.

---



## Establishing the Start Up Configuration

The CLI allows you to administer the Access Gateway's start-up configuration settings.

 *When establishing the start-up configuration for a new installation, you are connected to the Access Gateway via a direct serial connection (you do not have remote access capability because the Access Gateway is not yet configured or connected to a network). Once the installation is complete (see "Installation Workflow" on page 45) and the system is successfully configured, you will have the additional options of managing the Access Gateway remotely from the system's Web Management Interface, an SNMP client manager of your choice, or a simple Telnet interface.*

The start up configuration must be established before connecting the Access Gateway to a customer's network. The "start up" configuration settings include:

- **Assigning Login User Names and Passwords** – You must assign a unique login user name and password that enables you to administer and manage the Access Gateway securely.

 *User names and passwords are case-sensitive.*

- **Setting the SNMP Parameters (optional)** – The SNMP (Simple Network Management Protocol) parameters must be established before you can use an SNMP client (for example, HP OpenView) to manage and monitor the Access Gateway remotely.

- **Enabling the Logging Options (recommended)** – Servers must be assigned and set up if you want to create system and AAA (billing) log files, and retrieve error messages generated by the Access Gateway.



ACCESS GATEWAY

- Assigning the Location Information and IP Addresses:

  - **Assigning the Network Interface IP Address -** This is the public IP address that allows administrators and subscribers to see the Access Gateway on the network. Use this address when you need to make a network connection with the Access Gateway.

  - **Assigning the Subnet Mask** – The subnet mask defines the number of IP addresses that are available on the routed subnet where the Access Gateway is located.

  - **Assigning the Default Gateway IP Address** – This is the IP address of the router that the Access Gateway uses to transmit data to the Internet.

### *Assigning Login User Names and Passwords*

When you initially powered up the Access Gateway and logged in to the Management Interface, the default login user name and password you used was "admin." The Access Gateway allows you to define 2 concurrent access levels to differentiate between managers and operators, where managers are permitted *read/write* access and operators are restricted to *read* access only. Once the logins have been assigned, managers have the ability to perform all write commands (*Submit*, *Reset*, *Reboot*, *Add*, *Delete*, etc.), but operators cannot change any system settings. When Administration Concurrency is enabled, one manager and three operators can access the Access Gateway at any one time (the default setting for this feature is "disabled").

1.  Enter **sy** (system) at the *Access Gateway Menu*. The *System* menu appears.

2.  Enter **lo** (login).

    The system prompts you for the current login. If this is the first time you are changing the login parameters since initializing the Access Gateway, the default login name and password is "admin."

     *The system accepts up to 11 characters (any character type) for user names and passwords. All user names and passwords are case-sensitive.*

3.  When prompted, confirm the current login parameters and enter new ones.

    **Sample Screen Response:**

    System>lo
    Enable/Disable Administration Concurrency [disabled]: e

    Current login: admin
    Current password: *****

    Enter new manager login: newmgr
    Enter new password: *******
    Retype new password: *******

---

*Installing the Access Gateway*                                                            61



The administrative login and password were changed

Enter new operator login: newop
Enter new operator password: *****
Retype new operator password: *****

The operator login and password were changed

Enter RADIUS remote test login: rad
Enter new RADIUS remote test password: *****
Retype new RADIUS remote test password: *****

The RADIUS remote test login and password were changed

You must use the new login user name(s) and password(s) to access the system.

## Setting the SNMP Parameters (optional)

You can address the Access Gateway using an SNMP client manager (for example, HP OpenView). SNMP is the standard protocol that regulates network management over the Internet. To do this, you must set up the SNMP communities and identifiers. For more information about SNMP, see "Using an SNMP Manager" on page 79.

 *If you want to use SNMP, you must manually turn on SNMP.*

1. Enter **c** (configuration) at the *Access Gateway Menu*. The *Configuration* menu appears.

2. Enter **sn** (snmp).

3. Enable the SNMP daemon, as required. The system displays any existing SNMP contact information and prompts you to enter new information. If this is the first time you have initialized the SNMP command since removing the Access Gateway from its box, the system has no information to display (there are no defaults).

4. Enter the SNMP parameters (communities and identifiers). The SNMP parameters include your contact information, the get/set communities, and the IP address of the trap recipient. Your SNMP manager needs this information to enable network management over the Internet.

5. If you enabled the SNMP daemon, you must reboot the system for your changes to take effect. In this case, enter **y** (yes) to reboot your Access Gateway.

   **Sample Screen Response:**

   Configuration>sn

   Enable the SNMP Daemon? [Yes]:
   Enter new system contact: newname@domainname.com
   [Nomadix, Newbury Park, CA]

```
Enter new system location: Office, Newbury Park, CA
Enter read/get community [public]:
Enter write/set community [private]:
Enter IP of trap recipient [0.0.0.0]: 10.11.12.13

SNMP Daemon: Enabled
System contact: newname@domainname.com
System location: Office, Newbury Park, CA
Get (read) community: public
Set (write) community: private
Trap recipient: 10.11.12.13


Reboot to enable new changes? [yes/no] y
Rebooting...
```

You can now address the Access Gateway using an SNMP client manager.

## Configuring the WAN interface

If a license key is not present, you will still be directed to set up the WAN configuration as soon as you log into the CLI. However, the subsequent steps are new and network settings are no longer configured under Location.

The following are the steps are needed to configure the main WAN interface:

**1.** Enter **c** (configuration) at the *Access Gateway Menu*. The *Configuration* menu appears.

**2.** Enter **eth** (ethernet).

**1.** After you have entered "yes" to the initial prompt, enter "mod int WAN" or "m i WAN" ("modify interface WAN"). Note that modes and interface names are case sensitive. The configuration then steps through the settings one by one.

**2.** Port role for the WAN port should be already set to WAN, just hit <enter>

**3.** Set the configuration mode to match your network settings.

**4.** Set the remaining network settings .

**5.** Default uplink and download speed is 15 Mbps. Enter different values if desired.

Bandwidth and DNS settings are configured separately for each WAN interface. You can configure them later in the WAN configuration dialog in the Web Management Interface.

**6.** If you do not wish to configure additional NAT IP addresses at this time, type "b".

**7.** A summary of the WAN port settings is now displayed; if they are correct, type "b" again.

You will now see the Nomadix location configuration page. Enter contact data and agree to the Nomadix End User License Agreement. Your license will be retrieved when you enter "y". The NSE will then reboot to activate your license settings.



```
Configuration>eth

    show all              - Show all WAN Interface configuration
    show_interface <name>  - Show a single WAN Interface configuration
    modify interface <name> - Modify a single WAN Interface configuration

Type b to go back, <esc> to abort, ? for help.

Ethernet port/WAN interface configuration>mod int WAN

Port Role                     [wanIf        ] <outOfService, subscriberIf, wanIf> :
Configuration Mode            [static       ] <static, dhcp, pppoe> :
IP Address                    [67.130.149.57 ] :
Subnet Mask                   [255.255.255.128] :
Gateway IP                    [67.130.149.126 ] :
GW ARP Refresh Interval <secs> [120          ] :
Bandwidth uplink speed        [15000        ] :
Bandwidth downlink speed      [15000        ] :
WAN 802.1Q tagging            [Disabled     ] :
VLAN ID                       [1            ] :
DNS Domain Name               [nomadix2.com ] :
DNS Server 1                  [67.130.149.123 ] :
DNS Server 2                  [8.8.8.8      ] :
DNS Server 3                  [0.0.0.0      ] :
Additional NAT IP addresses   [Disabled     ] :

Additional NAT IP address configuration for WAN:
    show all               - Show additional NAT IP addresses
    add ipaddress          - Add a new NAT IP address
    delete ipaddress <ipaddr> - Delete an existing NAT IP address

Type b to go back, <esc> to abort, ? for help.

Additional NAT IP address configuration for WAN>
```

### Enabling the Logging Options (recommended)

System logging creates log files and error messages generated at the system level. AAA logging creates activity log files for the AAA (Authentication, Authorization, and Accounting) functions. You can enable either of these options.

 *Although the AAA and billing logs can go to the same server, we recommend that they have their own unique server ID number assigned (between 0 and 7). When managing multiple properties, the properties are identified in the log files by their IP addresses.*

When system logging is enabled, the standard SYSLOG protocol (UDP) is used to send all message logs generated by the Access Gateway to the specified server.

1.  Enter **log** (logging) at the *Configuration* menu. The system displays the current logging status (enabled or disabled).

2.  Enable or disable the system and/or AAA logging options, as required. If you enable either option, go to Step 3, otherwise logging is disabled and you can terminate this procedure.

3.  Assign a valid ID number (0-7) to each server.

4.  Enter the IP addresses to identify the location of the system and AAA SYSLOG servers on the network (the default for both is 0.0.0.0).

ACCESS GATEWAY

When logging is enabled, log files and error messages are sent to these servers for future retrieval. To see sample reports, go to "Sample SYSLOG Report" on page 313 and "Sample AAA Log" on page 312.

**Sample Screen Response:**

Configuration>log

Enable/disable System Log     [disabled     ]: enable
Enter System Log Number (0-7)   [0          ]: 2
Enter System Log Filter

0: Emergency
1: Alert
2: Critical
3: Error
4: Warning
5: Notice
6: Info
7: Debug

Select an option from above    [7]: 7
Enter System Log Server IP    [255.255.255.255]: 10.10.10.10
Enable/disable System Log Save to file [disabled     ]: enable

Enable/disable AAA Log     [disabled     ]: enable
Enter AAA Log Number (0-7)   [0          ]: 2
Enter AAA Log Filter

0: Emergency
1: Alert
2: Critical
3: Error
4: Warning
5: Notice
6: Info
7: Debug

Select an option from above    [7]: 7
Enter AAA Log Server IP    [255.255.255.255]: 10.10.10.10
Enable/disable AAA Log Save to file [disabled     ]: enable

Enable/disable RADIUS History Log     [disabled     ]: enable
Enter RADIUS History Log Number (0-7)   [0          ]: 2
Enter RADIUS History Log Filter

0: Emergency
1: Alert

---



2: Critical
3: Error
4: Warning
5: Notice
6: Info
7: Debug

Select an option from above    [6]: 7
Enter RADIUS History Log Server IP    [255.255.255.255]: 10.10.10.10
Enable/disable RADIUS History Log Save to file [disabled    ]: enable

Enable/disable System Report Log    [disabled    ]: enable
Enter System Report Log Number (0-7)  [0    ]: 2
Enter System Report Log Server IP    [255.255.255.255]: 10.10.10.10
Enter System Report Log interval (minutes)    [0]: 5

Enable/disable Tracking Log    [disabled    ]: enable
Enter Tracking Log Number (0-7)  [0    ]: 2
Enter Tracking Log Server IP    [255.255.255.255]: 10.10.10.10
Enable/disable Tracking Log Save to file [disabled    ]:
Enable/Disable Name Reporting    [disabled    ]: enable
Enable/Disable Port Reporting    [disabled    ]: enable
Enable/Disable Location Reporting [disabled    ]: enable
Enable/Disable 500th Packet Count Reporting [disabled    ]: enable

          System Log                  Enabled
          System Log Number           2
          System Log Filter           7
          System Log Server IP        10.10.10.10
          System Log Save to file     Enabled

          AAA Log                     Enabled
          AAA Log Number              2
          AAA Log Filter              7
          AAA Log Server IP           10.10.10.10
          AAA Log Save to file        Enabled

       RADIUS History Log             Enabled
       RADIUS History Log Number      2
       RADIUS History Log Filter      7
       RADIUS History Log Server IP   10.10.10.10
       RADIUS History Log Save to file   Enabled

       System Report Log              Enabled
       System Report Log Number       2
       System Report Log Server IP    10.10.10.10
       System Report Log Interval (in minutes)   5



```
Tracking Log                    Enabled
Tracking Log Number             2
Tracking Log Server IP          10.10.10.10
Tracking Log Save to file       Disabled
Tracking Name Reporting         Enabled
Tracking Port Reporting         Enabled
Tracking Location Reporting     Enabled
Tracking Report every 500th packet   Enabled
```

WARNING: Communication between the gateway and the syslog server may need to be secured to comply with local laws. Consider routing communication through an IPSec tunnel.

Configuration>

## Logging Out and Powering Down the System

Use this procedure to log out and power down the Access Gateway.

1.  Enter l (logout) at the Access Gateway Menu. Your serial session closes automatically.

2.  Turn off the Access Gateway and disconnect the power cord.

3.  Disconnect the cable between the Access Gateway and your computer.

## Connecting the Access Gateway to the Customer's Network

Use this procedure to connect the Access Gateway to the customer's network (after the start up configuration parameters have been established).

1.  Choose an appropriate physical location that allows a minimum clearance of 4cm either side of the unit (for adequate airflow).

2.  Connect the Access Gateway to the router, then connect the Access Gateway to the customer's subscriber port.

3.  Connect the power cord and turn on the Access Gateway.

4.  Go to "Establishing the Basic Configuration for Subscribers" on page 67.

## Establishing the Basic Configuration for Subscribers

When you have successfully established the start up configuration and installed the unit onto the customer's network, connect to the Access Gateway via Telnet. You must now set up the basic configuration parameters for subscribers, including:



- Setting the DHCP Options – DHCP (Dynamic Host Configuration Protocol) allows you to assign IP addresses automatically (to subscribers who are DHCP enabled). The Access Gateway can "relay" the service through an external DHCP server or it can be configured to act as its own DHCP server.

- Setting the DNS Options – DNS (Domain Name System) allows subscribers to enter meaningful URLs into their browsers (instead of complicated numeric IP addresses). DNS converts the URLs into the correct IP addresses automatically.

### Setting the DHCP Options

When a device connects to the network, the DHCP server assigns it a "dynamic" IP address for the duration of the session. Most users have DHCP capability on their computer. To enable this service on the Access Gateway, you can either enable the DHCP relay (routed to an external DHCP server IP address), or you can enable the Access Gateway to act as its own DHCP server. In both cases, DHCP functionality is necessary if you want to automatically assign IP addresses to subscribers.

 *The Access Gateway's adaptive configuration technology provides Dynamic Address Translation (DAT) functionality. DAT is automatically configured to facilitate "plug-and-play" access to subscribers who are misconfigured with static (permanent) IP addresses, or subscribers that do not have DHCP capability on their computers. DAT allows all users to obtain network access, regardless of their computer's network settings.*

1. Enter **c** (configuration) at the *Access Gateway Menu*. The *Configuration* menu appears.

2. Enter **dh** (dhcp).

 *By default, the Access Gateway is configured to act as its own DHCP server and the relay feature is "disabled.". Please verify that your DHCP Server supports DHCP packets before enabling the relay. Not all devices containing DHCP servers (for example, routers) support DHCP Relay functionality.*

 *When assigning a DHCP Relay Agent IP address for the DHCP Relay, ensure that the IP address you use does not conflict with devices on the network side of the Access Gateway.*

 *Although you cannot enable the DHCP relay and the DHCP service at the same time, it is possible to "disable" both functions from the Command Line Interface. In this case, a warning message informs you that no DHCP services are available to subscribers.*

3. Follow the on-screen instructions to set up your DHCP options. For example:

ACCESS GATEWAY



**Sample Screen Response:**

Configuration>dh

Enable/Disable IP Upsell          [disabled      ]:
Enable/Disable DHCP Relay         [disabled      ]:
Enable/Disable DHCP Server        [enabled       ]:
Enable/Disable Subnet-based DHCP Service       [disabled
Enable/Disable Forwarded DHCP Clients [disabled       ]:

IP Upsell                    Disabled
DHCP Relay                   Disabled
External DHCP Server IP       0.0.0.0
DHCP Relay Agent IP          0.0.0.0
DHCP Server                  Enabled
DHCP Server Subnet-based        Disabled
Forwarded DHCP Clients          Disabled

| Server-IP | Server-Netmask | Start-IP | End-IP | Lease | Type | IPUp |
|---|---|---|---|---|---|---|
| 208.11.0.4 | 255.255.0.0 | 208.11.0.5 | 208.11.0.7 | 20 | PRIV | NO |
| 10.0.0.4 | 255.255.255.0 | 10.0.0.5 | 10.0.0.250 | 30 | PRIV | NO * |

* Default IP Pool
DHCP IP Pools Configuration:
0 - Show IP Pools
1 - Add a new IP Pool
2 - Modify an IP Pool
3 - Remove an IP Pool
4 - Exit this menu
Select the DHCP Pool configuration mode [0]:

## *DHCP Options from RFC 2132*

You can configure DHCP options as defined in RFC 2132. The configured options are sent to subscribers who obtain their network configuration from the NSE via DHCP.

This capability only applies to the NSE's DHCP *Server function*. There is no change to the NSE's operation as a DHCP client.

The options are configurable on a per-pool basis. Different sets of options can be configured for different pools.

A given DHCP option consists of an option code and a value. RFC 2132 details the various available options, and the data type for each. The NSE will validate the data entered to ensure that it is type-correct for the option code in question. If it is incorrect, the option is not accepted.

Numerical integer values can be entered in decimal format, or hex format using a "0x" prefix.



The following DHCP option codes are supported:

| Option Description | Option Code |
|---|---|
| Single IP address | 16, 28, 32 |
| List of one or more IP addresses | 3-5, 7-11, 41-42, 44-45, 48-49, 65, 69-76 |
| List of zero or more IP addresses | 68 |
| List of one or more pairs of IP addresses (or address/mask pairs) | 21, 33 |
| 32-bit unsigned integer value | 2, 24, 35, 38 |
| 16-bit unsigned integer value | 13, 22, 26 |
| 8-bit unsigned integer value | 23, 37, 46 |
| List of 1 or more 16-bit unsigned integer values | 25 |
| Single octet Boolean (value may be 1 or 0) | 19-20, 27, 29-31, 34, 36, 39 |
| Sequence of 1 or more octets | 43 |
| Ascii string of 1 or more printable characters | 12, 14, 17-18, 40, 47, 64, 66-67 |

Disallowed options: Some option codes are not allowed, for one of the following reasons:

- Items that are already configured elsewhere as a separate DHCP pool or NSE configuration parameter, and/or are derived from one that is. Includes options 1 (subnet mask), 3 (router), 6 (domain name server), 15 (domain name), 51 (lease time), 54 (server identifier), 58 (renewal time), 59 (rebinding time).

- Items not valid in a DHCP offer or ACK message. Includes options 50 (requested IP address), 55 (parameter request list), 56 (error message), 57 (maximum message size), 60 (vendor class identifier), 61 (client identifier).

- Items generated automatically by the mechanism of DHCP message construction, which carry no application information. Includes options 0 (pad), 52 (option overload), 53 (DHCP message type), 255 (end).

Unrecognized options: Options 62-63, 77-254 are unrecognized. Some of these codes are legitimate and are defined in other RFCs, while others are not defined. These option codes are not explicitly disallowed on the NSE, but the NSE is "unaware" of them – that is, it will make no attempt to validate either the code or the data. It is the administrator's responsibility to ensure that the option codes and data entered are legitimate.

*Installing the Access Gateway*

ACCESS GATEWAY



The following screens illustrate adding additional DHCP options to a DHCP Pool.

**Edit a DHCP Pool**

| | |
|---|---|
| Enable this DHCP Pool | ☑ |
| DHCP Server IP | 10.0.1.2 |
| DHCP Server Netmask | 255.255.255.0 |
| DHCP Pool Start IP | 10.0.1.12 |
| DHCP Pool Stop IP | 10.0.1.50 |
| DHCP Lease Minutes | 60 |

Note: Please make sure pools do not overlap.

Router: ⦿ DHCP Server IP  ○ Specify: _____

○ Public Pool  ⦿ Private Pool  ☑ IP Upsell Pool  ☑ Default Pool

[Modify Pool]  [Remove Pool]  Add a new pool

---

**Edit a DHCP Pool**

| | |
|---|---|
| DHCP Server IP | 10.0.0.4 |
| DHCP Server Netmask | 255.255.255.0 |
| DHCP Pool Start IP | 10.0.0.11 |
| DHCP Pool Stop IP | 10.0.0.100 |
| DHCP Lease Minutes | 60 |

Note: Please make sure pools do not overlap.

Router: ⦿ DHCP Server IP  ○ Specify: _____

○ Public Pool  ⦿ Private Pool  ○ IP Upsell Pool  ○ Default Pool

[Modify Pool]  [Remove Pool]  Add a new pool

---

**Additional DHCP Options**

**Add/Modify an option:** (Data may be entered as ASCII text, or in hex format by prefixing with "0x". For hex data expressing 32-bit, 16-bit, or 8-bit integer values, an appropriate number of leading zeroes must be entered.)

Code: [0]  Data: _____

[Add Option]

**Existing additional options:**

| Code | Data | Actions | |
|---|---|---|---|
| 66 | tftpserver.xyzcompany.com | Edit | Delete |
| 24 | 10005675 | Edit | Delete |



ACCESS GATEWAY

## *DHCP Dynamic Enable and Disable*

Click **Configuration->DHCP**. Click the **Server-IP** and **Enable this DHCP Pool**. Note that DHCP enable/disable is dynamic, no reboot required.



Click **Configuration->DHCP**. A new column appears under existing DHCP Pools table for DHCP pool enable.





ACCESS GATEWAY

Click **Subscriber Administration->DHCP Leases**. The DHCP leases Page displays all the current DHCP leases on the NSE.



## Setting the DNS Options

DNS allows subscribers to enter meaningful URLs into their browsers (instead of numeric IP addresses) by automatically converting the URLs into the correct IP addresses.

After you have configured DNS global options in the command-line interface, you can assign a primary, secondary, or tertiary (third) DNS server for each WAN in the Web Management Interface (WMI). See "Ethernet Ports/WAN" on page 115 for WAN-specific DNS configuration.

To set the DNS global configuration options:

1. Enter **c** (configuration) at the *Access Gateway Menu*. The *Configuration* menu appears.

2. Enter **dn** (dnsglobal) at the *Configuration* menu.

3. Enter the host name (the DNS name of the Access Gateway). The host name must not contain any spaces.

4. Specify the **Redirection Port Mode**. If **floating**, the DNS will use ephemeral ports for the source port of DNS requests. If **fixed** (default), the manually configured ports are used.

5. Specify the **UDP DNS Redirection Port**.

6. Enable (default) or disable **DNSSEC** (Domain Namer System Security Extensions).

   **Sample Screen Response:**

   ```
   Configuration>dn

   Enter host name (no spaces)          [AG5x00      ]:usg
   Redirection Port Mode (Fixed/Floating)    [fixed    ]:
   Enter UDP DNS Redirection Port        [1029       ]:
   Enter Proxy UDP DNS Port              [1028     ]:
   ```



```
Enable/Disable DNSSEC              [enabled    ]:

Host Name                   usg
DNS Redirection Port Mode        fixed
UDP DNS Redirection Port        1029
Proxy UDP DNS Port           1028
DNSSEC Support             enabled
```

## Archiving Your Configuration Settings

Once you have installed your Access Gateway and established the configuration settings, you should write the settings to an archive file. If you ever experience problems with the system, your archived settings can be restored at any time.

Refer to the following procedures:

- "Exporting Configuration Settings to the Archive File {Export}" on page 249.

- "Importing Configuration Settings from the Archive File {Import}" on page 254.

## Installing the Nomadix Private MIB

The Nomadix Private Management Information Base (MIB) allows you to view and manage SNMP objects on your Access Gateway. To use the MIB, you must obtain the appropriate *nomadix.mib* file for your Access Gateway. This file is available in the Support area of the Nomadix web site.

### Obtaining the Management Information Base (MIB) file

1. Visit www.nomadix.com/support.

2. Scroll to "Gateway Documentation".

3. Click "Latest Documentation".

4. Scroll to the group for your Access Gateway model.

5. Click the link to download the MIB file for your Access Gateway.



ACCESS GATEWAY



Click to download the MIB file.

*Configuring the Management Information Base*

1. Import the *nomadix.mib* file into your SNMP client manager.

2. Connect to the Access Gateway from a node on the network that is accessible via the Access Gateway's network port (Internet, LAN, etc.). Be sure to enable the SNMP daemon on the Access Gateway (available on the Access Gateway's CLI or Web Management Interface, under the *Configuration* menu – **snmp**).

3. All variables defined by Nomadix start with the following prefix:

   iso.org.dod.internet.private.enterprises.nomadix

4. You should now be able to define queries and set the SNMP values on your Access Gateway. If necessary, consult this User Guide or your SNMP client manager's documentation for further details.

 *We recommend that you change the predefined community strings in order to maintain a secure environment for your Access Gateway.*



# 3

ACCESS GATEWAY

# *System Administration*

This section provides all the instructions and procedures necessary for system administrators to manage the Access Gateway on the customer's network (after a successful installation).

The system administration procedures in this section are organized as they are listed under their respective Web Management Interface (WMI) menus:

- "Configuration Menu" on page 80
- "Network Info Menu" on page 179
- "Port-Location Menu" on page 189
- "Subscriber Administration Menu" on page 201
- "Subscriber Interface Menu" on page 215
- "System Menu" on page 246

 *Now that the Access Gateway has been installed and configured successfully, this User Guide moves away from the Command Line Interface (CLI) and documents the Access Gateway from the Web Management Interface (WMI) viewpoint.*

## Choosing a Remote Connection

Once installed and configured for the customer's network, the Access Gateway can be managed and administered remotely with any of the following interface options:

- Using the Web Management Interface (WMI) - Provides a powerful and flexible Web interface for network administrators.
- Using an SNMP Manager - Allows remote "Windows" management using an SNMP client manager (for example, HP OpenView). However, before you can use SNMP to access the Access Gateway, you must set up the appropriate SNMP communities. For more information, refer to "Managing the SNMP Communities {SNMP}" on page 169.
- Using a Telnet Client

 *To use any of the remote connections (Web, SNMP, or Telnet), the network interface IP address for the Access Gateway must be established (you did this during the installation process).*

Choose an interface connection, based on your preference.



## Using the Web Management Interface (WMI)

The Web Management Interface (WMI) is a "graphical" version of the Command Line Interface, comprised of HTML files. The HTML files are embedded in the Access Gateway and are dynamically linked to the system's functional command sets. You can access the WMI from any Web browser.

 *Your browser preferences or Internet options should be set to compare loaded pages with cached pages.*

To connect to the Web Management Interface, do the following:

**1.** Establish a connection to the Internet.

**2.** Open your Web browser.

**3.** Enter the network interface IP address of the Access Gateway (set up during the installation process).

**4.** Log in as usual (supplying your user name and password).

To access any menu item from the WMI, click on the item you want. The corresponding work screen then appears in the right side frame. From here you can control the features and settings related to your selection. Although the appearance is very different from the Command Line Interface, the information displayed to you is basically the same. The only difference between the two interfaces is in the method used for making selections and applying your changes (selections are checkable boxes, and applying your changes is achieved by pressing the **Save** button). Pressing the **Restore** button resets the screen to its previous state (clearing all your changes without applying them).

**Selecting the language of the Web Management Interface**

You can click on Language Selection to change the language of the Web Management Interface text. Currently English (U.S.) and Chinese (simplified) are provided.





## Using an SNMP Manager

Once the SNMP communities are established, you can connect to the Access Gateway via the Internet using an SNMP client manager (for example, HP OpenView). SNMP is the standard protocol used in the Network Management (NM) system. This system contains two primary elements:

- **Manager –** The console (client) through which system administrators perform network management functions.

- **Agent –** An SNMP-compliant device which stores data about itself in a Management Information Base (MIB). The Access Gateway is an example of such a device.

The Access Gateway contains managed objects that directly relate to its current operational state. These objects include hardware configuration parameters and performance statistics.

Managed objects are arranged into a virtual information database, called a Management Information Base (MIB). SNMP enables *managers* and *agents* to communicate with each other for the purpose of accessing these MIBs and retrieving data. See also, "Installing the Nomadix Private MIB" on page 74.

The following example shows a (partial) SNMP screen response.



## Using a Telnet Client

There are many Telnet clients that you can use to connect with the Access Gateway. Using Telnet provides a simple terminal emulation that allows you to see and interact with the Access Gateway's Command Line Interface (as if you were connected via the serial interface). As with any remote connection, the network interface IP address for the Access Gateway must be established (you did this during the installation process).



## Logging In

To access the Access Gateway's Web Management Interface, use the *Manager* or *Operator* login user name and password you defined during the installation process (refer to Assigning Login User Names and Passwords).

 *User names and passwords are case-sensitive.*

## About Your Product License

Some features included in this section will not be available to you unless you have purchased the appropriate product license from Nomadix. In this case, the following statement will appear either immediately below the section heading or when the feature is mentioned in the body text:

 *Your product license may not support this feature. You can upgrade your product license at any time.*

## Configuration Menu

### Defining the AAA Services {AAA}

This procedure shows you how to set up the AAA (Authentication, Authorization, and Accounting) service options. *AAA Services* are used by the Access Gateway to authenticate, authorize, and subsequently bill subscribers for their use of the customer's network. The Access Gateway currently supports several AAA models which are discussed in "Subscriber Management" on page 276.

**1.** From the Web Management Interface, click on **Configuration**, then **AAA**. The *Authentication Authorization and Accounting Settings* screen appears:

ACCESS GATEWAY



2.  Enable or disable **AAA Services**. If you enable *AAA Services*, go to Step 3, otherwise this feature is disabled and you can exit the procedure.

3.  Select a **Logout IP** address from the drop-down list. The list contains IP address that can be used as the logout IP address. The default IP address is 1.1.1.1.

4.  Click **Configure** to configure the **XML Interface**, as required.





XML is used by the Access Gateway's subscriber management module for port location and user administration. Enabling the XML interface allows the Access Gateway to accept and process XML commands from an external source. XML commands are sent over the network to the Access Gateway. The Access Gateway parses the query string, executes the commands specified by the string, and returns data to the system that initiated the command request.

You can authenticate XML commands via user credentials, as well as via IP addresses. You can choose either or both authentication mechanisms.

◆ If you select **Enable Authentication via XML User Credentials**, confirm that an XML user has been set up. Either click on the **User Credentials** link, or select **System** > **Login** to set or confirm the XML Login ID and password.

Below is an example XML command initiation that relies on XML User authentication:

```
wget http://NSE_IP/usg/command.xml -O out.txt
--auth-no-challenge --user=xmlcommand
--password=xmlcommand --post-file="addUser.xml"
--header="Content-Type:text/xml"
```

◆ If you select **Enable Authentication via IP Address**, enter the valid XML server address(es). Up to four addresses are supported.

5. Enable or disable **Print Billing Command**, as required. This feature enables NSE to support Driverless Print servers. If this feature is enabled, you must enable the XML interface and enter the IP address for the XML interface (Step 3 and Step 4). With Print Billing enabled, print servers can bill subscribers' rooms for printing their documents without them having to install printers.

The DNS name print.server.com will internally resolve to the Configured Print Server URL that is entered in the configuration. When subscribers are redirected to the Print

Server the NSE adds Parameters to that request, so that the Server is able to charge the proper subscriber.

With these variables sent to the server it can now send the XML command to bill the users properly.

Print Server IP needs to be entered as one of the XML server IP for the command to successfully complete.

The XML command is:

```
<USG COMMAND="BILL_PRINT" IP_ADDR="">
        <ROOM_NUM></ROOM_NUM>
        <DOC_NAME></DOC_NAME>
        <NUM_COPIES></NUM_COPIES>
        <NUM_PAGES></NUM_PAGES>
        <COST></COST>
        <TIME_SUBMITTED></TIME_SUBMITTED>
</USG>
```

Subscribers could get to print.server.com by:

- ICC button link
- Printout in the hotel room
- Link from the hotel's HPR Page.

 *Your product license may not support this feature.*

6. Enable or disable the **AAA Passthrough Port** feature, as required. System administrators can set the Access Gateway to pass-through HTTPS traffic, in addition to standard port 80 traffic, without being redirected. When access to a non-HTTPS address (for example, a Search Engine or News site) has been requested, the subscriber is then redirected as usual.

7. If AAA passthrough is enabled, enter the corresponding port number.

 *The port number must be different than 80, 2111, 1111, or 1112.*

8. Enable or disable the **802.1x Authentication Support** feature, as required.

 *Both AAA and RADIUS Authentication must be enabled for 802.1x Authentication support.*



**9.** Enable or disable the **Origin Server (OS) parameter encoding for Portal Page and EWS** feature, as required.

**10.** You can choose to **Enable failover to Internal Web Server Authentication if Portal Page/External Web Server is not reachable** by placing a check in that box.

**11.** Enable or disable **Port Based Billing Policies**.

With **Port Based Billing Policies** enabled, you can individually configure the billing methods (RADIUS, Credit Card, PMS) and the billing plans available on each port.

This ability allows for having different billing methods and billing plans on different ports identified by VLANs or SNMP Port Query of the concentrator. A practical application of this feature is to have a normal hotel room with a plan A that is $9.99 for a day with PMS billing and have a meeting room with a plan of $14.99 an hour with Credit Card billing.

In order for the port-based policies to work, you must enable Port Based Billing Policies. See also "Adding and Updating Port-Location Assignments {Add}" on page 190.

**12.** Enable or disable **HTTPS Redirection**.

The NSE responds to regular HTTP requests from pending subscribers with a redirection to the login screen. The NSE does not respond to HTTPS requests from pending subscribers (HTTP requests with a destination port = 443) with a redirect; this will result in a timeout or invalid certificate warning.

Enabling **HTTPS Redirection** adds a security exception to the user's browser to allow the certificate received from the NSE to be always "valid."

**13.** Enable or disable **Facebook Login**. If you enable Facebook login, you must provide a Facebook App ID and Facebook App secret code. Instructions for creating these are available from Facebook.

**14.** Depending on which authorization mode you choose, go to the following sub-sections in this procedure:

- Enabling AAA Services with the Internal Web Server – The IWS is "flashed" into the system's memory and the subscriber's login page is served directly from the Access Gateway.

- Enabling AAA Services with an External Web Server – In the EWS mode, the Access Gateway redirects the subscriber's login request to an external server (transparent to the subscriber). The login page served by the EWS reflects the "look and feel" of the solution provider's network and presents more login options.

**Enabling AAA Services with the Internal Web Server**

You are here because you want to enable the *AAA Services* with the Access Gateway's *Internal Web Server*. The Access Gateway maintains an internal database of authorized subscribers, based on their MAC (hardware address) and user name (if enabled). By referring to its database

ACCESS GATEWAY

record, also known as an authorization table, the Access Gateway instantly recognizes new subscribers on the network.

You can configure the Access Gateway to handle new subscribers in various ways (see the table on this page). With the IWS, you also have the option of enabling SSL support.

After selecting the *Internal Web Server* authorization mode, you have the option of enabling or disabling the *Usernames* and *New Subscribers* features. These features work in conjunction with each other to determine how new subscribers are handled. Refer to the following table:

| Usernames | New Subscribers | System Response |
|-----------|-----------------|-----------------|
| Disabled | Enabled | Allows new subscribers to enter the system without giving a user name and password. |
| Enabled (*optional*) | Enabled | Allows new subscribers or authentication by their user name and password. |
| Enabled | Disabled | New subscribers are not allowed. Only existing subscribers are allowed after authenticating their user name and password. |
| Disabled | Disabled | You will not use this combination unless you want to lock out all subscribers. |

1.  Select the **Internal Web Server** tab.



ACCESS GATEWAY



2. Enable or disable the **SSL Support** feature, as required. If you enable SSL Support, you must provide a valid **Certificate DNS Name**.

For more information about setting up SSL, go to "Setting Up the SSL Feature" on page 324.

SSL support allows for the creation of an end-to-end encrypted link between the Access Gateway and its clients by enabling the Internal Web Server (IWS) to display pages under a secure link—important when transmitting AAA information in a network.

Adding SSL support to the Access Gateway requires service providers to obtain digital certificates from VeriSign™ to create HTTPS pages. Instructions for obtaining certificates are provided by Nomadix.


*To enable SSL Support, your Access Gateway's flash must include the **server.pem**, **cakey.pem**, and **cacert.pem** certificate files (the "cacert.pem" file is provided with your Access Gateway). For assistance, contact Technical Support.*

**3.** If you want to designate a portal page, you must enable the **Portal Page** feature, otherwise leave this feature disabled.

 *The Portal Page IP or DNS address are added to the IP passthrough list automatically.*

**4.** If you enabled the Portal Page feature, provide the following supporting information:

- Portal Page URL

- Parameter Passing (enabled or disabled)

- Parameter Signing (including Method, Parameters, and Shared Secret)

 *See* "Redirection Parameter Signing" on page 90 *for more information about parameter signing.*

- Portal XML POST URL, target for the NSE's USER_STATUS XML commands

- Portal XML Post Port

- Support GIS Clients (enabled or disabled)

 *GIS stands for Generic Interface Specification, a document written by iPass. Enabling the Smart Client option in the Access Gateway automatically supports all GIS compliant clients using the Internal Web Server. Enabling "Support for GIS Clients" under the Portal Page feature means that the Access Gateway will defer the management of the GIS clients to the Portal Page server.*

- Block IWS Login Page (enabled or disabled)

**5.** Enable or disable the Usernames feature, as required (refer to the table in "Enabling AAA Services with the Internal Web Server" on page 84).

Some subscribers may want additional account flexibility and security for their services (for example, if they use more than one computer and their MAC address changes, or if they move between port-locations). In this case, a subscriber can define a unique user name and password which they can use from any machine or location (without being re-charged). Subscribers who choose this option are prompted for their user name and password whenever they try to access the Internet. Solution providers can charge a fee for this service.

**6.** Enable or disable the **New Subscribers** feature (refer to the table in "Enabling AAA Services with the Internal Web Server" on page 84).

 *New Subscribers must be enabled before enabling the Credit Card and PMS options.*



**7.** If you enabled New Subscribers, enable or disable the **Relogin After Timeout** option.

**8.** You can now enable or disable the **Credit Card Service**. When this feature is enabled, subscribers are prompted for their credit card information (for billing purposes). The Access Gateway is configured to use *Authorize.net*. You will need to open a merchant account with *Authorize.net* before this feature can be used.

Please contact Nomadix Technical Support for assistance. Refer to "Contact Information" on page 347.

 *All data communications between the Access Gateway and the credit card server are encrypted by the SSL (Secure Sockets Layer) protocol. The Access Gateway never "sees" subscriber credit card numbers.*

**9.** If you enabled the *Credit Card Service*, define which service you require (**Authorize.net**) from the pull-down menu.

 *DNS must be configured if you want to enter meaningful URLs instead of numeric IP addresses into any of the Access Gateway's configuration screens (for example, the Credit Card Server URL in the following step).*

**10.** If the *Credit Card Service* is enabled, enter the information for the following fields:

- Credit Card Server URL
- Credit Card Server IP
- **Merchant ID** (a valid ID issued by the credit card reconciliation service provider – *Authorize.net*).

**11.** Check the **Use NSE's Hostname and DNS domain name** box if you want the Hostname and domain name to be sent to the Credit Card server instead of the local NSE IP address.

**12.** Enable or disable the **SIM Compliant** feature, as required. With this feature enabled, you can change the transaction key at your discretion. To change the transaction key, simply enter the key in the **Change Transaction Key** box, then re-enter the key in the **Verify Transaction Key** box.

 *The SIM Compliant option refers to Authorize.net's Simple Integration Method.*

**13.** Enable or disable **Smart Client Support**, as required.

**14.** Click on the **Save** button to save your changes, click on **Save then Reboot** to reboot the Access Gateway and make the changes take effect immediately, or click on the **Restore** button if you want to reset all the values to their previous state.

ACCESS GATEWAY

**Enabling AAA Services with an External Web Server**

You are here because you want to enable the *AAA Services* with an *External Web Server* (EWS). In the EWS mode, the Access Gateway redirects the subscriber's login request to an external server.

1.  Select the **External Web Server** tab.



2.  Enter the **Secret Key** (The Access Gateway and the external authorization server must use the same secret key). The Secret Key ensures that the response the Access Gateway gets from the External Web Server is valid.

 *DNS must be configured if you want to enter meaningful URLs instead of numeric IP addresses into any of the Access Gateway's configuration screens (for example, the External login page URL in the following step).*

3.  Enter a valid **External login page URL**.

4.  Configure the **Parameter Signing** options.

    *See* Redirection Parameter Signing *for more information about parameter signing.*

5.  Click on the **Save** button to save your changes, click on **Save then Reboot** to reboot the Access Gateway and make the changes take effect immediately, or click on the **Restore** button if you want to reset all the values to their previous state (making changes to the EWS settings does not require a system reboot).



ACCESS GATEWAY

### *Redirection Parameter Signing*

External Web Server (EWS) and Internal Web Server (IWS) Portal Page Parameters can be digitally signed, preventing malicious subscribers from intercepting, forging and replaying URL redirection strings used by the NSE and EWS or IWS Portal Page to validate subscriber access. This capability eliminates a vulnerability that was previously exploited to gain unauthorized Internet access at charge-for-use sites.

The signing feature can create a cryptographically strong signature that protects the sensitive portions of a URL redirection string (i.e., NSE ID, MAC address of the subscriber, etc), while letting the EWS/Portal Page verify that the URL string has not been tampered or forged by the subscriber.



The feature is configured by selecting a signing method, the parameters to be signed, and assigning a secret key.

Two signature methods are supported:

- HASH-CRC32
- HMAC-MD5

Not all parameters that are part of the URL redirection string need to be included in the signature calculation. The following parameters are considered sensitive and can be selected:

- UI (the ID of the NSE)
- MA (the subscriber's MAC address)

- RN (the Room Number)
- PORT (the port number the subscriber is connected to)

The desired secret key simply needs to be entered in the field. Once entered, it is not visible to the user.

Information that indicates which parameters were signed, along with the resultant hash value, are then included in some additional parameters that are appended to the redirection string.

In order to utilize the parameter signing feature, the EWS or Portal Page Server used must be configured to correctly parse and verify the signing information. Documentation that includes guidelines for configuring a server to support signing can be obtained by contacting Nomadix Technical Support.

### Establishing Secure Administration {Access Control}

The Access Gateway allows you to block administrator access to interfaces (Telnet, WMI and FTP, SSH and SFTP) and incorporates a master access control list that checks the source (IP address) of administrator logins. A login is permitted only to the interfaces that have not been blocked, and only if a match is made with the master "Source IP" list contained on the Access Gateway. If a match is not made with the "Source IP list," the login is denied, even if a correct login name and password are supplied. The access control list for source IPs supports up to 50 (fifty) entries in the form of a specific IP address or range of IP addresses.

This procedure allows you to enable the "Access Control" feature and block administrator access to specific interfaces, and add or remove administrator "Source IP" addresses.

The NSE supports secure https connections to the Web Management Interface (WMI). Correct certificates must be installed on the NSE flash memory for these connections to function properly. The same certificate set that is used to support SSL connections for subscribers is used for this purpose. For documentation about configuring the system to support secure connections, contact technical support. See Technical Support.

In addition, corresponding options to block https connections (independent of http) are included in the NSE's Access Control functionality, for both the network and subscriber sides.

If the required certificates are not resident on the flash, an attempted https connection will generate an error syslog.

1. From the Web Management Interface, click on **Configuration**, then **Access Control**. The *Access Control* screen appears.



ACCESS GATEWAY



2. For **Configurable Ports**, enter a **Telnet Port** and an **HTTP or HTTPS Port**.

3. Enable or disable administrator access to any of the following interfaces:

- **Telnet Access**
- **Web Management Access (HTTP)**

- **Web Management Access (HTTPS)**
- **FTP Access**
- **SFTP Access**
- **SSH Shell Access**

 *Blocking or unblocking interface access will terminate the current session.*

 ***Do not enable the blocking of all interfaces without setting up and enabling SNMP. Enabling the blocking of all interfaces and disabling SNMP will completely block access to the Access Gateway administration interface. For assistance, contact Nomadix Technical Support.***

4.  Enable or disable subscriber-side interface blocking for any of the following interfaces

- **Telnet Access:** enables/disables blocking of Telnet access from the subscriber-side to the NSE Telnet interface. Default setting is enabled.

- **Web Management Access (HTTP):** enables/disables blocking of Web Management access from the subscriber-side to the NSE WMI. Default setting is enabled.

- **Web Management Access (HTTPS):** enables/disables blocking of secure Web Management access from the subscriber-side to the NSE WMI. Default setting is enabled.

- **FTP Access:** enables/disables blocking of FTP access from the subscriber-side to the NSE. Default setting is enabled.

- **SFTP Access:** enables/disables blocking of SFTP access from the subscriber-side to the NSE. Default setting is enabled.

- **SSH Shell Access:** enables/disables blocking of SSH shell access from the subscriber-side to the NSE CLI. Default setting is disabled.

5.  Click the check box for **Access Control** if you want to enable this feature, then click on the **Save** button to save your change.

    If you enabled Access Control, administrator access is restricted only to the IP addresses shown under the "Currently Access is Permitted for IPs" listing. If you want to add to or remove IP addresses from the list, go to Step 6 through Step 8.

     *The Access Control list can contain up to 50 (fifty) valid administrator IP addresses or ranges of IP addresses.*

6.  To add an IP address (or range of IP addresses) to the list, enter the "starting" IP address in the **Access Control Start IP** field.

---



**7.** If you are adding a range of IP addresses to the access control list, you must now enter the "ending" IP address in the **Access Control End IP** field. If you are adding a single IP address, enter **None** in the **Access Control End IP** field.

**8.** Click on the **Add** button to add the IP address (or range of IP addresses) to the list.

**9.** To remove an IP address (or range of IP addresses) from the list, enter the "starting" IP address in the **Access Control Start IP** field.

If you are removing a range of IP addresses from the access control list, you must now enter the "ending" IP address in the **Access Control End IP** field. If you are removing a single IP address, enter **None** in the **Access Control End IP** field.

**10.** Click on the **Remove** button to remove the IP address (or range of IP addresses) from the list.



*If you enabled Access Control and have "locked yourself out," of the system (for example, because you've forgotten your password), you must establish a local serial connection with the CLI to disable the Access Control feature, or change the range of allowed IP addresses to access the management interfaces.*

### Defining Automatic Configuration Settings {Auto Configuration}

The Access Gateway allows you to define parameters to enable the automatic configuration of the system. See also, "RADIUS-driven Auto Configuration" on page 22.

**1.** From the Web Management Interface, click on **Configuration**, then **Auto Configuration**.

The *Autoconfiguration Settings* screen appears:



**2.** Enable or disable **Autoconfiguration**, as required.

**3.** If you enabled *Autoconfiguration*, you must enter the following information into the corresponding fields:

- RADIUS Authentication Name

- RADIUS Password

- Confirm Password

4.  Click on the **Save** button to save your changes, click on **Save then Reboot** to reboot the Access Gateway and make the changes take effect immediately, or click or the **Restore** button to reset all data to its previous state.

**Enabling Auto Configuration**

As shown in the diagram below, two subsequent events drive the automatic configuration of Nomadix devices:

1.  A flow of RADIUS Authentication Request and Reply messages between the Nomadix gateway and the centralized RADIUS server that specifies the location of the meta configuration file (containing a listing of the individual configuration files and their download frequency status) are downloaded from an FTP server into the flash of the Nomadix device.

2.  Defines the automated login into the centralized FTP server and the actual download process into the flash.



Step 1: RADIUS Authen Req/Response
message to determine location of meta
configuration file

Step 2: FTP download of configuration files
(secure)

The Auto-Configuration setup requires a few basic steps to be completed by both the field engineer and the NOC administrator.



***Administrative Steps to Enable Auto-Config***

Typically, these tasks are performed either at a device pre-staging center or by the field engineer.

1. Establish a WAN connection and electronically accept the EULA.

2. Setup RADIUS Server parameters (go to "Defining the Realm-Based Routing Settings {Realm-Based Routing}" on page 162).

3. Setup Username and Password for RADIUS Authentication.

***Administrative Steps to Enable Auto-Config for the NOC Administrator:***

1. Add NAS IP address.

2. Add Nomadix Auto-Config VSA to the Nomadix dictionary file on the RADIUS server.

3. Create a RADIUS profile with the configuration VSA.

4. Create an FTP server with the configuration files.

5. The following diagram shows a sample RADIUS configuration file, meta file and illustration of the FTP server setup.





The Nomadix device will automatically initiate one reboot to enable the new settings. Configuration updates for network maintenance can be accomplished by simply enabling the Auto-Configuration option and rebooting the device (for example, using SNMP). See also, Defining Automatic Configuration Settings {Auto Configuration}.

### Setting Up Bandwidth Management {Bandwidth Management}

The Access Gateway allows system administrators to manage the bandwidth for subscribers, defined in Kbps (Kilobits per seconds) for both upstream and downstream data transmissions. With the ICC feature enabled, subscribers can increase or decrease their own bandwidth dynamically, and also adjust the pricing plan for their service.

You can enable or disable bandwidth policies for bandwidth management and group bandwidth management policies. You can specify settings for each individual WAN. The NSE supports setting default maximum up and downstream bandwidths for subscribers who do not have a specified bandwidth.

1.  From the Web Management Interface, click on **Configuration**, then **Bandwidth Management**. The *Bandwidth Management* screen appears:



2.  If required, click the check box for **Bandwidth Management Enabled**.

3.  If required, select **Group Bandwidth Policies**. Bandwidth Management must be enabled before you can enable and specify Group Bandwidth Policies.

*Note: The Bandwidth Management page only globally Enables and Disables Bandwidth Management and Group Bandwidth Policies. Bandwidth settings themselves are set for each WAN interface in Ethernet Ports/WAN.*

4.  If desired, click the check box to enable **Weighted Fair Queuing**. See "Weighted Fair Queuing" on page 28.



5. With **Weighted Fair Queuing** enabled, you have the option to **Share Unused Bandwidth**. If checked, unused bandwidth, if available, is distributed among users in proportion to the users' bandwidth caps. If unchecked, users are held to their bandwidth cap limits.

6. If required, specify **Default Valid Subscriber Bandwidth**; Up and/or Down. These options specify the default maximum up and down bandwidths for any subscribers that do not have a specified bandwidth setting. A value of '0' means that no limit will be applied.

7. Click on the **Save** button to save your changes, or click the **Restore** button to reset all the values to their previous state.

## Group Bandwidth Limit Policy

The Group Bandwidth Limit Policy allows the you to assign a common bandwidth rate limiting policy to a group of subscriber devices. All devices within the group share the total bandwidth allocated to the policy.

The Group Bandwidth Limit Policy feature defines the following vendor-specific attributes (VSAs):

| Nomadix VSA # | Name | Role/Value |
|---|---|---|
| 19 | GROUP_BW_POLICY_ID | Defines the ID the for the group policy. Integer between 1 and 16777215, inclusive. |
| 20 | GROUP_BW_MAX_UP | Defines the total upstream bandwidth allowed for the group in Kilobits per second. Integer value. 0 is interpreted as unlimited. |
| 21 | GROUP_BW_MAX_DOWN | Defines the total downstream bandwidth allowed for the group in Kilobits per second. Integer value. 0 is interpreted as unlimited. |

## Group Bandwidth Limit Policy – Operation

The NSE maintains a collection of all installed group bandwidth policies. The collection is indexed by the bandwidth policy ID provided by the RADIUS server. The collection can store as many policy records as the number of licensed subscriber devices. All subscriber devices sharing the same group bandwidth policy ID belong to the same group. A subscriber device can participate in only one bandwidth-limiting group at a time.

When a login is performed to an account that returns a bandwidth policy ID that does not yet exist in the NSE, a new policy record is created and inserted into the aforementioned

collection. The subscriber authorized by the Access-Accept is associated with the newly installed bandwidth policy ID, and the bandwidth limits returned are invoked.

When the Access-Accept for a subscriber contains a bandwidth policy ID already present on NSE, the subscriber is associated with the existing group policy. All subscribers that are now members of the group share the total bandwidth allocated to the policy.

If at some point a login is performed to an account that returns the policy ID for an existing policy, but also returns bandwidth values different than those currently allocated for that policy, the policy will be updated with the new values found in the Access-Accept. Thus, the latest Access-Accept determines the current rates for the entire group.

The lifetime of a group policy record in the collection is determined by the session time of the authorized (i.e. VALID) subscribers participating in the group. Group policy records are removed from the collection when the last subscriber device belonging to the group is logged out of the NSE regardless of the reason (e.g. session timeout, idle timeout, deletion of the subscriber by an administrator, etc).

The NSE does not support the ability to enforce both per-subscriber and group bandwidth rates simultaneously for the same subscribers. The RADIUS server must specify either per-subscriber or group bandwidth attributes. However, in case a RADIUS Access-Accept contains both individual and group bandwidth attributes, *the NSE will use the group attributes and ignore the per-subscriber attributes*.

 *The NSE can concurrently support some subscribers as part of a group and some others with limits set on a per-subscriber basis. However, a single subscriber cannot be assigned group membership and individual limits at the same time.*

### Group Bandwidth Limit Policy – Current Table

When the feature is enabled, a group bandwidth policy ID column is displayed in the **Current Subscribers** table (**Subscriber Administration** > **Current**). Once policies are instantiated, policy information can also be viewed via XML.



ACCESS GATEWAY

**Current Subscribers**

Subscriber Idle Timeout:  1200

Note: doesn't apply to Radius subscribers. Factory default: 1200 s

[Submit]  [Reset]

| MAC | IP | Port | Room | User Name | Group Bw Policy | Bandwidth Up / Down | Throughput In-Out Up / In-Out Down | AAA State | Expiration | Idle Timeout | Bytes Sent | Bytes Received | Total | Proxy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70:5A:B6:A0:D8:04 | 10.149.67.11 | 1 | 1 | gtpbw | 1 | 1024 / 2048 | 12-12 / 513-513 | Valid | Unlimited/Radius: Unlimited | 30 mins : 0 sec | 296566 | 15388605 | 15685171 | OFF |
| 00:19:B9:6E:1A:6C | 10.149.67.13 | 0 | | gtpbw | 1 | 1024 / 2048 | 12-12 / 433-433 | Valid | Unlimited/Radius: Unlimited | 30 mins : 0 sec | 730974 | 41479535 | 42210509 | OFF |
| 00:15:C5:1C:3E:69 | 10.149.67.12 | 2 | 2 | gtpbw | 1 | 1024 / 2048 | 30-30 / 1106-1106 | Valid | Unlimited/Radius: Unlimited | 30 mins : 0 sec | 801092 | 37050143 | 37851235 | OFF |

## *Establishing Billing Records "Mirroring" {Bill Record Mirroring}*

The Access Gateway can send copies of credit card transaction and PMS billing records to external servers that have been previously defined by system administrators. The Access Gateway assumes control of billing transmissions and saving billing records. By "mirroring" the billing data, theAccess Gateway can also send copies of billing records to predefined "carbon copy" servers. Additionally, if the primary and secondary servers are down, the Access Gateway can store up to 2,000 credit card transaction records. When a connection is re-established (with either server), the Access Gateway sends the stored information to the server—*no records are lost!*

For more information about the bill record mirroring feature, go to "Mirroring Billing Records" on page 337.

1.  From the Web Management Interface, click on **Configuration**, then **Bill Record Mirroring**. The **Credit Card Mirroring Settings** screen appears:

ACCESS GATEWAY



2.  If you want to enable the billing records "mirroring" functionality for credit card transactions, click on the check box for **Enable Bill Record Mirroring**.

3.  Enter the property identification code in the **Property ID** field.

4.  Enter the communication parameters for the primary server that is to be used for mirroring, including:

    ●   Primary IP

    ●   URL

    ●   Secret Key

 *The Access Gateway and the "mirror" servers must use the same secret key.*



5.  Repeat Step 4 for the secondary server (if any) and all carbon copy servers.

6.  Define the "fail-safe" provisions, including:

    ● Retransmit Method – Alternate, or do not alternate.

    ● Number of Retransmit Attempts – This tells the system how many times it should attempt to retransmit billing records before suspending the task.

    ● Retransmit Delay – This specifies the time delay between each retransmission.

7.  Click on the **Save** button to save your changes, or click on the **Restore** button if you want to reset all the values to their previous state.

## *Class-Based Queueing*

Nomadix Class-Based Queueing provides a flexible way to control the bandwidth provided to individual groups of users (classes). Classes have both maximum and minimum bandwidth specifications.

You can add users to classes and apply attributes across entire classes. Each class has 3 configurable attributes:

● Priority

● Minimum Bandwidth

● Maximum Bandwidth

For additional details, see "Class-Based Queueing" on page 11.

**To Enable and Configure Class-Based Queueing**

1.  Click **Configuration** > **Class Based Queueing**

ACCESS GATEWAY

The Class Based Queueing screen appears.



2. Click **Enable** and then **Save** to enable Class-Based Queueing.

3. Click **Add Class** to add a class. Class names are case-sensitive. "Dot" notation (e.g., `<top-level class>.<subclass>`) is used to associate top-level classes and subclasses.

- Subscribers can only be assigned to sub-classes.

- Sub-classes cannot access bandwidth greater than their assigned WAN link.

- Top-level classes can be assigned a priority of 1 through 8. Sub-classes can be assigned a priority of 1, 2, or 3. One is the highest priority.

- Minimum bandwidths are respected regardless of priority. Minimums/maximum bandwidth is applied across all users in a class.



**4.** Click on a class name to change the class name or modify the attributes of a class.



**5.** Click **Throughput Estimator** to evaluate traffic scenarios. Given different loads per class, the interface provides the estimated effective throughput. You can use this tool to preview how bandwidth will be assigned,, based on Class-Based Queueing structure and priority settings.



**Assigning Users to a Class**

There are four ways to assign users to a particular class:

- Radius

- XML
- Subscriber Administration menu
- Subscriber Interface menu

### Assigning a User to Class-Based Queueing Using Radius

Subscribers can be assigned to a specific class/sub-class using Radius VSA. Subscribers with no class membership are assigned a priority of 8.

**ATTRIBUTE Nomadix-Bw-Class-Name 27 string**

For example, when a subscriber logs in and this attribute is defined as follows, the subscriber gets assigned to the class **priority1.Subclass**.

**Nomadix-Bw-Class-Name = "priority1.Sub-class"**

### Assigning a user to a class using XML

The **CLASS_NAME** element has been added to the **USER_ADD** and **USER_PAYMENT** XML commands. These are covered in the 8.4 XML DTD documentation, available from www.nomadix.com/support.

### Assigning a User to a Class using the Subscriber Administration menu

The procedures for Adding Subscriber Profiles (**Subscriber Administration** > **Add**) support adding a subscriber, device, or group account profile to a class. See "Adding Subscriber Profiles {Add}" on page 201.

### Assigning a User to a Class Using Bill Plans (Subscriber Interface menu)

You can add a user to a class while setting up a billing plan. See "Setting Up a "Normal" Billing Plan" on page 219.

## Clustering {Clustering}

NSE Clustering provides the ability to cluster multiple gateways on one network segment. For more information about this feature, including description, limitations, and troubleshooting information, see "Multiple Unit Clustering" on page 32.

To enable NSE Clustering:

1. Click **Configuration** > **Clustering** and click **Enable**.



| NSE Clustering Using Subscriber MAC Addresses Settings | | |
|---|---|---|
| NSE Clustering | ☐ Enable | |
| Total number of gateways: | 2 | A number between 2 and 256 |
| Gateway number: | 1 | A number between 1 and the total number of gateways |

Submit

The following features are not compatible with clustering:
System Fail Over
Proxy ARP for Device
Routed Subscribers
Intra-port Communication

**2.** Enter integers for the Total number of gateways and the Gateway number (must be from 2 to 256 with no gaps). For example, if clustering is being configured on three gateways, one gateway must be 1, one gateway must be 2 and one gateway must be 3.

Be aware of the following:

- All gateways in a cluster must have the same configuration

- WAN and INAT IP addresses must not clash among clustered gateways

- All gateways must have the same number of licensed subscribers

- No restrictions are placed on shared secrets, administrator credentials, RADIUS NAS identifier and NAS port.

### *Configuring Destination HTTP Redirection {Destination HTTP Redirection}*

Destination HTTP Redirect provides DNS-triggered redirection of HTTP requests to one or more portal page URLs configured on the NSE. Portal pages could include account status, maps, local information, etc.

The NSE will intercept and respond to DNS queries containing configurable strings. Subscribers requesting a website at that DNS will obtain a DNS response that contains a "magic" IP address (which is the same value obtained when the subscriber queries the DNS string "logout.nomadix.com").

The NSE will process HTTP requests for that "magic" IP address (configurable on the AAA page), and will reply with an HTTP redirection (which may include a number of signed redirection parameters) to a configured URL. By following the HTTP redirection, the subscriber will reach the target URL, and he/she will then be served a page containing whatever information is relevant (account and/or other specific information).



ACCESS GATEWAY



The figure above illustrates destination HTTP redirection, assuming a DNS query string for www.example.com, a magic IP address of 1.1.1.1, and a portal page URL of portal1.myhotel.com. Given this configuration, the following would apply:

- A DNS query for www.example.com is intercepted by the NSE, which responds with the magic IP address. Then, the subscriber's browser sends an HTTP request to the magic IP and sets the Host header to www.example.com.

- The NSE will process the HTTP request and will analyze the Host header to find the redirection URL that corresponds to www.example.com, which is portal1.myhotel.com in this example. The NSE will then craft an HTTP redirection response that contains the portal page URL, followed by a query string. The string will include various redirection parameters, time-stamped and signed, if signing is enabled for that entry (which it is not in this example).

- The subscriber will follow the redirection string and will land on the portal page URL. The portal will verify and analyze the query string and then will return the relevant information (likely about the subscriber's account status, depending on what the portal is configured to handle).



- After successful redirection occurs the list of signed parameters and signature methods are passed to the portal page.

```
HTTP/1.0 302 RD
http://portal1.myhotel.com/details?OS=<Original
Server>&UI=<NSE's ID>&MA=<subscriber's MAC>&RN=<Room
name>&PORT=<VLAN>&SIP=<subscriber's
IP>&TS=<timestamp>&NONCE=<16 chars>&SIGN=<signature>&
SIGNED=<list of signed parameters>& METHOD=<signature
method>
```

1. From the Web Management Interface, click on **Configuration**, then **Destination HTTP Redirection**. The *Destination HTTP Redirection Settings* screen appears:

**Destination HTTP Redirection Settings**

Page load

Destination HTTP Redirection  ☑ Enabled

[🖫 Save]

**Portal Pages**

**Add a new Portal Page**

Matching String:

_____

URL:

_____

Parameter Passing:
☐ Enabled

Parameter Signing:

Method    ⦿ None ○ HASH-CRC32 ○ HMAC-MD5

Parameters  ☐ UI ☐ MA ☐ RN ☐ PORT ☐ SIP

☐ Set Shared Secret _____ (write-only)

[✛ Add] [↻ Restore]

**Existing Portal Page entries (up to 50 may be created):**

| Matching String | URL | Parameter Passing | Parameter Signing | Actions |
|---|---|---|---|---|
| my.test.bed | www.bardicgrove.org | Enabled | None | Edit \| Delete |

Number of portal pages defined: 1

2. To enable Destination HTTP Redirection, click on the **Enabled** check box. The default setting is disabled.

   You may create up to 20 portal pages.

3.  In the **Portal Pages** section, enter the matching string that will be directed to the portal page in the **Matching String** field.

4.  Enter the portal page's URL in the **URL** field.

5.  To enable parameter passing, click on the Parameter Passing **Enable** check box.

6.  Select the **Parameter Signing**:

    - **Method**:
      **None**, **HASH-CRC32**, or **HMAC-MD5** (select one method).

    - **Parameters**:
      **UI**, **MA**, **RN**, and **PORT** (select all applicable parameters).

7.  To enable Set Shared Secret, click on the **Set Shared Secret** check box. If you enable this feature, enter the shared secret text string in the **Set Shared Secret** field.

8.  Click on the **Save** button to save the redirection settings, or click on the **Restore** button if you want to reset all the values to their previous state.

    Portal page setting are saved to the table in **Existing Portal Page entries** section of the screen. From that table, you can edit or delete existing portal pages

### Managing the DHCP service options {DHCP}

When a device connects to the network, the DHCP server assigns it a "dynamic" IP address for the duration of the session. Most users have DHCP capability on their computer. To enable this service on the Access Gateway, you can either enable the DHCP relay (routed to an external DHCP server IP address), or you can enable the Access Gateway to act as its own DHCP server. In both cases, DHCP functionality is necessary if you want to automatically assign IP addresses to subscribers.

1.  From the Web Management Interface, click on **Configuration**, then **DHCP**. The *DHCP Settings* screen appears:



ACCESS GATEWAY



 *Nomadix' patented Dynamic Address Translation (DAT) functionality is automatically configured to facilitate "plug-and-play" access to subscribers who are misconfigured with static (permanent) IP addresses, or subscribers that do not have DHCP capability on their computers. DAT allows all users to obtain network access, regardless of their computer's network settings.*

2. **DHCP Services** is enabled by default. Do not disable it unless you want to lose all your DHCP services.

 *By default, the Access Gateway is configured to act as its own DHCP server and the relay feature is disabled. If you want the Access Gateway to act as its own DHCP server, do not enable the relay. Go directly to Step 8.*

3. To route DHCP through an external server, enable the **DHCP Relay**.

4. If you enabled the DHCP Relay feature, you must assign a valid **DHCP Server IP** address (the default is 0.0.0.0) and a valid **DHCP Relay Agent IP** address.

   The DHCP Relay Agent allows the Access Gateway to request a specific range of IP addresses from different IP pools from the DHCP Server. Leaving these fields blank forces



ACCESS GATEWAY

the system to use the IP pool that contains IP addresses that are on the same subnet as the Access Gateway.

 *You must disable the DHCP server before enabling the DHCP relay. Both features cannot be enabled concurrently.*

 *If the DHCP Relay Agent IP address is set for an address that is already used or the IP address of the server, the other system will get an IP conflict and will not have Internet access.*

5.  If desired, enable **Relay Agent Information (option 82)**.

    The DHCP Relay Agent Information Option (option 82) allows the NSE to add information to a relayed DHCP request. This information identifies the origin of the request.

    You can set a Site prefix of up to 64 characters. The information also includes:

    - Originating NSE physical subscriber port

    - VLAN ID of the subscriber

    - Nomadix IANA ID

    - Port-specific description (view/set in the Port-Location Table).

    You can view the Relay Agent Information, or change the Site prefix, by clicking the show/hide toggle button on the screen.



6.  If you want the Access Gateway to act as its own **DHCP Server** (you did not enable the *DHCP Relay*), enable it now.

7.  If required, you can make the DHCP Server feature **Subnet-based** by checking the appropriate box.

8.  If required, enable the **IP Upsell** feature.

    System administrators can set two different DHCP pools for the same physical LAN. When DHCP subscribers select a service plan with a public pool address, the Access

---



Gateway associates their MAC address with their public IP address for the duration of the service level agreement. The opposite is true if they select a plan with a private pool address. This feature enables a competitive solution and is an instant revenue generator for ISPs. The IP Upsell functionality solves a number of connectivity problems, especially with regard to certain video conferencing and online gaming applications.

The NSE provides additional flexibility for configuring upsell scenarios. Users can be assigned WAN's of different bandwidth capabilities; for example, for hotel guests of stature or for premium payment.

9.  If you want to add a new DHCP Pool, click on the **Add** button. The DHCP Settings screen displays fields for the new pool:



10. Enter a valid **DHCP Server IP** address for the DHCP server.

11. Enter the **DHCP Server Netmask**.

12. Enter the starting and ending IP addresses for the DHCP address pool you want to use:

    ● DHCP Pool Start IP

    ● DHCP Pool Stop IP

13. Enter the **DHCP Lease Minutes**.

14. Select **Public Pool** or **Private Pool**, as required.

       *A "public" IP address will not be translated by DAT.*

15. If required, make this an **IP Upsell Pool** and/or the **Default Pool** by checking the appropriate boxes.

       *Do not allow pools to overlap.*

16. Optional, if the gateway router for the DHCP Pool is other than that of the DHCP Server IP, select **Specify** and enter the IP address of the gateway router of choice.

17. When finished establishing your DHCP Pools, click on the **Back to Main DHCP Configuration Page** to return to the previous page.

ACCESS GATEWAY

The existing lease pool and lease table are deleted and the Access Gateway reboots. The Access Gateway can issue IP addresses to any DHCP enabled subscriber who enters the network.

## *Managing the DNS Options {DNS}*

DNS allows subscribers to enter meaningful URLs into their browsers (instead of complicated numeric IP addresses) by automatically converting the URLs into the correct IP addresses. You can assign a primary, secondary, or tertiary (third) DNS server. The Access Gateway utilizes whichever server is currently available.

Use the following procedure to set the DNS configuration options.

1.  From the Web Management Interface, click on **Configuration**>**DNS**. The *Domain Name System (DNS) Settings* screen appears:



2.  Enter the **Host Name** (the DNS name of the Access Gateway).

 *The host name must not contain any spaces.*

3.  Enter a **DNS Redirection Port** and a **Proxy DNS Port**.

4.  Click on the **Save** button to save your changes, or click on the **Restore** button if you want to reset all the values to their previous state.

## *Enabling DNSSEC Support*

DNSSEC support adds authentication and integrity capability to DNS systems. The DNSSEC feature in the NSE allows DNSSEC queries and responses to traverse the NSE between



subscribers and the NSE's configured DNS servers. The NSE itself does not participate in DNSSEC trust relationships with subscribers.

Use the following procedure to set the DNS configuration options.

1.  From the Web Management Interface, click on **Configuration**>**DNS**. The *Domain Name System (DNS) Settings* screen appears:

2.  Check the **Enable** check box to enable DNSSEC Support functionality. The default setting is disabled.

3.  Click on the **Save** button to save your changes (reboot is not required), or click on the **Restore** button if you want to reset all the values to their previous state.

### *Managing the Dynamic DNS Options {Dynamic DNS}*

Use the following procedure to set the Dynamic DNS options.

1.  From the Web Management Interface, click **Configuration**, then **Dynamic DNS**. The *Dynamic DNS Configuration* screen appears:



2.  Check the **Enable** checkbox to enable Dynamic DNS (DDNS) functionality. The default setting is disabled.

**3.** Enter the **Provider Info**:

- Select the provider protocol from the **Protocol** menu. Currently, only **dyndns.org** and **dyndns.org (secure)** are supported. The default setting is **dyndns.org (secure)**.

- In the **Server** field, enter the server name to which the client sends updates to the DDNS server.

- Select the port number for the server from the **Port** menu.

**4.** Enter the **Account Information**:

- Enter the host name, which is the DDNS name that is mapped to the client IP address, in the **Hostname** field. DDNS mapping is configured on the DynDNS.org account.

- Enter the user name for the DDNS server account in the **Username** field.

- Enter the password name for the DDNS server account in the **Password** field.

**5.** In the **Force Update** field, click **Save and Force Update** to force an immediate update to the DDNS.

Note that too many updates may be considered abuse by the DDNS vendor.

Alternatively, click **Save** to save the settings or **Restore** to clear the changes and return the settings to the previous state.

### Ethernet Ports/WAN

The NSE supports multiple, separately configurable WAN interfaces. You may assign each interface as a WAN, Subscriber Interface, or specify that it remain out of service. Each interface has its own IP, DNS, Bandwidth, VLAN, and NAT IP addresses, and can obtain its IP address by DHCP, PPPoE, or Static configuration.

The number of configurable WANs will vary with the Access Gateway hardware. See "Product Specifications" on page 296 for these details.

The NSE can now support up to five (AG5800, AG5900) WAN interfaces at once, using completely independent network settings for each.

- Each WAN port has independent Mode, IP, DNS, iNAT, Monitoring, Additional NAT addresses, 802.1Q tagging, and bandwidth settings.

- Roles for most ports (those marked either EthX or AuxX) are unrestricted; that is, each port can be set to

  - WAN Network Side Link
  - SUB (Subscriber), or
  - OOS (Out Of Service).



- However, designated WAN or LAN ports cannot be set to the opposite role, but can be set to OOS.

- Each configured and active WAN port can be used for NSE Management activity, and the WMI is available on that address.

- Multiple WAN interfaces may be configured and used for management activity (but not subscriber traffic), even without the Load Balancing license feature (or with the feature disabled).

- Out of the box, the NSE will boot with one WAN port and one LAN port enabled, and the remaining ports set to out-of-service.

- The AG5900 supports an optional plug-in module that provides two SFP+ 10 Gigabit fiber interface slots.

To view and configure WAN interfaces, select **Configuration**>**Ethernet Ports/WAN**. The Current Interfaces Settings screen appears, which summarizes all WAN connections.

Ethernet Ports & WAN Interface Configuration and Status

Current Interface Settings

| Name Label | *Role | Cfg Mode | IP Address | Mask | Gateway | Link | Inet Access | Up / Down Link Speed (Kbps) |
|---|---|---|---|---|---|---|---|---|
| WAN | WAN | Static | 172.17.0.22 | 255.255.0.0 | 172.17.255.254 | Up | Available | 1000000 / 1000000 |
| Eth1 | SUB | n/a | n/a | n/a | n/a | Down | n/a | n/a |
| Eth2 | OOS | n/a | n/a | n/a | n/a | Down | n/a | n/a |
| Eth3 | OOS | n/a | n/a | n/a | n/a | Down | n/a | n/a |
| Eth4 | OOS | n/a | n/a | n/a | n/a | Down | n/a | n/a |
| Eth5 | OOS | n/a | n/a | n/a | n/a | Down | n/a | n/a |
| SFP+0 | WAN | Static | 172.17.0.21 | 255.255.0.0 | 172.17.255.254 | Up | Available | 10000000 / 10000000 |
| SFP+1 | SUB | n/a | n/a | n/a | n/a | Up | n/a | n/a |

**Show Summary**

Legend:

| n/a | **Non-applicable**. Values are unnecessary for the chosen **Role**. |
|---|---|
| Unknown | **Inet Access** is **Unknown** if Port's **Link** is **Up** and *Interface Monitoring* is disabled. |

*Role Configuration:

| WAN | Wide Area Network |
|---|---|
| SUB | Subscriber Network |
| OOS | Out-of-Service |

ACCESS GATEWAY

Click any individual interface name to view and set details of the individual WAN.



### Enabling Fast Forwarding

NSE version 8.8 provides a Fast Forwarding mode. This mode enhances overall system throughput, and provides as much as double previously-achievable bandwidth.



ACCESS GATEWAY

To enable Fast Forwarding mode, choose **Configuration** > **Fast Forwarding**. Check **Enabled**.

Fast Forwarding

Fast Forwarding Plane  ☑ Enabled

💾 Save

If you enable Fast Forwarding, some counting statistics (e.g., bytes sent / received) are updated somewhat less frequently than when the feature is disabled. Normally such counts should update approximately every 5 seconds, but at high throughput levels, this can make the difference between successive values larger.

On higher-end NSE platforms, the maximum rate the system can achieve may be limited by the line rate of the interfaces used. In order to benefit from the Fast Forwarding feature on these platforms, you must use fiber interfaces or multiple 1G standard ethernet (both on the network and subscriber sides).

Fast Forwarding is enabled by default for all new systems. Fast Forwarding, if enabled, does not effect the following types of sessions:

• General Proxy Sessions

• Sessions that require an Application Level Gateway (ALG); e.g. FTP

• All sessions over WAN interfaces configured for PPPoE or GRE

• Subscriber IPSEC traffic NOT using NAT Traversal (i.e. using iNAT)

• All traffic over IPSEC tunnels for which the NSE is an end point of the tunnel

### *Setting the Home Page Redirection Options {Home Page Redirect}*

This procedure shows you how to redirect the subscriber's browser to a specified home page. Subscribers may also be redirected to a page specified by the solution provider, without any interaction with the authentication process.

 *You must configure DNS if you want to enter meaningful URLs instead of numeric IP addresses into any of the Access Gateway's configuration screens.*

1. From the Web Management Interface, click on **Configuration**, then **Home Page Redirect**. The *Home Page Redirection Settings* screen appears:



2.  Click on the check box for **Home Page Redirection** to enable this feature. If you enable home page redirection, you must provide a URL for the redirected home page.

3.  Enter the URL of the redirected home page in the **Home Page URL** field.

4.  If required, click on the check box for **Parameter Passing**.

    Parameter passing allows the Access Gateway to track a subscriber's initial Web request (usually their home page) and pass the information on to the solution provider. The solution provider uses this information to ensure that the subscriber can return to their home page easily.

5.  In the **Redirection Frequency** field, specify the frequency (in minutes) for home page redirection. This is the interval at which the subscriber is redirected to the solution provider's home page automatically.

6.  Click on the **Save** button to save your changes, or click on the **Restore** button if you want to reset all the values to their previous state.

### *Enabling Intelligent Address Translation (iNAT™)*

The Nomadix patented iNAT™ feature contains an advanced, real-time translation engine that analyzes all data packets being communicated between the private and public address domains. The Nomadix iNAT™ engine performs a defined mode of network address translation based on packet type and protocol (for example, IKE etc…).

NSE provides the following iNAT enhancements:

● A separate iNAT interface page shows the settings for each port in either WAN or OOS modes. Ports in SUB mode are not shown.

● Each of the displayed ports has individual iNAT / Subscriber tunnel settings accessible by clicking on that port's link.

● The interface allows easy deletion of any iNAT address range.

iNAT settings are configured individually for each interface.



1. From the Web Management Interface, click on **Configuration**, then **iNAT**.

   A list of current iNAT settings appears. You can select a specific interface to change its iNAT configuration.



The *iNAT*<sup>TM</sup> screen appears:

2. Enable or disable the iNAT feature, as required.

3. If you enabled iNAT, you have the option of enabling or disabling the following VPN protocols:

- PPTP

- PPTP CALL ID

- IPSEC

4. Click on the **Save** button to save your options.

Use the **iNAT Start** and **iNAT End** fields to enter an IP address or range of IP addresses (up to 50), then click on the **Add** button to add the IP address(es), or click on the **Remove** button to delete the IP address(es) from the database.

## Interface Monitoring

As a complementary feature to Load Balancing, you can actively monitor each WAN connection to assure that full network functionality exists.

Interface Monitoring must be enabled; it is off by default. It is set separately for each configured WAN interface.

Three failures must occur before the system sets the port status to Unavailable and re-assigns subscribers.

Monitoring may be configured for both the Monitoring Interval (default is 60 seconds) and for three different methods as required by the network:

- The default method (Automatic) will generate a random DNS query to each configured DNS server. Receiving an **?Error?** back from the server(s) verifies full network connectivity.

- Host Probing (Ping) — A Host or IP address can be pinged to verify connectivity via ICMP response.

- Host Probing (HTTP) will generate an HTTP GET to the configured Web address. The HTTP response will verify network connectivity.



To view configured WAN interfaces, select **Configuration**>**Interface Monitoring** in the Web Management Interface. The Interface Monitoring Settings screen appears:



Click on any interface name to configure individual interface settings:



## Defining IPSec Tunnel Settings {IPSec}

1. From the Web Management Interface, click on **Configuration**, then **IPSec**. The *IPSec Tunnel Settings* screen appears:

ACCESS GATEWAY



2. Check the **Enable IPsec** checkbox to enable IP Security.

3. Check **Enable NAT Traversal** to allow packets to traverse NAT/IPsec boundaries.

4. Click **Save** to save the setting.

    To add or modify IPsec tunnel peers, see "Managing IPSec Tunnel Peers" on page 123. To add or modify IPsec security policies, see "Managing IPSec Security Policies" on page 125.

**Managing IPSec Tunnel Peers**

You can add a new IPSec tunnel peer or modify the settings of an existing IPSec tunnel peer from the *IPSec Tunnel Settings* screen.



### *Adding a new IPSec tunnel peer*

**1.** Click the **Add** button in the **IPSec Tunnel Peers** table. The *IPSec Tunnel Peer Settings* screen opens.



**2.** Enter the IP address of the peer in the **Tunnel Peer** field.

**3.** Enter a Dead Peer Detection interval (integer value in seconds).

**4.** Select the Internet Key Exchange (IKE) Protocol Version.

**5.** In the **Peer Authentication Method** section, select one of the two peer authentication methods:

- **Authenticate via pre-shared key** – Enter the pre-shared key in the **Shared Key** field.

- **Authenticate via X.509 Certificate** –

  - Enter the filename of the private certificate in the **Private Key Filename** field.

  - Enter the filename of the public certificate in the **Certificate Filename** field.

  Note that the files must exist on flash first.

**6.** In the **IKE Channel Security Parameters** section, select the following settings:

ACCESS GATEWAY

- **Acceptable Encryption Algorithms** – Check the **DES**, **3DES,** and/or **AES128CBC** checkboxes (you must check at least one option).

- **Acceptable Hash Algorithm** – Check the **MD5**, **SHA**, and/or **AES128** checkboxes (you must check at least one option).

- **Key Strength** – The options are **768-bit**, **1024-bit, 1536-bit, and 2048-bit**. The default setting is **768-bit**.

- **Lifetime** – Enter the maximum key lifetime (in seconds). The default settings **28800**.

7. Click **Add** to add the IPSec tunnel peer to the **IPSec Tunnel Peers** table on the *IPSec Tunnel Settings* screen.

8. Click the **Back to Main IPSec Tunneling Settings page** link to return to the *IPSec Tunnel Settings* screen.

### *Modifying an Existing IPSec Tunnel Peer*

1. Click on the IPSec tunnel peer link that you wish to modify in the **IPSec Tunnel Peers** table. The *IPSec Tunnel Peer Settings* screen opens.

2. Modify the settings as desired.

3. Click:

- **Modify** to save the changes to the peer.

- **Remove** to remove the peer from the **IPSec Tunnel Peers** table.

- **Restore** to undo any changes you made to the peer settings and return the peer to its original settings.

4. Click the **Back to Main IPSec Tunneling Settings page** link to return to the *IPSec Tunnel Settings* screen.

### Managing IPSec Security Policies

You can add a new IPSec security policy or modify the settings of an existing IPSec security policy from the *IPSec Tunnel Settings* screen.



ACCESS GATEWAY

*Adding a New IPSec Security Policy*

1. In the **IPSec Security Policies** table, click the **Add** button to add an entry. The *IPsec Tunnel Security Policy Settings* screen opens.



2. Select the tunnel peer IP address for which you would like to add a security policy from the **Tunnel peer IP address** menu. You must select a peer if the policy is using **ESP** or **AH**; if the policy is a **Discard** or **Bypass** policy, select **none**.

3. In the **Traffic Selectors** section, define a specific protocol by one of the following methods:

   ● Select a specific protocol from the **Protocol** menu.

- Enter a specific protocol number in the **Protocol** field. Protocol numbers are available at **www.iana.org/assignments/protocol-numbers**.

Next you will define selectors of the Security Policy. All selectors must match for the policy to be applied.

4. Define the following selectors for the **Remote End**:

- **Remote IP/Subnet** – Enter the IP address of the remote network secured by the IPSec tunnel. The address can specify a host.

- **Subnet Mask** – Enter the subnet mask of the remote network secured by the IPSec tunnel.

- **Remote UDP/TCP Port** – Enter the port number; **0** is for all ports (only if protocol is UDP or TCP).

5. Security Policy can derive the settings for the Local End from the current Network IP settings of the unit. Select one of the following network options for the **Local End**:

- **Use current Network Interface IP Address** – Select this option if you would like to use the current network interface IP Address. Note that the network IP address is dynamic if DHCP or PPPoE client is enabled. This setting is the default setting.

- **Use this static IP address/subnet** – If you select this option you must also enter the **Local IP/Subnet**, the **Subnet Mask**, and the **IP address of network interface for this policy**.

  - The **Local IP/Subnet** is the IP address of the local network secured by the IPSec tunnel. The address can specify a host.

  - The **Subnet Mask** is the subnet mask of the local network secured by the IPSec tunnel. The address can specify a host.

  - The **IP address of network interface for this policy** is the IP Address for the NSE inside an IPSec tunnel. The IP address must be within the Local LAN subnet or the same as the Local LAN IP address. IP address 0.0.0.0 disables the functionality. The default setting is 0.0.0.0.

6. Enter the port number in the **Local UDP/TCP Port** field; **0** is for all ports (only if protocol is UDP or TCP).

7. In the **Security Parameters** section, define the parameters of the security policy. The options are **Discard**, **Bypass**, **ESP**, and **AH**. **ESP** is the default setting.

- **Discard**

- **Bypass** – Select the direction of the discard/bypass; the options are: **In only**, **Out only**, or **In and Out**. **Out only** is the default setting.

- **ESP** – Select all the acceptable encryption algorithms by putting a check in the checkbox of each option; the options are: **DES**, **3DES**, and **NULL**. **3DES** is the default



setting. See "Setting joint ESP and AH parameters" on page 128 to set parameters that pertain to both ESP and AH polices.

- **AH** – See "Setting joint ESP and AH parameters" on page 128 to set parameters that pertain to both ESP and AH policies.

*Setting joint ESP and AH parameters*

These parameters affect both ESP and AH policies.

- Select all the **Acceptable authentication algorithms** by putting a check in the checkbox of each option; the options are: **MD5**, **SHA**, and **NULL**. The default settings are **MD5** and **SHA**.

- Select the **Perfect Forward Secrecy Strength** to enable PFS. PFS makes the keying material used in protecting the data independent of the keying material used for protecting the IKE exchanges. The options are **None**, **768-bit**, **1024-bit, 1536-bit, and 2048-bit**. The default setting is **None**.

- Enter the maximum lifetime (in seconds) in the **Maximum Lifetime** field. The default settings **28800**.

- Enter the maximum life size (in kbytes) in the **Maximum Lifesize** field.

- Enable the automatic renewal option by putting a check in the **Automatic renewal** checkbox. The default setting is enabled.

8.  Click **Add** to add the policy to the **IPSec Security Policy** table on the *IPSec Tunnel Settings* screen.

9.  Click the **Back to Main IPSec Tunneling Settings page** link to return to the *IPSec Tunnel Settings* screen.

*Modifying an Existing IPSec Security Policy*

1.  Click on the IPSec security policy link that you wish to modify in the **IPSec Security Policies** table. The *IPsec Tunnel Security Policy Settings* screen opens.

2.  Modify the settings as desired.

3.  Click:

    - **Modify** to save the changes to the policy.

    - **Remove** to remove the security policy from the **IPSec Security Policies** table.

    - **Restore** to undo any changes you made to the policy settings and return the policy to its original settings.

4.  Click the **Back to Main IPSec Tunneling Settings page** link to return to the *IPSec Tunnel Settings* screen.



### *Load Balancing*

Load Balancing is an optional licensed feature. For an overview of Nomadix load balancing and common use cases, see "Load Balancing and Link Failover" on page 34.

The NSE can balance subscriber assignment between all active WAN interfaces when Load Balancing mode is enabled. Note that subscribers are balanced, not traffic.

As subscribers go valid, they are assigned to a WAN interface, taking account of both the Uplink bandwidth settings of the interfaces and the number of subscribers currently using each interface. Higher bandwidth settings will mean more subscribers will be assigned to that interface. The subscriber will use the assigned interface for all traffic.

If a WAN interface goes down, the subscribers currently assigned to that interface will be re-assigned to the remaining interfaces. Once that interface is restored, current subscribers will NOT be re-assigned, but new subscribers can be assigned to that interface (in accordance with the load balancing algorithm).

An NSE reboot will rebalance all subscribers.

Subscribers will use the IP address of their WAN port (or assigned additional NAT address) for their DAT sessions.

To configure load balancing, choose **Configuration**>**Load Balancing**.

---

**Load Balancing**

**Configuration**

**Load Balancing/Failover Mode**
- ○ No Load Balancing or Failover
- ○ Load Balance between all available WAN interfaces
- ● Fail Over WAN ports in order
- ☑ Active Rebalancing

**Link Availability Criteria**
- ○ WAN Interface availability determined by Interface Monitor
- ● WAN Interface availability determined by link status

[ Submit ]

**Run Time Status**

Primary Interface: WAN

DEFAULT - Failover Rule: (avail):
    WAN - Route Table: (avail)
    Eth1 - Route Table: (avail)
    Eth2 - Route Table: (avail)

---

You can choose to trigger the Load Balancing / Failover feature either by the link status of the port(s) or by the active Interface Monitoring feature.



When either Interface Monitoring or link status is used, WAN ports will be characterized as either Available or Unavailable. If Load Balancing is configured to use Interface Monitoring but Monitoring itself is not configured, the status will be Unknown.

Using Link state will provide a faster response, but using Interface Monitoring will assure that there is internet access through that port before assigning subscribers to it.

Run Time Status gives a useful summary of all Load Balancing settings and subscriber distribution.

### *Establishing Your Location {Location}*

This command sets up your location. You must provide your full location information.

1. From the Web Management Interface, click on **Configuration**, then **Location**. The *Location Settings* screen appears:

| Location Settings | |
|---|---|
| Where this AG resides, and who takes care of it | Page loaded at: WED NOV 02 12:35:44 2016  (AG |

| | |
|---|---|
| Company Name * | Nomadix, Inc. |
| Site Name * | Production |
| Address (Line 1) | |
| Address (Line 2) | |
| City * | Agoura Hills |
| State * | CA |
| ZIP/Postal Code | |
| Country * | USA |
| E-mail Address * | support@nomadix.com |
| Please select the venue type that most reflects your location: * | Lab / Test |
| ISO Country Code | |
| Phone Country Code | |
| Calling Area Code | |
| Network SSID/ZONE | 123 |

[ Save | Restore ]

* Required Field

ACCESS GATEWAY

2.  Enter your location information in the following fields:

- Company Name
- Site Name
- Address (Line 1 and Line 2)
- City, State, Zip, and Country
- E-mail Address
- ISO Country Code
- Phone Country Code
- Calling Area Code

3.  Select the area type that most resembles your location from the drop down list.

4.  Enter a **Network SSID/Zone**.

5.  Click on the **Save** button to save your changes, or click on the **Restore** button if you want to reset all the values to their previous state.

## Managing the Log Options {Logging}

System logging creates log files and error messages generated at the system level. AAA logging creates activity log files for the AAA (Authorization, Authentication, and Accounting) functions. You can enable either of these options.

 *Although the AAA and billing logs can go to the same server, we recommend that they have their own unique server ID number assigned (between 0 and 7). When managing multiple properties, the properties are identified in the log files by their IP addresses.*



ACCESS GATEWAY

1. From the Web Management Interface, click on **Configuration**, then **Logging**. The *Log Settings* screen appears:

**System Logging**

What to log and where to log it                                                    Page loaded at:  WED

> Warning: Saving Log files to disk impacts system performance. Saving files locally should only be used for troubleshooting.

| | |
|---|---|
| System Log | ☐ Enabled |
| System Log Number | 1 |
| System Log Filter | 7: Debug |
| System Log Server IP | |
| System Log save to file | ☐ Enabled |

| | |
|---|---|
| AAA Log | ☐ Enabled |
| AAA Log Number | 2 |
| AAA Log Filter | 3: Error |
| AAA Log Server IP | |
| AAA Log save to file | ☐ Enabled |

| | |
|---|---|
| RADIUS History Log | ☐ Enabled |
| RADIUS History Log Number | 8 |
| System Report Server IP | |
| System Report Log Interval (minutes) | 60 |

| | |
|---|---|
| Subscriber Tracking Log | ☐ Enabled ⓘ |
| Subscriber Tracking Log Number | 0 |
| Subscriber Tracking Log Server IP | |
| Subscriber Tracking Log save to file | ☐ Enabled |
| Include User Name reporting (25 chars) | ☐ Enabled |
| Port-Location: | |
| Include Port reporting | ☐ Enabled |
| Include Location reporting (25 chars) | ☐ Enabled |
| Report every 500th packet (Danish law) | ☐ Enabled |
| Public subscriber tracking | ☐ Enabled |

> WARNING: Communication between the gateway and the syslog server may need to be secured to comply with local laws. | Consider routing commun

[ 💾 Save ] [ ↻ Restore ]

2. If required, click on the check box for **System Log** to enable system logging.

   When system logging is enabled, the standard SYSLOG protocol (UDP) is used to send all message logs generated by the Access Gateway to the specified SYSLOG server.

3. Enter a unique number (between 0 and 7) in the **System Log Number** field. This ID number is assigned to the *System Log Server*.

4. Enter a valid IP address in the **System Log Server IP** field.

5. If required, repeat Steps 2 through 4 for the *AAA Log* feature.

6. **Setting a Log Filter**: The syslogs can be filtered at 7 levels as shown above. Setting the level to a number disables any syslogs above that filter setting. For e.g. setting the filter to 2:Critical only generates 0:Emergency, 1:Alert and 2:Critical level syslogs. All other syslogs are not generated.

7. **Log save to file Setting**: This setting enables/disables saving of syslogs generated by the system to a file named "syslog.txt" in the /flash directory of the NSE. This setting abides by the other settings set for the syslogs like filters, number and enable/disable.

   It is not required to input a server IP address if you intend to only store the syslogs locally. Please leave the IP address field blank for such cases.

   The following Logs are available for configuration on the NSE:

### AAA Log

These logs record events related to Authentication, Authorization, and Accounting on the NSE.

### RADIUS History Log

These logs record RADIUS proxy accounting messages sent or received by the RADIUS proxy. Please refer to "Viewing RADIUS Proxy Accounting Logs {RADIUS Session History}" on page 214 for additional configuration information.

### System Logs

These logs record events specific to the NSE system itself.

### System Report Log

These are Periodic Syslogs that report the status of the NSE and carry information about the NSE ID, NSE IP Address and the current number of Subscribers on the NSE.

*Example:*

INFO [nse_product_name version] SYSRPT: ID: 012345 IP: 11.222.333.444 (unresolved) Subscribers: 010

*Additional Configuration:*

### System Report Log Interval

This is the time interval in minutes between the system report syslogs.



### Subscriber Tracking Log

Enabling this checkbox enables the Subscriber Tracking log. Use this to track the network usage of specific Subscribers on the network by receiving a syslog of every Session that is opened by each subscriber. Each new DAT session that is created for subscribers is logged in these syslogs. Proxy state, type of access, and Username are included besides the source and destination information of each session. There are IN and OUT messages for the beginning and ending of each session.

*Examples:*

INFO [Access Gateway v2.4.113] LI : IN-->: THU JUN 23 11:43:58 2007 | testlab | S(192.168.2.4/3444), D(66.163.175.128/80), X(67.130.149.4/5004), non-proxy , 00:90:27:78:81:00, RADIUS, IPASS/0U0000

INFO [Access Gateway v2.4.113] LI : OUT-->: THU JUN 23 11:44:01 2007 | testlab | S(192.168.2.4/3444), D(66.163.175.128/80), X(67.130.149.4/5004), non-proxy , 00:90:27:78:81:00, RADIUS, IPASS/0U0000

*Field formats explained:*

LI : IN-->: Day Month Date Time Year | NSE_Site_Name | S(Source_IP/Port), D(Destination_IP/Port), X(NSE_Translated_IP/Port), proxy_type , Subscriber_MAC, Billing_Type, UserName(first 12 char). LI : IN-->: THU JUN 23 11:43:58 2007 | testlab | S(192.168.2.4/3444), D(66.163.175.128/80), (67.130.149.4/5004), non-proxy , 00:90:27:78:81:00, RADIUS, IPASS/0U0000

 *Do not configure the Server IP as the Network side IP of the gateway Stored syslogs are viewable under System/Syslog menu. A total of 500 syslogs are stored locally.*

ACCESS GATEWAY

---

**Syslog History**

```
Syslog History:

|---------------------------------------------------------------------|
| No.: Timestamp              | Version            | IP               |
| Syslog...                                                           |
|---------------------------------------------------------------------|
| 001: THU JUN 03 12:15:39 2010|AG 5500 v7.0.030    | 67.130.149.163  |
| <134> INFO CFS: file: /flash/AuthFile.dat synchronized from cache   |
|---------------------------------------------------------------------|
| 002: THU JUN 03 12:15:27 2010|AG 5500 v7.0.030    | 67.130.149.163  |
| <134> INFO CLISRD: Starting PMS on the serial port                  |
|---------------------------------------------------------------------|
| 003: THU JUN 03 12:15:18 2010|AG 5500 v7.0.030    | 67.130.149.163  |
| <134> INFO CTRL: GetAliveNotifyInFlash Error opening /flash/usgInfo.dat |
|---------------------------------------------------------------------|
| 004: THU JUN 03 12:15:18 2010|AG 5500 v7.0.030    | 67.130.149.163  |
| <134> INFO CLITND: CLI Telnet Daemon: socketFd is 21, location ofVariable i |
| s 0x0b9e6b8                                                         |
|---------------------------------------------------------------------|
| 005: THU JUN 03 12:15:18 2010|AG 5500 v7.0.030    | 67.130.149.163  |
| <134> INFO CLISRD: 0206 Setting COM1 to 9600 baud                   |
|---------------------------------------------------------------------|
| 006: THU JUN 03 12:15:18 2010|AG 5500 v7.0.030    | 67.130.149.163  |
| <134> INFO Config: configGetRaw: configuration from /flash/nisacc.txt |
|---------------------------------------------------------------------|
| 007: THU JUN 03 12:15:18 2010|AG 5500 v7.0.030    | 67.130.149.163  |
| <134> INFO INIT: AG 5500 v7.0.030 with ID 01633F Initialized        |
|---------------------------------------------------------------------|
| 008: THU JUN 03 12:15:18 2010|AG 5500 v7.0.030    | 67.130.149.163  |
| <135> DEBUG iNAT: PROXYALGDATAs should be between 0x4980ffc and 0x4ff0ffc |
|---------------------------------------------------------------------|
| 009: THU JUN 03 12:15:18 2010|AG 5500 v7.0.030    | 67.130.149.163  |
| <135> DEBUG iNAT: ndxSessionListNodes should be between 0x3092030 and 0x39a |
| b430                                                                |
|---------------------------------------------------------------------|
| 010: THU JUN 03 12:15:18 2010|AG 5500 v7.0.030    | 67.130.149.163  |
| <134> INFO DHCP: ndxDHCFInst: 0021 DHCP initialized                 |
|---------------------------------------------------------------------|
| 011: THU JUN 03 12:15:18 2010|AG 5500 v7.0.030    | 67.130.149.163  |
| <131> ERROR Config: configGetRaw: Error opening /flash/ddns.txt     |
|---------------------------------------------------------------------|
| 012: THU JUN 03 12:15:18 2010|AG 5500 v7.0.030    | 67.130.149.163  |
| <131> ERROR INIT: SSL context initialization failed                 |
|---------------------------------------------------------------------|
| 013: THU JUN 03 12:15:18 2010|AG 5500 v7.0.030    | 67.130.149.163  |
| <131> ERROR SSL: Unable to set cert and key files for network context |
|---------------------------------------------------------------------|
| 014: THU JUN 03 12:15:18 2010|AG 5500 v7.0.030    | 67.130.149.163  |
| <131> ERROR SSL: Unable to set cert file  code: 33558531|           |
|                                                                     |
|---------------------------------------------------------------------|
```

 *PageFaults are stored in the file named "lograw.txt" in the /flash directory and is not viewable on the web management interface.*

1. Check the **Subscriber Tracking Log** option to enable or disable the Subscriber tracking log. *Note: NTP must be enabled on the NSE for Subscriber tracking log to be enabled.*

2. Enter the subscriber tracking log number in the **Subscriber Tracking Log Number** field. This is the syslog number to identify this syslog to your Server.

3. Enter the IP address of the Syslog server that is listening for the syslogs from your NSE in the **Subscriber Tracking Log Server IP** field.

---

*System Administration*



4. Check the **Subscriber Tracking Log save to file** option to save the syslogs locally to the NSE flash. *Note: Not recommended.*

5. Check the **Include User Name Reporting** option to include the first 25 characters of the username in the Syslog.

6. Check the **Port Location: Include Port Reporting** option and **Port Location: Include Location** option to include the port information from the port location table and the Port reported to the system by either VLAN or SNMP query. The Location information is limited to 25 characters.

7. Check the **Include every 500th Packet** option to follow the Danish law that requires the 500th packet for each subscriber to be logged. Enabling this will send the 500th packet for each subscriber to the syslog system.

Click on the **Save** button to save your changes, or click on the **Restore** button if you want to reset all the values to their previous state.

When logging is enabled, log files and error messages are sent to these servers for future retrieval. To see sample reports, go to "Sample SYSLOG Report" on page 313 and "Sample AAA Log" on page 312.

### *Enabling MAC Authentication {MAC Authentication}*

1. From the Web Management Interface, click on **Configuration**, then **MAC authentication**. The *MAC Authentication Settings* screen appears:



2. Check the **MAC Authentication** checkbox to enable the MAC-based authentication functionality. The default setting is disabled.

3. Enter the retry frequency (in seconds) in the **Retry Delay** field. This setting is the wait time before reattempting MAC authentication following a failed attempt. The minimum (and default) value is 10 seconds.

4. Enter a **Retry Limit**. This setting is the maximum number of failed attempts before ceasing to retry authentication. Set this field to '0' for unlimited attempts.

5.   Select the **MAC Address Format**. This setting is the format in which the subscriber's MAC address will be expressed in the RADIUS username and password attributes. The RADIUS server must use the same format. The options are: **aa-bb-cc-dd-ee-ff**, **aa:bb:cc:dd:ee:ff**, or **aabbccddeeff**. The default setting is **aa-bb-cc-dd-ee-ff**.

6.   Select the **Case of Hex-Alpha Characters**. This setting specifies, in the MAC addresses in RADIUS username and password attributes, whether the hex-alpha characters A-F will be uppercase or lower case. The options are **Lower** or **Upper**. The default setting is **Lower**.

7.   Select the **RADIUS Service Profile to use** from the **RADIUS Service Profile to use** menu. This setting specifies the RADIUS Service Profile (and therefore, which RADIUS servers) to use for MAC-based Authentication purposes.

8.   Click **Save** to save the settings or **Restore** to return the settings to the previous state.

## Assigning Passthrough Addresses {Passthrough Addresses}

The Access Gateway allows up to 300 IP passthrough addresses and DNS names. This feature allows users to "pass through" the Access Gateway and access predetermined services (for example, the redirected home page) at the solution provider's discretion, even though they may not have subscribed to the broadband Internet service. This is useful if solution providers want to openly promote selected services to all users, even if they are not currently subscribing (paying) for access. Allowing up to 300 passthroughs (IP and DNS) offers customers greater promotional flexibility.



1.  From the Web Management Interface, click on **Configuration**, then **Passthrough Addresses**. The *Passthrough Address Settings* screen appears:



2.  If required, enable **Passthrough Addresses**, then click on the **Save** button.



> *If you are supporting Facebook athentication, you must add Passthrough Addresses www.facebook.com:443 and fbstatic-a.akamaihd.net.*

3.  In the **IP/DNS Name** field, enter the IP address or DNS name of the pass-through you want to add or remove from the system.

4.  If adding this pass-through, click on the **Add** button, otherwise click on **Remove** to delete this pass-through from the list.

## Assigning a PMS Service {PMS}



> *Your product license may not support this feature.*

The Access Gateway can be integrated with existing Property Management Systems. For example, by integrating with a hotel's PMS, the Access Gateway can post charges for Internet

access directly to a guest's hotel bill. In this case, the guest is billed only once. The Access Gateway outputs a call accounting record to the PMS system whenever a subscriber purchases Internet service and decides to post the charges to their room. The Access Gateway offers "post-paid" PMS billing functionality for all supported PMS interfaces, providing hotel guests with the option to terminate their connection (via the ICC) and be billed only for the actual time he/she was online. The Access Gateway is equipped with a serial port to facilitate connectivity with a customer's Property Management System.

 *Some PMS vendors may require you to obtain a license before integrating the PMS with the Access Gateway. Check with the PMS vendor.*

 *Some Property Management Systems may use interfaces that are incompatible with the Access Gateway. If your Access Gateway is having trouble communicating with a solution provider's PMS, please contact technical support. Refer to* "Contact Information" on page 347.

Before you can change the PMS settings, a PMS must be connected to the Access Gateway via the serial port on the rear panel. See also, "Connecting the Access Gateway to the Customer's Network" on page 67.

The Access Gateway can query most popular Property Management Systems for confirmation of the "names" and "room numbers" of hotel guests—effectively becoming a "clone" of a popular Micros POS system. This functionality allows hotels to seamlessly deploy wireless networks (or alternatively use low-cost wired access concentration equipment) that either do not support port-ID or do so in a proprietary format that Nomadix does not currently support—and still be able to bill directly to the room.

Nomadix has certified interoperability with a variety of Property Management Systems:

- Encore
- FCS
- Galaxy (GEAC)
- GuestView
- Holodex (AutoClerk)
- Hilton 1
- Hilton 2
- Hotel Info Sys (HIS)
- Igets.net
- Innquest



- LanMark
- LIBICA
- Logistics
- Maestro
- Marriott
- Megasys Hospitality Systems
- Micros Fidelio FIAS (Serial, TCP/IP and Query/Post interface)
- MSI
- NH Hotels
- Protocol Technologies
- Ramesys ImagInn PMS
- OnQ (System 21)
- Xeta Virtual XL

For Micros Fidelio FIAS, Nomadix also supports a serial Redirector Service, which provides a means to send FIAS command messages through the NSE XML interface.

Nomadix offers the following standards-based interfaces, generally used to establish an interface to any of the PMS systems that are not proprietary:

- HOBIC-RSI
- HOBIC-TSPS
- HOBIC-1BT2
- HOBIC-TEST
- HOBIC-OSPS

ACCESS GATEWAY

1.  From the Web Management Interface, click on **Configuration**, then **PMS**. The *Property Management System Settings* screen appears:



2.  You may disable PMS services by clicking on the **PMS services disabled** radio button, then clicking on the **Save** button to save your choice. If you disable PMS services you can exit this procedure, otherwise proceed with the rest of the screen.

3.  **PMS Port Test Mode** provides a utility to confirm that the PMS port is working. To run the utility, you must have the Nomadix-supplied db9-rj45 adapter plugged into same device that you used to check the command-line interface. Set up a terminal session, with



the same terminal settings you previously used. The utility confirms both transmit and receive, and is the functional equivalent of an external loopback test.

To test the PMS port, click **PMS Port Test Mode**, then click **Save**. If the PMS serial interface is working properly, characters typed into the Console program will be acknowledged as seen below.

```
Com1 - 09600 8N1 - CRT
File  Edit  View  Options  Transfer  Script  Window  Help
You typed "0xd", PMS port is working correctly.
You typed "0xd", PMS port is working correctly.
You typed "w", PMS port is working correctly.
You typed "o", PMS port is working correctly.
You typed "3", PMS port is working correctly.
```

4. Select the **Type of PMS** (**Pre-paid** or **Post-paid**) you require from the available list, or choose the **ASCII Serial Printer** option (when a serial printer is connected to the Access Gateway's serial port)—you can choose only one of the listed options.

 *The pre-paid option requires hotel guests to "pre-pay" for services. The post-paid option allows hotel guests to terminate their connection (via the ICC) and be billed only for the actual time they are online. The NH proprietary PMS is offered on a "post-paid" basis only.*

- If you choose HOBIC - RSI, you must select the Type of Access.

- For Marriott, you can either choose Marriott or you can choose a type of WFB interface (Post Only, Query and Post, or Name and Room).

- Click **Disable Registration Number** to suppress prompt for a registration number on guest login.

- If you choose Micros Fidelio (TCP/IP), you must provide the Target IP Address and the Target Port Number.

- If you choose Micros (1700/2000/3700/4700/8700 emulation) you must provide the following additional information:

  - Communications System Unit Number (1 - 64)
  - Communications System Name
  - Store Revenue Center Number: Internet Access



- Store Revenue Center Number: Other

You also have the following check box options (see note):

- Match Last Name Only

- Skip First Char in Last Name

- OnQ Compliant (Enable this option if you want to use Nomadix Micros POS emulation to query & post to Hilton Corporation's OnQ PMS system).

5. In the **Miscellaneous Settings** group, you may enable phonetic name matching for WFB, FOSSE, MICROS, and MICROS Fidelio. This feature uses Metaphone3 to perform phonetic name matching between data supplied by the subscriber and the data provided by the PMS.



6. Click **Phonetic test** to test the feature. Enter a string; the NSE will return a phonetic key.

7. Click **Post to folio** with CA or SC to enable cash and signed charge payments (Marriott).

8. To view or modify PMS Redirector Service parameters, click the **Configure** link next to the PMS Redirector selector option. The PMS Redirector page appears:





9.  *Post-paid PMS only:* If you selected a Post-paid PMS option, you can define an **Idle Timeout** (in minutes) and an **Idle Data Threshold** (in bytes). These selections determine the thresholds when a "post-paid" hotel guest will be automatically disconnected from the service.

    Property Management Systems generally operate at different baud rates. You must now select an appropriate baud rate for your chosen PMS.

10. Select the **Speed of PMS Interface** and Serial Settings from the available list. If you are not sure which baud rate to choose, select **Not Sure** and the system will attempt to use the default.

11. You must now select the **Type of Service Post Mappings** you require relative to the billing plans you established in "Defining the Billing Options {Billing Options}" on page 215.



Aᴄᴄᴇss Gᴀᴛᴇwᴀʏ

Because some Property Management Systems do not allow you to enter characters, you must enter these service descriptions as a numeric value only (no characters or delimiters). The numbers must be entered in the form of a "telephone number" which the selected PMS will interpret.

> *If the "phone number" field required by the PMS is shorter than 15 characters, only the first required number of characters will be supplied.*

**12.** If desired, enable Syslog PMS communications.



**13.** Click on the **Save** button to save your changes and restart the serial interface, or click on the **Restore** button if you want to reset all the values to their previous state.

> *Based on the HOBIC interface standards, Nomadix, Inc. has also certified interoperability with a number of other PMS and call accounting solutions such as Ramesys' ImagInn, Xeta Virtual XL, and Hilton's proprietary standard OnQ. This development effort is on-going. For an up-to-date list of supported PMS systems, please contact our Technical Support team. Refer to* "Technical Support" on page 347.

## Setting Up Port Locations {Port-Location}

Port-Location allows you to establish the mode of operation for devices.



ACCESS GATEWAY

1.  From the Web Management Interface, click on **Configuration**, then **Port-Location**. The *Port-Location Settings* screen appears:

**Port-Location Settings**

| How AG determines where your subscribers are located. | Page loaded at:  THU NOV 03 05:56:35 2016  (AG time) |
| --- | --- |

In Room Port Mapping ☐ Enabled   ⚠ Caution

Username    [ ]

Password    [ ]

○ No Port-Location mapping

VLAN IDs
◉ 802.1Q  two-way

Access Concentrator Query ⓘ

○ Tut Systems Expresso    [ Cascading ]

○ Lucent DSL Terminator

○ Tut MDU Lite Systems    [ Cascading ]

○ RFC1493 Compliant Systems    [ Cascading ]

○ RiverDelta 1000B

○ Elastic Networks

IP address:    [ ]

SNMP community:    [ ]

SNMP query interval:    [ 5 ]  (minutes)  ⓘ

Relogin after migration?

[ 💾 Save ]  [ ↻ Restore ]

**2.** System administrators can set the properties for each room from the subscriber side of the Access Gateway. The system automatically detects which port number the administrator is using and allows them to enter the fields for the room corresponding to the port they are using.

If required, click on the check box for **In Room Port Mapping** to enable this feature.

**3.** If you enabled *In Room Port Mapping*, you must assign a **Username** and **Password**. You will need these when you perform port mapping from the subscriber side of the Access Gateway.

Go to "In Room Port Mapping" on page 149 to map rooms from the subscriber side of the Access Gateway.

 *For security reasons, this feature should be disabled when in room port mapping (from the subscriber side of the Access Gateway) is completed.*

**4.** Select **No Port Location Mapping** if you are not using Port-based access.

**5.** If VLANs are used on the network, and if desired, select VLAN IDs: **802.1Q two-way**.

**6.** If you are using an access concentration device that cannot handle VLAN IDs, select one of the available *Access Concentrator Query* options:

 *The devices in the following list must be assigned an IP address on the same subnet as the Access Gateway. You must remove "old" concentrator types before entering new ones.*

- Tut Systems Expresso
- Lucent DSL Terminator
- Tut MDU Lite Systems
- RFC1493 Compliant Systems
- RiverDelta 1000B
- Elastic Networks



These options enable an SNMP query to "ask" the access concentration device which card, slot, or port the information is coming from. The information can then be "sent to" and "billed by" the PMS. You must enter the **IP address** (not name), **SNMP community**, and **SNMP query** duration (maximum time it takes to detect subscriber migration) of all access concentrators connected to the site. You can also opt to Relogin after migration by checking the "Relogin after migration" **Enable** box.

For "cascading" Tut and RFC1493 compliant systems, click on the associated **Cascading** button. The *Cascading Support* screen appears, allowing you to enter the IP address and SNMP community for the primary and all "cascading" devices connected to the site. For RFC1493 compliant systems, you have the additional option of defining the "Uplink port."



From the *Cascading Support* screen, you can return to the main *Port-Location Settings* screen at any time by pressing the **Back** button.

7.  Click on the **Save** button to save your changes, or click on the **Restore** button if you want to reset all the values to their previous state.

See In Room Port Mapping.



**In Room Port Mapping**

This section shows In Room Port Mapping from the subscriber side, when the *In Room Port Mapping* feature is enabled.

 *Access Gateway multiple VLAN tagged systems can use the same tags and be placed on different Subscriber ports. Although it is technically possible to place two different VLAN tagged switches (one on each Subscriber side) that have the same VLAN tags designated, this configuration can cause problems. To avoid conflicts, you must ensure that the VLAN tags are different on the different devices.*

1.  Enable **In Room Port Mapping** and assign a user name and password (see previous section, Steps 2 and 3).

2.  Enter the following URL target format:

    http://(Access Gateway IP address):1111/usg/roommapping

    For example:

    http://219.57.108.103:1111/usg/roommapping

    The *Enter Network Password* prompt appears:





3. Enter your user name and password, then click on the **OK** button. The *In Room Port Mapping* screen appears:



**IN-ROOM PORT MAPPING**

**Please input the room number:**

**Please input the room description:**

**Please select the access mode:**
- ○ Room Free Access.
- ○ Room For Charge.
- ○ Room Blocked.

Submit

4. Enter the room number and a description for this room.

5. Select the access mode you want to assign to this room:

- Room Free Access
- Room For Charge
- Room Blocked

6. Click on the **Save** button to save your changes.

7. Repeat Steps 4 through 6 for each room (see note).

 *If you leave your browser open, the "cookie" that is placed on your system will allow you to go from room to room during the mapping process. However, if you close your browser, the cookie is deleted and you will need to login again.*

ACCESS GATEWAY

## *Setting up Quality of Service {QoS}*

The Quality of Service feature classifies subscriber traffic so that it can then be acted upon by devices that support QoS prioritization or other QoS capabilities. This requires the use of 802.1q-based VLANS on the network, as it is based on 802.1p Class of Service (CoS) marking. The QoS classification function supports both external and internal modes. In External mode, when the NSE received packets with 802.1p priority bits already set, it will pass the priority values through unaltered. In Internal mode, classification and resultant bit marking is performed via QoS policies that are defined within the NSE. The two modes can also be used in combination.

NSE provides support for DSCP (Differentiated Services Code Point) marking. You can use the two QoS mechanisms individually or concurrently.

DSCP and 802.1p can be enabled individually, or simultaneously, in the global QoS configuration. You can define the rules and parameters for each within individual QoS policies. Both use the existing Traffic Descriptor definitions. The NSE does not do any traffic shaping;  traffic is marked based on defined policies, or existing marking is passed through.

**1.** From the Web Management Interface, click on **Configuration**, then **QoS**. The *QoS Settings* screen appears:



**2.** Enable **802.1P Marking** and select a classification mode to mark packets using 802.1p Class of Service values.



**3.** Enable **DSCP Marking** and select a classification mode to mark packets using DSCP values. Note that the **External classifier only** mode is not available for DSCP; this is the default mode if DSCP is disabled. The following chart outlines the DSCP processing flow.



ACCESS GATEWAY

**4.** Select **Add Policy** to define a new QoS policy, or select a link to a policy that is already defined in order to modify it.The *Add QoS Policy for Subscribers* screen appears:



**5.** Enter a name for the policy in the **QoS Polic**y field.

**6.** Enter a brief summary about the policy **Description** field. The rule list displays a list of the rules that have been defined for this policy.

**7.** Click **Save Policy** to accept the parameters and rules defined and add the policy to the policy list on the main page.

**8.** Provide default **802.1P CoS** and/or **DSCP** values, as needed.

**9.** Select a traffic descriptor and a Class of Service for the rule, and then click **Add Rule**. Once added, rules will be displayed in the list above.

You must have one or more traffic descriptors previously defined. See "Setting up Traffic Descriptors {Traffic Descriptors}" on page 174.



## *Defining the RADIUS Client Settings {RADIUS Client}*

The Access Gateway supports Remote Authentication Dial-In User Service (RADIUS). RADIUS is an authentication and accounting system used by many Internet Service Providers.

 *The "Usernames" function must be enabled for a RADIUS login. See also, "Configuration Menu" on page 80.*

Nomadix offers an integrated RADIUS client, allowing service providers to track or bill users based on the number of connections, location of the connection, bytes sent and received, connect time, etc. The customer database can exist in a central RADIUS server, along with associated attributes for each user. When a customer connects into the network, the RADIUS client authenticates the customer with the RADIUS server, applies associated attributes stored in that customer's profile, and logs their activity (including bytes transferred, connect time, etc.).

The Access Gateway's RADIUS implementation also handles vendor specific attributes (VSAs), required by WISPs that want to enable more advanced services and billing schemes, such as a per device/per month connectivity fee.



All subscribers attempting to gain access to the network are validated by RADIUS.

ACCESS GATEWAY

For additional RADIUS information, see also:

- "Defining the RADIUS Proxy Settings {RADIUS Proxy}" on page 158

- "Defining the Realm-Based Routing Settings {Realm-Based Routing}" on page 162

- "RADIUS Attributes" on page 316

1. From the Web Management Interface, click on **Configuration**, then **RADIUS Client**. The *RADIUS Client Settings* screen appears:



2. Under the *Server Selection and Communication* options, choose the **Default RADIUS Mode**:

- **Disabled** (to disable RADIUS authentication)

- **Realm-Based** (for Realm routing)

- **Fixed** (for routing to predefined RADIUS servers)

3. Select the **Default RADIUS Service Profile** from the pull-down menu.

4. Enter a **Local Authentication Port** and a **Local Accounting Port**.



5. Select whether **Later Login Supersedes Previous**. This will allow a secondary form of authentication to override the original authentication if necessary, and use the credentials of the last login to succeed.

**Miscellaneous Options**

1. In the "Miscellaneous Options" category, Enter a value for the time (in seconds) in the **Default User Idle Timeout** field. This value determines how much "idle" time elapses before the subscriber's session times out and they must login again.

2. The Access Gateway can reauthenticate "repeat" subscribers who return to the system within a specified amount of time. To enable this feature, click on the check box for **Enable Automatic Subscriber Reauthentication**, and provide a time-out value (in minutes) in the **Automatic Subscriber Reauthentication Timeout** field.

3. You can limit automatic reauthentication to the subscriber's original zone. To do this, check **Restrict Reauthentication to Originally Authenticated Zone.**

4. If you want to enable the URL redirection feature, click on the check box for **Enable URL Redirection**.

5. For a Network Access Server (NAS), if you want to send a NAS identifier with your account access request, click on the check box for **Send NAS identifier**, then define the NAS identifier in the **NAS identifier** field.

6. To send the NAS IP address with your account request, click on the check box for **Send NAS IP**.

7. To send a NAS port type with your account request, click on the check box for **Send NAS Port type**, then define the NAS port in the **NAS Port Type** field.

8. To send the Framed IP address with your account request, click on the check box for **Send Framed IP**.

9. To enable RADIUS termination action enhancement, click on the check box for **Enable Termination Action Radius Attribute**, then select the percentage (100% - 75%) of the maximum data volume threshold for which term-action will be enforced (volume-based sessions only).

   This option provides support for Radius Termination-Action for time- and volume-based subscribers working in conjunction with an external Radius server. Enforcement of this attribute will result in either:

   - logout of the subscriber

   - re-authentication of the subscriber through issuance of a new Radius Access-Request that contains a new Acct-Session ID.

   The Radius re-authentication that occurs due to term-action enforcement will be transparent to the subscriber. This is true for time based sessions that expire, as well. Radius accounting augmentation will take place as a result of a successful re-authentication.





The following VSAs are used for implementation of volume- and time-based Radius termination action:

| VSA Name | Value |
|---|---|
| Termination-Action | 1 |
| Session-Timeout | 60 |
| Nomadix-MaxBytesDown | 3000000 |
| Nomadix-MaxBytesUp | 3000000 |

**10.** If required, check the box for **Enable Session-Terminate-End-Of-Day When Authorized** (to allow business policies that want to terminate the session at midnight of every day).

**11.** If required, check the box for **Enable Byte Count Reset On Account Start** (to reset the transmitted and received byte count for a subscriber once an "accounting start" is sent). This function prevents counting Walled Garden traffic if the billing plan is using bytes sent/received as a charge criterion.

**12.** If required, check the box for **Enable RADIUS Subnet Attribute** (if you want to allocate a specific subnet to a user).



13. If required, check the box for **Enable Goodbye URL** (if you want the system to display a post session "goodbye" page). The "goodbye" page can be defined as a RADIUS VSA or be driven by the Access Gateway's Internal Web Server (IWS).

14. If required, check the box **Enable Forget your Password** to create a link that users can go to (and is added to the passthrough list) so they can run a page at their ISP to get their password.

15. Enable or disable the **User Session Time Adjustment** and credit functionality when the NSE is down.

16. **Enable charging for idle time** to count idle time in the session time of Radius accounting packets.

17. **Enable RADIUS QoS Policies** to assign a QoS policy to a user in their Radius Profile.

18. Click on the **Save** button to save your changes, or click on the **Restore** button if you want to reset all the values to their previous state.

### *Defining the RADIUS Proxy Settings {RADIUS Proxy}*

A RADIUS Proxy allows the NSE to relay authentication and accounting packets between the parties performing the authentication process. Different realms can be set up to directly channel RADIUS messages to the various RADIUS servers.

For additional RADIUS information, see also:

- "Setting up Quality of Service {QoS}" on page 151
- "Defining the Realm-Based Routing Settings {Realm-Based Routing}" on page 162
- "RADIUS Attributes" on page 316

ACCESS GATEWAY

1. From the Web Management Interface, click on **Configuration**, then **RADIUS Proxy**. The *RADIUS Proxy Settings* screen appears:



2. Enable or disable **RADIUS Proxy Services**, as required, by clicking on the appropriate check box.

3. If you enabled RADIUS Proxy Services, you must provide the Authentication Server Port and the **Accounting Server Port** references.

4. Click on the **Save** button to save your changes, or click on the **Restore** button if you want to reset all the values to their previous state.

See Adding an Upstream RADIUS NAS.



**Adding an Upstream RADIUS NAS**

1.  If you want to add a new Upstream RADIUS NAS (for example, an 802.11 Access Point on the subscriber side of the Access Gateway), click on the **Add** button. The *Add Upstream RADIUS NAS* screen appears:

**Add Upstream RADIUS NAS**

Entry Active ☐

IP Address: [＿＿＿＿＿＿]          Authentication Secret Key: [＿＿＿＿＿＿]

Accounting Secret Key: [＿＿＿＿＿＿]

Default RADIUS Service Profile: [(none) ▾]  ⓘ

**Nomadix VSAs to be enforced by the Proxy for this entry**
☐ Enforce Bandwidth-Up VSA
☐ Enforce Bandwidth-Down VSA
☐ Enforce Redirect-URL VSA
☐ Enforce Ip-Upsell VSA
☐ Enforce Subnet VSA
☐ Enforce QoS-Policy VSA

[ ✚ Add ]

**Back to Main RADIUS Proxy Settings page**

2.  To make this entry the "active" NAS entry, click on the **Entry Active** check box.

3.  Enter an **IP Address** for the Upstream NAS.

4.  Enter a secret key in the **Authentication Secret Key** field. During the authentication process, the server and client exchange secret keys. The secret keys must match for communication between the server and the client to continue. The secret key is a valuable and necessary security measure.

5.  Enter a secret key in the **Accounting Secret Key** field.

6.  Select the **Default RADIUS Service Profile** from the pull-down menu (see note).

     *RADIUS requests originating from this Upstream NAS will be routed via the specified profile if it cannot be routed based on realm. Leave this field blank if default routing is not desired.*

7.  Place a check in the box of the **Nomadix VSAs to be enforced by the Proxy for this entry**:

    ● **Enforce Bandwidth-Up VSA**: The Radius VSA for Bandwidth-Up will be passed on to the Upstream NAS when enabled.

---

ACCESS GATEWAY

- **Enforce Bandwidth-Down VSA**: The Radius VSA for Bandwidth-Down will be passed on to the Upstream NAS when enabled.

- **Enforce Redirect-URL VSA**: The Radius VSA for Redirect-URL will be passed on to the Upstream NAS when enabled.

- **Enforce IP-Upsell VSA**: The Radius VSA for Ip-Upsell will be passed on to the Upstream NAS when enabled.

- **Enforce Subnet VSA**: The Radius VSA for Subnet will be passed on to the Upstream NAS when enabled.

- **Enforce QoS-Policy VSA**: The Radius VSA for QoS-Policy will be passed on to the Upstream NAS when enabled.

Click on the **Add** button to add this Upstream RADIUS NAS definition, then click on the **Back to Main RADIUS Proxy Settings page** link to return to the *RADIUS Proxy Settings* screen.

The Upstream RADIUS NAS definition you just added appears in the list. You can add up to 10 definitions.



8. Repeat Steps 5 through 11 to add more Upstream RADIUS NAS definitions, as required.



9. To view your configured RADIUS Service Profiles and Realm Routing Policies, click on the link: **Click here to see configured RADIUS service profiles and Realm Routing Policies** (this will take you to the *Realm-Based Routing Settings* screen).

### Defining the Realm-Based Routing Settings {Realm-Based Routing}

Use this procedure when setting up RADIUS Service Profiles (up to 10) and Realm-based Routing Policies (up to 50).

From the Web Management Interface, click on **Configuration**, then **Realm-Based Routing**. The *Realm-Based Routing Settings* screen appears:



**Define RADIUS Service Profiles**

RADIUS service profiles are used to direct username access requests for both plain RADIUS users and users who supply realm/domain in their username.

Create a RADIUS service profile to a RADIUS server that will handle Prefix-based users. This is to handle users that will login with a username in the format type of "ISP/username". In this case the delimiter is "/" and what appears before it, "ISP", is the realm name.

Create a RADIUS service profile for a RADIUS server that will handle Suffix-based users. This is to handle users that will login with a username in the format type of

"username@ISP.com". In this case the delimiter is "@" and what appears after it, "ISP.com", is the realm name.

To add a RADIUS Service Profile, click on the appropriate **Add** button. The *Add RADIUS Service Profile* screen appears:

Enter a name of your choice for this service profile in the **Unique Name** field.

### *Authentication*

This category requires input for enabling RADIUS authentication and requires you to define IP addresses, ports, and secret keys for the primary and secondary RADIUS servers (the secondary server is optional).

1.  Enable or disable the RADIUS Authentication Service, as required, by clicking on the **Enable RADIUS Authentication Service** check box.

2.  If you enabled the RADIUS Authentication Service, enter the *primary* RADIUS authentication server IP address in the **Primary IP** field. This field can also be populated by a DNS name to allow for changing the DNS resolution, instead of having to change settings in the NSE when the IP of the Radius server changes.

3.  Enter the authorization port in the **Port** field for the *primary* RADIUS authentication server. This is the port the system uses when authorizing subscribers.



**4.** Enter a secret key in the **Secret Key** field for the *primary* RADIUS authentication server. During the authentication process, the server and client exchange secret keys. The secret keys must match for communication between the server and the client to continue. The secret key is a valuable and necessary security measure.

 *The Access Gateway and the RADIUS servers must use the same secret key.*

**5.** Repeat Steps 2 through 4 for the *secondary* RADIUS authentication server (if used).

*Accounting*

This category requires input for enabling the RADIUS accounting service, and also requires the necessary IP addresses, ports and secret keys for the primary and secondary RADIUS accounting servers. The RADIUS accounting server is responsible for receiving accounting requests and returning a response to the client indicating that it has received the request.

**1.** To enable the accounting service for your RADIUS functionality, click on the check box for **Enable RADIUS Accounting Service**.

**2.** Enter the *primary* RADIUS accounting server IP address in the **Primary IP** field.

**3.** Enter the accounting port in the **Port** field for the *primary* RADIUS accounting server. This is the port the system uses when communicating accounting records.

**4.** Enter a secret key in the **Secret Key** field for the *primary* RADIUS accounting server.

**5.** Repeat Steps 1 through 4 for the *secondary* RADIUS accounting server (if used).

*Retransmission Options*

This category requires you to define the data retransmission method (failover or round-robin), the retransmission frequency, and how many retransmissions the system should attempt.

**1.** Select the **Retransmission Method** (*Failover* or *Round Robin*).

**2.** Enter a value for the time (in seconds) in the **Retransmission Frequency** field. This value determines how much time elapses between transmission attempts.

**3.** Enter a numeric value in the **Retransmission Attempts** (per server) field to define how many times the system attempts to transmit the data.

**4.** Click on the **Add** button to add this RADIUS Service Profile.

**5.** When you have completed the definition of your RADIUS Service Profile, you can return to the previous screen (Realm-Based Routing Settings) by clicking on the **Back to Main Realm-Based Routing Settings page** link.

The RADIUS Service Profile you just created is added to the list.



**Define Realm Routing Policies**

Realm routing policies are used to determine how supplied username/password input is used to authenticate users. Create a realm routing policy for each realm that will be handled. The realm routing policy will reference either a RADIUS service profile or a tunnel profile. Many different realm routing policies can reference the same RADIUS service or tunnel profile.

This policy references a RADIUS service profile so a realm match will result in an access request being sent to the RADIUS server(s) specified in the RADIUS service profile. In this case, the RADIUS service profile "RadiusPrefix" is referenced and so the RADIUS server(s) defined therein will receive RADIUS access requests.

Notice that the checkbox is unchecked for "Strip off routing information when sending to RADIUS server". This box must always be unchecked in order to pass realm information to the RADIUS server(s) for matching of realm information to its defined tunnel profiles, which contain the needed tunnel parameters.

The checkbox "Strip off routing information when sending to tunnel server" may or may not be checked depending on the configuration of the tunnel server and how it will be authenticating subscribers. In this example, it is checked and so realm information will be stripped leaving only the simple username and password to be passed to the tunnel server.

The tunnel server in this case is configured to authenticate users via another RADIUS server that handles a single realm. Since it handles a single realm, no realm information is needed for users and so must be stripped. In this case, it is stripped by the NSE, but it could easily have been stripped by the tunnel server, or by the tunnel server's RADIUS server. This is by design and for maximum flexibility.

Also note that the "Local hostname" field is blank which means that the NSE's default local hostname of "usg_lac" will be used by the NSE. This allows for setting the local hostname to any desired value other than the default.

1. To add a RADIUS Service Profile, click on the appropriate **Add** button on the *Realm-Based Routing Settings* screen.

   The *Add Realm Routing Policy* screen appears:

2. To make this entry the "active" entry, click on the **Entry Active** check box.

3. To define a specific realm, choose the **Specific Realm** option and enter the destination in the **Realm Name** field. Alternatively, you can choose the **Wildcard match** option, then define your search options:

   - Prefix match only

   - Suffix match only

   - Match either

4. Select the required **RADIUS Service Profile** from the pull-down menu.



5.  Click on the **Strip off routing information** check box if you want to remove the routing information.

6.  Click on the **Add** button to add this Realm Routing Policy.

7.  When you have completed the definition of your Realm Routing Policy, you can return to the previous screen (Realm-Based Routing Settings) by clicking on the **Back to Main Realm-Based Routing Settings page** link.

The screen below shows a realm routing policy that handles prefix-based usernames using a RADIUS service profile. Notice that "Specific Realm" is clicked and the "Realm name" is "cisp". Also notice that "Prefix match only" is clicked and that the delimiter is "/". This means that this realm routing policy will match usernames that are of the format "cisp/ username".

**Add Realm Routing Policy**

Entry Active ☐

Specific Realm ⦿     Realm name: [                    ]
Wildcard match ○

Prefix match only ⦿     (Match characters preceding "/")
Suffix match only ○     (Match characters following "@", i.e., NAI realm)
Match either ○     (Try prefix first, then try suffix if no prefix match)

RADIUS Service Profile:     (select one) ◔
Strip off routing information when sending to RADIUS server ☐

[ + Add ]

Back to Main Realm-Based Routing Settings page



ACCESS GATEWAY

**Configure RADIUS Client**

The NSE RADIUS client must be setup for realm-based routing mode since realm information will be used to determine how to handle usernames that contain realm information. The screen below shows an example of setting the routing mode to handle realm-based usernames.





The Realm Routing Policy you just created is added to the list.



## *Managing SMTP Redirection {SMTP}*

When SMTP redirection is enabled (for misconfigured or properly configured subscribers), the Access Gateway redirects the subscriber's E-mail through a dedicated SMTP server, including SMTP servers which support login authentication. To the subscriber, sending and receiving E-mail is as easy as it's always been. This function is transparent to subscribers.

1. From the Web Management Interface, click **Configuration**, then **SMTP**. The *SMTP Redirection Settings* screen appears:

<div style="text-align:center">

**SMTP Redirection Settings**

| | |
|---|---|
| SMTP Redirection (Misconfigured) | ☐ Enable |
| SMTP Redirection (Properly Configured) | ☐ Enable |
| SMTP Server IP / DNS Name | [                    ] |

For SMTP servers which support login authentication, enter valid username and password for an account on that server.

| | |
|---|---|
| SMTP Server Account Username | [                    ] |
| SMTP Server Account Password | [                    ] |

[ Submit ]  [ Reset ]

</div>

2. Click on the check box for **SMTP Redirection (Misconfigured)** to enable this feature for "misconfigured" subscribers.

3. Click on the check box for **SMTP Redirection (Properly Configured)** to enable this feature for "properly configured" subscribers.

   If you enable SMTP redirection, you must provide the IP address of the SMTP server.

4. In the **SMTP Server IP/DNS** field, enter the address of the SMTP server you want to use.

5. For SMTP servers which support login authentication, enter a valid username in the **SMTP Server Account Username** field.

6. For SMTP servers which support login authentication, enter a valid password in the **SMTP Server Account Password** field.

7. Click on the **Save** button to save your changes, or click on the **Restore** button if you want to reset all the values to their previous state.



ACCESS GATEWAY

### *Managing the SNMP Communities {SNMP}*

You can address the Access Gateway using an SNMP client manager (for example, HP OpenView). SNMP is the standard protocol that regulates network management over the Internet. To do this, you must set up the SNMP communities and identifiers. For more information about SNMP, see "Using an SNMP Manager" on page 79.

> *If you want to use SNMP, you must manually turn on SNMP.*

**1.** From the Web Management Interface, click on **Configuration**, then **SNMP**. The *SNMP Settings* screen appears:



**2.** Click on the check box for **SNMP Daemon** to enable this functionality.

**3.** If desired, you can change the SNMP Daemon Listening Port. This is set by default to port 161.

>  *If you change the SNMP Daemon Listening Port, any external services or applications that communicate with the NSE via SNMP will be affected.*



**4.** Enter the SNMP parameters (communities and identifiers), including:

- System Contact
- System Location
- Get (Read) Community
- Set (Write) Community
- Trap Community
- Trap Recipient IP
- Specify DAT Trap Interval (15-600) sec
- check the box to enable Ethernet Link Traps

Your SNMP manager needs this information to enable network management over the Internet.

**5.** Click on the **Save** button to save your changes, or click on the **Restore** button if you want to reset all the values to their previous state.

You can now use your SNMP client to manage the Access Gateway via the Internet.

### *Enabling Dynamic Multiple Subnet Support (Subnets)*

Nomadix' dynamic multiple subnet support allows you to create flexible and cost-effective IP pool solutions to meet the demands of complex networks in large residential and public access networks. For example, you can define the user's subnet via the management interfaces.

ACCESS GATEWAY

1. From the Web Management Interface, click on **Configuration**, then **Subnets**. The *Public Subnets Settings* screen appears:

**Public Subnets Settings**

Note: Subnets listed on this page are public only on the WAN-labelled interface.

Public Subnets Table

| Action | Subnet | Netmask |
|--------|--------|---------|

Number of Public Subnets: 0

Subnet

Subnet Mask

Add   Reset

Current Public DHCP Subnets Table

| Subnet | Netmask |
|--------|---------|

Number of Public IP Pools: 0

To edit this table go to the DHCP Configuration page.

**To add a Subnet**

2. Enter a valid IP address for this subnet in the **Subnet** field.

3. Enter the subnet mask for this subnet in the **Subnet Mask** field.

4. Click on the **Add** button to add a new public subnet.



*To edit the "Current Public DHCP Subnets" table, go to* "Managing the DHCP service options {DHCP}" on page 109.

*For additional information about the multiple subnet feature, go to* "Contact Information" on page 347 *for Nomadix Technical Support.*

## *Displaying Your Configuration Settings {Summary}*

You can display a summary listing of all your current *Configuration* settings.

To view the summary listing, go to the Web Management Interface, click on **Configuration**, then click on **Summary**.



The *Summary of Configuration Settings* screen appears (partial screen shown here):

## Summary of Configuration Settings

| | |
|---|---|
| Current time: | TUE MAY 18 09:52:57 2010 |
| | |
| Read-Only Values | |
| Operating System Version: | AIG 5000 v7.0.029 |
| Operating System Installed: | FRI APR 24 09:42:24 2009 |
| NSE ID: | 01633f |
| Network MAC Address | 00:50:E8:01:63:3F |
| Subscriber MAC Address (Interface 1) | 00:50:E8:01:63:3E |
| Subscriber MAC Address (Interface 2) | 00:50:E8:01:63:3D |
| Dynamic Address Translation | Enabled |
| DNS Redirection | Enabled |
| | |
| Authentication And Authorization Settings | |
| AAA Services | Enabled |
| XML Interface | Enabled |
| XML Server 1 IP | 67.130.149.167 |
| XML Server 2 IP | 67.131.213.194 |
| XML Server 3 IP | 0.0.0.0 |
| AAA Passthrough Port | Disabled |
| AAA Passthrough Port | 0 |
| Print Billing Command | Disabled |
| Print Server URL | |
| 802.1X | Disabled |
| 802.1X Re-auth period (secs) | 0 |
| OS Encoding | Disabled |
| Login Page/EWS Failover | Disabled |
| Port-based Billing Policies | Enabled |
| Authorization Mode | Internal Web Server |
| SSL | Disabled |
| Only encrypt sensitive data | Enabled |
| Certificate DNS Name | ssl.certificate.com |
| Credit Card Service | Enabled |
| Portal Page | Enabled |
| Portal Page URL | http://67.130.149.167/content163.htm |
| Parameter Passing | Disabled |
| Manual Passthrough Address | Disabled |

↓

**More listings...**

## *Setting the System Date and Time {Time}*

You can set the system time from local hardware or your choice of NTP server(s).

The NSE supports automatic daylight Savings Time adjustment and official IANA (iana.org) time zones. You may also specify a UTC offset.

1.  From the Web Management Interface, click on **Configuration**, then **Time**. The *Set Date and Time* screen appears:



2.  Select the method for time zone configuration; either **IANA Time Zone Database** or **Generic UTC offset**. UTC is the Universal Coordinated Time, based on the ISO 8601 standard, and is used in conjunction with RADIUS servers (for example, if the RADIUS server is setup for a time zone that is different from the Access Gateway).

3.  Select the clock source; either **Internal Time** to use the local hardware time or **External (NTP)** if you want to use NTP instead of the internal clock of the NSE.

    If you select **Internal Time**, confirm and (if necessary) adjust the date and time. After you click **Save**, the system writes the information into its BIOS, then displays the new date and time.

    If you select **External Time**:

    ● In the **Server Timeout** field, enter the number of seconds before the NSE gives up on receiving a time response from the NTP server.



- In the **Time Server 1-4** fields, enter up to 4 different NTP servers to query for the correct time.

**4.** When finished, click on the **Save** button to save your changes, or click on the **Restore** button if you want to reset all the values to their previous state.

### *Setting up Traffic Descriptors {Traffic Descriptors}*

Traffic Descriptors are a dependency of creating rules for a Quality of Service Policy. The Traffic Descriptors are how the Access Gateway identifies subscriber traffic. They are conditions or a group of conditions that are linked to a description.

**1.** From the Web Management Interface, click on **Configuration**, then **Traffic Descriptor**. The *Traffic Descriptor Settings* screen appears:



ACCESS GATEWAY

2.  Select **Add** to create a new Traffic Descriptor, or select a link to an existing descriptor to modify it. The Add Traffic Descriptor screen appears.

> **Add Traffic Descriptor**
>
> **Unique Name:**
>
> **Description:**
>
> Match:   Any ○   All ⦿   of the following conditions:
>
> Add Descriptor
> NOTE: Conditions won't be stored in database until ADD DESCRIPTOR button is clicked.
>
> **Back to Main Traffic Descriptor Settings page**
>
> Add Condition:
>
> Local IP address or subnet ⌄
>
> Note: For ranges (of local/remote IP addresses, UDP ports, or TCP ports),
> enter the range endpoints separated by a dash, e.g.,
> 10.20.135.1-10.20.135.254 or 5000-5999
>
> Note: For transport protocol, you may specify the following protocol names:
> TCP, UDP, ICMP, ESP, AH, GRE. For any other transport protocols,
> please use the proper protocol number.
>
> Note: For remote or local IP subnet, use the address/prefix-length format,
> e.g. 77.88.99.00/24.
>
> Add Condition

3.  Enter a name for the descriptor in the **Unique Name** field.

4.  Enter a brief summary about the descriptor in the **Description** field.

5.  Set condition matching to require a match to **All** conditions or **Any** one of the conditions. This condition list displays a list of the conditions that have been defined for this descriptor.

    Select a condition type from the **Add Condition** menu and define the matching parameters. Once added, conditions will be displayed in the condition list.

6.  Select **Remove** to remove a condition from this descriptor.

7.  Select **Add Descriptor** to accept the parameters and conditions defined and add the descriptor to the descriptor list on the main page.



## Setting Up URL Filtering {URL Filtering}

The Access Gateway can restrict access to specified Web sites based on URLs defined by the system administrator. URL filtering will block access to a list of sites and/or domains entered by the administrator using the following three methods:

- Host IP address (for example, 1.2.3.4)

- Host DNS name (for example, www.yahoo.com)

- DNS domain name (for example, *.yahoo.com, meaning all sites under the yahoo.com hierarchy, such as finance.yahoo.com, sports.yahoo.com, etc.).

The system administrator can dynamically add or remove specific IP addresses and domain names to be filtered for each property.

1. From the Web Management Interface, click on **Configuration**, then **URL Filtering**. The *URL Filtering Address Settings* screen appears:

### URL Filtering Address Settings

URL Filtering   ☑ Enable
Submit

Please enter either an IP address or a DNS name or a Domain name and click on one of the provided buttons.
**Note:** DNS name and Domain name should not contain protocol, port, or path information.
 Up to 300 URL Filtering Addresses can be entered.

**IP/DNS Name:** www.test.com    Add   Remove

Current Url Filtering Addresses
Domain Names:
 www.test.com
IP addresses:
 1.2.3.4

Number of Url Filtering Addresses: 2

2. If you want to enable this feature, click on the check box for **URL Filtering**.

3. Click on the **Save** button to save your setting.

4. If URL Filtering is enabled, you can add (or remove) up to 300 addresses in the **IP/DNS Name** field. After entering the address you want to add, simply click on the **Add** button (the address will be added to the displayed list). Add or remove addresses, as required.



## *Selecting User Agent Filtering Settings*

The Access Gateway can ignore traffic being generated by unsubscribed user devices that are not accessing walled garden sites or an unauthenticated users.

1.  From the Web Management Interface, click on **Configuration**, then **User Agent Filtering**. The *User Agent Filtering Settings* screen appears:



2.  Enable **User-Agent Filtering** to use the filtering capabilities for the User-Agents.

3.  Add the names of the different User-Agents that you want to filter to the **HTTP User-Agent name** field. Windows Update and Apple iTunes are default filtered Agents.

## *Zone Migration*

Zone migration is an expansion of the NSE's "re-login after migration" capability, which currently allows the system to force a subscriber to log in again if the subscriber moves from one port location to another. Zone migration significantly expands this capability via the following means:

- It allows the creation of multiple zones, which are then constituted by groupings of multiple port locations. These groupings can be made up of any combination of desired ports (port values do not have to be sequential in order to be grouped within a given zone).

- The re-login requirement can then be configured so that subscribers can move from one port to another within a zone without being required to re-login. However, when moving between ports in different zones, the re-login requirement is enforced.

- It is also possible to configure a zone so that migration between ports within the zone requires the user to re-login.



- In addition, the re-login after migration function was previously limited to RADIUS and PMS users. This capability has now been extended to other subscriber login types.

1. From the Web Management Interface, click on **Configuration**, then **Zone Migration**. The *Zone Migration Settings* screen appears:

| Zone Migration Settings |
|---|

Relogin after migration    ☐ Enable (Only applies to user accounts that have a user name)
Submit

| Zone-Based Migration |
|---|

Add a new Zone:
Zone Name:                    Port-Locations:

                             (Example: 212-299,301,400-499)
Description:

Relogin within Zone:  ⊙ Disabled  ○ Enabled

Add Zone    Reset

Existing Zones:

| Zone Name | Port-Locations | Relogin within Zone | Actions |
|---|---|---|---|

No Zones are defined

2. Select **Relogin after migration** to enable the Zone Migration feature.

**Add a new Zone**

In the **Zone-Based Migration** section, new zones can be added and initially configured, using the following parameter fields:

- **Zone Name** – Allows entry of a name appropriate for the zone to be created. The name must be unique, cannot exceed 16 characters, and cannot contain characters that are not alphanumeric, dash, underscore, or space.

- **Port-Locations** – This is where the port configuration for the zone is entered. The data must be entered as a string between 1 and 128 characters in length. The string must contain either an individual numeric value ("211"), a comma-separated list of numeric values ("211, 212"), a range of numeric values with dash-separated delimiters ("211-899"), a list of ranges of numeric values ("211-300, 301-899"), or a comma-separated list of individual numeric values and ranges ("211, 212, 213-899").

- **Description** – Allows entry of a description for the zone. This must be a string between 0 and 128 characters in length, and cannot contain characters that are not alphanumeric, dash, underscore, or space.

ACCESS GATEWAY

In each of these fields, any leading or trailing spaces will be removed by the NSE when the page is submitted.

**Relogin within Zone**

This selection provides the option to require relogin after migration between ports that are within a given zone. The default is Disabled.

**Existing Zones**

Zones that have already been defined are listed here, and can be edited or deleted. *(Note: The description field is not displayed in the list view).*

# Network Info Menu

### *Displaying ARP Table Entries {ARP}*

You can display a table that shows the current status of the ARP (Address Resolution Protocol) assignments. ARP is used to dynamically bind a high level IP address to a low level physical hardware (MAC) address. ARP is limited to a single physical network that supports hardware broadcasting.

To view the *ARP Table*, go to the Web Management Interface, click on **Network Info**, then click on **ARP**.

The *ARP Table* screen appears:

ARP Table

```
LINK LEVEL ARP TABLE
destination        gateway            flags  Refcnt  Use          Interface
------------------------------------------------------------------------------
1.2.3.4            00:90:27:bd:c2:df   405    1      545           fei0
2.3.4.5            00:c0:7b:81:ac:b0   405    1      0             fei0
------------------------------------------------------------------------------
```

### *Displaying DAT Sessions {DAT}*

Dynamic Address Translation (DAT) allows all users to obtain network access, regardless of their computer's network settings.



ACCESS GATEWAY

To view the *DAT Session Table*, go to the Web Management Interface, click on **Network Info**, then click on **DAT**.

The *DAT Session Table* screen appears:

DAT Session Table

Delete all sessions   NOTE: Pressing this button will clear all current subscriber sessions without rebooting the device. Current subscriber conn

```
CURRENT DAT SESSIONS for 172.17.0.12 (17 total)
(131072002) 10.0.0.11/1984 (70:5a:b6:a0:d8:04) <-> 172.17.0.12/5001 ---> 74.125.224.241/80 TCP ESTABLISHE
(131072003) 10.0.0.11/1985 (70:5a:b6:a0:d8:04) <-> 172.17.0.12/5002 ---> 74.125.224.241/80 TCP ESTABLISHE
(131072004) 10.0.0.11/1986 (70:5a:b6:a0:d8:04) <-> 172.17.0.12/5003 ---> 74.125.224.241/80 TCP ESTABLISHE
(131072005) 10.0.0.11/1987 (70:5a:b6:a0:d8:04) <-> 172.17.0.12/5004 ---> 74.125.224.239/80 TCP ESTABLISHE
(131072006) 10.0.0.12/1304 (00:15:c5:a6:53:32) <-> 172.17.0.12/5005 ---> 74.125.224.243/80 TCP ESTABLISHE
(131072007) 10.0.0.12/1305 (00:15:c5:a6:53:32) <-> 172.17.0.12/5006 ---> 74.125.224.243/80 TCP ESTABLISHE
(131072008) 10.0.0.12/1306 (00:15:c5:a6:53:32) <-> 172.17.0.12/5007 ---> 74.125.224.243/80 TCP ESTABLISHE
(131072009) 10.0.0.12/1307 (00:15:c5:a6:53:32) <-> 172.17.0.12/5008 ---> 74.125.224.239/80 TCP ESTABLISHE
(131072010) 10.0.0.11/138 (70:5a:b6:a0:d8:04) <-> 172.17.0.12/5009 ---> 10.0.0.255/138 UDP MAPPED idle=60
(131072011) 10.0.0.12/1308 (00:15:c5:a6:53:32) <-> 172.17.0.12/5010 ---> 199.7.59.190/80 TCP CLOSED idle=
(131072012) 10.0.0.11/1988 (70:5a:b6:a0:d8:04) <-> 172.17.0.12/5011 ---> 216.250.183.108/80 TCP ESTABLISH
(131072013) 10.0.0.11/1989 (70:5a:b6:a0:d8:04) <-> 172.17.0.12/5012 ---> 216.250.183.108/80 TCP ESTABLISH
(131072014) 10.0.0.11/1990 (70:5a:b6:a0:d8:04) <-> 172.17.0.12/5013 ---> 216.250.183.108/80 TCP ESTABLISH
(131072015) 10.0.0.11/1991 (70:5a:b6:a0:d8:04) <-> 172.17.0.12/5014 ---> 216.250.183.108/80 TCP CLOSED id
(131072016) 10.0.0.11/1992 (70:5a:b6:a0:d8:04) <-> 172.17.0.12/5015 ---> 216.250.183.108/80 TCP ESTABLISH
(131072017) 10.0.0.11/1993 (70:5a:b6:a0:d8:04) <-> 172.17.0.12/5016 ---> 216.250.183.108/80 TCP ESTABLISH
(131072018) 10.0.0.11/1994 (70:5a:b6:a0:d8:04) <-> 172.17.0.12/5017 ---> 216.250.183.108/80 TCP ESTABLISH
```

Click on the **Delete all sessions** button to clear all current subscriber sessions.

 *Deleting DAT sessions will cause all misconfigured subscribers to lose their Internet connection for a short period of time.*

### *Displaying the Host Table {Hosts}*

You can display a table which lists the hosts that are currently configured. This table includes the assigned host names, their corresponding IP addresses, and any aliases that may be assigned to each host. Hosts provide services to other computers that are linked to it by a network.

To view the *Host Table*, go to the Web Management Interface, click on **Network Info**, then click on **Hosts**.

The *Host Table* screen appears:



## Displaying ICMP Statistics {ICMP}

You can display the current ICMP (Internet Control Message Protocol) statistics. ICMP is a standard Internet protocol that delivers error and control messages from hosts to message requesters. These statistics are presented as a listing which details the current status of each ICMP transmission element.

To view the *ICMP Statistics*, go to the Web Management Interface, click on **Network Info**, then click on **ICMP**.

The *ICMP Statistics* screen appears:

```
ICMP Statistics

ICMP:
        0 call to icmp_error
        0 error not generated because old message was icmp
        Output histogram:
                echo reply: 3
        0 message with bad code fields
        0 message < minimum length
        0 bad checksum
        0 message with bad length
        Input histogram:
                routing redirect: 8
                echo: 3
        3 message responses generated
```

## Displaying the Network Interfaces {Interfaces}

You can display the network interfaces which are presented as a detailed listing of all interface communication elements and their current status.

To view the *Network Interfaces*, go to the Web Management Interface, click on **Network Info**, then click on **Interfaces**.



The *Network Interfaces* screen appears:

**Network Interfaces**

```
lo (unit number 0):
        Flags: (0x48049) UP LOOPBACK MULTICAST TRAILERS ARP RUNNING INET_UP
        Type: SOFTWARE_LOOPBACK
        inet: 127.0.0.1
        Netmask 0xff000000 Subnetmask 0xff000000
        Metric is 0
        Maximum Transfer Unit size is 1536
        0 packets received; 0 packets sent
        0 multicast packets received
        0 multicast packets sent
        0 input errors; 0 output errors
        0 collisions; 0 dropped
        0 output queue drops
rtl (unit number 0):
        PHY: (BMSR=0x782d) Link up,Auto=succeeded        (BMCR=0x3000) Speed=100 Mbps,half-duplex
        Flags: (0x65043) UP BROADCAST MULTICAST ARP RUNNING INET_UP
        Type: ETHERNET_CSMACD
        inet: 172.30.30.172
        Broadcast address: 172.30.30.255
        Netmask 0xffff0000 Subnetmask 0xffffff00
        inet: 67.130.149.163
        Broadcast address: 67.130.149.191
        Netmask 0xff000000 Subnetmask 0xffffffe0
        Ethernet address is 00:50:e8:01:63:3f
        Metric is 0
        Maximum Transfer Unit size is 1500
        235340404 octets received
        5702033 octets sent
        163906 unicast packets received
        167558 unicast packets sent
        0 non-unicast packets received
        0 non-unicast packets sent
        0 incoming packets discarded
        0 outgoing packets discarded
        0 incoming errors
        0 outgoing errors
        0 unknown protos
        0 collisions; 0 dropped
        0 output queue drops
rtl (unit number 1):
        PHY: (BMSR=0x782d) Link up,Auto=succeeded        (BMCR=0x3100) Speed=100 Mbps,full-duplex
        Flags: (0x65143) UP BROADCAST MULTICAST PROMISCUOUS ARP RUNNING INET_UP
        Type: ETHERNET_CSMACD
        Ethernet address is 00:50:e8:01:63:3e
        Metric is 0
        Maximum Transfer Unit size is 1500
        5341691 octets received
        295139037 octets sent
        82912 unicast packets received
        325878 unicast packets sent
        0 non-unicast packets received
        0 non-unicast packets sent
        0 incoming packets discarded
        0 outgoing packets discarded
        0 incoming errors
        0 outgoing errors
        1 unknown protos
        0 collisions; 0 dropped
```



### *Displaying the IP Statistics {IP}*

You can display the IP (Internet Protocol) statistics which are presented as a detailed listing of all IP elements and their current status. With IP transmissions, data is broken up into packets which are then sent over the network. By using IP addressing, Internet Protocol ensures that the data reaches its destination, even though different packets may "pass through" different networks to get to the same location.

To view the *IP Statistics*, go to the Web Management Interface, click on **Network Info**, then click on **IP**.

The *IP Statistics* screen appears:

**IP Statistics**

```
          total 3343
         badsum    0
       tooshort    0
       toosmall    0
        badhlen    0
         badlen    0
     infragments    0
     fragdropped    0
     fragtimeout    0
        forward    0
      cantforward    0
     redirectsent    0
  unknownprotocol    0
        nobuffers    0
      reassembled    0
     outfragments    0
        noroute    0
```

### *Viewing IPSec Tunnel Status {IPSec}*

To view the current IPSec Tunnel Status, go to the Web Management Interface, click on **Network Info**, then click on **IPSec**.

### *Viewing NAT IP Address Usage {NAT IP Usage}*

To view the current NAT IP Address Usage, go to the Web Management Interface, click on **Network Info**, then click on **NAT IP Usage**.

The *NAT IP Usage* summary screen appears:



NAT IP Address Usage

```
NAT IP Address   Cumul. Assigned   Currently Assigned   Cumul. DAT Sessions   Current DAT Sessions
---------------  ---------------   ------------------   -------------------   --------------------
  172.17.0.12          4                  1                     270                   203
  172.17.0.111         1                  1                      49                    48
  172.17.0.112         1                  1                      25                    24
  172.17.0.113         1                  1                     105                   104
```

## *Displaying the Routing Tables {Routing}*

You can display the current *Routing Tables*, including any dynamically generated routes, unreachable routes, or wildcard routes.

To view the *Routing Tables*, select **Network Info> Routing**.

ACCESS GATEWAY

The *Routing Tables* screen appears:

## Routing Tables

```
ROUTE NET TABLE
destination      gateway          flags  Refcnt  Use       Interface
-----------------------------------------------------------------------
0.0.0.0          1.2.3.4          3      1       890       fei0
 4.2.75.0        5.6.7.8          101    0       0         fei0
 4.2.75.1        3.4.5.6          101    0       0         fei1
-----------------------------------------------------------------------

ROUTE HOST TABLE
destination      gateway          flags  Refcnt  Use       Interface
-----------------------------------------------------------------------
10.1.1.86        9.8.7.6          17     0       1448      fei0
10.1.1.109       8.7.6.5          17     0       301       fei0
10.1.1.205       7.6.5.4          17     0       8         fei0
10.1.1.225       4.3.2.1          17     1       1848      fei0
127.0.0.1        127.0.0.1        5      0       0         lo0
2.1.1.8          2.6.9.8          7      0       0         fei0
-----------------------------------------------------------------------

routing:
        4 bad routing redirects
        4 dynamically created routes
        0 new gateway due to redirects
        0 destination found unreachable
        0 use of a wildcard route
```

## *Displaying the Active IP Connections {Sockets}*

You can display a table which provides a detailed listing of all currently active IP (Internet Protocol) connections.

To view the *Socket Table*, go to the Web Management Interface, click on **Network Info**, then click on **Sockets**.



The *Socket Table* screen appears:

**Socket Table**

```
Active Internet connections (including servers)
PCB       Proto Recv-Q Send-Q  Local Address      Foreign Address    (state)
--------  ----- ------ ------  ----------------   ----------------   -------
3e6d2d8   TCP      0     742    8.6.1.7.80         3.2.8.1.18         ESTABLISHED
3e6d1d0   TCP      0      0     8.6.1.7.80         3.2.8.1.18         TIME_WAIT
3e6d0c8   TCP      0      0     8.6.1.7.80         3.2.8.1.18         TIME_WAIT
3e6cd2c   TCP      0      0     8.6.1.7.21         8.4.5.1.24         ESTABLISHED
3e6c6fc   TCP      0      0     0.0.0.0.1111       0.0.0.0.0          LISTEN
3e6c678   TCP      0      0     0.0.0.0.301        0.0.0.0.0          LISTEN
3e6c5f4   TCP      0      0     0.0.0.0.23         0.0.0.0.0          LISTEN
3e6c4ec   TCP      0      0     0.0.0.0.80         0.0.0.0.0          LISTEN
3e6c360   TCP      0      0     0.0.0.0.21         0.0.0.0.0          LISTEN
3e6c570   UDP      0      0     0.0.0.0.67         0.0.0.0.0
```

### Displaying the Static Port Mapping Table {Static Port-Mapping}

You can display a table which provides a detailed listing of the currently active static port mapping scheme.

To view the *Static Port-Mapping Table*, go to the Web Management Interface, click on **Network Info**, then click on **Static Port-Mapping**.

The *Static Port-Mapping Table* screen appears:

**Static Port-Mapping Table**

```
STATIC PORT-MAPPING TABLE
Int. IP/Int. Port (MAC) <-> Ext. IP/Ext. Port ---> Rem. IP/Rem. Port Protocol
-------------------------------------------------------------------------------
(1) 6.2.7.1/80 (00:a0:f8:53:b7:84) <-> 2.5.3.1/8080 ---> 0.0.0.0/0 TCP
(2) 10.0.0.13/23 (00:03:47:15:cd:c7) <-> 2.5.3.1/8023 ---> 0.0.0.0/0 TCP
(3) 10.208.134.5/80 (00:60:1d:31:92:c0) <-> 2.5.3.1/8081 ---> 0.0.0.0/0 TCP
(4) 12.13.14.15/80 (00:00:23:45:67:80) <-> 2.5.3.1/9000 ---> 0.0.0.0/0 TCP
(5) 10.208.134.6/6001 (00:20:a6:4c:42:ff) <-> 2.5.3.1/6001 ---> 0.0.0.0/0 TCP
-------------------------------------------------------------------------------
```

ACCESS GATEWAY

### *Displaying TCP Statistics {TCP}*

You can display the TCP (Transmission Control Protocol) statistics which are presented as a detailed listing of all TCP elements and their current status. TCP is a standard protocol that manages data transmissions across networks.

To view the *TCP Statistics*, go to the Web Management Interface, click on **Network Info**, then click on **TCP**.



ACCESS GATEWAY

The *TCP Statistics* screen appears:

**TCP Statistics**

```
TCP:
        1448 packets sent
                811 data packets (372044 bytes)
                1 data packet (512 bytes) retransmitted
                480 ack-only packets (21 delayed)
                0 URG only packet
                0 window probe packet
                0 window update packet
                156 control packets
        1073 packets received
                576 acks (for 371791 bytes)
                138 duplicate acks
                0 ack for unsent data
                171 packets (49716 bytes) received in-sequence
                32 completely duplicate packets (0 byte)
                0 packet with some dup. data (0 byte duped)
                136 out-of-order packets (0 byte)
                0 packet (0 byte) of data after window
                0 window probe
                2 window update packets
                0 packet received after close
                0 discarded for bad checksum
                0 discarded for bad header offset field
                0 discarded because packet too short
        7 connection requests
        144 connection accepts
        138 connections established (including accepts)
        147 connections closed (including 13 drops)
        0 embryonic connection dropped
        474 segments updated rtt (of 489 attempts)
        157 retransmit timeouts
                13 connections dropped by rexmit timeout
        0 persist timeout
        0 keepalive timeout
                0 keepalive probe sent
                0 connection dropped by keepalive
        0 pcb cache lookup failed
```

## Displaying UDP Statistics {UDP}

You can display the UDP (User Datagram Protocol) statistics which are presented as a detailed listing of all UDP elements and their current status. UDP is an Internet standard transport layer protocol. It is a connectionless protocol which adds a level of reliability and multiplexing to the Internet Protocol (IP).

ACCESS GATEWAY

To view the *UDP Statistics*, go to the Web Management Interface, click on **Network Info**, then click on **UDP**.

The *UDP Statistics* screen appears:



```
UDP Statistics

UDP:
        91 total packets
        28 input packets
        63 output packets
        0 incomplete header
        0 bad data length field
        0 bad checksum
        0 broadcasts received with no ports
        0 full socket
        28 pcb cache lookups failed
        0 pcb hash lookup failed
```

## Port-Location Menu

The Port Location capabilities on the NSE have been enhanced. It is now possible to define a policy on a port. The billing methods (RADIUS, Credit Card, PMS) and the billing plans available on each port can now be individually configured.

This ability allows for having different billing methods and billing plans on different ports of the NSE. A practical application of this feature is to have a normal hotel room with a plan A that is $9.99 for a day with PMS billing and have a meeting room with a plan of $14.99 an hour with Credit Card billing.

This feature is called Port-based Policies. Port-based Policies must be enabled from the **Configuration**->**AAA** page.



ACCESS GATEWAY

**Authentication Authorization and Accounting Settings**

Page loaded at:  TUE JUL 21 07:29:3

AAA Services    ☑ Enable

| Options | Internal Web Server ⊗ | External Web Server ⊗ |

Logout IP:                      1.1.1.1 ⌄

XML Interface              ☑ Enable              ›

Print Billing Command    ☐ Enable

                         Print Server URL  [                    ]

AAA Passthrough Port     ☐ Enable

                         Port      [ 0 ]      Port must be different from 80, 2111, 1111, and 1112.

802.1X Authentication Support  ☐ Enable

Note: 802.1x requires that both AAA and RADIUS Authentication be enabled.

802.1X Reauth Period (secs)  [ 0 ]

Origin Server (OS) parameter encoding for Portal Page and EWS

                         ☐ Enable

Failover to Internal Web Server Authentication if Portal Page/External Web Server is not reachable

                         ☑ Enable

Port-based billing policies  ☑ Enable      ←

HTTPS Redirection          ☐ Enable

Facebook Login             ☑ Enable              ›

Reboot after changes are saved?  ☐ Yes

**Warning:** Changing URLs on this page may result in removal of the hostname portion of the URL from the Passthrough Addresses. Verification of Passthr
configuration is recommended. This warning pertains to: 1)Portal Page URL, 2)Portal XML POST URL, 3)Credit Card Server URL, and 4)External login pa

[ Submit ]  [ Reset ]

### *Adding and Updating Port-Location Assignments {Add}*

Port-locations can be assigned at any level (for example, a specific room in a hotel or apartment building, a floor number, wing, or building). There may even be multiple ports assigned to a single room or location. The Access Gateway uses a port-location authorization table to manage the assigned ports and ensure accurate billing for the services used by a particular port.

ACCESS GATEWAY

### Adding a Port-Location Assignment

This procedure shows you how to add a port-location assignment. If you want to update an existing assignment, go to Updating a Port-Location Assignment.

**1.** From the Web Management Interface, click on **Port-Location**, then **Add**. The *Add Port-Location Assignments* screen appears:

**Add a Port-Location**

Location

Port (e.g. VLAN ID)

Description

☑ Provide DHCP Service  (Note: Has no effect unless the DHCP service feature is enabled)

Subnet                          0.0.0.0

Default QoS Policy      (no policy)

State                           ● No Charge
                                    ○ Blocked
                                    ○ Charge for Use

**Note:** The following items have no effect unless the port-based billing policies feature is enabled. Each individual item has no effect unless the corresponding feature is enabled. Also, at least one billing plan is required when either Facebook, PMS or Credit Card billing is enabled.

☐ Enable Facebook Login
☐ Enable RADIUS Billing
☐ Enable PMS Billing
☐ Enable Credit Card Billing

Billing plan(s) available on port
                                    ● All plans
                                    ○ No plans
                                    ○ Specific plans
                                        ☐ Label 0
                                        ☐ X over Y

☐ Allow intra-port communication

**Note:** If you plan on using a PMS interface, please make sure that the Location field consists of numbers only.

**2.** Enter a location identifier in the **Location** field. Locations can be assigned as an alpha, numeric, or alpha-numeric value *unless a PMS interface is used* (see note).

 *If you are using a PMS interface, ensure that the "Location" field consists only of numbers (no alpha characters or symbols).*



 *All alpha characters (used for locations and descriptions) are case-sensitive.*

3. In the **Port** field, enter the port (the VLAN ID when using 802.1Q 2-way).

4. In the **Description** field, enter a meaningful description for this port-location assignment.

5. "Provide DHCP Service" is selected by default. De-select this option if you wish to disable subscriber-side DHCP for this port location. See "Managing the DHCP service options {DHCP}" on page 109.

6. Enter a **Subnet** for the port assignment you are adding.

   You must now assign a *State* for this port-location. Possible states are, *No Charge* for using this port-location, *Charge for Use*, and *Blocked*. If you do not assign a conditional state, the state is registered as "No Charge" by default.

7. If applicable, select the **Default QoS Policy** for the port assignment you are adding.

8. Select the conditional **state** you want to assign to this port-location.

   - If you choose **Charge for Use** additional configurations are available. Refer to the Note. Port-based Policies should be enabled from the **Configuration**->**AAA** page for these settings to take effect.

   - Choose **Enable Facebook Login** to allow Facebook authentication.

   - Choose **Enable RADIUS Billing** if you want RADIUS billing to be enabled on this port.

   - Choose **Enable PMS** Billing if you want PMS based room billing to be enabled on this port.

   - Choose **Enable Credit Card** Billing if you want Credit Card based billing to be enabled on this port

     You can select any number of billing methods per port.

   - Select from **Billing Plan(s) available on port**. You can assign a specific billing plan to a port, enable all existing billing plans, or assign specific billing plans to the port.

   Please note that while it is possible to set the value of a per-port configuration parameter independently of the value of the corresponding global parameter, the feature itself is disabled for a port unless both the per-port and global parameters are set to enabled. Thus:

   - RADIUS authentication for a port is enabled only if the RADIUS Client is globally enabled AND the per-port *enable RADIUS billing* parameter is set.

   - Credit card billing for a port is enabled only if Credit Card Services is globally enabled AND the per-port *enable Credit Card billing* parameter is set.

ACCESS GATEWAY

- PMS billing for a port is enabled only if PMS Services is globally enabled AND the per-port *enable PMS billing* parameter is set.

- Facebook authentication for a port is enabled only if Port-Based Policies is enabled and that port allows Facebook as an authentication type.

9. Click on the **Add** button to save your changes (the message: **Entry added or updated in the location file** appears), or click on the **Restore** button if you want to reset all the values to their previous state.

**Updating a Port-Location Assignment**

The procedure for updating a port-location assignment is similar to adding a port-location assignment. The difference between the two procedures is how they are presented to you. For example, if you already have port-locations assigned and you enter an existing "port" value, each data field that you go through (port, location, state, and description) displays the value currently assigned to the field.

To update a Port-Location assignment, simply update the fields with new values.


*If you have updated a port-location assignment, you may want to change its description to distinguish from the old assignment. Although the old assignment will no longer exist in the system, a meaningful description can often be a valuable quick reference guide.*

## *Exporting Port-Location Assignments {Export}*

This procedure shows you how to export your current port-location assignments to the "location.txt" file. The location.txt file is stored in: /flash/location.txt (resident in the Access Gateway's flash memory).


*Exporting your current port-location assignments to the Access Gateway's flash memory will overwrite the existing location.txt file.*



1.  From the Web Management Interface, click on **Port-Location**, then **Export**. The *Export Port-Location Assignments* screen appears:



2.  Click on the **Export** button to export port-location assignment to the /flash/location.txt. file.

### Finding Port-Location Assignments by Description {Find by Description}

This procedure shows you how to find a port-location assignment, based on its description. This procedure is useful if you want to review the details of a specific port-location. You can also find port-locations based on their location or port.

1.  From the Web Management Interface, click on **Port-Location**, then **Find by Description**. The *Find a Port-Location Assignment by Description* screen appears:



2.  In the **Enter Description** field, enter the description of the assignment you want to find.

> *The system ignores the case (upper or lower) of the characters you enter.*

3.  Click on the **Show** button to view the specified port-location assignment, or click on the **Restore** button if you want to reset the "description" value to its blank state. The requested port-location is displayed:



ACCESS GATEWAY

### *Finding Port-Location Assignments by Location {Find by Location}*

This procedure shows you how to find a port-location assignment, based on its location. This procedure is useful if you want to review the details of a specific port-location. You can also find port-locations based on their description or port.

1.  From the Web Management Interface, click on **Port-Location**, then **Find by Location**. The *Find a Port-Location Assignment by Location* screen appears:



2.  In the **Enter Location** field, enter the location of the assignment you want to find.

> *The system ignores the case (upper or lower) of the characters you enter.*

3.  Click on the **Show** button to view the specified port-location assignment, or click on the **Restore** button if you want to reset the "location" value to its blank state. The requested port-location is displayed:



---



## *Finding Port-Location Assignments by Port {Find by Port}*

This procedure shows you how to find a port-location assignment, based on its port. This procedure is useful if you want to review the details of a specific port-location. You can also find port-locations based on their description or location.

1.  From the Web Management Interface, click on **Port-Location**, then **Find by Port**. The *Find a Port-Location Assignment by Port* screen appears:



2.  In the **Enter Port** field, enter the port you want to find.

 *The "port" is the VLAN ID (when using 802.1Q 2-way).*

3.  Click on the **Show** button to view the Process Port-Location Assignments screen, or click **Restore** if you want to reset the "port" value to its blank state.

    From this screen you can click the port number to modify the port configuration, or click **Delete** to delete the port..





### *Importing Port-Location Assignments {Import}*

This procedure shows you how to import port-location assignments from the "location.txt" file. The location.txt file is stored in: /flash/location.txt (resident in the Access Gateway's flash memory).

 *If you have never exported port-location assignments (since installing the Access Gateway at this site), the location.txt is empty. See also,* "Exporting Port-Location Assignments {Export}" on page 193. *You can create your own location.txt file, FTP to the Access Gateway's flash directory (for example, [IP address]/flash/location.txt), and upload the file. See also,* "Creating a "location.txt" File" on page 198.

1. From the Web Management Interface, click on **Port-Location**, then **Import**. The *Import Port-Location Assignments* screen appears:



Click here to view the "location.txt" file

2. Click on the **Import** button to import port-location assignments from the /flash/location.txt file.

### Viewing the "location.txt" File

You can click on the "View location.txt" link if you want to view the current contents of the file.



`"1",1,00:00:00:00:00:00,0.0.0.0,1,"Room 314",R–CP–,–1,"",1,1,1,–2,0,0,0,0,0`

---



**Creating a "location.txt" File**

You can create your own "location.txt" file and upload the file to the Access Gateway's flash memory at *[IP address]/flash/location.txt.*

Use the following format when creating the file:

"1",1,00:00:00:00:00:00,0.0.0.0,0, "Room 101"

The 4 (four) fields used in the format represent the standard format for port-location assignments (location, port, modem MAC address for RiverDelta, subnet, state, description).

 *Characters (used for locations and descriptions) are case-sensitive.*

- Location – Locations are assigned as an alpha, numeric, or alpha-numeric value (unless a PMS interface is used, in which case only numeric values can be used).

- Port – Any number between 1 and 65535.

- Modem MAC Address – MAC address of the modem being used.

- Subnet – Subscriber's subnet address.

- State – Possible states are: (0) no charge for using this port-location, (1) charge for use, and (2) blocked. If you do not assign a conditional state, the state is registered as "No Charge" by default.

- Description – Use a meaningful description for the assignment.

### *Displaying the Port-Location Mappings {List}*

You can display a listing of all port-locations assigned to this system.

To view the listing of port-location assignments, select **Port-Location**>**List**. The *List Port-Location Assignments* screen appears:

**List Port-Location Assignments**

| Action | Location ⇕ | Description ⇕ | Port ⇕ | State ⇕ | Billing Modes* ⇕ | Billing Plans ⇕ | Provide DHCP ⇕ | Subnet ⇕ | Default QoS Policy ⇕ | Intra-port Communication ⇕ |
|--------|------------|---------------|--------|---------|------------------|-----------------|----------------|----------|----------------------|-----------------------------|
| Delete | 1 | Room 1 | 1 | Charge | CC,FB,PMS,RAD | All plans | Enabled | 0.0.0.0 | (no policy) | Enabled |
| Delete | 2 | Room 2 | 2 | No Charge | | All plans | Enabled | 0.0.0.0 | (no policy) | Disabled |

* FB=Facebook Login, RAD=RADIUS, PMS=PMS, CC=Credit Card

ACCESS GATEWAY



---

### *Deleting Port-Location Assignments*

To delete port-location assignments:

1.  From the Web Management Interface, select **Port-Location**>**List**.

2.  Click on the **Delete** link to delete a particular port-location assignment.

You can also delete port-location assignments from the **Find by Description**, **Find by Location**, or **Find by Port** results.

### *Enabling Facebook Login for a Port Location*

1.  Click **Port-Location -> List.** Click on the **Port** number. The *Process Port-Location Assignment* screen appears.

---



**List Port-Location Assignments**

Page loaded at: MON NOV 28 07:33:03 2016 (AG time)

Location [ 1 ]  ⓘ

Port (e.g. VLAN ID) [ 1 ]

Description [ Room 314 ]  ⓘ

☑ Provide DHCP Service  ⓘ

Subnet [ 0.0.0.0 ]

Default QoS Policy [ (no policy) ▼ ]

State  ○ No Charge (Authorization not needed)

○ Blocked

◉ Charge for Use (Authorization is required)  ⓘ

☑ Internally-authorized subscribers  ⓘ

☑ Enable Facebook Login

☑ Enable RADIUS Billing

☑ Enable PMS Billing

☑ Enable Credit Card Billing

Billing plan(s) available on port  ⓘ

◉ All plans

○ No plans

○ Specific plans

☐ Label 0

☐ X over Y

☑ Allow intra-port communication

[ ✐ Update ]  [ — Remove ]  [ ↻ Restore ]

* FB=Facebook Login, RAD=RADIUS, PMS=PMS, CC=Credit Card, HFB=Hyatt Freebird

**2.** Check **Enable Facebook Login.**

## *Subscriber Intra-Port Communication*

If enabled, subscribers on a same port location (for example, a conference room) can communicate with each other without NSE intervention.

Subscribers can communicate with each other when on the same VLAN and the same IP subnet. The NSE will not respond to any ARP requests from the subscriber for other subscribers (or hosts) that are on the same port-location subnet.



Subscriber Side                     Network Side



Subscribers in same port/location

**To enable intra-port communication**

1. Click **Port-Location -> List.** Click on the **Port** number. The Process Port-Location Assignment screen appears.

2. Click **Allow Intra-port communication**.

3. Click **Update**.

# Subscriber Administration Menu

## *Adding Subscriber Profiles {Add}*

This procedure shows you how to add subscriber profiles into a table of authorized users.

Three types of subscriber profiles are provided; see the following sections for configuration information for the different profile types:

- "Adding a Subscriber Type Profile" on page 202
- "Adding a Device Type Profile" on page 204
- "Adding a Group Type Profile" on page 206

For more information about subscriber access and billing options, see the following sections:

- "Authorization and Billing" on page 270
- "Subscriber Management" on page 276



- "Subscriber Management Models" on page 276
- "Configuring the Subscriber Management Models" on page 277

**Adding a Subscriber Type Profile**

1. From the Web Management Interface, click on **Subscriber Administration**, then **Add**. The *Add a Subscriber Profile to the Database* screen appears:

| Add a Subscriber Profile to the Database | |
|---|---|
| | Page loaded at: MON AUG 03 07:16:26 2015  (AG time |

○ **Subscriber**    ○ **Device**    ○ **Group Account**

| DHCP Address Type | Private ⊙   Public ○   Only used if subscriber is configured for DHCP |
|---|---|
| MAC Address | |
| IP Address | |
| Subnet | |
| Username | |
| Password | |
| Expiration Time | 0  hrs   0  mins |
| Paid | USD 0.00 |
| User Definable 1 | |
| User Definable 2 | |
| Max Upstream Bandwidth | 0  Kbps |
| Max Downstream Bandwidth | 0  Kbps |
| Class Name | |
| QoS Policy | (no policy) ⌄ |
| Count-down after Login | ☐ Enable |
| SMTP Redirection | ☑ Enable   Note: Global SMTP Redirection must be enabled for subscriber SMTP Redirection to take effect, see SMTP page under Configuration options |

2. Choose the **Subscriber** account type.

3. Define the DHCP Address Type: **Public** or **Private** (only used when the IP Upsell feature is enabled, otherwise leave this set to "private").

4. Enter a valid **MAC Address** for the subscriber.

   If you have chosen to manage this subscriber by user name only, you do not need to enter a MAC address (but you must enter a user name).

5. Enter the **IP Address** of the subscriber.

6.   Enter a valid **Subnet** address for this subscriber.

7.   In the **Username** field, enter a user name for this subscriber. If you entered a MAC address and you do not want to assign a user name, skip Step 9 (password).

 *User names and passwords are case-sensitive. Having a user name and password is an optional service that subscribers may request (for example, if they are using more than one machine, or moving between locations and they want an additional level of security). If they request this service, they are prompted at the login screen for the user name and password you assign here. Solution providers can charge a fee for this service, at their discretion.*

8.   If you assigned a user name, you must now assign a **Password**.

9.   In the **Expiration Time** field, define the duration (in hours and minutes) for the subscriber's authorized access time. When the assigned time expires, the subscriber must "re-subscribe" to the service.

10.  Enter an amount in the **Paid** field.

11.  The next two fields (**User Definable 1** and **User Definable 2**) are optional. Use these fields for simple notations about the subscriber.

12.  Define the **Max Upstream Bandwidth** and **Max Downstream Bandwidth** range for this subscriber (in Kbps).

13.  If using Class-Based Queuing, enter the primary and subclass for this subscriber in the **Class** field. Enter these values in the format: `<top-level class>.<subclass>` (top-level class and subclass separated by a period)**.**  See "Class-Based Queueing" on page 11 and "Class-Based Queueing" on page 102.

14.  Select a policy from the **QoS Policy** menu. See "Setting up Quality of Service {QoS}" on page 151 for more information.

15.  Enable **Countdown after login** if you want the timeout amount to take effect after the user logins. If the option is not enabled, user timeouts take effect the moment the subscriber is added.

16.  Enable **STMP Redirection** to allow the specified user to have their SMTP traffic redirected by the global SMTP redirect configuration.

17.  Click on the **Add** button to add this subscriber to the database, or click on the **Restore** button if you want to reset all the values to their previous state.



ACCESS GATEWAY

**Adding a Device Type Profile**

1. From the Web Management Interface, click on **Subscriber Administration**, then **Add**. The *Add a Subscriber Profile to the Database* screen appears:

| Add a Subscriber Profile to the Database |
|---|

○ **Subscriber**   ⦿ **Device**   ○ **Group Account**

| Proxy Arp For Device | ☐ Enable |
|---|---|
| 802.1Q Device Port | [0]   Only if device and Port-Location is 802.1Q two-way |
| MAC Address | [        ] |
| IP Address | [        ] |
| Subnet | [        ] |
| Username | [        ] |
| User Definable 1 | [        ] |
| User Definable 2 | [        ] |
| Max Upstream Bandwidth | [0]   Kbps |
| Max Downstream Bandwidth | [0]   Kbps |
| Class Name | [                    ] |
| QoS Policy | (no policy) ⇕ |
| SMTP Redirection | ☑ Enable   Note: Global SMTP Redirection must be enabled for subscriber SMTP Redirection to take effect, see SMTP page under Configuration options |

[Add]  [Reset]

2. Choose the **Device** account type for this profile.

3. If required, enable the **Proxy Arp For Device** feature.

4. Set the **802.1Q Device Port** if the device is connected to a specific VLAN.

5. Enter a valid **MAC Address** for the device.

6. Enter the **IP Address** of the device.

7. Enter a valid **Subnet** address for this device.

8. In the **Username** field, enter a user name for this device.

9. The next two fields (**User Definable 1** and **User Definable 2**) are optional. Use these fields for simple notations about the device.

10. Define the **Min Upstream Bandwidth** and **Max Upstream Bandwidth** range for this device (in Kbps).

ACCESS GATEWAY

**11.** Define the **Min Downstream Bandwidth** and **Max Downstream Bandwidth** range for this device (in Kbps).

**12.** If using Class-Based Queuing, enter the primary and subclass for this device in the **Class** field. Enter these values in the format: `<top-level class>.<subclass>` (top-level class and subclass separated by a period). See "Class-Based Queueing" on page 11 and "Class-Based Queueing" on page 102.

**13.** Select a policy from the **QoS Policy** menu. See "Setting up Quality of Service {QoS}" on page 151 for more information.

**14.** Enable **STMP Redirection** to allow the specified user to have their SMTP traffic redirected by the global SMTP redirect configuration.

Click on the **Add** button to add this device to the database, or click on the **Restore** button if you want to reset all the values to their previous state.



**Adding a Group Type Profile**

1. From the Web Management Interface, click on **Subscriber Administration**, then **Add**.
   The *Add a Subscriber Profile to the Database* screen appears:





2. Choose the **Group Account t**ype for this profile.

3. Set the **Account valid until** field to set an expiration date for the group account.

4. Define the DHCP Address Type: **Public** or **Private** (only used when the IP Upsell feature is enabled, otherwise leave this set to "private").

5. Enter a valid **Subnet** address for this subscriber.

6. In the **Username** field, enter a user name for this subscriber.

> *User names and passwords are required for Group Accounts.*

7. If you assigned a user name, you must now assign a **Password**.

**8.** In the **Expiration Time** field, define the duration (in hours and minutes) for the subscriber's authorized access time. When the assigned time expires, the subscriber must "re-subscribe" to the service.

**9.** Enter an amount in the **Paid** field.

**10.** The next two fields (**User Definable 1** and **User Definable 2**) are optional. Use these fields for simple notations about the subscriber.

**11.** Define the **Min Upstream Bandwidth** and **Max Upstream Bandwidth** range for this subscriber (in Kbps).

**12.** Define the **Min Downstream Bandwidth** and **Max Downstream Bandwidth** range for this subscriber (in Kbps).

**13.** If using Class-Based Queuing, enter the primary and subclass for this subscriber in the **Class** field. Enter these values in the format: `<top-level class>.<subclass>` (top-level class and subclass separated by a period). See "Class-Based Queueing" on page 11 and "Class-Based Queueing" on page 102.

**14.** Enter the **Maximum users per group** for the subscriber account.

**15.** Select a policy from the **QoS Policy** menu. See "Setting up Quality of Service {QoS}" on page 151 for more information.

**16.** Enable **STMP Redirection** to allow the specified user to have their SMTP traffic redirected by the global SMTP redirect configuration.

Click on the **Add** button to add this subscriber to the database, or click on the **Restore** button if you want to reset all the values to their previous state.

## Displaying Current Subscriber Connections {Current}

You can display a listing of all the subscribers currently connected to the system. The list includes the MAC addresses of the subscribers, their active state, the individual expiration times, port numbers (if assigned), bandwidth limits, current bandwidth usage, and the number of bytes that have been passed from the subscriber to the Internet. This data can be used if a dispute arises between the subscriber and the solution provider (for example, if a subscriber claims that their connection to the Internet was not completed). By reviewing the "byte" statistics, you can clearly see if the subscriber made a successful connection.

To view the list of *Current Subscriber Connections*, go to the Web Management Interface, click on **Subscriber Administration**, then click on **Current**.

The *Current Subscribers* screen appears, showing the usage statistics for all subscribers currently connected to the system:



ACCESS GATEWAY



Click to view the
associated subscriber

*In the State field, "Valid" denotes that the subscriber has been authenticated. "Pending" indicates that the subscriber is still waiting for authentication.*

To view individual subscribers, click on the linked MAC address.

You can select specific fields to display, and can sort the Current Subscribers table on any field. Click any table header to sort on that field.



## Deleting Subscriber Profiles by MAC Address {Delete by MAC}

This procedure shows you how to delete a subscriber profile from the Access Gateway's database of authorized subscribers, based on the profile's MAC address.



*To see a current listing of the subscriber database, sorted by MAC addresses, go to "Listing Subscriber Profiles {List Profiles}" on page 212.*

*System Administration*

1.  From the Web Management Interface, click on **Subscriber Administration**, then **Delete by MAC**. The *Delete a Subscriber Profile* (by MAC) screen appears:



2.  In the **Enter MAC Address** field, enter the MAC address of the profile you want to delete.

3.  Click on the **Delete** button to delete this subscriber profile, or click on the **Restore** button if you want to reset the "MAC Address" value to the 00 state.

### Deleting Subscriber Profiles by User Name {Delete by User}

This procedure shows you how to delete a subscriber profile from the Access Gateway's database of authorized subscribers, based on the profile's user name.

> *To see a current listing of the subscriber database, sorted by user name, go to* "Finding Subscriber Profiles by User Name {Find by User}" *on page 212.*

1.  From the Web Management Interface, click on **Subscriber Administration**, then **Delete by User**. The *Delete a Subscriber Profile* (by User) screen appears:



2.  In the **Username** field, enter the user name of the profile you want to delete.

3.  Click on the **Delete** button to delete this subscriber profile, or click on the **Restore** button if you want to reset the "Username" value to its blank state.



## *Displaying the Currently Allocated DHCP Leases {DHCP Leases}*

You can display a listing of the DHCP (Dynamic Host Configuration Protocol) leases that are currently active on the system's DHCP server. DHCP is a standard method for assigning IP addresses automatically to network devices. DHCP leases define the amount of time that subscribers can utilize the system's DHCP service.

To view the list of *Currently Allocated DHCP Leases*, go to the Web Management Interface, click on **Subscriber Administration**, then click on **DHCP Leases**.

 *To use this feature, your Access Gateway must be set to act as its own DHCP Server. The DHCP function cannot be set to DHCP Relay. Refer to* "Managing the DHCP service options {DHCP}" on page 109.

The *Currently Allocated DHCP Leases* screen appears:



You can **Delete Expired Leases** or **Delete All Leases**.

 *Deleting an active DHCP lease may cause IP conflicts.*

## *Deleting All Expired Subscriber Profiles {Expired}*

This procedure shows you how to delete all expired subscriber profiles from the Access Gateway's database of authorized subscribers. Use this procedure when you want to "clean up" the subscriber database.

ACCESS GATEWAY

1. From the Web Management Interface, click on **Subscriber Administration**, then **Expired**. The *Remove Expired Profiles* screen appears:



2. Click on the **OK** button to remove all expired profiles.

### *Finding Subscriber Profiles by MAC Address {Find by MAC}*

This procedure shows you how to find a subscriber profile from the Access Gateway's database of authorized subscribers, based on the profile's MAC address. Use this procedure when you want to see the statistics corresponding to the MAC address. Statistics include user name and password (if any) and the access time remaining for this subscriber.

1. From the Web Management Interface, click on **Subscriber Administration**, then **Find by MAC**. The *Find a Subscriber Profile* screen appears:



2. In the **Enter MAC Address** field, enter the MAC address of the subscriber you want to find.

3. Click on the **Show** button to view this subscriber profile, or click on the **Restore** button if you want to reset the "MAC Address" value to the 00 state.

---

*System Administration*                                                                 *211*



### *Finding Subscriber Profiles by User Name {Find by User}*

This procedure shows you how to find a subscriber profile from the Access Gateway's database of authorized subscribers, based on the profile's user name. Use this procedure when you want to see the statistics corresponding to the user name. Statistics include the subscriber's MAC address and the access time remaining for this subscriber.

1.  From the Web Management Interface, click on **Subscriber Administration**, then **Find by User**. The *Find a Subscriber Profile* screen appears:



2.  In the **Enter Username** field, enter the user name of the subscriber you want to find.

3.  Click on the **Show** button to view this subscriber profile, or click on the **Restore** button if you want to reset the "Username" value to its blank state.

### *Listing Subscriber Profiles {List Profiles}*

You can display the currently active database of authorized subscribers, based on user names and MAC addresses.

To view the list of *Authorized Subscriber Profiles*, go to the Web Management Interface, click on **Subscriber Administration**, then click on **List Profiles**.

*System Administration*



ACCESS GATEWAY

The *Authorized Subscriber Profiles* screen appears:



 *-1 indicates a subscriber added by Admin or XML useradd with no associated plans.*



### Viewing RADIUS Proxy Accounting Logs {RADIUS Session History}

These settings are available under Subscriber Administration/RADIUS Session History menu.



#### Enable Logfile checkbox

When this setting is enabled any RADIUS proxy accounting messages sent or received by the RADIUS proxy application are logged into a file named "RADHIST.RAD" in the /flash directory. This log contains accounting messages exchanged with downstream servers, and upstream NASs. The size of the log file is limited to 2000 records (accounting messages) or 320000 bytes -- when and if necessary the oldest records are purged to make room for new records.

If the logfile is disabled the current logfile is purged from the flash. If this is re-enabled again, only RADIUS accounting message sent/received from that point in time forward will be stored in the log.

#### Enable Syslogs checkbox

If enabled then the same information described above is sent to the configured Syslog server. The content of the syslogs is sent in human-readable format.

The configuration page of the syslog server to which these RADIUS proxy accounting messages are sent is available under the Configuration/Logging menu as described above. The third set of Syslog parameters on that page pertains to the RADIUS History Log.

ACCESS GATEWAY

### *Displaying Current Profiles and Connections {Statistics}*

You can view the total number of profiles and connections currently stored in the Access Gateway's database of authorized subscribers. The displayed list includes the number of subscribers currently in the database (Current Table) and a numerical breakdown of how the subscribers can utilize the system (for example, free access, credit card, etc.). The total number of user profiles stored in the Access Gateway's internal database is also shown.

To view the *Subscriber Statistics*, go to the Web Management Interface, click **Subscriber Administration** > **Statistics**.

The *Subscriber Statistics* screen appears:



 *The "Subscriber licenses in use" is helpful when a large number of subscriber-side devices are defined, and it is otherwise difficult to determine how many license slots are actually in use.*

## Subscriber Interface Menu

### *Defining the Billing Options {Billing Options}*

- Duration-based Billing Plans



- Setting Up a "Normal" Billing Plan, including pricing and bandwidth.

- Setting Up an X over Y Billing Plan

- Messages displayed to subscribers, including an Introduction Message, Offer Message and Policy Message.

- Billing schemes (units of access).

- Free billing options (free access).

- Promotional code options (for example, when offering a percentage discount).

**Duration-based Billing Plans**

The purpose of this feature is to let hotels create billing plans that work in a similar fashion to pre-paid telephone cards. This means that an operator can set the Access Gateway's Internal Web Server (IWS) to allow users online on a time "X" over period "Y" basis. Standard billing plans (where time "X" = period "Y") can be used concurrently with "X" over "Y" plans. For example, multiple plans with flexible billing event options can be rolled out, such as:

- Plan A: 24 hours, 256kbit/s downstream, 128Kbit/s upstream, public IP address, $15 charge.

- Plan B: 8 hours to be used over 5 days, 512Kbit/s downstream, 256Kbit/s upstream, private IP address, $35 charge.

- Plan C: 1 week, 1Mbit/s downstream, 1Mbit/s upstream, public IP address, $99 charge.

In addition to credit card billing, Property Management Systems used by hotels are also supported along with the internal data base of the Access Gateway and billing via Nomadix' secure XML API.

See also, "Assigning a PMS Service {PMS}" on page 138 (see following note).

 *Your product license must support the PMS feature.*



ACCESS GATEWAY

1.  From the Web Management Interface, click on **Subscriber Interface**, then **Billing Options**. The *Internal Billing Options Setup* screen appears:



2.  Review the billing plans (normal plans and X over Y plans) that are currently active. To view or edit a billing plan, click the **View/Edit/Delete** button opposite the corresponding plan.



The *Internal Billing Options Plan Setup* or *Internal Billing Options XoverY Plan Setup* screen appears for the billing plan (and type) you selected.

**Internal Billing Options Plan Setup**

| | |
|---|---|
| **Plan** | 1 |
| **Enable** | ☐ |
| **Label** | Free Hotel Guest |
| **Description of Service** | Free Plan for Hotel Guests Only |
| **Facebook Login** | ☑ |
| Plan Duration | 30 |

**Pricing**

| | | |
|---|---|---|
| Free for PMS User | ☑ | NOTE: Requires Micros or Micros Fidelio Query & Post PMS interface |
| Rate Per Minute | 0.00 | |
| Rate Per Hour | 0.00 | |
| Rate Per Day | 0.00 | |
| Rate Per Week | 0.00 | |
| Rate Per Month | 0.00 | |

**Time Unit**

| | |
|---|---|
| Minute | ○ |
| Hour | ● |

ACCESS GATEWAY

Sample of Internal Billing Options XoverY Plan Setup Screen

**Internal Billing Options Plan Setup**

| | |
|---|---|
| **Plan** | 1 |
| **Enable** | ☐ |
| **Label** | Free Hotel Guest |
| **Description of Service** | Free Plan for Hotel Guests Only |
| **Facebook Login** | ☑ |
| **Plan Duration** | 30 |

**Pricing**

| | | |
|---|---|---|
| Free for PMS User | ☑ | NOTE: Requires Micros or Micros Fidelio Query & Post PMS interface |
| Rate Per Minute | 0.00 | |
| Rate Per Hour | 0.00 | |
| Rate Per Day | 0.00 | |
| Rate Per Week | 0.00 | |
| Rate Per Month | 0.00 | |

**Time Unit**

Minute ○

Depending on the type of plan you want to set up, go to:

- "Setting Up a "Normal" Billing Plan" on page 219.
- "Setting Up an X over Y Billing Plan" on page 221.

**Setting Up a "Normal" Billing Plan**

1. If required, click on the **Enable** check box to enable (make active) this billing plan.

2. Define a "label" for this billing plan in the **Label** field.

 *Each plan must have a unique label, different from other plans.*



3.  Enter a description for this billing plan in the **Description of Service** field.

4.  **If desired, enable Facebook Login and specify a plan duration.**

5.  Define the **Pricing** schemes for this billing plan (rate per minute, per hour, per day, per week, and per month).

6.  Define the **Time Unit** of the billable event (either Minute, Hour, Day, Week, or Month). One time unit is assigned to each billing plan.

     *The Access Gateway allows you to define multiple billing plans with different time units at the same time. For example, you can define one billing plan that changes by the hour (e.g. $2.95 per hour) and a second plan that charges per day (e.g. $12.95 per day).*

7.  Define the **Up** (*to network*) and **Down** (*to subscribers*) bandwidth range for this billing plan.

8.  Define the DHCP Pool (public or private) -- see following note.

     *The "public" option requires IP Upsell to be turned on, otherwise subscribers will receive private IP addresses.*

9.  If using Class-Based Queuing, enter the primary and subclass for this subscriber in the **Class** field. Enter these values in the format: `<top-level class>.<subclass>` (top-level class and subclass separated by a period). See "Class-Based Queueing" on page 11 and "Class-Based Queueing" on page 102.

10. Click on the **Save this Plan** button to save your changes and establish this billing plan. Alternatively, you can click on the **Delete this Plan** button if you want to delete this plan, or click on the **Clear** button if you want to reset all the values to their original state.

11. Click on the **Back** button at any time to return to the *Internal Billing Options Setup* (previous) screen.

12. Repeat Steps 2 through 11 for each billing plan. You can enable (make active) any or all of the available billing plans.

ACCESS GATEWAY

13. Define the messages you want to present to subscribers, including:

- Introduction Message
- Offer Message
- Policy Message

14. Define the **Units of Access** (Minute, Hour, Day, Week, or Month) you want to make available to subscribers.

15. If you want to allow free access to subscribers, you can define the following free billing options:

- Default Free Access Time (in days)
- Maximum Subscriber Lifetime (in days)

16. Define any *Promotional Code Options* in the **Code Definition** and **Percentage Discount** fields, as required. You can define up to 5 Promotional Code Options.

 *The "Percentage Discount" parameter must be between 1 and 100.*

17. Click on the **Save** button to save your changes, or click on the **Restore** button if you want to reset all the values to their previous state.

**Setting Up an X over Y Billing Plan**

1. If required, click on the **Enable** check box to enable (make active) this billing plan.

2. Define a "label" for this billing plan in the **Label** field.

 *Each plan must have a unique label, different from other plans.*

3. Enter a description for this billing plan in the **Description of Service** field.

4. Enter the cost the plan in the **Plan Cost** field.

5. Enter a duration value for this plan in the **Plan Duration (X)** field.

6. Define the "time unit" for the duration value you entered in Step 5. The time unit can be defined as either **Minute**, **Hour**, or **Day**.

7. Enter plan validity value for this plan in the **Plan Validity** (Y) field.

8. Define the "time unit" for the plan validity value you entered in Step 7. The time unit can be defined as either **Day**, **Week**, or **Month**.

9. Define the **Up** (*to network*) and **Down** (*to subscribers*) bandwidth range for this billing plan.



**10.** Define the DHCP Pool (public or private) -- see following note.

 *The "public" option requires IP Upsell to be turned on, otherwise subscribers will receive private IP addresses.*

**11.** Click on the **Save this Plan** button to save your changes and establish this billing plan. Alternatively, you can click on the **Delete this Plan** button if you want to delete this plan, or click on the **Clear** button if you want to reset all the values to their original state.

**12.** Click on the **Back** button at any time to return to the *Internal Billing Options Setup* (previous) screen.

### *Setting Up the Information and Control Console {ICC Setup}*

The Nomadix ICC is a HTML pop-up window that is presented to subscribers, allowing them to select their bandwidth and billing plan options quickly and efficiently, and displays a dynamic "time" field to inform them of the time remaining on their account. The ICC also offers service providers an opportunity to display advertising banners and provide a choice of redirection options.

The Access Gateway also lets System Administrators define a simple HTML-based pop-up window for explicit Logout that can be used as an alternative to the more fully featured ICC

(described above). The pop-up Logout Console offers the opportunity to display the elapsed/count-down time and one logo for intra-session service branding.



This procedure allows you to set up how the ICC is displayed to subscribers. For more information about the ICC, go to "Information and Control Console (ICC)" on page 278.



ACCESS GATEWAY

1. From the Web Management Interface, click on **Subscriber Interface**, then **ICC Setup**. The *ICC Setup* screen appears:

---

**ICC Setup**

Page loaded at:  TUE N

☐ **Display ICC (Information and Control Console) or LC (Logout Console)**

Title: | Information and Control Console |

**Choice of ICC or LC:**
- ⦿ ICC (Information and Control Console)
- ○ LC (Logout Console)

☐ **Display time on ICC or LC**
  **How should the subscriber session time be displayed?**
  - ⦿ Elapsed Time
  - ○ Time Remaining

**What should the ICC or LC do when a subscriber closes it?**
- ⦿ Redisplay itself
- ○ Logout (return the user to a PENDING state - valid only with RADIUS and XoverY users)

**Location of the LC:**
- ⦿ Upper Left Corner
- ○ Upper Right Corner
- ○ Lower Left Corner
- ○ Lower Right Corner

| | Name/Text | Target URL | Image Name |
|---|---|---|---|
| ISP Logo Button | Nomadix | http://www.nomadix.com | Nomadix.gif |
| Button 2 | Amazon | http://www.amazon.com | AmazonButton.gif |
| Button 3 | Google | http://www.google.com | GoogleButton.gif |
| Button 4 | Scroll Over Text | http://www.nomadix.com | button.gif |
| Button 5 | Scroll Over Text | http://www.nomadix.com | button.gif |
| Button 6 | Scroll Over Text | http://www.nomadix.com | button.gif |
| Button 7 | Scroll Over Text | http://www.nomadix.com | button.gif |
| Button 8 | Scroll Over Text. | http://www.nomadix.com | button.gif |
| Button 9 | Scroll Over Text | http://www.nomadix.com | button.gif |

**Configure Banners**

[ 💾 Save ]  [ ⟳ Save then Reboot ]  [ ↺ Restore ]

---

2. If you want subscribers to see the ICC (pop-up window), click on the check box for **Display ICC (Information and Control Console)** to enable this feature.

3. Choose which ICC you want to be displayed (either the featured ICC or the simple Logout Console). Enable one of the following:

   - ICC (Information and Control Console)

   - Nomadix Logout Console

4. If you enabled either of the ICC pop-up options, you can choose a unique name for the console. Simply type a meaningful name in the **Title** field.

5. Define the physical location where you want the Nomadix Logout Console to appear on the subscriber's screen.

   Choose one of the following options:

   - Upper Left Corner

   - Upper Right Corner

   - Lower Left Corner

   - Lower Right Corner

6. Define how you want to display the subscriber session time:

   - Elapsed Time (how much time has elapsed since the start of the session)

   - Time Remaining (how much time is remaining for the session)

7. You must now decide what you want the ICC to do if the subscriber closes it.

   Choose one of the following options:

   - Redisplay itself

   - Logout (return the subscriber to a "pending" state) – valid only with RADIUS and Post Paid PMS.

   You must now assign the buttons that you want to display to subscribers.

**Assigning Buttons**

When assigning the redirect buttons that will appear in the ICC, you can define one **ISP Logo Button** (large button) and up to 8 smaller buttons (**Button 2** through **Button 9**), with the following parameters:



● **Name/Text** – The name of the button and the mouse-over text. The mouse-over text is the text that appears in the ICC's Message Bar when your mouse pointer "rolls" over a button image.



● **Target URL** – Where subscribers are sent when they click on the button.

● **Image Name** – The representative image file you want to use for the button.

When assigning images for buttons, refer to: "Pixel Sizes" on page 228.

 *If you assign (or change) button images or banner images, the Access Gateway must be rebooted for your changes to take effect.*

When you have completed assigning all your redirect buttons, click on the **Save** button to save your changes, or click on the **Restore** button if you want to reset all the values to their previous state.

You can now assign the banners that you want to display to subscribers.

ACCESS GATEWAY

### Assigning Banners

1. From the *Subscriber Console (Information and Control Console - ICC) Setup* screen, click on the **Configure Banners** link. The *Subscriber Console (Information and Control Console - ICC) Banners Setup* screen appears:



- You can display up to 5 banners, but they must be defined here. Banners require all the same parameters that "buttons" use (see "Assigning Buttons" on page 225), with the addition of 3 (three) more. These are:

- Duration – Defines how long the banner is displayed in the ICC.

- Start Time – This is an optional parameter that you set if you want to assign a "start" time (for when the banner is displayed).

- Stop Time – This is an optional parameter that you set if you want to assign a "stop" time (for when the displayed banner closes).

    When assigning images and times for banners, refer to: "Pixel Sizes" on page 228 and "Time Formats" on page 229.



**2.** Define the parameters for your banner(s):

● Name/Text

● Target URL

● Image Name (see following note)

● Duration (secs)

● Start Time (Optional)

● Stop Time (Optional)

> *If you assign (or change) button images or banner images, the Access Gateway must be rebooted for your changes to take effect.*

**3.** When finished, click on the **Save** button to save your changes, click on **Save then Reboot** to reboot the Access Gateway and make the changes take effect immediately, or click on the **Restore** button if you want to reset all the values to their previous state. (Only changes to *Image Name* definitions require a reboot).

**4.** To return to the previous screen, click on the **Configure ICC** link.

**Pixel Sizes**

Use the following parameters when defining images for buttons and banners:

● Banners – 373 pixels (width) x 32 pixels (height)

● ISP Button – 98 pixels (width) x 26 pixels (height)

● Small buttons – 45 pixels (width) x 26 pixels (height)



Banner
(373 x 32 pixels)



Small Buttons
(45 x 26 pixels)

ISP Button
(98 x 26 pixels)

**Time Formats**

Use the following formats when defining times:

- Duration for Banners – 1 through 9999, or more

- Start or Stop times for Banners – hh:mm PM/AM (for example, 2:35 PM)

## *Defining Languages {Language Support}*

The Access Gateway allows you to define the text displayed to your users by the Internal Web Server (IWS) without any HTML or ASP knowledge. The language you select here will determine the language encoding that the Access Gateway's Internal Web Server instructs the browser to use.

The available language options are:

- English

- Chinese (Big 5)

- French

- German



- Japanese (Shift_JIS)

- Spanish

For localizing the user-facing text into other languages, the following character sets are supported:

- Western ISO-8859-1

- Chinese (Big5, EUC-CN, EUC-TW, GB2312)

- Japanese (EUC-JP, ISO-2022-JP, Shift_JIS)

- Korean (EUC-KR, ISO-2022-KR, KS_C_5601)

- UTF-8

 You can also change the language of the Web Management Interface. See "Selecting the language of the Web Management Interface" on page 78.

1. From the Web Management Interface, click on **Subscriber Interface**, then **Language Support**. The *Language Support* screen appears:





**2.** Select the language you want to use (see notes).

 *There are currently 6 (six) "pre-translated" language options. If you want to have the ICC pre-translated into Japanese and enter and display Japanese characters on the Web Management Interface and the subscriber's portal page, choose the **Japanese (Shift_JIS)** option. If you want to have the ICC displayed in English but enter and display Japanese characters on the Web Management Interface and the subscriber's portal page, choose the **Other** option, then choose one of the available Japanese character sets from the drop-down menu.*

 *If sufficient space is available, the Access Gateway's Internal Web Server also supports multiple languages at the same time.*

The following sample image shows the Web Management Interface (WMI) displayed with Asian language characters.



## Enable Serving of Local Web Pages {Local Web Server}

Here are the quick setup instructions to enable serving of local web pages.



1.  Upload the required pages and images to the /flash/web directory using FTP. Total file size of all pages and images cannot exceed 200 KB. File names should be labeled using the 8.3 format.

    The pages can now be served by referencing the URL http://nseip:1111/web/<filename> or at https://nseip:1112/web/<filename> for preauthenticated end users.

    The post-authentication pages and images are available at http://nseip:3111/web/ <filename>.

2.  Go to **Subscriber Interface**>**Local Web Server** and add the names of the HTML or image files that were uploaded to the /flash/web directory.



3.  Click the **Force Reboot** button to reboot your system and make the changes persistent. Reboot the NSE (**System**>**Reboot**).

### Web Page File Name

This text box lets you add or remove the names of the web pages that you intend to serve to the end users. Note: The name of the web page has to be added in order for it to be served to the end users. Uploading the web page to the /web directory is not sufficient.

### Image File Name

This text box lets you add or remove the names of the image files that you intend to server to the end users. Note: The name of the image file has to be added in order for it to be served to the end users. Uploading the image file to the /web directory is not sufficient.

Access Gateway



---

### *Defining the Subscriber's Login UI {Login UI}*

This procedure allows you to set up the presentation and content of the subscriber's login User Interface (UI).

---



ACCESS GATEWAY

1. From the Web Management Interface, click on **Subscriber Interface**, then **Login UI**. The *Subscriber Login User Interface Settings* screen appears:

**Subscriber Login User Interface Settings**

| | |
|---|---|
| Service Selection Message | Please select the amount of high-speed access you wish to purchase: |
| Existing Username Message | Please enter your user ID and password: |
| New Username Message | Please enter a new user ID and password: |
| Contact Message | Please contact your Network Administrator in case of problems. |
| PMS Username Message | Please enter your Username and Room Number: |
| Micros Fidelio Username Message | Please enter your user ID, room number and registration number: |

| | |
|---|---|
| Enable JavaScript | ☑ |
| Enable REMEMBER ME option | ☑  ⓘ |
| REMEMBER ME Message | Remember my username and password. |
| Remember for how many days | 7 |

| | |
|---|---|
| Help Hyperlink Message | |
| Help Hyperlink URL | |

| | |
|---|---|
| Locale | US |
| Currency | USD  ⓘ |
| Number of decimals for amount | 2 |

| | | |
|---|---|---|
| Image File Name | image.gif | ⚠ Important |
| Page Background Color | white | **View Color Grid** |
| Table Background Color | #E0E0C2 | |
| Page Title Font | Verdana | |
| Line Item Font | Verdana | |

2. Define the messages you want subscribers to see when they log in. Keep messages brief and to the point. Available message categories include:

- Service Selection Message
- Existing Username Message
- New Username Message
- Contact Message
- PMS Username Message

**3.** If any of your devices do not support Java™ scripts, you have the option of disabling the Access Gateway's JavaScript™ support (JavaScript support is enabled by default). If necessary (and if JavaScript support is already enabled), click on the check box for **Enable Javascript** to disable this feature.

**4.** Click on the check box for **Enable "Remember Me" option** if you want to enable (or disable) this feature. This option enables the Access Gateway to "remember" logins for a predetermined duration (see next step).

 *The "Remember Me" option requires JavaScript to be enabled.*

**5.** If you enabled the "Remember Me" option, define the duration (in days) in the **Remember for how many days** field.

**6.** If required, define a **Help Hyperlink Message** and a corresponding **Help Hyperlink URL**.

**7.** Define the location in the **Locale** field.

**8.** Define the currency labeling (for example, $) in the **Currency** field.

 *The currency must be defined using an IS0 4217 currency code (for example, USD for US Dollars, GBP for Great British Pounds).*

**9.** Enter a numeric value for the **Number of decimals for amount**. This field defines the number of decimal places that are shown for the displayed amounts.

**10.** Define the appearance of the internal login screen. Appearance settings include:

- Image File Name (if you want to include a unique image)
- Page Background Color
- Table Background Color
- Page Title Font
- Line Item Font



Take care when mixing font and background colors. You may want to experiment before establishing these settings to ensure that your chosen color scheme is both presentable and readable to subscribers (see notes).

 *You must reboot the Access Gateway for the "Image File Name" or "Partner Image File Name" settings to take effect.*

 *You can view a grid of acceptable screen colors. To view the grid, simply click on the "View Color Grid" link.*

If you click on the "View Color Grid" link, the *Browser Safe Background Colors by RGB* screen appears:

**Browser Safe Background Colors by RGB**

Here are the various "browser safe" Web colors. Of course, there are many more colors possible than those shown here, but these are the 216 colors that match the popular browsers' palettes. So if you use these colors, you can be reasonably sure they will appear as you intended on a random subcriber's color display. The colors are represented with their 6 hex-digits codes, as you would enter them in HTML. The first 2 hex-digits represent red, the middle 2 green, the last 2 blue.

| 000000 | 000033 | 000066 | 000099 | 0000CC | 0000FF |
|--------|--------|--------|--------|--------|--------|
| 003300 | 003333 | 003366 | 003399 | 0033CC | 0033FF |
| 006600 | 006633 | 006666 | 006699 | 0066CC | 0066FF |
| 009900 | 009933 | 009966 | 009999 | 0099CC | 0099FF |
| 00CC00 | 00CC33 | 00CC66 | 00CC99 | 00CCCC | 00CCFF |
| 00FF00 | 00FF33 | 00FF66 | 00FF99 | 00FFCC | 00FFFF |
| 330000 | 330033 | 330066 | 330099 | 3300CC | 3300FF |
| 333300 | 333333 | 333366 | 333399 | 3333CC | 3333FF |
| 336600 | 336633 | 336666 | 336699 | 3366CC | 3366FF |
| 339900 | 339933 | 339966 | 339999 | 3399CC | 3399FF |
| 33CC00 | 33CC33 | 33CC66 | 33CC99 | 33CCCC | 33CCFF |
| 33FF00 | 33FF33 | 33FF66 | 33FF99 | 33FFCC | 33FFFF |
| 660000 | 660033 | 660066 | 660099 | 6600CC | 6600FF |
| 663300 | 663333 | 663366 | 663399 | 6633CC | 6633FF |
| 666600 | 666633 | 666666 | 666699 | 6666CC | 6666FF |

11. Click on the check box for **Partner Image** to enable this feature, then enter the name of the image file in the **Partner Image File Name** field. See "Subscriber Login Screen (Sample)" on page 237.

12. Click on the **Save** button to save your changes, click on **Save then Reboot** to reboot the Access Gateway and make the changes take effect immediately, or click on the **Restore** button if you want to reset all the values to their previous state. (If you made changes to



ACCESS GATEWAY

the **Image File Name** or **Partner Image File Name** fields, you must reboot the Access Gateway for your changes to take effect).

 *The partner image (splash screen) is not the same screen that is defined by the Image File Name (IWS screen) field.*

**Subscriber Login Screen (Sample)**

The following sample shows a subscriber login screen:



### Defining the Post Session User Interface (Post Session UI)

The Post Session UI (Goodbye Page) can be defined either as a RADIUS VSA or be driven by the Access Gateway's Internal Web Server (IWS). Using the IWS option means that this functionality is available for other post-paid billing mechanisms (for example, post-paid PMS—if your product license supports PMS). The IWS page displays the details of the user's connection, such as:



- IP address of the user.

- Type of AAA.

- Start/Stop time.

- Bytes sent/received.

- Freely configurable hypertext link (in case the ISP wants to link the user back to a sign-up/help page).



Sample of Post Session UI (Goodbye Page)

ACCESS GATEWAY

1.  From the Web Management Interface, click on **Subscriber Interface**, then **Post Session UI**. The *Subscriber Post Session User Interface Settings* screen appears:



2.  Click on the **Enable IWS Goodbye Page** check box to enable (or disable) the IWS Goodbye Page, as required.

3.  If you enabled the *IWS Goodbye Page*, select your preferred display options by checking the corresponding boxes:

    ● Display IP Address



- Display Authen Type

- Display Start Time

- Display Stop Time

- Display Byte Sent

- Display Byte Received

- Display Hypertext Link URL

4. If you enabled the Hypertext Link URL feature, enter the URL for the link in the **Hyper Text Link URL** field.

5. Define the following *Field Label Definitions* for your Goodbye Page:

- Session Summary

- IP Address

- Authen Type

- Start Time

- Stop Time

- Byte Sent

- Byte Received

- Go To



> *If you enabled the Partner image for the Login UI, you will also see the same image in the IWS Post Session page.*

6. Click on the **Save** button to save your changes. Alternatively, you can click on the **Clear Changes** button to reset all values to their previous state, or click on the **Restore** button to revert all values to their default state.

## *Defining Subscriber UI Buttons {Subscriber Buttons}*

This procedure allows you to define how each of the control buttons are displayed to subscribers.

ACCESS GATEWAY

1.  From the Web Management Interface, click on **Subscriber Interface**, then **Subscriber Buttons**. The *Subscriber Page -- Control Button Definitions* screen appears:



*See Caution*

2.  Enter the definitions you want for each control button in the corresponding fields.

     *Only the Login button should be named "Login." Do not assign this name to any other button.*

3.  Click on the **Save** button to save your changes, or click on the **Clear Changes** button if you want to reset all the values to their previous state.

    If you want to reset all field values to their default state, click on the **Restore Defaults** button.

### *Defining Subscriber UI Labels {Subscriber Labels}*

This procedure allows you to define how the user interface (UI) field labels are displayed to subscribers.



1. From the Web Management Interface, click on **Subscriber Interface**, then **Subscriber Labels**. The *Subscriber Page -- Field Label Definitions* screen appears:

Subscriber Page -- Field Label Definitions

Input Field Labels

| | |
|---|---|
| Username | Username |
| Password | Password |
| Features | Features |
| Plan Name | Plan Name |
| Price | Price |
| Minute | Minute |
| Hour | Hour |
| Day | Day |
| Week | Week |
| Month | Month |
| Price per Minute | Price per Minute |
| Price per Hour | Price per Hour |
| Price per Day | Price per Day |
| Price per Week | Price per Week |
| Price per Month | Price per Month |
| PMS Username | PMS Username |
| PMS Room Number | PMS Room Number |
| PMS Registration Number | PMS Registration Number |
| CC Confirmation 4 digits | CC Confirmation 4 digits |
| CC Expiration MM/YY | CC Expiration MM/YY |

Save    Clear Changes    Restore Defaults

2. Enter the definitions you want for each label in the corresponding fields.

3. Click on the **Save** button to save your changes, or click on the **Clear Changes** button if you want to reset all the values to their previous state.

If you want to reset all field values to their default state, click on the **Restore Defaults** button.

ACCESS GATEWAY

---

### *Defining Subscriber Error Messages {Subscriber Errors}*

This procedure allows you to define how error messages are displayed to subscribers.

 *There are 2 (two) pages of error messages available.*

1. From the Web Management Interface, click on **Subscriber Interface**, then **Subscriber Errors, 1 of 2**. The *Subscriber Page -- Error Message Definitions, 1 of 2* screen appears:



2. Enter the definitions you want for each error message in the corresponding fields.

3. Click on the **Save** button to save your changes, or click on the **Clear Changes** button if you want to reset all the values to their previous state.

If you want to reset all field values to their default state, click on the **Restore Defaults** button.

---



**4.** Repeat Steps 1 – 3 for page 2 of 2.

### *Defining Subscriber Messages {Subscriber Messages}*

This procedure allows you to define how "other" subscriber messages are displayed.

 *There are 3 (three) pages of subscriber messages available.*

ACCESS GATEWAY

1.  From the Web Management Interface, click on **Subscriber Interface**, then **Subscriber Messages, 1 of 3**. The *Subscriber Page -- Other Message Definitions, 1 of 3* screen appears:

> **Subscriber Page -- Other Message Definitions, 1 of 3**
>
> Other Messages, 1 of 3
>
> Please select the Billing Mode:
>
> Please select the Billing Mode:
>
> Bill by Credit Card.
>
> Bill by Credit Card.
>
> Bill by Hotel Room.
>
> Bill by Hotel Room.
>
> Choose a User ID (optional)
>
> Choose a User ID (optional)
>
> Choose a Password (optional)
>
> Choose a Password (optional)
>
> Retype the Password (if entered above)
>
> Retype the Password (if entered above)
>
> Free access to the Internet.
>
> Free access to the Internet.
>
> Are you a new user? Click this button:
>
> Are you a new user?  Click this button:
>
> Are you a Facebook user? Click this button:
>
> Are you a Facebook user? Click this button:
>
> Are you an existing user?
>
> Are you an existing user?

2.  Enter the definitions you want for each subscriber message in the corresponding fields.

3.  Click on the **Save** button to save your changes, or click on the **Clear Changes** button if you want to reset all the values to their previous state.

    If you want to reset all field values to their default state, click on the **Restore Defaults** button.

4.  Repeat Steps 1 – 3 for page 2 of 3.



**5.** Repeat Steps 1 – 3 for page 3 of 3.

# System Menu

### *Adding and Deleting ARP Table Entries*

ARP (Address Resolution Protocol) is used to dynamically bind a high level IP address to a low level physical hardware (MAC) address. ARP is limited to a single physical network that supports hardware broadcasting. This procedure shows you how to add or delete an ARP table entry.

**1.** From the Web Management Interface, click on **System**, then **ARP**. The *ARP Tables* screen appears. You can view, delete, or add new ARP table entries from this screen.

**ARP Tables**

Active ARP Table

| Action | IP Address | MAC Address | Permanent | Published | Interface | Type |
|--------|-----------|-------------|-----------|-----------|-----------|------|
| Delete | 192.168.1.1 | 00:90:fb:3a:ac:65 | no | no | WAN | system |
| Delete | 192.168.1.4 | 00:50:e8:02:85:5e | yes | yes | WAN | system |
| Delete | 172.30.30.172 | 00:50:e8:02:85:5e | yes | yes | WAN | system |
| Delete | 192.168.110.25 | 00:50:e8:02:85:5f | yes | yes | Eth1 | system |
| Delete | 10.0.2.10 | 00:50:e8:02:85:60 | yes | yes | Eth2 | system |

**Note:** deleting an Active ARP entry that is Static or Persistent does not remove that entry from the Static/Persistent ARP Table

Static/Persistent ARP Table

| Action | IP Address | MAC Address | Interface / Role | Type |
|--------|-----------|-------------|------------------|------|

**Note:** deleting a Static or Persistent ARP entry also removes that entry from the Active ARP Table if present

Add a New Static or Persistent ARP entry

IP Address:     [          ]

MAC Address:    [          ]

Interface:    [ WAN ÷ ]     Role: ● wan  ○ sub

Type:    ● Static  ○ Persistent

## *Configurable Gateway ARP Refresh Interval*

The NSE will periodically refresh its ARP cache entry for the gateway IP. When gateway redundancy is implemented via the use of multiple gateway devices with the same IP address, the periodic refresh enables the NSE to quickly discover the new MAC address of the gateway.

You can set the refresh frequency on the Location page. The frequency must be between 30 and 600 seconds. 600 seconds is half of the ARP cache refresh interval, so the ARP entry can never expire.

To change the ARP Refresh Interval:

**1.** Choose **Configuration**>**Ethernet Ports/WAN**.



**2.** Click the interface you wish to configure (in this example, the WAN interface).





**3.** Enter the desired value for the Gateway ARP Refresh Interval. Press **Enter** to accept the new value.

### Enabling the Bridge Mode Option {Bridge Mode}

*Bridge Mode* allows complete and unconditional access to devices on the subscriber side of the Access Gateway. When the *Bridge Mode* option is enabled, the Access Gateway is effectively transparent to the network in which it is located, allowing clusters of switches (especially Cisco Systems switch clusters) to be managed using the STP (Spanning Tree Protocol), or any other algorithm/protocol. The Access Gateway forwards any and all packets (except those addressed to the Access Gateway network interface). The packets are unmodified and can be forwarded in both directions. This is a very useful feature when troubleshooting your entire network as it allows administrators to effectively "remove" the Access Gateway from the network without physically disconnecting the unit.

You can still manage the Access Gateway when *Bridge Mode* is enabled, but you have no other functionality. If you enable the *Bridge Mode* option and then plug the Access Gateway into a network, all you need to do is assign it routable IP addresses. You can then set up all other features and disable the *Bridge Mode* option whenever you want to start using the Access Gateway in that network.

This procedure shows you how to enable the *Bridge Mode* option.

ACCESS GATEWAY

1. From the Web Management Interface, click on **System**, then **Bridge Mode**. The *Bridge Mode (Passthrough) Settings* screen appears:



2. Click on the check box for **Bridge Mode** to enable this feature.

 *The Access Gateway should be rebooted if this setting is changed.*

3. If you want the changes to take effect immediately, Select **Save then Reboot**.

4. Click on the **Save** button to save your changes, or click on the **Restore** button if you want to reset the "Enable" option to its previous state.

## Exporting Configuration Settings to the Archive File {Export}

This procedure shows you how to export the current system authentication settings to an archive file for future retrieval. This function is useful if you want to change the configuration settings and you are unsure of the effect that the changes will have. You can restore the archived system configuration settings at any time with the *import* function.



1. From the Web Management Interface, click on **System**, then **Export**. The *Export Configuration* screen appears:



2. Click on the **OK** button to export the current authentication settings to the *archive.txt* file.

## Importing the Factory Defaults {Factory}

This procedure shows you how to replace the current authentication settings with the settings that were established at the factory.

 *You will need to reboot the system for some of the imported default settings to take effect.*

1.  From the Web Management Interface, click on **System**, then **Factory**. The *Factory Configuration* screen appears:



2.  Click on the **Restore then Reboot** button to replace the current system configuration settings with the factory default settings and reboot the Access Gateway.

## Defining the Fail Over Options {Fail Over}

 *Your product license may not support this feature.*

Many large scale networks require fail-over support for all devices in the public access network. The Fail Over Options feature allows two Nomadix Gateways to act as siblings, where one device will take up the users should the other device become disconnected from the network. As part of this functionality, the settings (except IP addresses) between the two devices will be synchronized automatically.



1.  From the Web Management Interface, click on **System**, then **Fail Over**. The *Fail Over* screen appears:



2.  Enable or disable the **Fail Over** feature, as required.

3.  If you enabled Fail Over, define the **Sibling Status** (Primary or Secondary).

4.  Enter an IP address in the **Sibling IP Address** field.

5.  Define the port in the **Fail Over Port** field.

6.  Select the **Secondary To Primary Fail Over Time**. The time set here is how long the Secondary will wait while not receiving messages from the Primary before it takes over.

    *If you are using RADIUS, it is recommended to add both Nomadix gateways to the RADIUS server.*

7.  Click on the **Save** button to save your changes, **Save then Reboot** to make the changes take effect immediately, or click on the **Restore** button to reset all values to their previous state.

### Viewing the History Log {History}

You can view a history log of the system's *Access*, *Reboot*, and *Uptime* activities. The history log contains up to 500 entries. Over 500 entries and each new log item removes the oldest entry in the list. The latest entry is always at the top of the list.

To view the history log, go to the Web Management Interface and click on **System**, then **History**. The *Uptime and Access/Reboot History* screen appears:

Uptime Indicator





More listings...

The "Uptime" field displays the time (in days, hours, minutes, and seconds) that the system has been up and running.

The "Access and reboot History" log fields include:

- Message – Administrator / Operator action.

- Login – User name of the Administrator / Operator.

- IP – Source IP address (see note).

*The source IP displayed may be the source IP of a NAT router instead of the client of the person accessing the Access Gateway.*

### Establishing ICMP Blocking Parameters {ICMP}

The Access Gateway includes the option to block all ICMP traffic from "pending" or "non authenticated" users that are destined to addresses other than those defined in the pass-through



(walled garden) list. The default setting for this option is "disabled" because ICMP pass-through is a useful end-user troubleshooting feature and is also required by certain smart clients (for example, GRIC).

1.  From the Web Management Interface, click on **System**, then **ICMP**. The *ICMP* screen appears:



2.  Click on the check box for **Block ICMP from pending users** to enable (or disable) this feature, as required.

3.  You can **Ping a host via the network port** by entering either an IP address or DNS name of host. This is the site that you want the ping to be sent to from the NSE.

4.  Click on the **Save** button to save your changes, or click on the **Restore** button to reset all values to their previous state.

## *Importing Configuration Settings from the Archive File {Import}*

This procedure shows you how to restore the system configuration settings from an archive file (previously created with the *export* function).

 *You will need to reboot the system for some of the imported default settings to take effect (especially DHCP).*

1.  From the Web Management Interface, click on **System**, then **Import**. The *Import Configuration* screen appears:



Click here to view the "archive.txt" file

Click here to view the "current.txt" file

2.  Click on the **OK** button to replace the current system configuration settings with the settings contained in the *archive.txt* file (see notes above).

### Establishing Login Access Levels {Login}

This procedure shows you how to assign differentiated access levels for operators and managers at login.

The Access Gateway allows you to define 2 concurrent access levels to differentiate between managers and operators, where managers are permitted *read/write* access and operators are restricted to *read* access only. Once the logins have been assigned, managers have the ability to perform all write commands (*Submit*, *Reset*, *Reboot*, *Add*, *Delete*, etc.), but operators cannot change any system settings. Administrative Concurrency may be enabled to further restrict the amount of management sessions allowed at one time. When this feature is enabled, one manager and three operators can access the Access Gateway at any one time (the default is "disabled").

This feature supports the following interfaces:

-   Telnet



- Command Line Interface (CLI) – serial
- Web Management Interface (WMI)
- FTP and SFTP (no operator access allowed)
- SSH Shell Access
- SSL

Only managers can assign a username and password for the remote RADIUS testing login option.

1. From the Web Management Interface, click on **System**, then **Login**. The *Login Name and Password* screen appears:

| Login Name and Password | | |
|---|---|---|
| | | |
| Administration Concurrency | ☐ Enabled | |
| | | |
| Manager Login | admin | (Up to -1 chars) |
| Manager Password | ••••• | (Up to -1 chars) |
| Confirm Password | ••••• | |
| | | |
| Operator Login | operator | |
| Operator Password | •••••••• | |
| Confirm Password | •••••••• | |
| | | |
| XML Login | xmlcommand | |
| XML Password | •••••••••• | |
| Confirm Password | •••••••••• | |
| | | |
| Radius Remote Test Login | rad | ⓘ |
| Radius Remote Test Password | ••• | |

**Centralized Management Authentication**

RADIUS Authentication   ☐ Enabled

2.  Click on the check box for **Administration Concurrency** if you want to assign concurrent *Manager* and *Operator* logins.

3.  In the **Manager Login** field, enter a login name for this manager.

>  *Login names and passwords are case-sensitive. Use login names and passwords that are easy to remember (up to 11 characters, any character type).*

4.  In the **Manager Password** field, enter a password for this manager.

5.  In the **Confirm Password** field, enter the password again to confirm it.

> ⚠ *If you forget your password, you will need to contact technical support. See also,* "Technical Support" on page 347.

6.  If you enabled *Administration Concurrency*, repeat steps 3 to 5 for an operator login and (if desired) a login for XML user authentication (See "Defining the AAA Services {AAA}" on page 80.).

### Remote RADIUS Testing

As part of its Smart Client feature, the Access Gateway offers a remote RADIUS testing feature (enabled by default). With this feature, the Access Gateway provides a password-protected Web page. From this Web page, technical support can type a username and password and instruct the Access Gateway to send a RADIUS access request to the RADIUS server—following the same basic rules as if the request was from a user.

1.  In a separate browser window, visit the URL for the test page at **http://<Nomadix Access Gateway IP>/radtest/testradius.htm.** This URL can be accessed from the network side of the Access Gateway. The "Framed IP" field is configurable by the user and can be set to any IP address.

**Remote RADIUS Authentication Test Page**

| Please enter your user ID and password: |
| --- |
| Username: |
| Password: |
| Framed-IP (optional): |
| Submit |


2.  Click on the check box for **Radius Authentication Enable** to enable the Centralized Authentication mechanism. If chosen, the system will first try to authenticate against the local database and then will check against the RADIUS Service Profiles that are configured.

3.  Select the RADIUS Service Profile from the pop-up list. The list of available profiles is defined in Realm-Based Routing.

4.  Enter a Session Timeout value in minutes. This defines the time of validity period of the cookie passed to the Web browser from the WMI Session and RADIUS session.

5.  *Managers Only*: If RADIUS is enabled, you can enter a login name in the **RADIUS Remote Test Login** field.



> *For RADIUS logins, the maximum number of characters for usernames is 96. The maximum number of characters for passwords is 128.*

6.  *Managers Only*: If you entered a login name in Step 7, enter a password in the **RADIUS Remote Test Password** field.

7.  *Managers Only*: Click on the **Save** button to save the login and password parameters, or click on the **Restore** button if you want to reset all the values to their previous state.

### Defining the MAC Filtering Options {MAC Filtering}

MAC Address filtering enhances Nomadix' access control technology by allowing System Administrators to block malicious users based on their MAC address. Up to 600 MAC addresses can be blocked at any one time (see caution).

> *MAC addresses that you enter here will cause the subscribers at these addresses to be blocked from service. Please make sure that you enter the correct addresses before submitting the data.*

1.  From the Web Management Interface, click on **System**, then **MAC Filtering**. The *MAC Filtering* screen appears:



2.  Click on the check box for **MAC Filtering** to enable (or disable) this feature, as required.

3.  Enter a MAC address in the **MAC** field, then click on the **Add** button to add this address to the "blocked" list, or click on the **Remove** button to remove this address from the list.

For advanced security, see also, "Establishing Session Rate Limiting {Session Limit}" on page 263.

### *Utilizing Packet Capturing {Packet Capture}*

The Packet Capture feature provides NSE administrators with an on-system utility to capture network traffic on each of the NSE network interfaces. The captured network traffic will be accessible for FTP download and viewing on a remote host, in the form of a PCAP-formatted file. (Note that a utility that is capable of reading and displaying PCAP-formatted files, such as Wireshark®, is required in order to view the results).



1. From the Web Management Interface, click on **System**, then **Packet Capture**. The Packet Capture Settings screen appears:

## Packet Capture Settings

**Note**: Starting a capture clears any captured packets from the interface.

| Interface | Capture | Options | Download |
|-----------|---------|---------|----------|
| WAN | Start | Show | WAN_capture.pcap |
| LAN | Start | Show | LAN_capture.pcap |
| AUX | Start | Show | AUX_capture.pcap |

2. To initiate a capture on a given interface, click that interface's associated **Start** button. The button label will change to **Stop**, indicating that a capture is in progress. Click the button again to stop the capture.

3. When a capture has been stopped, the captured traffic can be viewed by clicking the Download link for the given interface.

4. To modify capture settings, click the Show button for the desired interface. This will display the parameters that can be adjusted. Filtering expressions must be entered in the form of a PCAP-style string:

## Packet Capture Settings

**Filtering parameters for WAN interface**

| | |
|---|---|
| Expression: | |
| Snap Length: | 128 |
| Packet Count: | 100 |
| Circular: | ☑ |
| Max Duration: | 1   (hours, between 1 and 240) |

OK   Cancel

**Previously used filters -- clear history**

ACCESS GATEWAY



### *Rebooting the System {Reboot}*

This procedure shows you how to reboot the Access Gateway.

*The "reboot" procedure outlined on this page allows you to decide when to reboot (if you are making multiple changes to different menu functions and you want to reboot just one time after completing all your changes).*

**1.** From the Web Management Interface, click on **System**, then **Reboot**. The *Reboot Device* screen appears:



**2.** Click on **OK** to reboot the operating system.

### *Routing Tables {Routing}*

This command allows you to configure static routes and pick the WAN interface for a specific destination network. The display provides information on network routes and their system connections. You can also add or delete routes from this screen.

To use this feature, WAN Load Balancing must be enabled. See "Load Balancing" on page 129.



ACCESS GATEWAY

To view the routing tables, choose **System** > **Routing**. The **Routing Tables** screen appears.



You can view the routes associated with each physical NSE port by clicking on the tab for the port. In the screen shot above, only the WAN port is in use.

**Adding a Route**

1. On the Routing Tables screen, scroll to **Add a New Static or Persistent Route**.

Access Gateway

2.  Enter the **Destination IP/Prefix Length** address of the route you want to add to the routing table. This is the Destination IP or Subnet that the Route is trying to reach, with the prefix length to determine how large the subnet might be.

3.  Enter the **Gateway IP** address for the Route being added so that the NSE knows what to use to try to reach the destination IP/Subnet.

4.  Choose the **Port Name**, the physical NSE Port to which the route is attached.

5.  Choose the **Role** based on what the route is designed for. This will normally be **wan**.

6.  Choose the **Type**, **Static** or **Persistent**.

7.  Click on the **Add** button to add this route to the routing table, or click on the **Restore** button if you want to reset all the values to their previous state.

**Deleting a Route**

To deleted a route, click the **Delete** link in the routing table. The route is immediately deleted.



*To restore a deleted route, reboot the NSE (which will restore auto-generated routes) or manually re-enter the route.*

## *Establishing Session Rate Limiting {Session Limit}*

Session Rate Limiting (SRL) significantly reduces the risk of "Denial of Service" attacks by allowing administrators to limit the number of DAT sessions any one user can take over a given time period and, if necessary, then block malicious users.

1.  From the Web Management Interface, click on **System**, then **Session Limit**. The *Session Rate Limiting* screen appears:





**2.** Click on the check box for **Session Rate Limiting** to enable (or disable) this feature, as required.

**3.** Enter values for the following session "limiting" parameters:

- Mean Rate

- Burst Size

- Time Interval (in seconds)

**4.** Click on the **Save** button to save your changes.

For advanced security, see also "Defining the MAC Filtering Options {MAC Filtering}" on page 258.

### *Adding/Deleting Static Ports {Static Port-Mapping}*

Static Port-Mapping allows the network administrator to setup a port mapping scheme that forwards packets received on a specific port to a particular static IP (typically private and mis-configured) and port number on the subscriber side of the Access Gateway. The advantage for the network administrator is that free private IP addresses can be used to manage devices (such as Access Points) on the subscriber side of the Access Gateway without setting them up with public IP addresses.

ACCESS GATEWAY

**To add static ports**

1.  From the Web Management Interface, click on **System**, then **Static Port-Mapping**. The *Static Port-Mapping* screen appears:

| Static Port-Mapping | | | | | | |
|---|---|---|---|---|---|---|
| | Internal Address/<br>Internal Port | (MAC Address) | <-> | External Address/<br>External Port | ---> | Remote Address/<br>Remote Port | Protocol |

| | Internal Address/Internal Port | (MAC Address) | <-> | External Address/External Port | ---> | Remote Address/Remote Port | Protocol |
|---|---|---|---|---|---|---|---|
| Delete | 10.1.0.10/80 | (00:11:22:33:44:55) | <-> | 192.168.1.4/9080 | ---> | 0.0.0.0/0 | TCP |
| Delete | 10.1.2.3/80 | (00:24:e8:50:c4:84) | <-> | 192.168.1.4/9888 | ---> | 0.0.0.0/0 | TCP |
| Delete | 10.1.2.3/6502 | (00:24:e8:50:c4:84) | <-> | 192.168.1.4/6502 | ---> | 0.0.0.0/0 | TCP |
| Delete | 10.1.1.79/80 | (5c:0e:8b:08:47:c2) | <-> | 192.168.1.4/8080 | ---> | 0.0.0.0/0 | TCP |

\* External ports are protected by the IP-based Access Control

Add Static Port-Mapping Entries

**Note:** It is possible that ports in 1024 - 5000 range are in internal use by the gateway. If mapping *external* ports in this range, please be sure to *reboot the gateway* for the settings to take effect

| | |
|---|---|
| MAC Address | |
| Internal IP Address | |
| Internal Port | |
| External Port | ⓘ |
| Remote IP Address | ⓘ |
| Remote Port | ⓘ |
| Protocol | TCP |
| Protect with Source IP-based Access Control | ☐ Enabled ⓘ |

**Note:** Please make sure that the device with the Internal IP address has been added to the subscriber's table.

[ + Add ]  [ ↻ Restore ]



2.  Enter the **Internal IP Address**.

     *Ensure that the device with the Internal IP Address has been added to the subscriber's table.*

3.  Enter the **Internal Port** reference.

4.  Enter a valid **MAC Address**.

5.  Enter the **External IP Address**.

     *The External IP address field will default to the IP address of the Access Gateway.*

6.  Enter the **External Port** reference.

7.  *Optional*: Enter the **Remote IP Address**. Leave this field set to zero if you want to connect to the internal device from any network-side workstation.

8.  *Optional:* Enable the **Protect with Source IP-based Access Control** option. Enabling this will only allow address in the source-based access control list to connect on this port mapping. Source-based access control needs to be enabled for this to be in effect.

9.  *Optional*: Enter the **Remote Port** reference. Leave this field set to zero if you want to connect to the device from any TCP/UDP port of a network-side workstation.

10. Select the protocol (**TCP** or **UDP**) from the pull-down menu.

11. Click on the **Add** button to add this static port, or click on the **Restore** button to reset all values to their previous state.

**To delete static ports**

1.  From the Web Management Interface, click on **System**, then **Static Port-Mapping**. The *Static Port-Map* screen appears:

2.  Select the item you want to delete.

3.  Click on the **Delete** button to delete the static port, or click on the **Restore** button to reset your changes to their previous state.

For more information about Static Port-Mapping, see also:

●   "Displaying the Static Port Mapping Table {Static Port-Mapping}" on page 186

ACCESS GATEWAY

### *Updating the Access Gateway Firmware {Upgrade}*

Upgrading the Access Gateway firmware is performed from the Access Gateway's Command Line Interface (CLI) only. Refer to the Firmware Upgrade Procedure (separate document available from Nomadix Technical Support).



# 4

ACCESS GATEWAY

# *The Subscriber Interface*

This chapter provides an overview of the Access Gateway's Subscriber Interface and sections outlining the authorization and billing processes, subscriber management models, and the Information and Control Console (ICC).

## Overview

The Subscriber Interface is the window to the solution provider's Web site, and much more than that. When a subscriber accesses the solution provider's high speed network, the Access Gateway points the subscriber's browser to a sign-in page. The Access Gateway then creates a database entry that automatically records the subscriber's Media Access Control (MAC) address and integrates this address with a PMS interface for secure billing. Like a router, the Access Gateway continuously tracks subscriber IP and MAC settings, eliminating the need for further sign-ins and ensuring that subscriber usage and billing is recorded accurately. The Access Gateway also eliminates configuration issues between the subscriber's computer and the network.

The Subscriber Interface is the portal Web site of the solution provider's broadband network, and as such, its appearance and functionality reflect the needs of the solution provider. The Access Gateway is a gateway to this network, providing connection services that enable and automate an effective *Enterprise* relationship between a supplier (the solution provider) and its



customer (the subscriber). The Access Gateway's role in this customer/supplier relationship is effectively "invisible" to subscribers.



## Authorization and Billing

As a gateway device, the Access Gateway enables plug-and-play access to broadband networks. Broadband network solution providers can now offer their subscribers a wide range of high speed services, including access to the Internet. Of course, a high speed Internet connection is not free – subscribers pay an access fee, based on the duration of their connection. Additionally, subscribers may want to take advantage of the solution provider's local network services (for example, purchasing goods and local services). In either case, the subscriber is required to pay. Naturally, subscribers expect to pay only for the services rendered to them.

In any environment, billing is a complex process. It requires accurate data collection and reconciliation, a means to validate and protect the data, and an efficient method for collecting payments.

The Access Gateway offers powerful billing support functionality called "Authentication, Authorization, and Accounting." This feature (also known as AAA) employs a combination of command routines designed to create a flexible, efficient, and secure billing environment. For example, when a subscriber logs into the system, their unique MAC address is placed into an authorization table. The system then authenticates the subscriber's MAC address and billing information before allowing them to access the Internet and make online purchases.





## The AAA Structure

The Access Gateway's Authentication, Authorization, and Accounting (AAA) module enables the solution provider to provision, track, and bill new or returning subscribers. This includes:

- Allowing the solution provider (for example, a hotel) to bill its guests for the high speed network services it provides, track usage on the network, and deny service to those guests who have not paid.

- Allowing the solution provider to bill subscribers for services rendered, either directly on their hotel bill (in the hotel scenario), via a mailed invoice, or directly to the subscriber's credit card account.

The following illustration shows the functional relationship between the Access Gateway's internal modules and the external support systems.





The Authentication module is responsible for ensuring that when subscribers log in to the system they are correctly identified. It can identify subscribers in many different ways. For example:

- Based on their hardware (MAC) address.

- By validating their user name and password.

- By looking up subscribers on a local (flash) database.

- By looking up subscribers on a remote database.

 *The Authentication module can support user name and MAC address authentication simultaneously.*

---

*The Subscriber Interface*

ACCESS GATEWAY

The initial login page can be presented in various ways, depending on the system's configuration. The Access Gateway supports any of the following methods and tools:

- Internal and external Web pages.

- External "portal" page for redirection.

- User name and MAC-based logins (simultaneous or stand-alone).

- User-selectable options and parameters (for example, defining the time purchased).

- Interaction with a Property Management System (PMS) and Web interfaces enabling administrators to edit the subscriber's input.

Only subscribers that are correctly identified and authenticated are authorized to access the system. Once authorized, the subscriber's activity is logged and billed through the Access Gateway's Accounting module.

The Accounting module fully supports the following functions:

- Credit card billing (for example, interaction with *AuthorizeNet*).

- User name and password verification.

- Billing verification.

- Per port-location (for example, room or unit) billing.



ACCESS GATEWAY

## *Process Flow (AAA)*

The following flowchart outlines the AAA and billing process. All actions depicted in the chart are administered and tracked by the Access Gateway.



---



### *Internal and External Web Servers*

The Access Gateway supports both internal and external Web servers which act as a login interface between subscribers and the solution provider's network, including the Internet. The internal Web server is "flashed" into the system's memory and the login page is served directly from the Access Gateway. In the external Web server model, the Access Gateway redirects the subscriber's login request to an external server. Either method is transparent to the subscriber; however, the advantage of using the internal Web server is obvious – no login redirection tasks and a faster response time for the subscriber.

### *Language Support*

The Access Gateway's subscriber interface supports many Asian and European languages, including: English, Chinese, French, German, Japanese, and Spanish.

### *Home Page Redirection*

The Access Gateway can be configured to redirect all valid subscribers to a Web portal or home page determined by the solution provider. After a specified time, from the first home page redirection (determined by the system administrator), subscribers are redirected again to the portal at the next Web page request.



# Subscriber Management

The Access Gateway provides several subscriber management models, including:

- Free access (for example, no AAA functionality)
- MAC address
- Port-Location ID (for example, by room or unit number)
- User name and password
- Credit card

Combinations of two or more subscriber management models can be used. When a subscriber connects to the network and attempts to access the Internet, the Access Gateway looks for each model in the given order above.

### Subscriber Management Models

The system administrator establishes the subscriber management model via the Command Line Interface (CLI) or the Web Management Interface. These models can be changed while the Access Gateway is running (without rebooting or interrupting the service).

- **Free Access –** If the Access Gateway is configured to disable AAA services, all subscribers will have free access to the Internet.

- **MAC Address –** Each computer with an Ethernet interface card has a unique MAC (hardware) address. The Access Gateway can be configured to allow access for specified MAC addresses. In this model, when a subscriber attempts to access the Internet, the Access Gateway validates the subscriber's MAC address against a MAC authorization table. If the MAC address is verified, the Access Gateway authorizes access to the Internet. A possible scenario for using this model is to allow Internet access to administrative personnel in all locations.

- **User Name and Password –** Each subscriber can choose a unique user name and password (and be charged for it). In this model, when a subscriber attempts to access the Internet, they are prompted for the user name and password before access is authorized. Possible scenarios in which this model is appropriate include allowing subscribers to use more than one computer or when subscribers want to move between locations.

- **Credit Card –** In this model, when subscribers connect to the network and attempt to access the Internet, they are prompted for their credit card information. The Access Gateway is pre-configured to use the *Authorize.Net* service and you will need to open a merchant trading account with them before using this subscriber management model.



### *Configuring the Subscriber Management Models*

| Model | What You Need To Do |
|---|---|
| Free access | Disable the AAA services. |
| MAC address | Enable the AAA services and add a subscriber profile to the database for each MAC address you want to enable. |
| User Name and Password | Enable the AAA services and Usernames. Add a subscriber profile to the database for each user name and password you want to enable. You will need to request a unique user name and password when they pay for the service.<br>The user name and password are optional (the MAC address will be substituted), but in this event the service is not transferable between computers. |
| Credit card | Enable the AAA services. You have the choice of enabling the Access Gateway's internal authorization module or using an external credit card authorization server.<br>Internal Authorization Enabled<br>Enter the credit card server's URL and IP address, then enter the merchant ID you obtain from Authorize.Net.<br>If you have NOT enabled Internal Authorization<br>Set up your own external authorization server with your merchant ID. Enter the secret key (the default is *bigbrowndog*).<br>Enter the external authorization server's URL, then enter its IP address as a pass-through IP address. |



# Information and Control Console (ICC)

The ICC is a HTML pop-up window that is presented to subscribers, allowing them to select their bandwidth and billing options quickly and efficiently, and displays a dynamic "time" field to inform them of the time remaining on their account. The ICC also offers service providers an opportunity to display advertising banners and provide a choice of redirection options.

For information about configuring the ICC, refer to "Defining Languages {Language Support}" on page 229.

## ICC Pop-Up Window

The ICC displays a HTML-based applet in the form of a pop-up window from which subscribers can dynamically control their billing options and bandwidth, and which allows service providers to display advertising banners and redirect their subscribers to predetermined Web sites.



The pop-up window automatically displays at Home Page Redirection (HPR) or whenever the subscriber brings up a new browser window.



ACCESS GATEWAY

### *Logout Console*

The Access Gateway allows System Administrators to define a simple HTML-based pop-up window for explicit logout that can be used as an alternative to the more fully featured ICC. The pop-up Logout Console can display the elapsed/count-down time and one logo for intra-session service branding.



Logout Console



*The Subscriber Interface*

# 5

ACCESS GATEWAY

# *Quick Reference Guide*

This chapter contains product reference information, organized by topic. Use this chapter to locate the information you need quickly and efficiently.

## Web Management Interface (WMI) Menus

The following tables contain a listing and brief explanation of all menus and menu items contained in the Access Gateway's Web Management Interface (WMI), listed as they appear on screen.

| Menus | Description |
|-------|-------------|
| Configuration Menu | Displays the *Configuration* menu. Items in this menu let you establish IP parameters, set DHCP options, set DNS and home page redirection options, set MAC-based authentication, display configuration settings, and set the system date and time, SNMP and SYSLOG parameters. |
| Network Info Menu | Displays the *Network Info* menu. The items in this menu are used to monitor and review network connections, routings, protocols, and network session statistics. |
| Port-Location Menu | Displays the *Port-Location* menu. Items in this menu let you find, add, remove, and update the Port-Location Assignments (for example, VLAN tags). |
| Subscriber Administration Menu | Displays the *Subscriber Administration* menu. The items in this menu allow you to add, remove, and monitor subscriber profiles, display the current DHCP leases, and monitor the subscribers currently connected to the network. |
| Subscriber Interface Menu | Displays the *Subscriber Interface* menu. The items in this menu allow you to define how the subscriber interface is displayed to users and what information it contains. |
| System Menu | Displays the *System* menu. Items in this menu let you manage login names and passwords, configuration settings, and routings. |



## *Configuration Menu Items*

| Item | Description |
|------|-------------|
| AAA | Establishes the AAA service options. |
| Access Control | To enable secure administration of the product, the Nomadix Access Gateway incorporates a master access control list that checks the source (IP address) of administrator logins. A login is permitted only if a match is made with the master list contained on the Nomadix Access Gateway. If a match is not made, the login is denied, even if a correct login name and password are supplied. The access control list supports up to 50 (fifty) entries in the form of a specific IP address or range of IP addresses.<br>Additionally, the Nomadix Access Gateway offers access control based on the type of Interface being used. This feature allows administrators to block access from Telnet, Web Management, and FTP sources. |
| Auto Configuration | Provides an effortless and rapid method for configuring devices for fast network roll-outs. |
| Bandwidth Management | Manages the bandwidth for subscribers, defined in Kbps (Kilobits per seconds) for both upstream and downstream data transmissions. |
| Bill Record Mirroring | Configures the Nomadix Access Gateway to send copies of billing records to external servers. |
| Class-Based Queueing | Define multiple groups (classes) of users, to support priority and guaranteed minimum bandwidth on a per-group basis |
| Clustering | Automatically distribute subscribers across gateways. |
| Destination HTTP Redirection | Configure redirection of HTTP requests to one or more portal page URLs. |
| DHCP | Assigns the Nomadix Access Gateway as its own DHCP server, or enables the DHCP relay for an external server. |
| DNS | Sets up the DNS parameters, including the host name, domain, and the primary and secondary DNS servers. |
| Dynamic DNS | Sets parameters for Dynamic DNS. |
| Fast Forwarding | Enable Fast Forwarding mode for improved throughput. |

ACCESS GATEWAY

| Item | Description |
|------|-------------|
| GRE Tunneling | Sets GRE Tunneling parameters. |
| Home Page Redirect | Redirects the subscriber's browser to a specified home page. |
| iNAT™ | Enables Intelligent Address Translation for Transparent VPN Access. |
| Interface Monitoring | The ability to actively monitor each WAN/ISP/ and VLAN connection to assure that full network functionality exists |
| IPSec | IPsec is an end-to-end security scheme operating in the Internet Layer of the Internet Protocol Suite. It can be used in protecting data flows between a pair of hosts (host-to-host), between a pair of security gateways (network-to-network), or between a security gateway and a host (network-to-host). Can be used in the transport layer or used to create a secure tunnel |
| IPv6 | Allows direct network management through IPv6 |
| Load Balancing | Ensures that demands placed on high-speed Internet access (HSIA) are balanced based on the capability of each WAN/ISP connection. |
| Location | Sets up your location and IP addresses for the network, subscriber, subnet mask, and default gateway. |
| Logging | Enables logging options for the system and AAA functions. |
| MAC Authentication | Enables MAC authentication, retry frequency, MAC address format, MAC address hex-alpha case, and RADIUS service profile. |
| Passthrough Addresses | Establishes IP pass-through addresses (up to 300). |
| PMS | Enables one of the listed PMS options, or allows you to disable the PMS feature. |
| Port-Location | Establishes the Access Concentrator settings. |
| QoS | Configure mode and polices for Quality of Service metrics. |
| RADIUS Client | Set up the RADIUS client. |
| RADIUS Proxy | Establishes RADIUS proxies, where different realms can be set up to directly channel RADIUS messages to the various RADIUS servers. |



| Item | Description |
|---|---|
| Realm-Based Routing | Realm-Based Routing provides advanced NAI (Network Access Identifier) routing capabilities, enabling multiple service providers to share a HotSpot location, further supporting a Wi-Fi wholesale model. This functionality allows users to interact only with their chosen provider in a seamless and transparent manner. |
| Routed Subscribers | Allows Routed network hops on the Subscriber side of the Nomadix. |
| SMTP | Enables the SMTP (E-mail) redirection functions. |
| SNMP | Establishes the SNMP parameters. |
| Subnets | Enables dynamic multiple subnet support. |
| Summary | Displays a summary listing of all configuration settings. |
| Time | Sets the system date and time. |
| Traffic Descriptors | Bandwidth consumed over time, active allocated bandwidth, number of using bandwidth and network capacity, |
| URL Filtering | Dynamically adds or removes up to 300 specific IP addresses and domain names to be filtered for each property. |
| User-Agent Filtering | User agent Filtering is a capability that can filter software that is acting on behalf of a user, such as browsers. |
| Zone Migration | The present disclosure is directed to providing a network user the ability to travel between different zones or locations within a network environment, such as, for example, a hospitality location, without requiring a user to re-login to the new location. |

ACCESS GATEWAY

### Network Info Menu Items

| Item | Description |
|---|---|
| ARP | Displays the ARP table, including the destination IP address and the gateway MAC address. |
| DAT | Displays the DAT session table. |
| DNSSEC | DNSSEC support adds authentication and integrity capability to DNS systems. The DNSSEC feature in the NSE allows DNSSEC queries and responses to traverse the NSE between subscribers and the NSE's configured DNS servers. The NSE itself does not participate in DNSSEC trust relationships with subscribers. |
| Hosts | Displays the host table, including host names, associated IP addresses and any assigned aliases. |
| ICMP | Displays the ICMP (Internet Control Message Protocol) performance statistics. |
| Interfaces | Displays statistics for the interfaces. |
| IP | Displays the IP performance statistics. |
| IPSec | IPsec is an end-to-end security scheme operating in the Internet Layer of the Internet Protocol Suite. It can be used in protecting data flows between a pair of hosts (host-to-host), between a pair of security gateways (network-to-network), or between a security gateway and a host (network-to-host). Can be used in the transport layer or used to create a secure tunnel. |
| Login Page Failover | For installations that use an External Web Server or a Portal Server to provision their Login and Authentication Pages to the subscribers, the Login Page Failover feature provides a way for administrators to configure secondary or tertiary Login Pages in case the primary Login Page becomes unavailable. This mechanism guarantees that the subscribers will have some way of authenticating themselves and accessing the Internet if the External and Portal Servers fail. |



ACCESS GATEWAY

| Item | Description |
| --- | --- |
| NAT IP Interface | A new separate iNAT interface page shows the settings for each port in either WAN or OOS modes.  Ports in SUB mode are not shown. Each of the displayed ports has individual iNAT / Subscriber tunnel settings accessible by clicking on that port's link. A new improved interface allows easy deletion of any iNAT address range. |
| Packet Capture Summary | Displays the different interfaces and the information of how many packets are seen and captured when the Packet capture feature under System -> Packet capture is running for that interface. |
| Routing | Displays the routing tables and performance statistics. |
| Sockets | Displays the active Internet connections. |
| Static Port-Mapping | Displays the currently active static port-mapping scheme. |
| TCP | Displays the TCP performance statistics. |
| UDP | Displays the UDP performance statistics. |

*Quick Reference Guide*

ACCESS GATEWAY

### *Port-Location Menu Items*

| Items | Description |
|-------|-------------|
| Add | Adds or updates port-location assignments. |
| Delete All | Deletes all port-location assignments. *Use this command with caution.* |
| Export | Exports specified port-location assignments to the *location.txt* file. |
| Find by Description | Finds a port-location assignment, based on a unique description. |
| Find by Location | Finds a port-location assignment, based on a specified location. |
| Find by Port | Finds a port-location assignment, based on a specified port. |
| Import | Imports specified port-location assignments from the *location.txt* file. |
| List | Displays the port-location file, listing all port-location assignments. |

### *Subscriber Administration Menu Items*

| Items | Description |
|-------|-------------|
| Add | Adds subscriber profiles to the database. |
| Current | Displays a list of all currently connected subscribers. |
| Delete by MAC | Deletes a subscriber, based on a specific MAC address. |
| Delete by User | Deletes a subscriber, based on a specific user name. |
| DHCP Leases | Sets up the current subscriber DHCP leases. |
| Expired | Removes expired profiles. |
| Find by MAC | Finds a subscriber profile, based on a specified MAC address. |
| Find by User | Finds a subscriber profile, based on a specified user name. |



ACCESS GATEWAY

| Items | Description |
|-------|-------------|
| List Profiles | Displays a list of authorized subscriber profiles. |
| RADIUS Session History | These logs record RADIUS proxy accounting messages sent or received by the RADIUS proxy. |
| Statistics | Displays the current subscriber profile statistics (for example, how many profiles are currently in the database). |

ACCESS GATEWAY

## *Subscriber Interface Menu Items*

| Items | Description |
|-------|-------------|
| Billing Options | Establishes the various billing plans and rates (schemes), including messages and appearance. |
| ICC Setup | Sets up the Information and Control Console (ICC) for subscribers. |
| Language Support | Defines the language to be displayed on the Web Management Interface and the subscriber's portal page. |
| Local Web Server | Upload the required pages and images to the /flash/web directory using FTP. Total file size of all pages and images cannot exceed 200 KB. |
| Login UI | Defines the appearance of the internal subscriber login user interface, including all the login messages and fonts, etc., and establishes the currency. |
| Post Session UI | Defines the post session "Goodbye" page. |
| Subscriber Buttons | Defines how each of the subscriber's user interface control buttons are displayed. |
| Subscriber Labels | Defines how the subscriber's user interface field labels are displayed. |
| Subscriber Errors, 1 of 2 | Defines how error messages are displayed to subscribers (page 1 of 2). |
| Subscriber Errors, 2 of 2 | Defines how error messages are displayed to subscribers (page 2 of 2). |
| Subscriber Messages, 1 of 3 | Defines how "other" general messages are displayed to subscribers (page 1 of 3). |
| Subscriber Messages, 2 of 3 | Defines how "other" general messages are displayed to subscribers (page 2 of 3). |
| Subscriber Messages, 3 of 3 | Defines how "other" general messages are displayed to subscribers (page 3 of 3). |
| Subscriber Messages, TOA | Text for Terms of Agreement. Can be created using the internal web server. |



ACCESS GATEWAY

## *System Menu Items*

| Items | Description |
|---|---|
| ARP | Adds or deletes an Address Resolution Protocol (ARP) table entry. |
| Bridge Mode | Enables the Bridge Mode option. |
| Dynamic Proxy | A function that assures a subscriber can be connected. |
| Export | Exports the system's configuration settings to an archive file. |
| Factory | Imports the factory default settings. |
| Fail Over | Sets up a "sibling" Nomadix Gateway, allowing one device to take up the users should the other device become disconnected from the network. |
| History | Displays a history log of the system's activity, including *Access*, *Reboot* and *Uptime*. |
| ICMP | Sets up ICMP blocking for traffic from "pending" or "non authenticated" users that are destined to addresses other than those defined in the pass-through (walled garden) list. |
| Import | Imports previously exported system configuration settings from an archive file. |
| Login | Sets up the login name and password. |
| Mac Filtering | Blocks malicious users based on their MAC address. Up to 50 MAC addresses can be blocked at any one time. |
| Memory Utilization | Displays a listing of the current system Memory and how much is allocated, free, or in use. |
| Packet Capture | |
| Reboot | Reboots the Nomadix Access Gateway. |
| Routing | View Nomadix Access Gateway's routing table; Add or delete a route to a specific IP destination. |
| Session Limit | Limits the number sessions any one user can take over a given time period and, if necessary, then blocks malicious users. |
| Static Port Mapping | Set up or delete static port-mapping schemes. |

ACCESS GATEWAY

| Items | Description |
|---|---|
| Subscriber Interfaces | Blocks subscriber interfaces. |
| Syslog | Displays syslog history. |
| System Utilization | Displays system utilization information. |
| Upgrade | Obtain the latest Firmware Upgrade Procedure from Nomadix Technical Support. |
| User Settings | Blocks IPPROTO traffic from misconfigured subscribers. |



ACCESS GATEWAY

# Alphabetical Listing of Menu Items (WMI)

The menu items listed here are for a fully featured Nomadix Access Gateway (with all optional modules included). Refer to "About Your Product License" on page 80.

| Item | Description | Menu |
|------|-------------|------|
| AAA | Set AAA options | Configuration |
| Access Control | Enables secure administration of the Access Gateway | Configuration |
| Add | Add or update port-location assignments | Port-Location |
| Add | Add subscriber profiles to the database | Subscriber Admin |
| ARP | Display the ARP table | Network Info |
| ARP Add | Add an ARP table entry | System |
| ARP Delete | Delete an ARP table entry | System |
| Bandwidth Management | Define upstream and downstream bandwidth | Configuration |
| Billing Options | Establish the billing options | Subscriber I'face |
| Bill Record Mirroring | Enable bill record copying to external servers | Configuration |
| Bridge Mode | Enable the Bridge Mode option | System |
| Current | Display currently connected subscribers | Subscriber Admin |
| Clustering | Set Clustering options | Configuration |
| DAT | Display the DAT session table | Network Info |
| Delete All | Delete all port-location assignments | Port-Location |
| Delete by Location | Delete port-location assignments by location | Port-Location |
| Delete by MAC | Delete subscriber profiles by MAC address | Subscriber Admin |
| Delete by Port | Delete port-location assignments by port | Port-Location |
| Delete by User | Delete subscriber profiles by user | Subscriber Admin |
| DHCP | Set the DHCP service options | Configuration |
| DHCP Leases | Set the current subscriber DHCP leases | Subscriber Admin |
| DNS | Set the DNS parameters | Configuration |
| Expired | Remove all expired subscriber profiles from database | Subscriber Admin |
| Export | Export configuration settings to the archive file | System |
| Export | Export port-location assignments to file | Port-Location |
| Factory | Import the factory default configuration settings | System |
| FailOver | Sets up a "sibling" Nomadix Gateway | System |
| Find by Description | Find port-location assignments by description | Port-Location |
| Find by Location | Find port-location assignments by location | Port-Location |
| Find by MAC | Find a subscriber profile by MAC address | Subscriber Admin |
| Find by Port | Find port-location assignments by port | Port-Location |
| Find by User | Find a subscriber profile by user name | Subscriber Admin |
| History | Display the system's history log | System |
| Home Page Redirect | Redirect the subscriber's browser | Configuration |
| Hosts | Display the host table | Network Info |
| ICC Setup | Set up the Information and Control Console | Subscriber I'face |
| ICMP | Display ICMP performance statistics | Network Info |
| ICMP | Sets up ICMP blocking | System |
| Import | Import configuration settings from the archive file | System |
| Import | Import port-location assignments from file | Port-Location |
| iNAT | Enable translation for transparent VPN access | Configuration |
| Interfaces | Display performance statistics for interfaces | Network Info |
| IP | Display IP performance statistics | Network Info |
| Language Support | Define different languages | Subscriber I'face |
| List | Display the room file | Port-Location |
| List by MAC | List the subscriber database, sorted by MAC address | Subscriber Admin |
| List by User | List the subscriber database, sorted by user name | Subscriber Admin |
| Location | Establish your location and network IP parameters | Configuration |
| Logging | Enable system and AAA logging options | Configuration |
| Login | Establish access for managers and operators | System |
| Login UI | Establish the internal login screen settings | Subscriber I'face |
| Mac Filtering | Blocks traffic based on MAC address | System |
| Passthrough Addresses | Establish up to 100 IP pass-through addresses | Configuration |
| Port-Location | Establish the access concentrator settings | Configuration |
| Post Session UI | Sets up the post session "Goodbye" page | Subscriber I'face |
| RADIUS Client | Sets up RADIUS client options | Configuration |
| RADIUS Proxy | Establishes RADIUS proxies | Configuration |
| RADIUS Routing | Sets up service profiles and realm-based routing policies | Configuration |

ACCESS GATEWAY

| | | |
|---|---|---|
| Reboot | Reboot the operating system | System |
| Route Add | Add a route to the routing table | System |
| Route Delete | Delete a route from the routing table | System |
| Routing | Display routing performance statistics and tables | Network Info |
| Session Limit | Limits subscriber sessions | System |
| SMTP | Set the SMTP redirection options | Configuration |
| SNMP | Establish the SNMP parameters | Configuration |
| Sockets | Display the active IP connections | Network Info |
| Static Port-Mapping | Displays currently active static port-mapping schemes | Network Info |
| Static Port-Mapping Add | Adds a static port-mapping scheme | System |
| Static Port-Mapping Delete | Deletes a static port-mapping scheme | System |
| Statistics | Display the subscriber profile statistics | Subscriber Admin |
| Subnets | Enable dynamic multiple subnet support | Configuration |
| Subscriber Buttons | Define how control buttons are displayed to subscribers | Subscriber I'face |
| Subscriber Interfaces | Blocks subscriber interfaces | System |
| Subscriber Labels | Define how field labels are displayed | Subscriber I'face |
| Subscriber Errors | Define how error messages are displayed | Subscriber I'face |
| Subscriber Messages | Define how "other" general messages are displayed | Subscriber I'face |
| Summary | Display a summary of the configuration settings | Configuration |
| TCP | Display the TCP performance statistics | Network Info |
| Time | Set the system date and time | Configuration |
| UDP | Display the UDP performance statistics | Network Info |
| Upgrade | Upgrade the Access Gateway system firmware | System |
| URL Filtering | Define URLs for filtering | Configuration |



ACCESS GATEWAY

# Default (Factory) Configuration Settings

The following table shows a partial listing of the Access Gateway's primary default configuration settings (the settings established at manufacturing). For a complete listing of the factory default settings, refer to the factory.txt file. For more information, go to "Importing the Factory Defaults {Factory}" on page 250.

| Function | Default Setting |
|---|---|
| Version<br>Nomadix Access Gateway ID<br>Network Interface MAC<br>Subscriber Interface MAC | Nomadix Access Gateway v8.8.xxx (depends on firmware version)<br>AG5900<br>MAC address is unique for each product<br>MAC address is unique for each product |
| Network Interface IP<br>Subscriber IP<br>Subnet Mask<br>Default Gateway IP<br>DHCP Client<br>Admin IP | 10.0.0.10<br>10.0.0.11<br>255.255.255.0<br>10.0.0.1<br>Enabled<br>172.30.30.172 |
| Domain<br>Host Name<br>Primary DNS<br>Secondary DNS<br>Tertiary DNS | nomadix.<br>AG3100<br>0.0.0.2<br>0.0.0.0<br>0.0.0.0 |
| DHCP Relay<br>External DHCP Server IP<br>DHCP Relay Agent IP<br>DHCP Server<br>DHCP Server IP<br>DHCP Subnet Mask<br>DHCP Pool Start IP<br>DHCP Pool End IP<br>Lease Duration Minutes | Disabled<br>0.0.0.0<br>0.0.0.0<br>Enabled<br>10.0.0.4<br>255.255.255.0<br>10.0.0.12<br>10.0.0.250<br>1440 |
| Home Page Redirection<br>Parameter Passing<br>Redirection Frequency Minutes | Disabled<br>Disabled<br>3600 |
| Dynamic Address Translation (DAT) | Enabled (cannot be changed) |

ACCESS GATEWAY

| Function | Default Setting |
|----------|----------------|
| AAA Logging<br>AAA Log Server Number<br>AAA Log Server IP<br>SYSLOG (System Logging)<br>SYSLOG Server Number<br>SYSLOG Server IP | Disabled<br>3<br>0.0.0.0<br>Disabled<br>2<br>0.0.0.0 |
| AAA Services<br>Internal Authorization<br>New Subscribers<br>Credit Card Service<br>Parameter Passing<br>Usernames<br>XML | Disabled<br>Enabled<br>Enabled<br>Enabled<br>Disabled<br>Enabled<br>Disabled |
| DNS Redirection<br>SMTP Redirection<br>SMTP Server IP | Enabled<br>Disabled<br>0.0.0.0 |
| SNMP<br>SNMP Get Community<br>SNMP Set Community<br>SNMP Trap IP | Disabled<br>public<br>private<br>0.0.0.0 |
| System Administration Login User Name<br>System Administration Password | admin<br>admin |



ACCESS GATEWAY

## Product Specifications

| AG2400 Specifications |
|---|
|  |
| **AVAILABLE NSE MODULES**<br>AG 2400 Hospitality Module<br>AG 2400 High Availability Module |
| **PERFORMANCE**<br>Up to 500 concurrent users or devices<br>Throughput up to 230 Mbps as defined by RFC 1242, Section 3.17 |
| **PLATFORM**<br>Intel based System |
| **INTERFACE**<br>1-RJ 45 - WAN<br>3-RJ 45 - ETH<br>1-12VDC Power Connector<br>1-RJ 45 - Console<br>1-DB-9 Serial Connector<br>2-USB Connectors<br>1-Reset<br>1-Power Button |
| **POWER REQUIREMENTS**<br>Type/Watts: 12VDC 5A 60W Power Adapter<br>Input: AC 100-240V @ 50-60 HZ ~ .6A |

ACCESS GATEWAY

| AG2400 Specifications |
|---|
| **DIMENSIONS**<br>  215.5 W x 44 H x 190mm<br>  D 1U Rack Mountable<br>**WEIGHT**<br>  1.2 kg<br>**ENVIRONMENTAL PARAMETERS**<br>  Temperature Ambient Operating / Storage: 0~40° / -20~70° C<br>  Humidity (RH) Ambient Operating / Ambient Non-Operating: 5~90% non-condensing<br>  / 5~95% non-condensing |
| **REGULATORY**<br>  FCC Class A<br>  UL, UL (US and Canada)<br>  CE (Emissions)<br>  CB Scheme (CE Safety) |
| **CONCURRENT USERS**<br>  100-500 devices |
| **ACCESS CONTROL AND AUTHENTICATION**<br>  Tri-Modal Authentication, Authentication and Accounting (AAA)<br>  Walled Garden<br>  Group Accounts<br>  Universal Access Method over SSL IEEE 802.1x<br>  Smart Client Support (Boingo, IPass) MAC Authentication<br>  Remember Me Log-in |
| **ADVANCED SECURITY**<br>  iNAT<br>  IPSec Support<br>  PPTP Support<br>  Session Rate Limiting (SRL)<br>  User Agent Filtering Mac Address Filtering URL Filtering<br>  ICMP Blocking<br>  Proxy ARP for device-to-device communication |



| AG2400 Specifications |
|---|

**BILLING PLAN ENABLEMENT RADIUS CLIENT**

    Radius (AAA) Proxy
    Port-Based Policies
    Port Mapping Local Databases Credit Card Interface
    PMS Advanced XML Interface
    Bill Mirroring

**BRANDING (ESTABLISHMENT)**

    Parameter Passing enabling branding

**NETWORK MANAGEMENT**

    Web Management Interface (WMI)
    Command Line Interface (CLI)
    Integrated VPN Client for Management
    Radius-Driven Configuration
    Multi-Level Admin Support
    Centralized Radius Authentication
    SMTP Redirection
    Access Control
    Bridge Mode
    SNMPv2c
    Syslog/AAALog

**MEDIA ACCESS CONTROL**

    CSMA/CA

**PORTS**

    10/100/1000 Base-T Ethernet,
    RJ-45 (UTP): WAN5-10/10/100/1000
    Base-T Ethernet RJ-45 (UTP) LAN
    RJ-45 port for Serial Access
    Systems Console
    DB9 Serial Port: Property Management Interface

ACCESS GATEWAY

| AG2400 Specifications |
|---|
| **IP ADDRESS MANAGEMENT** |
| IEEE 802.3/3u/3eb |
| IEEE 802.1d |
| DHCP Server |
| DHCP Relay |
| Multiple Subnet Support |
| IP UPsell |
| DHCP Client |
| PPPoe Client |
| **INTELLIGENT ROAMING** |
| Realm-Based Routing |
| Zone Migration |
| **SERVICE PROVISIONING** |
| Home Page Redirect |
| HTTP-Redirect |
| HTTPS-Redirect |
| Portal Page Redirect |
| Session Termination Redirect |
| Information and Control console |
| Pop-up (explicit) logout button |
| International Language Support |
| External Web Server |
| Mode Internal Web Server Mode |
| Secure XML API over SSL |
| Login Page Failover |
| **USER TRUE PLUG AND PLAY** |
| Dynamic Address Translation |



ACCESS GATEWAY

| AG5600 Specifications |
|---|
|  |

**AVAILABLE NSE MODULES**

High Availability - Fail Over
Hospitality Module - Property Management Interface (PMS)

**PERFORMANCE**

*User Support:* Up to 2000 users concurrently
*Throughput:* up to 750Mbits/s*
*As defined by RFC1242, Section 3.18

**PHYSICAL**

1U rack space in a 19" rack
17.24"(L) x 11.53"(W) x 1.73"(H)
438mm (L) x 292.0mm (W) x 44mm (H)
Weight: 8.8 lbs.
Weight: 4.00 Kg

**OPERATING VOLTAGE**

100 – 240 VAC, 50/60Hz, Auto Sensing

**POWER CONSUMPTION**

65 watts

**ENVIRONMENTAL**

Operating temperature: 0°C to 40° C
Storage temperature: 10°C to 70° C
Operating humidity: 20 - 90% RH non-condensing
Storage humidity: 5 - 95% RH
Altitude: Up to 15,000ft

ACCESS GATEWAY

| AG5600 Specifications |
|---|
| **COMPLIANCE** |
| UL |
| UL (US and Canada) |
| FCC Class A |
| CE: |
| EN 55022: 2006 + A1: 2007 |
| EN 55024:  1998 + A1: 2001 + A2: 2003 |
| IEC 61000-4-2: 1995 +A1: 1998 + A2: 2000 |
| IEC 61000-4-3: 2006 |
| IEC 61000-4-4: 2004 |
| IEC 61000-4-5: 2005 |
| IEC 61000-4-6: 2007 |
| IEC 61000-4-8: 1993 : A1: 2000 |
| IEC 61000-4-11: 2004 |
| EN 61000-3-3: 1995 +A1: 2001 +A2: 2005 |
| Low Voltage Directive: |
| European Council Directive 2006/95/EC |
| IEC 60950-1: 2005 (2nd Edition) |
| EN60950-1:2006 + A11: 2009 |
| **INTERFACES** |
| 2 x 10/100/1000 Mbps GigE (RJ-45) LAN |
| 1 x 10/100/1000 Mbps GigE (RJ-45) WAN |
| 1 x DB9 serial (PMS Interface) |
| 1 x Front Access RJ-45 serial system console |
| **LED INDICATORS** |
| ACT/LINK and 10/100/1000 for each Ethernet port |
| Power |
| **NETWORK MANAGEMENT** |
| Multi-Level Administration Controls |
| Integrated VPN Client (IPSec) for secure connection to an NOC |
| Access Control Lists |
| Web Administration UI |
| CLI via Telnet and Serial Port |
| SNMPv2c |
| Secure XML API |
| Auto Configuration and Upgrades |
| Syslog/AAA log |



| AG5600 Specifications |
|---|
| **NETWORKING** |
| IEEE 802.3/ 3u/ 3ab |
| IEEE 802.1d |
| DHCP Server |
| DHCP Relay |
| RADIUS Client (MD-5, PAP, CHAP, MS-CHAPv1, v2) |

ACCESS GATEWAY

| AG5800 Specifications |
| :---: |



**USER TRUE PLUG AND PLAY**
  Dynamic Address Translation (DAT)
  Dynamic Transparent Proxy

**SERVICE PROVISIONING**
  Home Page Redirect
  HTTP - Redirect
  Portal Page Redirect
  Session Termination Redirect
  Information and Control console
  Pop-up (Explicit) Logout Button
  International Language Support
  External Web Server Mode
  Internal Web Server Mode
  Secure XML API over SSL
  Login Page Failover

**BILLING PLAN ENABLEMENT**
  RADIUS Client
  RADIUS (AAA) Proxy
  Port Based Policies
  Port Mapping
  Local Database
  Credit Card Interface
  PMS Advanced XML Interface
  Bill Mirroring



ACCESS GATEWAY

| **AG5800 Specifications** |
|---|
| **ACCESS CONTROL AND AUTHENTICATION** |
|     Authorization, Authentication and Accounting (AAA)<br>    Walled Garden<br>    Group Accounts<br>    Tri Mode Authentication<br>    Universal Access Method over SSL<br>    IEEE 802.1x<br>    Smart Client Support (Boingo, iPass)<br>    MAC Authentication<br>    Remember Me Log-in |
| **ADVANCED SECURITY** |
|     iNAT<br>    IPSec Support<br>    PPTP Support<br>    Session Rate Limiting (SRL)<br>    User Agent Filtering<br>    Mac Address Filtering<br>    URL Filtering<br>    ICMP Blocking<br>    Proxy ARP for device to device communication |
| **POLICY BASED TRAFFIC SHAPING** |
|     Bandwidth Management<br>    QoS Tagging<br>    Group Bandwidth Management |
| **IP ADDRESS MANAGEMENT** |
|     IEEE 802.3/ 3u/ 3ab<br>    IEEE 802.1d<br>    DHCP Server<br>    DHCP Relay<br>    Multiple Subnet Support<br>    IP UPsell<br>    DHCP Client<br>    PPPoE Client |
| **INTELLIGENT ROAMING** |
|     Realm-Based Routing<br>    Zone Migration |

ACCESS GATEWAY

| AG5800 Specifications |
|---|
| **BRANDING** |
| Parameter Passing-enabled branding |
| **NETWORK MANAGEMENT** |
| Web Management Interface (WMI)<br>Command Line Interface (CLI)<br>Integrated VPN Client for Management<br>RADIUS-Driven Configuration<br>Multi-level Admin Support<br>Centralized Radius Authentication<br>SMTP Redirection<br>Access Control<br>Bridge Mode<br>SNMPv2c<br>Syslog/AAALog |
| **MEDIA ACCESS CONTROL** |
| CSMA/CA |
| **PORTS** |
| 10/100/1000 Base-T Ethernet, RJ-45 (UTP): WAN<br>5 – 10/100/1000 Base-T Ethernet, RJ-45 (UTP): LAN<br>Front access RJ-45 port for serial System Console<br>DB9 serial port: Property Management Interface |
| **POWER** |
| 100 – 240 VAC, 50/60Hz, 220 watts |
| **ENVIRONMENT** |
| Operating temperature: 0°C to 40° C<br>Storage temperature: -20°C to 70° C<br>Operating humidity: 5 - 90% RH<br>Storage humidity: 5 - 95% RH non-condensing<br>Altitude: Up to 15,000ft |



| AG5800 Specifications |
|---|
| **REGULATORY**<br><br>FCC Class A<br>UL, UL (US and Canada)<br>CE<br>EN 55022: 2010 Class A, EN 61000-3-2:2006/A1:2009/A2:2009, EN 61000-3-3:2008, EN55024:2010 (IEC 61000-4-2:2008, IEC 61000-4-3:2006/A1:2007/A2:2010, IEC 6100-4-4:2004/A1:2010, IEC 6100-4-5:2006, IEC 61000-4-6:2008, IEC 61000-4-8:2009, IEC 6100-4-11:2004),<br>Australian Standard AZ/NZS CISPR 22:2009 Class A CB Scheme |
| **PHYSICAL**<br><br>1U rack space in a 19" rack<br>17"(L) x 12"(W) x 1.75"(H)<br>431mm (L) x 305.0mm (W) x 44.4mm (H)<br>Weight: 10.2 lbs.<br>Weight: 4.6 Kg |
| **LED INDICATORS**<br><br>Power Indicator<br>Status Indicator<br>ACT/LINK and 10/100/1000 for each Ethernet port |
| **PERFORMANCE**<br><br>*User Support:* Up to 4000 users or devices concurrently<br>*Throughput:* up to 970Mbits/s*<br>    *As defined by RFC1242, Section 3.18 |

ACCESS GATEWAY

| AG5900 Specifications |
| --- |
|  |

**USER TRUE PLUG AND PLAY**

Dynamic Address Translation (DAT)
Dynamic Transparent Proxy

**SERVICE PROVISIONING**

Home Page Redirect
HTTP - Redirect
HTTPS - Redirect
Portal Page Redirect
Session Termination Redirect Information and Control Console
Pop-Up (Explicit) Logout Button
International Language Support
External Web Server Mode
Internal Web Server Mode
Secure XML API over SSL
Login Page Failover

**BILLING PLAN ENABLEMENT**

RADIUS Client
RADIUS (AAA) Proxy
Port Based Policies
Port Mapping
Local Database
Credit Card Interface
Bill Mirroring



ACCESS GATEWAY

| AG5900 Specifications |
| --- |
| **ACCESS CONTROL AND AUTHENTICATION**<br>Authorization, Authentication and Accounting (AAA)<br>Walled Garden<br>Group Accounts<br>Tri Mode Authentication<br>Universal Access Method over SSL<br>IEEE 802.1x<br>Smart Client Support (Boingo, iPass)<br>MAC Authentication<br>Remember Me Log-in |
| **ADVANCED SECURITY**<br>iNAT<br>IPSec Support<br>PPTP Support<br>Session Rate Limiting (SRL)<br>User Agent Filtering<br>Mac Address Filtering<br>URL Filtering<br>ICMP Blocking<br>Proxy ARP for device to device communication |
| **POLICY BASED TRAFFIC SHAPING**<br>Bandwidth Management<br>QoS Tagging<br>Group Bandwidth Management |
| **IP ADDRESS MANAGEMENT**<br>IEEE 802.3/3u/3ab<br>IEEE 802.1d<br>DHCP Server<br>DHCP Relay<br>Multiple Subnet Support<br>IP Upsell<br>DHCP Client<br>PPPoE Client |
| **INTELLIGENT ROAMING**<br>Realm-Based Routing<br>Zone Migration |

ACCESS GATEWAY

| AG5900 Specifications |
|---|
| **BRANDING** |
|    Parameter Passing-enabled branding |
| **NETWORK MANAGEMENT** |
|    Web Management Interface (WMI)<br>   Command Line Interface (CLI)<br>   Integrated VPN Client for Management<br>   RADIUS-Driven Configuration<br>   Multi-level Admin Support<br>   Centralized Radius Authentication<br>   SMTP Redirection<br>   Access Control<br>   Bridge Mode<br>   SNMPv2c<br>   Syslog/AAA Log |
| **MEDIA ACCESS CONTROL** |
|    CSMA/CA |
| **PORTS** |
|    10/100/1000 Base-T Ethernet, RJ-45 (UTP): WAN<br>   5 – 10/100/1000 Base-T Ethernet, RJ-45 (UTP): LAN<br>   Front access RJ-45 port for serial System Console<br>   DB9 serial port: Property Management Interface |
| **POWER** |
|    100 – 240 VAC, 50/60Hz, 220 watts |
| **ENVIRONMENT** |
|    Operating temperature: 0°C to 40° C<br>   Storage temperature: -20°C to 70° C<br>   Operating humidity: 5 - 90% RH<br>   Storage humidity: 5 - 95% RH non-condensing |



ACCESS GATEWAY

| AG5900 Specifications |
|---|
| **REGULATORY**<br>FCC Class A<br>UL, UL (US and Canada)<br>CE EN 55022: 2010 Class A, EN 61000-3-2:2006/A1:2009/A2:2009, EN 61000-3-3:2008<br>EN55024:2010 (IEC 61000-4-2:2008, IEC 61000-4-3:2006/A1:2007/A2:2010, IEC 6100-4-4:2004/A1:2010, IEC 6100-4-5:2006, IEC 61000-4-6:2008, IEC 61000-4-8:2009, IEC 6100-4-11:2004),<br>Australian Standard AZ/NZS CISPR 22:2009 Class A CB Scheme |
| **PHYSICAL**<br>1U rack space in a 19" rack<br>17"(L) x 12"(W) x 1.75"(H)<br>431mm (L) x 305.0mm (W) x 44.4mm (H)<br>Weight: 10.2 lbs.<br>Weight: 7 Kg |
| **LED INDICATORS**<br>Power Indicator<br>Status Indicator<br>Memory Indicator<br>ACT/LINK and 10/100/1000 for each Ethernet port |
| **PERFORMANCE**<br>*User Support:* Up to 8000 users or devices concurrently<br>*Throughput:* up to 1425Mbits/s, *as defined by RFC1242, Section 3.18* |

ACCESS GATEWAY



---

| **AG5900 Specifications** |
|---|
| **OPTIONAL MODULE**<br>*The AG5900 supports an optional plug-in module that provides two SFP+10 Gigabit fiber interface slots. If you are using this optional module, be aware of the following:*<br><br>The system MUST be powered down before inserting or removing the module. Also, it is highly recommended that the power cord be removed from the unit as a precaution). Severe damage to the module and/or the NSE could result if the module is inserted or removed while power is applied.<br><br>Transceivers may be inserted or removed from the SFP+ slots with power either on or off.<br><br>The 10G SFP+ ports only support 10 Gigabit transceivers at this time. 1G standard SFP transceivers are not supported.<br><br>When the SFP+ slots are present and configured in the WAN role, they become the highest priority interfaces on the system. For example, if the SFP+0 slot is configured as WAN, system traffic will be routed through that interface. |



# Sample AAA Log

The following table shows a sample AAA log. This log is generated by the Access Gateway and sent to the SYSLOG server that is assigned to AAA logging.

| Date | Time | Access Gateway Name | Type of Data | Log Code | Log Message | Subscriber MAC Address | Expi-ration Time |
|---|---|---|---|---|---|---|---|
| Mar 31 | 18:23:10 | nomad237 .nomadix .com | INFO | AAA: 4207 | AAA_Authentication Successful | 00:00:0E:32:2 C:BC | 2 hrs 1 min |
| Mar 31 | 18:23:26 | nomad237 .nomadix .com | INFO | AAA: 4207 | AAA_Authentication Successful | 00:10:5A:61:40 :FF | 12 hrs 0 min |
| Mar 31 | 18:21:53 | nomad237 .nomadix .com | INFO | AAA: 4106 | AAA_lookup Added_in_memory_ta ble pending | 00:00:0E:32:2 C:BC | |
| Mar 31 | 18:43:54 | nomad237 .nomadix .com | INFO | AAA: 4208 | AAA_Authentication Unsuccessful_Error | 00:60:08:B4:20 :6A | |
| Mar 31 | 21:34:21 | nomad237 .nomadix .com | INFO | AAA: 4007 | AAA_Interface Added_by_administrat or | 00:00:0:12:34: 56 | 20 hrs 34 min |
| Mar 31 | 21:35:15 | nomad237 .nomadix .com | INFO | AAA: 4009 | AAA Interface Updated_by_administr ator | 00:00:0:12:34: 56 | 2 hrs 34 min |
| Mar 31 | 21:36:05 | nomad237 .nomadix .com | INFO | AAA: 4006 | AAA Interface Removed_by_administ rator | 00:00:0:12:34: 56 | |

## *Message Definitions (AAA Log)*

The six basic messages are defined as follows:

| Message | Definition |
|---|---|
| AAA_Authentication Successful | Subscriber profile was successfully added to the Access Gateway authorization table after being authenticated by the credit card server. |



| Message | Definition |
|---|---|
| AAA_Authentication Unsuccessful_Error | Subscriber profile was not added to the Access Gateway authorization table because the credit card server did not recognize the transaction. |
| AAA_lookup Added_in_memory_table_pending | Subscriber profile has been recognized and the Access Gateway is waiting to authenticate the user. |
| AAA_Interface Added_by_administrator | Subscriber profile was manually added to the authorization table. |
| AAA_Interface Updated_by_administrator | Subscriber profile was updated. |
| AAA_Interface Removed_by_administrator | Subscriber profile was manually removed from the authorization table. |

## Sample SYSLOG Report

Syslog reports are generated by the Access Gateway and sent to the syslog server that is assigned to general error detection and reporting.

2003-02-10 11:25:53 Local2.Info 1.2.3.4 INFO [Access Gateway v51.4.126]

DHCP: ndxDHCPInit: 0021 DHCP initialized

2003-02-10 11:25:53 Local2.Info 1.2.3.4 INFO [Access Gateway v51.4.126]

CLISRD: 0206 Setting COM1 to 9600 baud

2003-02-10 11:25:53 Local2.Info 1.2.3.4 INFO [Access Gateway v51.4.126]

CLISRD: Starting CLI on the serial port

2003-02-10 11:25:53 Local2.Info 1.2.3.4 INFO [Access Gateway v51.4.126]

INIT: Access Gateway v51.4.126 with ID 010384 Initialized



## Sample History Log

A history log is generated by the Access Gateway which includes the system's activity (Access, Reboot and Uptime).

```
Uptime and Access/Reboot History


Uptime:    1 days : 3 hrs : 7 mins : 36 sec

Access and Reboot History:

|-----------------------------------------------------------------------|
| No.: Timestamp               | Login       | IP                       |
| Message...                                                            |
|-----------------------------------------------------------------------|
|-----------------------------------------------------------------------|
| 001: MON APR 29 17:34:45 2002    | admin       | 10.1.1.184              |
| WMI: Getting index.htm                                                |
|-----------------------------------------------------------------------|
| 002: MON APR 29 17:34:42 2002    | admin       | 10.1.1.184              |
| WMI: Getting intro.htm                                                |
|-----------------------------------------------------------------------|
| 003: MON APR 29 17:34:41 2002    | admin       | 10.1.1.184              |
| WMI: Getting index.htm                                                |
|-----------------------------------------------------------------------|
```

**More listings ...**



ACCESS GATEWAY

## Keyboard Shortcuts

The following table shows the most common keyboard shortcuts.

| Action | Keyboard Shortcut |
|---|---|
| Cut selected data and place it on the clipboard. | Ctrl + X |
| Copy selected data to the clipboard. | Ctrl + C |
| Paste data from the clipboard into a document (at the insertion point). | Ctrl + V |
| Copy the active window to the clipboard. | Alt + Print Screen |
| Copy the entire desktop image to the clipboard. | Print Screen |
| Abort an action at any time. | Esc |
| Go back to the previous screen. | b |
| Access the Help screen. | ? |

## HyperTerminal Settings

Use the following settings when establishing a HyperTerminal session.

| Item | Setting |
|---|---|
| Bits per second | 9600 |
| Data bits | 8 |
| Parity | None |
| Stop bits | 1 |
| Flow control | None |



## RADIUS Attributes

RADIUS (Remote Authentication Dial-In User Service) was originally created to allow remote authentication to the dial-in networks of corporations and dial-up ISPs. It is defined and standardized by the IETF (Internet Engineering Task Force) and several RADIUS server packages exist in both the public domain and for commercial sale.

RADIUS software stores a database of attributes about their valid subscriber base. For example, usernames, passwords, access privileges, account limits and subscriber attributes can all be stored in a RADIUS database. RADIUS works in conjunctions with NAS (Network Access Server) devices to determine if access to the service network should be granted, and if so, with what privileges.



All subscribers attempting to gain access to the network are validated by RADIUS.

When a subscriber attempts to access the service provider's network, the Access Gateway delivers a Web page to the subscriber asking for a login name and password. This information (password) is encrypted and sent across the network to the ISP's RADIUS server. The RADIUS server decrypts the information and compares it against its list of valid users. If the subscriber can be authenticated, the RADIUS server replies to the Access Gateway with a message instructing it to grant access to the subscriber. Optionally, the RADIUS server can instruct the NAS to perform other functions; for example, the RADIUS server can tell the Access Gatewaywhat upstream and downstream bandwidth the subscriber should receive. If RADIUS cannot authenticate the subscriber, it will instruct the NAS to deny access to the network.

The Nomadix Access Gateway RADIUS functionality can be broken down into the following categories:

- Authentication-Request
- Authentication-Reply (Accept)
- Accounting-Request
- Selected Detailed Descriptions
- Nomadix Vendor-Specific RADIUS Attributes

### Authentication-Request

- Username
- Password
- Service-Type
- NAS-Port (port number)
- NAS-Identifier
- Framed-IP Address
- NAS-IP Address
- NAS-Port-Type
- Acct-Session-ID
- Log-Off-URL
- EAP-Packet (used for 802.1x)
- Message-Authenticator (used for 802.1x)
- State (used/tested for 802.1x)
- Called-Station-ID
- Calling-Station-ID

### Authentication-Reply (Accept)

- Reply-Message
- Reject-Message
- State (used/tested for 802.1x)



- Class
- Session-Timeout
- Idle-Timeout
- EAP-Packet (used for 802.1x)
- Message-Authenticator (used for 802.1x)
- Acct-Interim-Interval
- Nomadix VSAs:
  - Nomadix-Bw-Up
  - Nomadix-Bw-Down
  - Nomadix-URL-Redirection
  - Nomadix-IP-Upsell
  - Nomadix-MaxBytesUp
  - Nomadix-MaxBytesDown
  - Nomadix-Net-VLAN
  - Nomadix-Session-Terminate-End-Of-Day
  - Nomadix-Subnet
  - Nomadix-Expiration

### *Accounting-Request*

- Username
- Acct-Status-Type (Start/Stop/Update)
- Acct-Session-ID
- Acct-Output-Octets
- Acct-Input-Octets
- Acct-Output-Packets
- Acct-Input-Packets
- Class
- Nomadix VSAs:
  - Nomadix-Subnet
  - Nomadix-URL-Redirection
  - Nomadix-IP-Upsell

- Acct-Session-Time (Stop)
- Terminate-Cause (Stop)
- NAS ID
- NAS-IP Address
- NAS-Port-Type
- NAS-Port
- Framed-IP Address
- Acct-Delay-Time
- Called-Station-ID
- Calling-Station-ID
- MaxBytesTotal
- MaxGigawordsTotal

## Selected Detailed Descriptions

### Acct-Session-ID
The Acct-Session-ID is created when the RADIUS authentication request is built. It is transmitted in both the Access-Request and the Accounting-Request.

### Session Timeout
There is currently no default session timeout that you can set in the Access Gateway Web Management Interface (WMI). If the Radius server does not send a Session-Timeout, the Access Gateway will set the subscriber expiration time to 0, which means access forever.

### Log-Off-URL
Allows for the placement of a log off URL (for example, 1.1.1.1) on an external portal page.

### MaxBytesTotal

Number of total bytes, to support volume-based billing for total of upstream and downstream traffic. Note that MaxBytesTotal will reset to zero at 4 gigabytes. Use with MaxGigawordsTotal if volume of data may exceed 4 gigabytes.



***MaxGigawordsTotal***

Number of total gigabytes, to support volume-based billing for total of upstream and downstream traffic. Note that MaxGigawordsTotal is an integer value; use with MaxBytesTotal if you need volume granularity of more than 4 gigabytes.

***Idle Timeout***

The WMI allows the setting of a default timeout. If the Radius server does not send an Idle-Timeout in the Radius Access-Accept, the Access Gateway will use the default one to disconnect subscribers. "0" means forever.

***Timeout Detection***

If a subscriber is sending traffic through the Access Gateway, the Access Gateway will immediately detect a Session-Timeout. However in the case of an Idle-Timeout or an inactive subscriber Session-Timeout, the Access Gateway detects it via a clean-up function that is currently called every 2 minutes. Thus the current precision for sending the Acct-Stop is about 2 minutes.

***Subscriber Session Duration***

Acct-Session-Time is calculated the following way (for each transmitted/retransmitted Acct-Stop):

Acct-Session-Time = time of last sent packet - subscriber login time.

Another attribute, Acct-Delay-Time, will take into consideration the time spent in retransmissions.

***Interim Accounting Updates***

The Access Gateway parses the attribute Acct-Interim-Interval in an Access-Accept. If this attribute is present the Access Gateway tries every [Acct-Interim-Interval] seconds to send a Radius Accounting Interim message for the specific subscriber. If this attribute is not present or equal to 0, no Interim message is sent.

The precision is 2 minutes. The Access Gateway will not send Interim messages more frequently than every 2 minutes.

***Called-Station-ID***

This is the Media Access Control (MAC) address of the Access Gateway.

***Calling-Station-ID***

This is the Media Access Control (MAC) address of the client's computer.

***New Attributes in Acct-Request***

The Access Gateway has to send the following attributes in an Accounting-Stop:

- Acct-Output-Packets: number of packets sent by subscriber.

- Acct-Input-Packets: number of packets received by subscriber.

Upon a reboot, these 2 attributes are saved in *currfile.dat* the same way as for Acct-Input-Octets and Acct-Input-Octets.

 *If you plan to implement RADIUS, go to* "Contact Information" on page 347 *for Nomadix Technical Support.*

## Nomadix Vendor-Specific RADIUS Attributes

Nomadix provides the following vendor-specific RADIUS attributes. This list may vary depending on your configuration.

| Attribute | Integer Value | Description |
|---|---|---|
| Nomadix-BW-Up | 1 | Value (in Kbps) restricts the speed at which uploads are performed. |
| Nomadix-BW-Down | 2 | Value (in Kbps) restricts the speed at which downloads are performed. |
| Nomadix-Url-Redirection | 3 | Allows the administrator to redirect the user to a page of the administrator's choice each time the user logs in |
| Nomadix-IP-Upsell | 4 | Allows the user to receive a public address from a DHCP pool when the NSE has This feature enabled. |
| Nomadix-Expiration | 5 | Allows the administrator to set an expiration date and time for a user. |
| Nomadix-Subnet | 6 | Specifies which DHCP pool the user should receive their DHCP lease from. |



| Attribute | Integer Value | Description |
|---|---|---|
| Nomadix-MaxBytesUp | 7 | When the number of bytes sent exceeds this value, the user will be logged out of their Radius session. To continue their Internet access the user would have to log in again. |
| Nomadix-MaxBytesDown | 8 | When the number of bytes received exceeds this value, the user will be logged out of their Radius session. To continue their Internet access the user would have to log in again. |
| Nomadix-Session-Terminate-End-Of-Day | 9 | When this attribute is enabled for the user, the NSE will log the user out at midnight. |
| Nomadix-Logoff-Url | 10 | Passed in the Access Request to the Radius server. This is a required attribute for WISPr. Implementation is determined by the property owner. |
| Nomadix-Net-Vlan | 11 | Specifies which vlan number NSE should tag the packets with when going out the network port |
| Nomadix-Config-Url | 12 | The ftp URL that the NSE will use to download its auto-configuration file |
| Nomadix-Goodbye-Url | 13 | The URL that the NSE will redirect the user to after they log out |
| Nomadix-Qos-Policy | 14. | Specifies which QoS policy will be applied to the user. |
| Nomadix-SMTP-Redirect | 17. | Specifies whether or not the user will be redirected to the configured SMTP server. |

ACCESS GATEWAY

| Attribute | Integer Value | Description |
|---|---|---|
| Nomadix-Centralized-Mgmt | 18 | Sets the access for users to the Web Management Interface, Telnet/CLI interface, FTP and the Remote Radius Login test page. |
| Nomadix-Group-Bw-Policy-ID | 19 | The ID for the bandwidth group. |
| Nomadix-Group-Max-Up | 20 | Value (in Kbps) restricts the speed at which uploads for the entire group are performed |
| Nomadix-Group-Max-Down | 21 | Value (in Kbps) restricts the speed at which downloads for the entire group are performed |
| Nomadix-MaxGigaWords-UP | 22 | Allows for volume based sessions greater than 4gig |
| Nomadix-MaxGigaWords-Down | 23 | Allows for volume based sessions greater than 4gig |
| Nomadix-Preferred-WAN | 24 | Either WAN, Eth1, Eth2, Eth3, Eth4, or Eth5 to identify what interface the user will try to send traffic on. |
| Nomadix-Bw-Class-Name | 27 | Class name in dotted notation |
| Nomadix-MaxBytesTotal | 28 | Total amount of traffic up and down for a user before being logged off |
| Nomadix-MaxGigawordsTotal | 29 | Allow more than 4 gig of total traffic to be monitored before logging user off |



ACCESS GATEWAY

# Setting Up the SSL Feature

This section describes how to set up the Access Gateway's SSL feature.

### Prerequisites

- You should be a business that is qualified to obtain an SSL secure server ID from different Certificate Authorities (CAs), such as VeriSign. The Certificate Authority sets this qualification criterion.

- You will need to generate your own Private Key and Certificate Signing Request (these instructions are provided below).

- You must obtain your own Signed Public Key from the Certificate Authority. The selected Certificate Authority should be commonly supported in the subscribers' browser. We recommend that you use VeriSign (all instructions in this document are based on obtaining a key from VeriSign). Please contact Nomadix Technical Support if you want to use a different Certificate Authority.

For Nomadix technical support, go to "Contact Information" on page 347.

### Obtain a Private Key File (cakey.pem)

To create a Private Key File, you must install OpenSSL on your Windows 9x or NT operating system on a PC with Internet access.

#### Requirements for Certificate Signing Request (CSR) and Key Generation

- Cygwin and OpenSSL application installed on Windows 9x or NT.

- 5 large random files residing on the workstation (large compressed log files recommended by VeriSign). These files are put in as file1:file2:file3:file4:file5 in the key generation command.

#### Downloading Cygwin

There are several sources for obtaining "Cygwin" to install OpenSSL. One popular source is: http://sources.redhat.com/cygwin/.

 *Nomadix used Cygwin version 1.3.2 for generating this section of the User Guide.*

ACCESS GATEWAY 

## *Installing Cygwin and OpenSSL on a PC*

 *The example in this document is based on downloading the software with Netscape 4.75.*

The procedure starts from the *Cygwin Net Release Setup Program* screen:



Click on the **Next** button.

The following screen appears:



Click on the **Next** button to display the next setup screen.



---



ACCESS GATEWAY

Click on the **Next** button to display the next setup screen.



Click on the **Next** button to display the next setup screen.



Click on the **Next** button to display the next setup screen.





ACCESS GATEWAY

Select a location and click on the **Next** button.

 *For the purposes of this document, Nomadix used: ftp://planetmirror.com.*

In the following screens, please skip all packages except "cygwin" and "openssl," then click on the Next when you are done.

 *At the time of this writing, there are more than 70 packages to install. Please ensure that you "skip" all of them except the two packages mentioned above.*





ACCESS GATEWAY

Click on the **Next** button to start the "download" process. Wait for the download process to complete.



Click on the **Next** button to start the "install" process. Wait for the install process to complete.



There will be a pop-up dialog to inform you that the installation process is completed. At the pop-up dialog, click on the **OK** button.

### Private Key Generation

Create a directory from Root and put 5 random files, **a.dat**, **b.dat**, **c.dat**, **d.dat**, and **e.dat** (see note) into the C:\cygwin\bin\ directory (or the directory where you installed openssl.exe).

 *These random files can be any file type, such as Word, Excel, etc. Change the files to .dat files (shown above). All files must follow the DOS naming format (maximum 8 characters).*

ACCESS GATEWAY

Run the "command" prompt from Windows, then click on the **OK** button.





Go to the c:\cygwin\bin\ directory and run the following command:

>openssl genrsa -rand file1:file2:file3:file4:file5 1024 > cakey.pem

The following table provides an explanation of the command elements:



ACCESS GATEWAY

| openssl | "openssl" command. |
| --- | --- |
| genrsa | A parameter for "openssl" to generate an RSA key. |
| Rand | A parameter for "openssl" to generate a random number from the files list. |
| file1:file2…:file5 | These five large random files are residing on the workstation (large compressed log files recommended by VeriSign). These files are entered in the key generation command as file1:file2:file3:file4:file5 |
| > | Output to. |
| cakey.pem | The file that contains the private key. You must have the file name "cakey.pem" to be used in the Access Gateway. |

Because there is a parameter buffer size limitation of the "openssl" command, the argument length should not have more than 80 characters.

If you are creating multiple keys, please output them into different directories and save them as different names. However, if you are saving them as different names, you must change the names back to "cakey.pem" when trying to FTP to the Access Gateway.

 *Do not include "-des3" option to keep the private key in an unencrypted form.*



Here is the output of cakey.pem:

```
-----BEGIN RSA PRIVATE KEY-----
MIICXAIBAAKBgQCf/oRXNthhvRhOSy9o/PFHdgyahbeIFtvUZ2eX6jghhVfm/FYU
TXupzPo4IWggwzITQpnzVj2xUWVkr4Dogdw22yU8qiKb1GtIItWfgOcVOaxgP6GM
PAaDIth2d8xxVVGyHeYkt98FCif6yDwcH9EfRMfYgRxvIVnFrctbxR+G/wIDAQAB
AoGAP+1oX5iweMOfixkLhn2awpzuiEdpf9zyVTpD8DVL3Ej1SHwGwPH8uWoHiKoA
eybDOWLhNJN+7vzA8KwXa8+Ha8NzFgFPrh41fDo+RuoGPtcyUo8OSj24h8PsSshN
UYkeDSAcZWrEyqXOX5nce43b0QGEe4VV/8xEmUCbwz7u1OECQQDUZ8gqkdmj43Y6
OqbPLWtauF+yf4SU7zC49m2pQhvDsaAL2+K5dA7Fm5NpNfYaUVkhHpT+LZO/gLyz
A12fGEjvAkEAwNTxYDTZICtGJoXh9goN+PI1pfnMQJb3GWx2d4Lx7OZq+UqXBBYD
KqGpv9jK51/+Kd1DV1awWD5hSUI4I18C8QJAdHwZ7SahadyjiNmDg5kQB+eXK8f9
CMSIPtd+WlWT7mVqNTa4hyYbt8lTNV7Pga1dKOmhoieSoHJUigNhHo/t5wJAYzuy
U64epn1ehmiTlggq1JgYY8efIwYNd1nnxSzvztfs6QlHmeSyEHhNYNrx4Av4QhcJ
lh7adS705bxcIuP+IQJBAM5CE/vzwfF48Wqoiff2jcc6wH85j2Sbzs45nWE8FFiv
r4Wm55vA2RDO+fom832CwwPPqUin95Y6tz/ZLzddG9g=
-----END RSA PRIVATE KEY-----
```

### *Create a Certificate Signing Request (CSR) File*

Run the following command to generate the certificate signing request:

>openssl req -new -key cakey.pem > server.csr

```
 C:\WINNT\System32\command.com                                    _ □ X
e is 65537 (0x10001)

C:\CYGWIN\BIN>openssl req -new -key cakey.pem > server.csr
Using configuration from /usr/ssl/openssl.cnf
You are about to enter information that will be incorporated
into your certificate request.
What you are about to enter is what is called a Distinguished Name or a DN.
There are quite a few fields but you can leave some blank
For some fields there will be a default value,
If you enter '.', the field will be left blank.
-----
Country Name (2 letter code) [AU]:US
State or Province Name (full name) [Some-State]:California
Locality Name (eg, city) []:Westlake Village
Organization Name (eg, company) [Internet Widgits Pty Ltd]:Nomadix
Organizational Unit Name (eg, section) []:Engineering
Common Name (eg, YOUR name) []:testssl.nomadix.com
Email Address []:techsupport@nomadix.com

Please enter the following 'extra' attributes
to be sent with your certificate request
A challenge password []:
An optional company name []:

C:\CYGWIN\BIN>
```



The following table provides an explanation of the command elements:

| | |
|---|---|
| openssl | "openssl" command |
| req | A parameter for creating a request |
| new | Defining a "new" request … |
| key | … from private key |
| > | Output to … |
| server.csr | … the output file |

Fill in your company information. If "States" or "Province" names do not exist in your country, please repeat the "Locality Name."

The "Common Name" is the name used in the Access Gateway->AAA->SSL Certificate Domain Name. The Common Name in the Public Key must match the SSL Certificate Domain Name in the Web Management Interface of the Access Gateway (refer to the Access Gateway setup information later in this document).

Here is the output of server.csr:

```
-----BEGIN CERTIFICATE REQUEST-----
MIIB7DCCAVUCAQAwgasxCzAJBgNVBAYTAlVTMRMwEQYDVQQIEwpDYWxpZm9ybmlh
MRkwFwYDVQQHExBXZXXNObGFrZSBWaWxsYWdlMRAwDgYDVQQKEwdOb21hZG14MRQw
EgYDVQQLEwtFbmdpbmVlcmluZzEcMBoGA1UEAxMTdGVzdHNzbC5ub21hZG14LmNv
bTEmMCQGCSqGSIb3DQEJARYXdGVjaHN1cHBvcnRAbm9tYWRpeC5jb2OwgZ8wDQYJ
KoZIhvcNAQEBBQADgY0AMIGJAoGBAJ/+hFc22GG9GE5LL2j88Ud2DJqFt4gW29Rn
Z5fqOCGFV+b8VhRNe6nM+jghaCDDMhNCmfNUPbFRZWSvgOiB3BnbJTyqIpvUaOgi
1Z+DRxXRrGA/oYw8BoMi2Fl3zHFVUbId5iS33wUKJ/rIPBwfOR9Ex9iBHG8hWcWt
y1vFH4b/AgMBAAGgADANBgkqhkiG9w0BAQQFAAOBgQA2Sey1BiO1d4oOPOzY6LBE
CqliHv2L1st2cBJG6UkfyfyA/cvReA8COOFMWR3mRHFvf1EbS9Q9G+Ff22Noz62m
RASOQCIPyiddbxV58uqNsshfUNPIucyeL3dOndF3Ow75BL8cJip6nt/YtK4fnUUt
n7zDKpZChyl9G/zYME4NQw==
-----END CERTIFICATE REQUEST-----
```

### *Create a Public Key File (server.pem)*

VeriSign Purchasing Process

The signing process varies by Certificate Authority. Generally, you will need to send a Certificate Signing Request to the Certificate Authority (CA) and the CA will create a public key base on the certificate request.

ACCESS GATEWAY



This is the procedure to get a 40-bit encryption or 128-bit Public Key from VeriSign.

With IE or Netscape, go to www.verisign.com/products/site/index.html.



Select **Buy** for Secure Site Service.





Select **Buy Now** for 40-bit SSL (Secure Server) ID or 128-bit SSL (Global Server) ID.

 *Some older versions of popular browsers only support 40-bit or 56-bit encryption. Since it impossible to forecast the browsers that may be used in a visitor-based network, Nomadix recommends implementing a 40-bit Public Key.*

During the process, VeriSign will ask for your business information and verification. There are several ways to proof the existence of your business. Please follow the instruction from VeriSign carefully. In addition, there is one section about generating a CSR; however, since you have already created the CSR in step 2 with OpenSSL, you can skip the instructions.

CSR Submission to VeriSign:



Please select "Apache Freeware" to submit the CSR to VeriSign. The Certificate Signing Request is in the server.csr (created in the previous step). Open server.csr and copy and paste all data into the edit box.

Select the purchase method and summit the required contact information.

 *For Expedited Service, you will typically be able to get the Public Key by email within two days. For Regular Service, you will typically be able to obtain the key within seven days.*

When you receive an email from VeriSign with "Secure Server ID" (Global Server ID if you create a 128-bit key) that contains the Public Key information, cut and paste the key to paste it into a new file, named server.pem.



ACCESS GATEWAY

The file, "server.pem" will look like this:



You have now finished the process of obtaining a public key.

## Setting Up Access Gateway for SSL Secure Login

FTP the "cakey.pem" and "server.pem" files into the Access Gateway platform's flash directory.

FTP to the Access Gateway by Netscape: ftp://username:password@[Access Gateway Network IP]/flash

Drag and drop the "cakey.pem" and "server.pem" files into the directory.

### Changing Settings in the WMI

To change settings in the Web Management Interface (WMI), go to "Configuration Menu" on page 80.

### *Setting Up the Portal Page*

System administrators can create login button(s) on the Portal Page, and can setup “http” links for regular logins, secure logins, or both. When subscribers enter the Portal Page, they can then choose either a regular login or a secure login. To setup the Portal Page, add the following:

***For Regular Logins:***

http://Access Gateway_ip:1111/usg/login?OS=http://after_login_finished_page.html

***For Secure Logins:***

https://Certificate_DNS_Name:1112/usg/login?OS=http://after_login_finished_page.html

# Mirroring Billing Records

Multiple Access Gateway units can send copies of credit card billing records to a number of external servers that have been previously defined by system administrators. The Access Gateway assumes control of billing transmissions and saving billing records. By effectively "mirroring" the billing data, the Access Gateway can send copies of billing records to predefined "carbon copy" servers.

Additionally, if the primary and secondary servers are down, the Access Gateway can store up to 2,000 credit card transaction records. The Access Gateway regularly attempts to connect with the primary and secondary servers. When a connection is re-established (with either server), the Access Gateway sends the cached information to the server. Customers can be confident that their billing information is secure and that no transaction records are lost.

This document describes the process used by the Access Gateway for mirroring billing records, and is organized into the following sections:

- "Sending Billing Records" on page 337
- "XML Interface" on page 338
- "Establishing Billing Records "Mirroring" {Bill Record Mirroring}" on page 100

## *Sending Billing Records*

When there is a message (billing record) in the message queue, the system "wakes up" and performs the following tasks:

1. Stores the billing record in the flash
2. Create an XML packet, based on the new billing record
3. Send the billing record to the carbon copy server(s)
4. Transmit the data currently stored in the flash, based on the specified retransmission method (round-robin: A-B-A-B, or fail-over: A-A-B-B)

The system stores the billing record in the flash so that the record will not be lost (for example, if the Access Gateway is powered down during transmission attempts.

 *Billing records are sent to the carbon copy server(s) only after the records are placed in the message queue. Carbon copy servers will not receive the records again if a task for retransmitting to the primary or secondary server needs to be performed.*



## *XML Interface*

**XML for the External Server**

The Access Gateway sends a string of XML commands according to specifications. HTTP headers are added to the XML packets that are built, as the billing "mirroring" information is sent to the external server in HTTP compliant XML format. Content-length has also been added to the HTTP post.

The XML string built from the billing mirror record is in the following format:

**Access Gateway to External Server:**

<USG RMTLOG_COMMAND="ADD_REC">

    <REC_NUM>max 4 characters </REC_NUM>

    <USG_ID>max 6 characters </USG_ID>

    <PROPERTY_ID>max 64 characters</PROPERTY_ID>

    <DATE>max 10 characters </DATE>

    <TIME>max 8 characters</TIME>

    <ROOM_NUM>max 20 characters</ROOM_NUM>

    <AMOUNT>max 10 characters</AMOUNT>

    <TRANS_TYPE>max 5 characters </TRANS_TYPE>

</USG>

*Format for each field:*

    REC_NUM:00923 (numbers only, no alpha characters)
    Access Gateway_ID:00020b
    PROPERTY_ID:Any regular string
    DATE:03/30/2001 (mm/dd/yyyy)
    TIME:23:41:38 (24 hour format)
    ROOM_NUM:Any regular string
    AMOUNT:234.34
    TRANS_TYPE:CC
    RESULT_VALUE:OK or ERROR
    IP:Standard IP address format (123.123.123.123)

ACCESS GATEWAY

The packet after the HTTP headers added looks like this:

```
POST  http://testing.com/brm HTTP/1.0
Content-Type: text/xml
Content-Length: 249
Host: 172.168.0.4

<USG COMMAND="ADD_REC">
        <REC_NUM>0000</REC_NUM>
        <USG_ID>012345</USG_ID>
        <PROPERTY_ID>USGII</PROPERTY_ID
>
        <DATE>03/19/2004</DATE>
        <TIME>10:12:56</TIME>
        <ROOM_NUM>5</ROOM_NUM>
        <AMOUNT>1800.00</AMOUNT>
        <TRANS_TYPE>2</TRANS_TYPE>
</USG>
```

***XML to Access Gateway***

The Access Gateway accepts a single line of XML text in the specified format. The XML string is a command sent by the External Server to the Access Gateway product. In this case, the acknowledgement received from the External Server forms the command. The Access Gateway expects the acknowledgement in the following format:

***External Server to Access Gateway:***

<USG COMMAND="RMTLOG_ACK">
    <ACK_VALUE>RESULT_VALUE</ACK_VALUE>
    <IP_ADDR>Server IP</IP_ADDR>
    <ERROR_CODE>ERROR_CODE</ERROR_CODE>
</USG>



***Example of a Positive Acknowledgement:***

```
<USG COMMAND="RMTLOG_ACK">
    <ACK_VALUE>OK</ACK_VALUE>
    <IP_ADDR>11.22.33.44</IP_ADDR>
    <ERROR_CODE>1</ERROR_CODE>
</USG>
```

***Example of a Negative Acknowledgement:***

```
<USG COMMAND="RMTLOG_ACK">
    <ACK_VALUE>ERROR</ACK_VALUE>
    <IP_ADDR>11.22.33.44</IP_ADDR>
    <ERROR_CODE>5</ERROR_CODE>
</USG>
```

***Format for each Field:***

RESULT_VALUE:OK or ERROR

IP:Standard IP format (123.123.123.123)

ERROR_CODE1 for OK, or any other number

 *Please contact Nomadix Technical Support for the complete XML DTD. Refer to "Contact Information" on page 347.*

For more information about Billing Records Mirroring, see also:

- "Billing Records Mirroring" on page 10
- "Establishing Billing Records "Mirroring" {Bill Record Mirroring}" on page 100

# 6

ACCESS GATEWAY

# *Troubleshooting*

This chapter provides information to help you resolve common hardware and software problems. It also contains a list of known error messages associated with the Management Interface.

- General Hints and Tips
- Management Interface Error Messages
- Common Problems

## General Hints and Tips

The Access Gateway is both a hardware device and a powerful software utility. As a hardware computing device, the Access Gateway requires careful handling. It should be positioned in a dust-free and temperature-controlled environment. Never block the unit's ventilation holes, and do not stack with other equipment (unless correctly mounted in a rack). If you suspect the unit is overheating, check that the internal cooling fan is operating correctly. The fan should run freely and silently at all times. The power cord and the UTP patch cables must have an unrestricted path between the unit and their destinations. Ensure that the RJ45 connectors are firmly located in their receptacles. Applying these guidelines should ensure trouble-free operation.



## Management Interface Error Messages

The following table contains the error messages associated with the Management Interface (CLI and Web). All messages are listed alphabetically.

| Error Message | Cause |
|---|---|
| AAA must be enabled before adding a subscriber to the profile database. | You are attempting to add a subscriber profile while AAA is disabled. |
| Command not available "xx" | The system does not recognize your command ("xx" denotes your input). |
| Current settings were not archived. | This message is displayed if you answer "no" when prompted to overwrite the configuration archive file with new settings. |
| Current settings were not changed. | This is either a response to your decision not to change settings, or the message is generated by the system when it fails to locate the data it needs. |
| Error loading factory settings. | The system cannot find the default configuration file when attempting to restore the factory settings. |
| Error occurred, ARP entry not added. | The IP or MAC address is invalid. Ensure that you input the correct format for these fields. |
| NFS client support not included. | This message is displayed when the system reboots and NFS clients are not supported. |
| No matching MAC address found in profile database. | The system could not match the MAC address you defined while attempting to remove a subscriber profile. |
| [not defined] | This is the factory default for some system parameters. |
| The system must be reset to function properly.<br><br>The system must be rebooted to function properly! | You have made changes to the system's configuration that requires you to reboot before your changes become effective. |

ACCESS GATEWAY

| Error Message | Cause |
|---|---|
| Warning: before using this command you must FTP a valid boot image to the flash. | When upgrading the software, the system needs the new boot image file. You must FTP the file from NOMADIX™ to your local hard drive. |
| Warning: no DHCP services are available to subscribers. | This message is displayed because you have disabled both the external DHCP relay and the system's DHCP service. To make DHCP available to subscribers, at least one of these functions must be enabled. |
| "x" is ambiguous. | The system has more than one option it can display. You must provide additional characters to narrow the system's choices down to just one. |
| "xxx" is invalid, enter ... | Your input is not recognized by the system. |



## Common Problems

If you are having problems, you may find the answers here.

| Problem | Possible Cause | Solution |
|---------|---------------|----------|
| When using the internal AAA login Web server, you cannot communicate with Authorize.Net. | The internal AAA login server communicates with Authorize.Net on a specified port which is not enabled within the company's firewall. | Enable communications with Authorize.Net on port 1111. |
| When a subscriber who is enabled with DHCP logs onto the system, they are not assigned an IP address. | The DHCP relay is enabled with an incorrect IP address for the external DHCP server. | Check the IP address for the external DHCP server. If necessary, test the communication with the "ping" command. |
| | The DHCP relay is enabled with the correct IP address for the external DHCP server, but the DHCP server is misconfigured. | Check the external DHCP server settings (for example, is it configured to a routable class of IP addresses? Are there enough IP address specified? If you specified a subnet, is it correct?). If you suspect the subnet, try using 255.255.255.0 |
| | The DHCP relay is disabled and the DHCP service settings in the Access Gateway are misconfigured. | Check the internal DHCP service settings. |
| Subscribers are unable to route to a domain name, but they can route to an IP address. | The DNS server settings are misconfigured. | Check the DNS settings (host, domain, and the primary, secondary, and tertiary DNS). |
| | The DNS server is down. | Check with the service provider. Is the DNS server down? |

ACCESS GATEWAY

| Problem | Possible Cause | Solution |
|---------|----------------|----------|
| When a subscriber logs in for the first time, their browser is not redirected to the specified home page. | Home page redirection is not enabled in the Access Gateway. | Enable home page redirection. |
| | The home page URL was entered into the Access Gateway incorrectly. | Re-enter the correct URL. |
| | The server that hosts the home page is down, or the service provider (if different from the host) is not able to route to your page. | Check that the server is operational and that the home page can be accessed through your service provider (if different). |
| | DNS is misconfigured in the Access Gateway. | Check the DNS settings (host, domain, and the primary, secondary, and tertiary DNS). |



*This page intentionally left blank.*

ACCESS GATEWAY

# A

# *Appendix A: Technical Support*

We have tried to ensure that you get the most up-to-date information available about the Access Gateway, and we hope this User Guide has met all your operational and performance needs. However, we understand that occasionally you may run into problems that require additional technical support.

"Troubleshooting" on page 341 provides some basic troubleshooting information and procedures that will help you to diagnose and solve your problem (if the problem is related to the Access Gateway). Additionally, you should check with your network documentation to verify that the network components are functioning correctly.

If you cannot resolve the problem with your documentation resources, try visiting our corporate Web site. We may have new information posted here that addresses your issues.

If you are still having problems, our friendly and experienced technical support team is always ready to assist you.

 *When contacting technical support, please have your Access Gateway's serial number available. The serial number is located on the bottom panel of your Access Gateway.*

## Contact Information

You can contact us by Email, fax, telephone, or regular mail.

*Telephone*

++1.818.575.2590

*E-mail*

support@nomadix.com

*Fax*

++1.818.597.1502

*Address*

Nomadix, Inc.
30851 Agoura Rd, Suite 102
Agoura Hills, CA 91301
USA
Attn: Technical Support



*This page intentionally left blank.*

# B

# *Appendix B: Glossary of Terms*

**802.11x**
Refers to a family of specifications developed by the IEEE for wireless LAN technology. 802.11 specifies an over-the-air interface between a wireless client and a base station, or between two wireless clients. The IEEE accepted the specification in 1997. There are several specifications in the 802.11 family:

**802.11**
Applies to wireless LANs and provides 1 or 2 Mbps transmission in the 2.4 GHz band using either Frequency Hopping Spread Spectrum (FHSS) or Direct Sequence Spread Spectrum (DSSS).

**802.11a**
An extension to 802.11 that applies to wireless LANs and provides up to 54 Mbps in the 5GHz band. 802.11a uses an Orthogonal Frequency Division Multiplexing (OFDM) encoding scheme rather than FHSS or DSSS.

**802.11b**
(also referred to as 802.11 High Rate or Wi-Fi™) An extension to 802.11 that applies to wireless LANs and provides 11 Mbps transmission (with a fallback to 5.5, 2 and 1 Mbps) in the 2.4 GHz band. 802.11b uses only DSSS. 802.11b was a 1999 ratification to the original 802.11 standard, allowing wireless functionality comparable to Ethernet.

**802.11g**
Applies to wireless LANs and provides 20+ Mbps in the 2.4 GHz band.

**802.1Q**
An IEEE standard for providing a virtual LAN capability within a campus network. 802.1Q establishes a standard format for frame tagging (Layer 2 VLAN markings), enabling the creation of VLANs that use equipment from multiple vendors.

**10/100 Ethernet**
See Ethernet.

**AAA**
(Authentication, Authorization, and Accounting) A combination of commands used by Nomadix Gateways to authenticate, authorize, and subsequently bill subscribers for their use of the customer's network. When a subscriber logs into the system, their unique MAC address is placed into an authorization table. The system then authenticates the subscriber's MAC address and billing information before allowing them to access the Internet and make online purchases. See also, MAC Address.

**Access Concentrator**
A type of multiplexer that combines multiple channels onto a single transmission medium in such a way that all the individual channels can be simultaneously active. For example, ISPs use concentrators to combine their dial-up modem connections onto faster T-1 lines that connect to the Internet. Concentrators are also used in Local Area Networks (LANs) to combine transmissions from a cluster of nodes. In this case, the concentrator is often called a hub.

**Access Router**
A router at a customer site, which connects to the network service provider. Also known as a Customer Premises Equipment (CPE) router. See also, Router.



**ACK**

(ACKnowledgment) If all the transmitted data is present and correct, the receiving device sends an ACK signal, which acts as a request for the next data packet.

**Adaptive Configuration Technology**

A Nomadix, Inc. patented technology that enables Dynamic Address Translation. See also, DAT.

**ad-hoc mode**

An 802.11x networking framework in which devices or stations communicate directly with each other, without the use of an Access Point (AP). Ad-hoc mode is also referred to as peer-to-peer mode, or an Independent Basic Service Set (IBSS). Ad-hoc mode is useful for establishing a network where wireless infrastructure does not exist or where services are not required.

**ADSL**

(Asynchronous Digital Subscriber Line) A method for moving data at high speed over regular phone lines.

**AP**

(Access Point) A hardware device or a computer's software that acts as a communication hub for users of a wireless device to connect to a wired LAN. APs are important for providing heightened wireless security and for extending the physical range of service a wireless user has access to.

**ARP**

(Address Resolution Protocol) Used to dynamically bind a high level IP address to a low level physical hardware address. ARP is limited to a single physical network that supports hardware broadcasting.

**ATM**

(Asynchronous Transfer Mode) A network technology based on transferring data in "cells" or packets of a fixed size (53 bytes each). The cell used with ATM is relatively small compared to units used with older technologies. The small, constant cell size allows ATM equipment to transmit video, audio, and computer data over the same network, and assures that no single type of data monopolizes the line. ATM can offer multi-gigabit bandwidth. See also, Bandwidth and Packet.

**Bandwidth**

The maximum speed at which data can be transmitted between computers across a network, usually measured in bits per second (bps). If you think of the communication path as a water pipe, the bandwidth represents the width of the pipe which consequently determines how many gallons of water can flow through it at any given time. See also, Broadband.

**Beacon Interval**

The frequency interval of the beacon, which is a packet broadcast by a router to synchronize a wireless network.

**Broadband**

A high speed data transmission medium capable of supporting a wide range of varying frequencies. Broadband can carry multiple signals at fast rates of speed by dividing the total capacity of the medium into multiple, independent bandwidth channels, where each channel operates only on a specific range of frequencies. See also, Bandwidth.

**BSS**

(Basic Service Set) See infrastructure mode.

**Carrier frequency**

A frequency in a communications channel modulated to carry analog or digital signal information. For example, an FM radio transmitter modulates the frequency of a carrier signal and the receiver processes the carrier signal to extract the analog information. An AM radio transmitter modulates the amplitude of a carrier signal.

**CoS**

(Class of Service) A category based on the type of user, type of application, or some other criteria that QoS systems can use to provide differentiated classes of service. The characteristics of the CoS may be appropriate for high throughput traffic, for traffic with a requirement for low latency, or simply for best effort. The QoS experienced by a particular flow of traffic will be dependent on the number and type of other traffic flows admitted to its class. See also, QoS.

**Daemon**

A program that runs continuously in the background, or is activated by a particular event (for example, an error may trigger Syslog). The word daemon is Greek for "spirit" or "soul." See also, SYSLOG.

**DAT**

(Dynamic Address Translation) Nomadix Gateways provide "plug-and-play" access to subscribers who are misconfigured with static (permanent) IP addresses, or subscribers that do not have DHCP functionality on their computers. DAT is a Nomadix, Inc. patented technology that allows all users to obtain network access, regardless of their computer's network settings. See also, DHCP.

**DHCP**

(Dynamic Host Configuration Protocol) A standard method for assigning IP addresses automatically to devices connected on a TCP/IP network. When a new device connects to the network, the DHCP server assigns an IP address from a list of its available addresses. The device retains this IP address for the duration of the session. When the device disconnects from the network, the IP address becomes available for reassignment to another device. See also, Dynamic IP Address, IP Address, Static IP Address, and TCP/IP.

**DNS**

(Domain Name System) A system that maps meaningful domain names with complex numeric IP addresses. See also, Domain Name and IP Address.

**Domain Name**

A unique and meaningful name representing each addressable computing device on a dynamic network (for example, the Internet). Some devices have more than one domain name. When a user types a domain name, requesting a connection to the device, DNS converts the domain name into a numeric IP address. The location of the device on the network is known by its IP address. WWW.YAHOO.COM is an example of a commercial domain name on the World Wide Web. See also, DNS, Internet, and IP Address.

**Driverless Print Servers**

Servers that can bill subscribers' rooms for printing their documents without them having to install printers. See also, Print Billing Command.

**DSSS**

(Direct Sequence Spread Spectrum) One of two types of spread spectrum radio—the other being Frequency Hopping Spread Spectrum (FHSS). DSSS is a transmission technology used in WLAN transmissions where a data signal at the sending station is combined with a higher data rate bit sequence, or "chipping" code, that divides the user data according to a spreading ratio. The chipping code is a redundant bit pattern for each bit that is transmitted, which increases the signal's resistance to interference. If one or more bits in the pattern are damaged during transmission, the original data can be recovered due to the redundancy of the transmission.

**DTIM**

(Delivery Traffic Indication Message) A message included in data packets that can increase wireless efficiency.



**Dynamic IP Address**

A temporary IP address that is assigned by the DHCP server to a device. Devices retain dynamic IP addresses only for the duration of their networking session. When a device disconnects from the network, the IP address is recaptured by the DHCP server and becomes available for reassignment to another device. See also, DHCP, IP Address, IP Address Translation, Static IP Address, and Translation.

**EAP**

(Extensible Authentication Protocol) An extension to PPP. EAP is a general protocol for authentication that also supports multiple authentication methods (for example, public key authentication and smart cards). IEEE 802.1x specifies how EAP should be encapsulated in LAN frames. In wireless communications using EAP, a user requests connection to a WLAN through an AP, which then requests the identity of the user and transmits that identity to an authentication server such as RADIUS. The server asks the AP for proof of identity, which the AP gets from the user and then sends back to the server to complete the authentication.

**ECommerce**

A business venture between a supplier and its customers using online services (for example, the Internet). Both parties use online services to conduct business transactions. Transactions may include generating orders, invoices, and payments, and submitting inquiries. Also known as *Enterprise*.

**ESS**

(Extended Service Set) See infrastructure mode.

**Ethernet**

A Local Area Network (LAN) protocol developed by Xerox Corporation in cooperation with DEC and Intel in 1976. Ethernet uses a bus or star topology and supports data transfer rates of 10 Mbps. The Ethernet specification served as the basis for the IEEE 802.3 standard, which specifies the physical and lower software layers. Ethernet is one of the most widely implemented LAN standards. A newer version of Ethernet, called 100Base-T (or Fast Ethernet), supports data transfer rates of 100 Mbps. The latest version, Gigabit Ethernet, supports data rates of 1 Gigabit (1,000 Mbps) per second. See also, Mbps.

**Fast Ethernet**

See Ethernet.

**FCC**

(Federal Communications Commission) US wireless regulatory authority. The FCC was established by the Communications Act of 1934 and is charged with regulating Interstate and International communications by radio, television, wire, satellite and cable.

**FDM**

(Frequency Division Multiplexing) A multiplexing technique that uses different frequencies to combine multiple streams of data for transmission over a communications medium. FDM assigns a discrete Carrier frequency to each data stream and then combines many modulated carrier frequencies for transmission. For example, television transmitters use FDM to broadcast several channels at once.

**FHSS**

(Frequency Hopping Spread Spectrum) One of two types of spread spectrum radio—the other being Direct-Sequence Spread Spectrum (DSSS). FHSS is a transmission technology used in WLAN transmissions where the data signal is modulated with a narrowband carrier signal that "hops" in a random but predictable sequence from frequency to frequency as a function of time over a wide band of frequencies. The signal energy is spread in time domain rather than chopping each bit into small pieces in the frequency domain. This technique reduces interference because a signal from a narrowband system will only affect the spread spectrum signal if both are transmitting at the same frequency at the

same time. If synchronized properly, a single logical channel is maintained. The transmission frequencies are determined by a "spreading" or "hopping" code. The receiver must be set to the same hopping code and must listen to the incoming signal at the right time and correct frequency in order to properly receive the signal. Current FCC regulations require manufacturers to use 75 or more frequencies per transmission channel with a maximum dwell time (the time spent at a particular frequency during any single hop) of 400 ms.

**Flash Memory**

A special type of EEPROM (Electrically Erasable Programmable Read Only Memory) that can be erased and reprogrammed in blocks instead of one byte at a time. Many modern PCs have their BIOS stored on a flash memory chip so that it can easily be updated. Such a BIOS is sometimes called a flash BIOS. Flash memory is also popular in modems because it enables the modem manufacturer to support new protocols as they become standardized.

**Forwarding Rate**

The maximum rate at which 64K packets can be delivered to their destination. See also, Packet, Packet Switching Network, pps, and Throughput.

**Fragment Length (Fragmentation)**

Breaking a packet into smaller units when transmitting over a network medium that cannot support the original size of the packet. The fragment length value should remain at its default setting unless you experience a high packet error rate. Setting the fragment length too low may result in poor performance.

**FTP**

(File Transfer Protocol) A standard protocol used for copying and moving files quickly, efficiently, and securely across public and private networks. An FTP site is one where files are available for downloading and uploading. FTP sites usually require a secure login (name and password) to gain access.

**Gateway**

Any device that provides a seamless connection between otherwise incompatible systems.

**Gopher**

A computer program, and an accompanying data transfer protocol, for reading information that has been made available to the public on the Internet. Gopher is gradually being superseded by HTML.

**Home Page**

Usually the first page users see when they visit a Web site (if they address the home page's URL). A well constructed Web site will normally consist of a home page that provides a clear and concise overview of the entire Web site, together with the tools for accessing other pages and topics quickly and efficiently. In this case, the home page is the "portal" to the Web site. See also, Portal and URL.

**Host**

Any computer that provides services to other computers that are linked to it by a network. Generally, the host is the more remote of the computers. For example, if a user in California accesses a computer in New York, the computer in New York is considered the host.

**HPR**

(Home Page Redirection) Nomadix Gateways enable solution providers to redirect subscribers to a "portal" home page of their choice. This allows the solution provider to generate online advertising revenues and increase business exposure. See also, Home Page.

**HTML**

(HyperText Markup Language) The programming language used to create hypertext documents for use on the Internet. See also, HTTP, Hypertext, and Internet.



**HTTP**

(HyperText Transfer Protocol) The standard method used for publishing hypertext documents in HTML format on the Internet. See also, HTML and Internet.

**Hypertext**

Electronic documents that are structured to enable readers to go directly to the source of the information they need by following directional links (unlike books which are generally read sequentially). Web pages and help file are examples of hypertext documents.

**ICMP**

(Internet Control Message Protocol) A standard Internet protocol that delivers error and control messages from hosts to message requesters. An ICMP echo test can determine whether a target destination is reachable. An ICMP echo test is also called a ping. See also, Ping.

**IEEE**

(Institute of Electrical and Electronics Engineers) Founded in 1884, the IEEE is an organization composed of engineers, scientists, and students. The IEEE is best known for developing standards for the computer and electronics industry. In particular, the IEEE 802 standards for Local Area Networks are widely followed.

**iNAT™**

(Intelligent Network Address Translation) Nomadix' iNAT™ feature creates an intelligent mapping of IP addresses and their associated VPN tunnels allowing multiple tunnels to be established to the same VPN server—creating a seamless connection for all the users at the public-access location.

**infrastructure mode**

An 802.11x networking framework in which devices communicate with each other by first going through an Access Point (AP). In infrastructure mode, wireless devices can communicate with each other or can communicate with a wired network. When one AP is connected to a wired network and a set of wireless stations it is referred to as a Basic Service Set (BSS). An Extended Service Set (ESS) is a set of two or more BSSs that form a single subnetwork. Most corporate wireless LANs operate in infrastructure mode because they require access to the wired LAN in order to use services such as file servers or printers. See also, ad-hoc mode.

**Internet**

Originally developed by the U.S. Defense Department, the Internet is now a global collection of networks that transfer information between each other using the Internet Protocol (IP). Additionally, the Internet carries the hypertext system commonly known as the World Wide Web. See also Hypertext and Internet Protocol.

**Internet Protocol**

The global standard used to regulate data transmissions between computers and the Internet. Data is broken up into packets which are then sent over the network. By using IP addressing, Internet Protocol ensures that the data reaches its destination, even though different packets may pass through different networks to get to the same location. See also, Internet and IP Address.

**Internet Service Provider**

The agency that provides you with access to the Internet. Your Internet Service Provider (ISP) may be a large commercial organization (for example, America Online) or, if you access the Internet via your employer, then your employer is your Internet Service Provider. See also, Internet.

**Intranet**

A network confined to a single organization (but not necessarily a single site). Usually thought of as a corporate mini Internet.

**IP**

See Internet Protocol.

ACCESS GATEWAY

**IP Address**

The numeric address of a device, in the format used on the Internet. The actual numeric value takes the form of a 32-bit binary number broken up into four 8-bit groups, with each group separated by a period (for example, 198.43.7.85). To make it easier for the user, the IP address is mapped to a meaningful domain name. IP addresses can be static (permanent) or dynamic (assigned each time you connect). See also, Domain Name, Dynamic IP Address, Internet Protocol, and Static IP Address.

**IP Address Translation**

Nomadix Gateways use adaptive configuration technology which can accommodate all network configurations, including dynamic and static IP address assignments. This enables it to solve IP addressing problems in environments where the service provider does not have control over the subscriber's network settings. Whenever a subscriber logs on, your Nomadix Gateway automatically translates their computer's network settings to provide them with seamless access to the broadband network. Subscribers no longer need to alter their computer's settings. See also, Dynamic IP Address, IP Address, and Static IP Address.

**ISDN**

(Integrated Services Digital Network) An international communications standard for sending voice, video, and data over digital telephone lines or normal telephone wires. ISDN supports data transfer rates of 64 Kbps (64,000 bits per second).

**ISP**

See Internet Service Provider.

**LAWN**

(Local Area Wireless Network) A type of Local Area Network that uses high-frequency radio waves rather than wires to communicate between nodes. Also referred to as WLAN. See also, Node.

**LDAP**

(Lightweight Directory Access Protocol) Directories containing information such as names, phone numbers, and addresses are often stored on a variety of incompatible systems. LDAP provides a simple protocol that allows you to access and search these disparate directories over the Internet. LDAP is commonly used for online billing applications.

**MAC Address**

(Media Access Control) The hardware address that uniquely identifies each node of a network. In IEEE 802 networks, the Data Link Control (DLC) layer of the OSI Reference Model is divided into two sub layers – the Logical Link Control (LLC) layer and the Media Access Control (MAC) layer. The MAC layer interfaces directly with the network media. Consequently, each type of network media requires a different MAC layer. On networks that do not conform to the IEEE 802 standards but do conform to the OSI Reference Model, the node address is called the Data Link Control (DLC) address.

**Mbps**

(Megabits per second) A standard measure for data transmission speeds (for example, the rate at which information travels over the Internet). 1 Mbps denotes one million bits per second. Several factors can influence how quickly data travels, including modem speed, bandwidth capacity, and Internet traffic levels at the time of transmission. Not to be confused with MegaBytes per second (MBps). See also, Throughput.

**MIB**

(Management Information Base) A set of parameters an SNMP management station can query or establish in the SNMP agent of a network device (for example, a router). Standard minimal MIBs have been defined, and vendors often have their own private enterprise MIBs. In theory, any SNMP manager can talk to any SNMP agent with a properly defined MIB. See also, SNMP.



**Misconfigured User**

A Nomadix, Inc. term used to describe users who have IP address configurations that are different from the current network. For example, if the current network is 123.45.67.89 but the user's IP address is 10.10.10.15, then this user is considered to be "misconfigured."

**NAT**

(Network Address Translation) An Internet standard that enables a Local Area Network (LAN) to use one set of IP addresses for internal traffic and a second set of IP addresses for external traffic. A NAT box located where the LAN meets the Internet performs all the necessary IP address translations. NAT provides a type of firewall by hiding its internal IP addresses. Additionally, NAT enables companies to use more internal IP addresses (because the addresses are only used internally and there's no possibility of conflicting with IP addresses used by other companies). NAT also allows companies to combine multiple ISDN connections into a single Internet connection. See also, ISDN.

**Node**

An addressable point on a network. A node can connect a computer system, a terminal, or various peripheral devices to the network. Each node on a network has a distinct name. On the Internet, a node is a host computer with a unique domain name and IP address. See also, Domain Name and IP Address.

**NTP**

(Network Time Protocol) An Internet standard protocol (built on top of TCP/IP) that assures accurate synchronization (to the millisecond) of computer clock times in a network of computers. Based on UTC, NTP synchronizes client workstation clocks to the U.S. Naval Observatory master clocks. Running as a continuous background client program on a computer, NTP sends periodic time requests to servers, obtaining server time stamps and using them to adjust the client's clock.

**OFDM**

(Orthogonal Frequency Division Multiplexing) An FDM modulation technique for transmitting large amounts of digital data over a radio wave. OFDM works by splitting the radio signal into multiple smaller sub-signals that are then transmitted simultaneously at different frequencies to the receiver. OFDM reduces the amount of crosstalk in signal transmissions. 802.11a WLAN technology uses OFDM.

**OSPF**

(Open Shortest Path First) This routing protocol was developed for IP networks based on the shortest path first or link-state algorithm. Routers use link-state algorithms to send routing information to all nodes on a network by calculating the shortest path to each node based on a topography of the Internet constructed by each node. Routers send that portion of the routing table (keeping track of routes to particular network destinations) that describes the state of its own links, and it also sends the complete routing structure (topography). The advantage of shortest path first algorithms is that they result in smaller more frequent updates everywhere. They converge quickly, thus preventing such problems as routing loops and count-to-infinity (when routers continuously increment the hop count to a particular network). This makes for a stable network. OSPF (version 2) is defined in RFC 1583 and is rapidly replacing RIP on the Internet as the preferred routing protocol. See also, RFC and Router.

**Packet**

How data is distributed over the Internet. A packet contains the source and destination addresses, as well as the data. An ethernet packet is normally 1,518 bytes. In IP networks, packets are often called datagrams. See also, Forwarding Rate, Packet Switching Network, pps, and Throughput.

**Packet Switching Network**

Refers to protocols in which messages are divided into packets before they are sent. Each packet is then transmitted individually and can even follow different routes to its destination. Once all the packets forming a message arrive at its destination, they are recompiled into the original message. Most modern Wide Area Network (WAN) protocols, including TCP/IP, X.25, and Frame Relay, are based on packet-switching technologies. By contrast, normal telephone services use a circuit-switching technology in which a dedicated line is allocated for transmission between two parties. Circuit-switching is ideal for fast data transmissions where the data must arrive in the same order in which it is sent. This is the case with most real-time data, such as live audio and video. Packet switching is more efficient and robust for data that can withstand some delays in transmission, such as e-mail messages and Web pages. See also, Forwarding Rate, Packet, pps, and Throughput.

**PDF**

(Portable Document Format) A type of file format developed by Adobe Systems© that displays documents identically on any computer system. PDF files retain their original formatted design, unlike HTML documents which adjust the format depending on the users viewing medium (for example, monitor size).

**Ping**

(Packet INternet Groper) A program that transmits a signal to a host and expects a response within a predetermined time. This is useful when troubleshooting network transmission problems. See also, ICMP.

**Portal**

A portal is a Web site. The portal consists of a collection of links to the most popular Web services on the Internet. Generally speaking, a portal is a door to the Internet. See also, Internet.

**PPP**

(Point-to-Point Protocol) PPP has superseded SLIP as the standard protocol for serial data communications over the Internet. See also, SLIP.

**pps**

(packets per second) The rate at which packets are delivered to their destination. See also, Forwarding Rate, Packet, and Packet Switching Network.

**PPTP**

(Point-to-Point Tunneling Protocol) Developed jointly by Microsoft Corporation, U.S. Robotics, and several remote access vendor companies, known collectively as the PPTP Forum, PPTP is a new technology used for creating Virtual Private Networks (VPNs). Because the Internet is essentially an open network, PPTP is used to ensure that messages transmitted from one VPN node to another are secure. PPTP allows users to dial in to their corporate networks via the Internet. See also, Internet, Tunneling, and VPN.

**Preamble**

In wireless networks, part of the wireless signal that synchronizes network traffic.

**Print Billing Command**

Authentication, Authorization and Accounting configuration that allows the NSE to support Driverless Print servers that can bill subscribers' rooms for printing their documents without them having to install printers.

**Profile**

An electronic file that defines how subscribers normally interact with the service provider's network.



**Protocol**

A standard process consisting of a set of rules and conditions that regulates data transmissions between computing devices. Some examples of protocols include HTTP (HyperText Transfer Protocol), FTP (File Transfer Protocol), TCP/IP (Transmission Control Protocol/Internet Protocol), and POP (Post Office Protocol). All these protocols are responsible for regulating the transmission of their specific data file types.

**QoS**

(Quality of Service) A collective measure of the level of service delivered to the customer. QoS can be characterized by several basic performance criteria, including availability (low downtime), error performance, response time and throughput, lost calls or transmissions due to network congestion, connection set-up time, and the speed of fault detection and correction. Service providers may guarantee a particular level of QoS (defined by a service level agreement) to their subscribers. QoS-enabled hardware and software solutions sort and classify IP packet requests into different traffic classes and allocate the proper resources to direct traffic based on various criteria, including application type, user or application ID, source or destination IP address, time of day, and other user-specified variables. See also, CoS and ToS.

**RADIUS**

(Remote Authentication Dial-In User Service) An authentication and accounting system used by many Internet Service Providers (ISPs). When you dial in to the ISP you must enter your username and password. This information is passed to a RADIUS server which checks that the information is correct and then authorizes access to the ISP system.

**RFC**

(Request for Comments) A series of notes about the Internet, started in 1969 (when the Internet was the ARPANET). An RFC note can be submitted by anyone. Each RFC is designated by an RFC number. Once published, an RFC never changes. Any modifications to an original RFC are assigned a new RFC number.

**Roaming**

In wireless networking, roaming refers to the ability to move from one AP coverage area to another without interruption in service or loss in connectivity.

**Round Robin Queuing**

An algorithm that services each queue in a predefined sequence. For example, it might empty 1,500 bytes apiece from queue 1 (high priority), queue 2 (medium priority), and queue 3 (low priority), servicing each in turn.

**Router**

A hardware device that connects two or more networks and routes the incoming data packets to the appropriate network.

**RTS (Length)**

(Request to Send) A packet sent when a computer has data to transmit. The computer will wait for a CTS (Clear To Send) message before sending data. The RTS Length value should remain at its default setting unless you encounter inconsistent data flow. Only minor modifications to this value are recommended

**SLIP**

(Serial Line Internet Protocol) SLIP is a standard protocol for connecting to the Internet with a modem over a phone line. It has trouble with noisy dial-up lines and other error-prone connections, so look to higher-level protocols like PPP for error correction.

**SMTP**

(Simple Mail Transfer Protocol) A standard protocol that regulates how e-mail is distributed over the Internet. See also, Protocol.

**SNMP**

(Simple Network Management Protocol) A standard protocol that regulates network management over the Internet. SNMP uses TCP/IP to communicate with a management platform, and offers a standard set of commands that make multi-vendor interoperability possible. SNMP uses a standard set of definitions, known as a MIB (Management Information Base), which can be supplemented with enterprise-specific extensions. See also, TCP/IP and MIB.

**Socket**

A communication path between two computer programs, not necessarily running on the same machine. Sockets are managed by a "socket device driver" that establishes network connections, as needed. Programs that communicate through sockets need not know anything about how the network functions.

**Solution Provider**

Vendors are considered to be solution providers when they provide products and/or services that meet their customer's specific needs. Normally, a solution provider is offering a solution that isn't readily available on the open market. For example, NOMADIX™ is a solution provider to its customers (broadband network service providers), and those customers are solution providers to their end users (network subscribers).

**SSID**

(Service Set Identifier) A 32-character unique identifier attached to the header of packets sent over a WLAN that acts as a password when a mobile device tries to connect to the BSS. The SSID differentiates one WLAN from another, so all access points and all devices attempting to connect to a specific WLAN must use the same SSID. A device will not be permitted to join the BSS unless it can provide the unique SSID. Because an SSID can be "sniffed" in plain text from a packet it does not supply any security to the network. An SSID is also referred to as a "network name" because essentially it is a name that identifies a wireless network.

**SSL**

(Secure Sockets Layer) A protocol developed by Netscape for transmitting private documents via the Internet. SSL works by using a private key to encrypt data that is transferred over the SSL connection. Both Netscape Navigator and Internet Explorer support SSL, and many Web sites use the protocol to obtain confidential user information, such as credit card numbers. See also, Protocol.

**Static IP Address**

An IP address that is assigned to a computing device permanently (or until the user changes it manually), unlike a dynamic IP address which is assigned to a device temporarily by the DHCP server. See also, DHCP, IP Address and Dynamic IP Address.

**STP**

(Spanning Tree Protocol) A link management protocol that is part of the IEEE 802.1 standard for media access control bridges. Using the spanning tree algorithm, STP provides path redundancy while preventing undesirable loops in a network that are created by multiple active paths between stations. Loops occur when there are alternate routes between hosts. To establish path redundancy, STP creates a tree that spans all of the switches in an extended network, forcing redundant paths into a standby (or blocked) state. STP allows only one active path at a time between any two network devices (this prevents the loops) but establishes the redundant links as a backup if the initial link should fail. If STP costs change, or if one network segment in the STP becomes unreachable, the spanning tree algorithm reconfigures the spanning tree topology and reestablishes the link by activating the standby path. Without spanning tree in place, it is possible that both connections may be simultaneously "live," which could result in an endless loop of traffic on the LAN.

**Subnet**

A portion of a network, which may be a physically independent network segment, which shares a network address with other portions of the network and is distinguished by a unique subnet address. In general, a subnet is to a network what a network is to the Internet.



**Subnet Address**

The subnet portion of an IP address that is dedicated to the subnet. In a subnetted network, the host portion of an IP address is split into a subnet portion and a host portion using an address (subnet) mask. See also, IP Address and Subnet.

**Subnet Mask**

See Subnet Address.

**Subscriber**

Any person or organization that pays a period fee for services.

**SYSLOG**

(SYStem LOGging) Syslog is the standard event logging subsystem for Unix and consists of a server daemon, a client function library, and a client command line utility. You can log to files, terminal devices, logged on users, or even forward to other syslog systems. See also, Daemon.

**TCP**

(Transmission Control Protocol) Manages data into small packets and ensures that the data is transmitted correctly over a network. If an error is detected, the data is transmitted again in its original form. See also, TCP/IP.

**TCP/IP**

(Transmission Control Protocol/Internet Protocol). A suite of protocols that regulates data communications for the Internet. See also, Internet Protocol, Protocol, and TCP.

**Telnet**

A software program and command utility used to connect between remote locations and services. Telnet connects you to the login prompt of another host (that you have access rights to). See also, Host.

**Throughput**

The net data transfer rate between an information source and its destination, using the maximum packet size without loss. Throughput is expressed as Megabits per second (Mbps), defined by RFC1242, Section 3.17. See also, Forwarding Rate, Mbps, Packet, Packet Switching Network, pps, and RFC.

**TLS**

(Transport Layer Security) A protocol that guarantees privacy and data integrity between client/server applications communicating over the Internet. The TLS protocol is made up of two layers:

*TLS Record Protocol*

Layered on top of a reliable transport protocol, such as TCP, it ensures that the connection is private by using symmetric data encryption and ensures that the connection is reliable. The TLS Record Protocol also is used for encapsulation of higher-level protocols, such as the TLS Handshake Protocol.

*TLS Handshake Protocol*

Allows authentication between the server and client and the negotiation of an encryption algorithm and cryptographic keys before the application protocol transmits or receives any data.

TLS is application protocol-independent. Higher-level protocols can layer on top of the TLS protocol transparently. Based on Netscape's SSL 3.0, TLS supersedes and is an extension of SSL. TLS and SSL are not interoperable. See also, Protocol and SSL.

**Translation**

See IP Address Translation.

ACCESS GATEWAY

**Tunneling**

A technology that enables one network to send its data via another network's connections. Tunneling works by encapsulating a network protocol within packets carried by the second network. For example, Microsoft's PPTP technology enables organizations to use the Internet to transmit data across a Virtual Private Network (VPN). It does this by embedding its own network protocol within the TCP/IP packets carried by the Internet. See also, TCP/IP and VPN.

**ToS**

(Type of Service) A field within an IP header which can be used by the device originating the packet, or by an intermediate networking device, to signal a request for a specific QoS level. ToS uses three bits to tell a router how to prioritize a packet and one bit apiece to signal requirements for delay, throughput, and reliability. See also, Packet, QoS, Router, and Throughput.

**URL**

(Uniform Resource Locator) The standard method used for identifying the location of information available to the Internet. This is effectively the "address" of a document or file, expressed in the form: *protocol://domain.filename/path.type* (for example, *http://www.myfile.com/nextpage.html*).

**UTC**

(Coordinated Universal Time) A time scale that couples Greenwich Mean Time (GMT), which is based solely on the Earth's inconsistent rotation rate, with highly accurate atomic time. When atomic time and Earth time approach a one second difference, a leap second is calculated into UTC. UTC was devised on January 1, 1972 and is coordinated in Paris by the International Bureau of Weights and Measures. UTC, like GMT, is set at 0 degrees longitude on the prime meridian

**VoIP**

(Voice over IP) An emerging technology for transporting integrated digital voice, video, and data over IP networks. A major advantage of VoIP and Internet telephony is that it avoids the tolls charged by ordinary telephone services. See also, Internet and IP.

**VPN**

(Virtual Private Network) A network that is constructed by using public wires to connect nodes. For example, there are a number of systems that enable you to create networks using the Internet as the medium for transporting data. These systems use encryption and other security mechanisms to ensure that only authorized users can access the network and that the data cannot be intercepted.

**VxWorks ®**

A real-time operating system, manufactured and sold by Wind River Systems of California, USA. VxWorks program development requires a host machine running Unix or Windows.

**W3C**

(World Wide Web Consortium) An international consortium of companies involved with the Internet and the Web. The organization's purpose is to develop open standards so that the Web evolves in a single direction rather than being splintered among competing factions. The W3C is the chief standards body for HTTP and HTML. See also, HTML and HTTP.

**WAN**

(Wide Area Network) Take two local area networks, hook them together, and you've got a WAN. Wide area networks can be made up of interconnected smaller networks spread throughout a building, a state, a country, or the entire globe.



**WEP**

(Wired Equivalent Privacy) A security protocol for wireless local area networks (WLANs) defined in the 802.11b standard. WEP is designed to provide the same level of security as that of a wired LAN. LANs are inherently more secure than WLANs because LANs are somewhat protected by the physicalities of their structure, having some or all of the network inside a building that can be protected from unauthorized access. WLANs, which are over radio waves, do not have the same physical structure and therefore are more vulnerable to tampering. WEP aims to provide security by encrypting data over radio waves so that it is protected as it is transmitted from one end point to another.

**Wi-Fi™**

(Wireless Fidelity) Used generically when referring of any type of 802.11 network, whether 802.11b, 802.11a, dual-band, etc. The term is promulgated by the Wi-Fi Alliance. Any products tested and approved as "Wi-Fi Certified" (a registered trademark) by the Wi-Fi Alliance are certified as interoperable with each other, even if they are from different manufacturers. A user with a "Wi-Fi Certified" product can use any brand of access point with any other brand of client hardware that also is certified. Typically, however, any Wi-Fi product using the same radio frequency (for example, 2.4GHz for 802.11b or 802.11g, or 5GHz for 802.11a) will work with any other product, even if that product is not "Wi-Fi Certified."

**WLAN**

(Wireless Local Area Network) Also referred to as LAWN. A type of local-area network that uses high-frequency radio waves rather than wires to communicate between nodes. See also, Node.

**WMI**

(Web Management Interface) The browser-based system administrators interface for all Nomadix Gateways.

**WPA**

(Wi-Fi™ Protected Access) A Wi-Fi™ standard that was designed to improve upon the security features of WEP. The technology is designed to work with existing Wi-Fi products that have been enabled with WEP (as a software upgrade to existing hardware), but the technology includes two improvements over WEP:

Improved data encryption through the temporal key integrity protocol (TKIP). TKIP scrambles the keys using a hashing algorithm and, by adding an integrity-checking feature, ensures that the keys haven't been tampered with.

User authentication, which is generally missing in WEP, through the extensible authentication protocol (EAP). WEP regulates access to a wireless network based on a computer's hardware-specific MAC address, which is relatively simple to be "sniffed out" and stolen. EAP is built on a more secure public-key encryption system to ensure that only authorized network users can access the network.

It should be noted that WPA is an interim standard that will be replaced with the IEEE's 802.11i standard upon its completion.

**XML**

(eXtensible Markup Language) A specification developed by the W3C. XML is a pared down version of SGML, designed especially for Web documents. It enables designers to create their own customized tags to provide functionality not available with HTML. For example, XML supports links that point to multiple documents, as opposed to HTML links, which can reference just one destination each. For all Nomadix Gateways, XML is used by the subscriber management module for port location and user administration. Enabling the XML interface allows your Nomadix Gateway to accept and process XML commands from an external source. XML commands are appended to a URL in the form of an encoded query string. Nomadix Gateways parse the query string, executes the commands specified by the string, and return data to the system that initiated the command request. See also, HTML, TCP, and W3C.

# Exhibit F



*NEWS ANNOUNCEMENT*
*For Immediate Release*

## Nomadix Advances the State of Bandwidth Management for Visitor-Based Networks

Guest Internet Providers to Benefit from New Capabilities Found in Version 8.7 of Nomadix Service Engine

**HITEC, Booth #734, NEW ORLEANS, June 21, 2016** – With the introduction of Nomadix Service Engine (NSE) version 8.7, Nomadix Inc. showcases new bandwidth management and security features for its AG 2400, AG 5600, AG 5800 and AG 5900 bandwidth management and access gateways. These popular gateways service internet connections for guests in locations such as hotels or convention centers – or anywhere there is a visitor network.

The quality of high-speed internet continues to rank as one of the most important factors for guests when choosing to stay at a hotel. One of the biggest factors in determining the quality of that access is the ability to effectively manage bandwidth. Bandwidth limits, or caps, can be useful in managing bandwidth by limiting the amount of bandwidth each guest consumes – but there is an even greater level of granularity that can be provided beyond traditional caps. With NSE version 8.7, Nomadix continues to invest and innovate by adding bandwidth management capabilities beyond caps. Version 8.7 adds support for distribution of unused bandwidth and utilizes Weighted Fair Queuing (WFQ) together with Class Based Queuing (CBQ). This contributes to improving the guest experience and helps Managed Service Providers (MSPs), and ultimately hotels, extract more value out of purchased bandwidth.

"Bandwidth management is one of the biggest drivers of value in the hospitality arena when it comes to high-speed internet access," said Nomadix Chief Commercial and Operating Officer Fred Reeder. "We continue to make enhancements in those areas that will improve the bottom line for hoteliers and others who provide guests with high-speed internet."

-more-

Specific capabilities offered in version 8.7 include:

- Bandwidth Management
    - o Concurrent CBQ and WFQ usage – NSE now integrates its WFQ and CBQ to improve Quality of Service and therefore improves the guest experience. NSE will now allow for subscribers with differently defined individual upper bandwidth limits to be weighted appropriately within the class to which they are assigned.  This approach can be applied to multiple classes at the same time.  In each class, traffic is shaped in a fair manner.  This ensures that subscribers in higher tiers can get a proportionally higher share of bandwidth.
    - o Share Unused Bandwidth – Subscriber bandwidth allocations can now be proportionally increased when excess bandwidth is available. With this enhancement, service providers will now have the ability to assign proportional weights instead of static caps.
    - o New Default Subscriber Bandwidth setting – Valid subscribers that have no specified bandwidth setting will be assigned the default bandwidth.
- Security – The customization of the Simple Network Management Protocol (SNMP) will improve the ability to perform network monitoring.  To overcome an ISP limitation enforced on SNMP operations, NSE will now allow MSPs to change the listening port for SNMP – thereby increasing the security to monitor NSE and its visitor-based network.  This customization also helps to avoid opportunistic vulnerability scanners that look to create denial of service attacks.
- Platform Enhancements
    - o Dynamic Host Configuration Protocol (DHCP) and Option 82 (Relay Agent Information Option protocol extension) – NSE now allows information to be included in a relayed DHCP request. The features allow MSPs to utilize a central DHCP server in communication with multiple NSEs at different sites.
    - o Expanding XML Portal SubID length (36 byte string) – The Portal SubID is an optional element that can be included in the XML Radius_login command.  It simplifies implementation of cloud-based portal Operations Support Systems (OSS) deployed in a distributed environment.
    - o Expanding length of user-definable fields – enhances NSE's external API, providing portal OSS even more flexibility. Specifically, it increases the amount of information (128 bytes) a portal OSS can associate with each subscriber profile.

-more-

- Reporting subscriber usage statistics – helps MSPs meet SLAs by providing a clearer indication of NSE subscriber license utilization.  This can be used as an early indicator of when to increase the number of licensed subscribers.

Nomadix gateways are designed to meet the needs of any size property.  The AG 2400 gateway serves smaller properties, such as hotels with up to 150 rooms, and supports the deployment of wired or wireless networks with up to 500 simultaneous mobile devices.  The AG 5600, AG 5800 and AG 5900 gateways serve larger venues with up to 2,000, 4,000 and 8,000 simultaneous devices, respectively.

NSE 8.7 will be available in Q3 2016.  For more information, please contact Nomadix at 818-597-1500 or visit www.nomadix.com.

**About Nomadix**

Nomadix offers gateways for seamless wired and wireless connectivity solutions across public access networks and enterprises. Nomadix gateways have earned a global reputation for unparalleled reliability and ease of management. As one customer put it, "They just work." Powered by patented technology, Nomadix throughput enhancement technologies make available bandwidth stretch further, slowing the pace of investment in bandwidth upgrades and enabling revenue generation and customization in a number of business models. With Nomadix, public access network providers are able to deploy cost-effective, secure and easy-to-use network services.  For more information, visit www.nomadix.com, call 818-597-1500, follow on LinkedIn, Twitter and Google+, like on Facebook and view the video library on YouTube.

**Media Contact:**
Stephanie Olsen
Lages & Associates
(949) 453-8080
stephanie@lages.com

# # #

# Exhibit G



In order to use the NSE Automated Firmware Upgrade System (NAFUS), the Access Gateway (AG) must respond to ping, network side telnet and ftp access must be allowed as well as having SNMP enabled with the read community configured. These are used during the upgrade process to determine the unit's status during the process. It is recommended that you back up the contents of the flash directory before upgrade. The flash directory is the one you are connected to when you log in via FTP. To do this, using ftp, log into the AG and download a copy the contents in this directory, including any sub-directories. Next, in the Notices screen, click on the Upgrade your firmware now link. Please fill in all fields and click Next to begin the upgrade.

### NSE Automated Firmware Upgrade System (NAFUS)

**The firmware upgrade will take about 10 - 15 minutes. Do not close your browser during this time. Please enter and submit your comments to Nomadix at the end of the upgrade.**

**Before starting the upgrade, ensure the gateway responds to ping, SNMP is enabled with the Read Community configured, and network-side Telnet access and FTP access are not blocked. The gateway will reboot twice during major build upgrades (i.e. version 8.2 to 8.3) and once during minor build upgrades (i.e. version 8.3.xxx to 8.3.yyy). It is recommended that you back up the contents of the flash directory before starting the upgrade. To do this, using FTP, log into the gateway and download a copy of the contents in the current directory, including any sub-directories.**

*** All fields are required**

| NSE Administration User Name * | |
| NSE Administration Password * | |
| IP Address * | |
| SNMP Listening Port * | 161 |
| SNMP Read-only Community String * | |
| Email Address * | |

Default SNMP Listening Port is 161. If configured to another port, enter that port number instead.

[ Next ]



You will now see be able to follow the upgrade process as shown below.
**Select the firmware version to use for the update and then click "Next".**

| Select Firmware Version | Status | Release Date | |
|---|---|---|---|
| ⟳  8.5.024 | Preferred | Aug 31 2015 | Readme |

**Step <1>:** Pinging the gateway... Gateway reachable in 1 ms
**Step <2>:** Verifying current model & firmware information...OK
**Step <3>:** Select Firmware Version to upgrade to...OK
**Step <4>:** Uploading firmware image 1440027267_firmware_AG5600__v8.5.024.zip...
**Step <5>:** FTP Session established. Checking for any existing firmware packages...

Uploading firmware package
    Local file: 1440027267_firmware_AG5600__v8.5.024.zip
    Local file size: 5667207 bytes
    Remote file: firmware_AG5600__v8.5.024.zip
    ############
  Transfer complete, verifying package size...OK
**Step <6>:** Performing upgrade...
**Step <7>:** Firmware image is being extracted, and NSE will shortly reboot.
    Waiting for reboot (max 100 pings)...
0. ping ... pong!
    1. ping ... pong!
    2. ping ... no reply
    3. ping ... no reply
    4. ping ... no reply
    5. ping ... NSE appears to be rebooting...OK
**Step <8>:** Waiting for NSE to come back online (max 100 pings)...
0. ping ... no reply
    1. ping ... no reply
    2. ping ... pong!
    3. ping ... pong!
    4. ping ... pong!
    5. ping ... pong!
    6. ping ... OK...NSE is back online.
**Step <9>:** Waiting 30 seconds before verifying post-upgrade firmware version

**Step <9>:** Waiting 30 seconds before verifying post-upgrade firmware version
Upgrade complete.
NSE is now running version 8.5.024
**Step <10>:** Updating the license key...



**Step <11>:** The NSE will now try to contact the Nomadix License Key Server.
Please wait....
OK...Received key from License Key Server.
If the license key is successfully processed the NSE will reboot...
    Waiting for reboot (max 15 pings)...

 0. ping ... pong!
   1. ping ... pong!
   2. ping ... pong!
   3. ping ... pong!
   4. ping ... pong!
   5. ping ... pong!
   6. ping ... pong!
   7. ping ... pong!
   8. ping ... pong!
   9. ping ... pong!
   10. ping ...
   **Step <12>:** Waiting for NSE to come back online (max 15 pings)...

0. ping ... pong!
   1. ping ... pong!
   2. ping ... pong!
   3. ping ... pong!
   4. ping ... OK...NSE is back online.
   **Step <13>:** Waiting 30 seconds before verifying post-license update model...

License update complete.

 **Step <14>:** Logging successful upgrade/license update...
**Upgrade and license update are complete. NSE is now running firmware version
8.5.024.**

Enter any comments you would like to share with Nomadix about this upgrade and then
click "Submit".