## EXHIBIT A- REVISED CASE SCHEDULE

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff to provide final infringement contentions | n/a | October 16, 2020 |
| Defendant to provide final invalidity contentions | n/a | October 30, 2020 |
| Fact Discovery Cutoff | September 22, 2020 | November 13, 2020 |
| Opening Expert Reports | October 22, 2020 | December 18, 2020 |
| Rebuttal Expert Reports | November 20, 2020 | February 5, 2021 |
| Reply Expert Reports | December 18, 2020 | March 5, 2021 |
| Expert Discovery Completed | January 29, 2021 | April 2, 2021 |
| Case Dispositive and Daubert Motions (openings) | March 11, 2021 | May 10, 2021 |
| Pretrial Conference | September 10, 2021 at 9:00 a.m. | no change |
| 5-day Jury Trial | September 20, 2021 at 9:30 a.m. | no change |