IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUEST TEK INTERACTIVE ENTERTAINMENT LTD., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 18-1394 (RGA) ) |
| NOMADIX, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF THIRD-PARTY SUBPOENAS

PLEASE TAKE NOTICE that plaintiff Guest Tek Interactive Entertainment Ltd. will be serving the subpoenas attached as Exhibit 1 and Exhibit 2 on Single Digits, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

*Attorneys for Plaintiff Guest Tek Interactive Entertainment Ltd.*

OF COUNSEL:

Daniel J. Goettle
Jeffrey W. Lesovitz
BAKER & HOSTETLER LLP
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA 19104
(215) 568-3100

Michael J. Swope
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104
(206) 332-1380

Charles C. Carson
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC  20036
(202) 861-1500

Andrew Samuels
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, OH  43215
(614) 228-1541

October 12, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 12, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Douglas G. Muehlhauser, Esquire<br>Mark Lezama, Esquire<br>Justin J. Gillett, Esquire<br>KNOBBES, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Andrea L. Cheek, Esquire<br>Knobbes, Martens, Olson & Bear, LLP<br>1717 Pennsylvania Avenue N.W., Suite 900<br>Washington, DC 20006<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

/s/ *Jennifer Ying*

Jennifer Ying (#5550)