IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUEST TEK INTERACTIVE ENTERTAINMENT LTD., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-1394 (RGA) |
| | ) | |
| NOMADIX, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF SERVICE</u>**

The undersigned hereby certifies that copies of *Plaintiff Guest Tek Interactive Entertainment Ltd.'s Second Supplemental and Amended Objections and Responses to Defendant Nomadix, Inc.'s First Set of Interrogatories (Nos. 1-8)*, were caused to be served on October 16, 2020, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                                  *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
*Attorneys for Defendant*

Douglas G. Muehlhauser, Esquire                          *VIA ELECTRONIC MAIL*
Mark Lezama, Esquire
Justin J. Gillett, Esquire
KNOBBES, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
*Attorneys for Defendant*

Andrea L. Cheek, Esquire                                       *VIA ELECTRONIC MAIL*
KNOBBES, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Avenue N.W., Suite 900
Washington, DC 20006
*Attorneys for Defendant*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

_____

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

OF COUNSEL:

Daniel J. Goettle
Jeffrey W. Lesovitz
BAKER & HOSTETLER LLP
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA  19104
(215) 568-3100

*Attorneys for Plaintiff Guest Tek Interactive
Entertainment Ltd.*

Michael J. Swope
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA  98104
(206) 332-1380

Charles C. Carson
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC  20036
(202) 861-1500

Andrew Samuels
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, OH  43215
(614) 228-1541

October 16, 2020

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 16, 2020, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                              *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
*Attorneys for Defendant*

Douglas G. Muehlhauser, Esquire                   *VIA ELECTRONIC MAIL*
Mark Lezama, Esquire
Justin J. Gillett, Esquire
KNOBBES, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
*Attorneys for Defendant*

Andrea L. Cheek, Esquire                                *VIA ELECTRONIC MAIL*
Knobbes, Martens, Olson & Bear, LLP
1717 Pennsylvania Avenue N.W., Suite 900
Washington, DC 20006
*Attorneys for Defendant*

*/s/ Jennifer Ying*

_____
Jennifer Ying (#5550)