# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUEST TEK INTERACTIVE ENTERTAINMENT LTD., | |
| Plaintiff, | |
| v. | Civil Action No. 18-1394-RGA |
| NOMADIX, INC., | |
| Defendant. | |

## DECLARATION OF JEREMY COOK IN SUPPORT OF NOMADIX'S RESPONSIVE DISPUTE LETTER

Kenneth L. Dorsney (#3726)
kdorsney@morrisjames.com
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800

**ATTORNEYS FOR DEFENDANT NOMADIX, INC.**

Dated: October 28, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUEST TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>NOMADIX, INC.,<br><br>    Defendant. | Civil Action No. 18-1394-RGA |

## DECLARATION OF JEREMY COOK IN SUPPORT OF NOMADIX'S LETTER

I, Jeremy Cook, hereby declare as follows:

1. I have worked for Nomadix since 1999. My current position is Product Manager.

2. Over the years, Nomadix's products have included gateways. I understand that a subset of these gateways are at issue in this case. In most cases, Nomadix's sales channel involves several layers. Typically, Nomadix sells a gateway to a distributor, who may then sell the gateway to a reseller, who may then sell the gateway to an end user like a hotel.

3. Nomadix's gateways include numerous features, many of which can be turned on or off by an administrator. When a new gateway is turned on for the first time, many of these features are off by default and will never be operational unless an administrator turns them on. While Nomadix generally does not know who precisely is the administrator of a given gateway, my understanding is that common practice is either for the end site (e.g., hotel) to pay for another

- 1 -

company to administer the gateway or for the end site to have its own IT staff administer the gateway. In either case, the administrator is not Nomadix.

4. The administrator of a gateway configures the gateway, changing configuration settings, which can include not only turning features on or off but also setting values for configuration parameters.

5. Once a gateway is out of Nomadix's hands, Nomadix generally does not have access to end-site configurations of the Nomadix gateways. Accessing end-site configurations requires, at the very least, knowing the administrator username and password for the specific gateway. Nomadix generally does not know the administrator username or password for an installed gateway.

6. For troubleshooting purposes, Nomadix's support team may receive temporary access to a gateway or information about the gateway's configuration at a particular moment in time. This does not happen in every troubleshooting case, but when it does happen it can happen in a few different ways. An administrator might talk to Nomadix's support team over the phone about a particular configuration setting. An administrator might share a screen with Nomadix's support team to show the administrator interface to the gateway. Sometimes, Nomadix's support team receives an administrator username and password with permission expressly or implicitly limited to making a single login to the gateway for the sole purpose of troubleshooting an issue. Other times, Nomadix's support team receives via e-mail a screenshot or attachment capturing a "Summary" of the site configuration. This Summary includes a snapshot of many, but not all, configuration parameters that are set at that particular moment (and only at that moment). Outside of situations when the support team receives an e-mail, it would be unusual for these one-off situations to involve any record of the configuration settings. Except while actively

troubleshooting (and even then only in a subset of troubleshooting situations), Nomadix does not need to know the end site's configuration of a gateway. Once a support problem has been resolved, we move on.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: October 28, 2020

Jeremy Cook