IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GUEST TEK INTERACTIVE           )
ENTERTAINMENT LTD.,             )
                                )
            Plaintiff,          )
                                )
      v.                        )    C.A. No. 18-1394 (RGA)
                                )
NOMADIX, INC.,                  )
                                )
            Defendant.          )

## JOINT STIPULATION AND [PROPOSED] ORDER
## TO AMEND EXPERT DISCOVERY DEADLINES

Plaintiff Guest Tek Interactive Entertainment Ltd. and Defendant Nomadix, Inc. hereby

stipulate, subject to the approval of the Court, to amend the expert discovery deadlines as follows:

| Event | Current Deadline (D.I. 235) | New Deadline |
|---|---|---|
| Rebuttal Expert Reports | February 22, 2021 | March 8, 2021 |
| Reply Expert Reports | March 22, 2021 | April 5, 2021 |
| Expert Discovery Completed | April 16, 2021 | April 30, 2021 |
| Case Dispositive and Daubert Motions (openings) | May 21, 2021 | June 4, 2021 |
| Pretrial Conference | September 10, 2021 at 9:00 a.m. | no change |
| 5-day Jury Trial | September 20, 2021 at 9:30 a.m. | no change |

The parties state that there is good cause for the stipulated extension based on recent

developments in Guest Tek's third-party discovery efforts (D.I. 241), and the extension would

afford the parties more time to incorporate the third-party discovery into their expert reports as

appropriate.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

---

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

*Attorneys for Plaintiff*
*Guest Tek Interactive Entertainment Ltd.*


OF COUNSEL:

Michael J. Swope
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104
(206) 332-1380

Charles C. Carson
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036
(202) 861-1500

Andrew E. Samuels
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
(614) 228-1541

February 22, 2021

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

---

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendant*
*Nomadix, Inc.*


OF COUNSEL:

Douglas G. Muehlhauser
Mark Lezama
Justin J. Gillett
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614

Andrea L. Cheek
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Avenue N.W., Suite 900
Washington, DC 20006


IT IS SO ORDERED this _____ day of February, 2021.


---

United States District Judge